IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

| | |
|---|---|
| MARTA VALENTINA RIVERA MADERA, on behalf of herself and all others similarly situated; FAITH IN FLORIDA, HISPANIC FEDERATION, MI FAMILIA VOTA EDUCATION FUND, UNIDOSUS, and VAMOS4PR,<br><br>PLAINTIFFS,<br><br>v.<br><br>KEN DETZNER, in his official capacity as Secretary of State for the State of Florida; and KIM A. BARTON, in her official capacity as Alachua County Supervisor of Elections, on behalf of herself and similarly-situated County Supervisors of Elections,<br><br>DEFENDANTS. | Case No. |

## [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION

THIS CAUSE came before the Court on this \_\_\_\_ day of _____, 2018, on Plaintiffs' Motion for a Preliminary Injunction. Upon careful consideration of Plaintiffs' Motion for a Preliminary Injunction, any oppositions thereto and any reply brief; the full records and evidence submitted in this matter; any oral argument of counsel; the applicable statutory and case law; and being otherwise

1

duly advised in the premises and for good cause shown, the Court finds that Plaintiffs have demonstrated a likelihood of success on the merits of their claims, a likelihood of irreparable harm in the absence of preliminary relief, that the balance of equities tips in their favor, and that an injunction is in the public interest. Specifically, Plaintiffs have established that the challenged conduct of Defendant Secretary of State of the State of Florida Ken Detzner and of the defendant class of Supervisors of Elections for the 32 counties listed below, represented by named Defendant Alachua County Supervisor of Elections Kim A. Barton, likely violates Section 4(e) of the federal Voting Rights Act, 52 U.S.C. §10303(e).

Accordingly, it is hereby ORDERED and ADJUDGED that Plaintiffs' Motion for a Preliminary Injunction is GRANTED.

Accordingly, it is further ORDERED that Defendant Secretary of the State of Florida Ken Detzner, and his officers, agents, employees, representatives, and all those acting in concert with him, will: (a) Direct and instruct the County Supervisors of Elections for all counties in Florida to comply with the requirements of Section 4(e) of the federal Voting Rights Act, 52 U.S.C. §10303(e), including direction regarding the legal obligation and means to make effective Spanish-language assistance and materials available to all voters protected by Section 4(e); (b) Direct and instruct the County Supervisors of Elections of the following counties to comply with this order: Alachua, Bay,

Brevard, Charlotte, Citrus, Clay, Columbia, Duval, Escambia, Flagler, Hernando, Highlands, Indian River, Jackson, Lake, Leon, Levy, Manatee, Marion, Martin, Monroe, Okaloosa, Okeechobee, Pasco, Putnam, St. Johns, St. Lucie, Santa Rosa, Sarasota, Sumter, Taylor, and Wakulla Counties ("the Counties"); and (c) Take all necessary measures to ensure that the Counties perform the measures described in paragraphs 1 to 13 below for the November 6, 2018 general election:

**Written Election Materials**

1. Provide information in Spanish about all stages of the electoral process pertaining to the issuance of notifications, announcements, and other informational materials concerning the opportunity to register, voter registration deadlines, the times, places, and subject matters or elections, and the absentee and early voting processes;

2. Provide, in English and Spanish, the following election-related materials: a) the official ballot; b) sample ballots; c) absentee and early voting applications and ballots; d) provisional ballots; e) voter registration cards and applications; f) voting instructions; g) any voter information guides or pamphlets; h) notification of elections and polling place changes; and i) polling place signage;

3. Provide Spanish translations of election-related materials, offices up for election, candidates who have qualified, and local issues or referenda and

3

announcements applicable to elections in the Counties, including materials and announcements provided by the State of Florida;

4. Provide the Spanish-English Election Terms Glossary prepared by the United States Election Assistance Commission at each polling place;

5. Utilize a certified translator to prepare translated materials. The translator shall ensure that bilingual and Spanish-language material are complete, accurate, and accessible for the Counties' Spanish-speaking voters educated in Puerto Rico;

6. Ensure that English-language election information and services available on the County's website are available in equivalent and accurate form in Spanish, including, but not limited to, information concerning a) polling place location; b) voter information; c) absentee voting; and d) poll workers. Spanish-language information and materials shall be readily accessible through easily visible and identifiable Spanish-language links on each County's website in font comparable to that of English-language sections of the website;

7. Provide information in Spanish on the County's website and at polling places that any voter who requires assistance to vote in English may bring a helper to assist them in reading the ballot.

**Bilingual Assistance**

8. Recruit, hire, train, and assign bilingual poll workers who are able to understand, speak, write, and read English and Spanish fluently and can provide effective translation assistance to Spanish-speaking voters at the polls on election days and at early voting locations;

9. Provide a) at least one bilingual poll worker at any election precinct in which there are between 100 and 249 registered voters with Spanish surnames; b) at least two bilingual poll workers at any election precinct in which there are between 250 and 500 registered voters with Spanish surnames; c) at least three bilingual poll workers at any election precinct in which there are between 250 and 500 registered voters with Spanish surnames; d) at least two bilingual election officials at each early voting location; and e) bilingual personnel, trained in Spanish-language election terminology, on call and available by telephone during all early voting hours and all hours when the polls are open to provide assistance to any Spanish-speaking voters;

10. Prominently post at each polling place signs in English and Spanish explaining how voters can obtain Spanish-language assistance;

11. Recruit, hire, train, and assign bilingual personnel who are able to understand, speak, write, and read English and Spanish fluently and can provide effective translation assistance to Spanish-speaking voters, including

5

those who are seeking to register to vote in the Counties or seeking to vote by absentee ballot.

**Election Official Training**

12. Train all poll officials and other election personnel regarding the requirements of Section 4(e) of the federal Voting Rights Act, 52 U.S.C. §10303(e), including the legal obligation and means to make effective Spanish-language assistance and materials available to voters;

13. In addition to the above general training, include in the training of bilingual poll officials the following election-related materials: the official ballot; sample ballots; absentee and early voting applications and ballots; provisional envelopes; voter registration cards and applications; voting instructions; any voter information or pamphlets, notification of elections and polling place changes, and polling place signage; Spanish translations of election-related information, materials and announcements applicable to elections in the Counties that are provided by the State of Florida; and a copy of the Spanish-English Election Terms Glossary prepared by the United States Election Assistance Commission.

Further, it is ORDERED that the County Supervisors of Elections for Alachua, Bay, Brevard, Charlotte, Citrus, Clay, Columbia, Duval, Escambia,

Flagler, Hernando, Highlands, Indian River, Jackson, Lake, Leon, Levy, Manatee, Marion, Martin, Monroe, Okaloosa, Okeechobee, Pasco, Putnam, St. Johns, St. Lucie, Santa Rosa, Sarasota, Sumter, Taylor, and Wakulla Counties will undertake each of the measures listed in paragraphs 1 to 13 above for the November 6, 2018 general election.

    DONE and ORDERED in chambers this _____ day of _____, 2018.

Dated: _____            _____
                                                   Hon. _____
                                                   United States District Judge