IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

| | |
|---|---|
| MARTA VALENTINA RIVERA MADERA, on behalf of herself and all others similarly situated; FAITH IN FLORIDA, HISPANIC FEDERATION, MI FAMILIA VOTA EDUCATION FUND, UNIDOSUS, and VAMOS4PR,<br><br>PLAINTIFFS,<br><br>v.<br><br>KEN DETZNER, in his official capacity as Secretary of State for the State of Florida; and KIM A. BARTON, in her official capacity as Alachua County Supervisor of Elections, on behalf of herself and similarly-situated County Supervisors of Elections,<br><br>DEFENDANTS. | Case No. |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR CERTIFICATION OF A DEFENDANT CLASS**

Plaintiffs' motion for certification of a defendant class came before this Court for consideration on _____, 2018.  Upon careful consideration of Plaintiffs' Motion for Certification of Defendant Class, any oppositions thereto and any reply brief; the full records and evidence submitted in this matter; any oral argument of counsel; and the applicable statutory and case law; and for good cause

1

shown, IT IS HEREBY ORDERED that Plaintiffs' Motion for Certification of Defendant Class is GRANTED.

The Court finds that the proposed defendant class is adequately defined, the class is so numerous that joinder of all members is impracticable, there are questions of law or fact common to the class, the claims or defenses of the representative defendant, Alachua County Supervisor of Elections Kim A. Barton, are typical of the claims or defenses of the class, and Defendant Barton will fairly and adequately protect the interests of the class.

Certification is appropriate under Rule 23(b)(1)(A), because prosecution of separate lawsuits against each county's Supervisor of Elections would "create a risk of … inconsistent or varying adjudications with respect to individual class members that would establish incompatible standards of conduct..." Certification is independently appropriate under Rule 23(b)(1)(B), because "adjudications with respect to individual class members…, as a practical matter, would be dispositive of the interests of the other members not parties to the individual adjudications or would substantially impair or impede their ability to protect their interests." A defendant class is also independently appropriate under Rule 23(b)(2), because the "the relief plaintiffs seek is identical as to each member of the defendant class, thereby making appropriate final injunctive relief or corresponding declaratory

relief with respect to the class as a whole." *NBC v. Cleland*, 697 F. Supp. 1204, 1217 (N.D. Ga. 1988).

Having considered the factors listed in Federal Rule of Civil Procedure 23(g)(1), the Court further concludes that counsel for Defendant Alachua County Supervisor of Elections Kim A. Barton should be appointed as Class Counsel for the defendant class.

Because Defendant Secretary of State Ken Detzner is Florida's chief elections officer and is responsible for issuing directives and instructions to county Supervisors of Elections regarding compliance with elections laws and court orders, the Court will direct Defendant Secretary Detzner to promptly provide notice of this order to all members of the certified defendant class. *See* Fed. R. Civ. P. 23(c)(2)(A).

Accordingly, IT IS HEREBY ORDERED that the following defendant class is certified:

> Supervisors of Elections for the following counties, in their official capacities: Alachua, Bay, Brevard, Charlotte, Citrus, Clay, Columbia, Duval, Escambia, Flagler, Hernando, Highlands, Indian River, Jackson, Lake, Leon, Levy, Manatee, Marion, Martin, Monroe, Okaloosa, Okeechobee, Pasco, Putnam, St. Johns, St. Lucie, Santa Rosa, Sarasota, Sumter, Taylor, and Wakulla Counties.

Further, IT IS HEREBY ORDERED that Defendant Alachua County Supervisor of Elections Kim A. Barton is designated as class representative and

3

Defendant Barton's counsel is appointed as Class Counsel for the certified defendant class.

Further, IT IS HEREBY ORDERED that Defendant Secretary of State Ken Detzner will promptly provide notice of this order to all members of the certified defendant class.

IT IS SO ORDERED.

Dated: _____          _____
                                        Hon. _____
                                        United States District Judge