# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
### Gainesville Division

| | |
|---|---|
| MARTA VALENTINA RIVERA MADERA, on behalf of herself and all others similarly situated; FAITH IN FLORIDA, HISPANIC FEDERATION, MI FAMILIA VOTA EDUCATION FUND, UNIDOSUS, and VAMOS4PR, | Case No.: 1:18-cv-00152 |
| Plaintiffs, | |
| vs. | |
| KEN DETZNER, in his official capacity as Secretary of State for the State of Florida; and KIM A. BARTON, in her official capacity as Alachua County Supervisor of Elections, on behalf of herself and similarly-situated County Supervisors of Elections, | |
| Defendants. _____/ | |

## MOTION TO APPEAR AS AMICUS CURIAE

COMES NOW, the Florida State Association of Supervisors of Elections, Inc., by and through undersigned counsel, and files its Motion to Appear as amicus curiae herein and states as follows:

1. The Florida State Association of Supervisors of Elections, Inc., ("FSASE"), is a Florida not for profit corporation composed of sixty-six county

Supervisors of Elections throughout Florida. The FSASE acts as a collective voice for those supervisors of elections and one of its objectives is to assist Florida citizens in voting and insuring efficient and fair elections.

2. Pursuant to the Florida Constitution and the Florida Election Code, Chapters 97-106, Florida Statutes, each county Supervisor of Elections, acting in the Supervisor's capacity as an elected constitutional officer, is responsible in the Supervisor's respective county to register the county's electors and administer all aspects of elections undertaken in the county for local county, state and federal offices. This includes, but is not limited to, participating in the voter registration process; qualifying candidates for county and local offices; preparing ballots for all elections; administering vote-by-mail ballot distribution, early voting by electors, election day voting, ballot collection and counting; and in conjunction with the county canvassing board, reporting the election returns to the State.

3. This matter involves claims for injunctive and declaratory relief, including immediate preliminary injunctive relief before Florida's November 6, 2018 general election, under section 4(e) of the Federal Voting Rights Act of 1965 (52 U.S.C § 10303(e)) against 32 of the FSASE's members. The relief requested by the Plaintiffs (the provision of Spanish-language ballots, registration and other election materials, and assistance for Spanish-language voters) for the November 6, 2018 general election will significantly and potentially adversely affect the

ability of the FSASE's members who are mentioned in the suit to conduct the election in their counties.

4.    The FSASE is uniquely positioned to provide information to this Court concerning all procedural aspects of implementing the relief requested by Plaintiffs.  The FSASE asserts that its participation as amicus curiae will assist the Court in addressing the complex issues raised in this case and requested to be considered on an expedited basis.

## Memorandum of Law

District courts have inherent authority to appoint or deny an amicus curiae. See Martinez v. Capital Cities/ABC-WPVI, 909 F. Supp. 283 (E.D. Pa. 1995).  The extent to which the district court should permit an amicus curiae is solely within the court's discretion.  See Smith v. Chrysler Financial, Co., 2003 WL 328719 (D.N.J. 2003).  A court may grant amicus curiae status when the proferred information is "timely" or "useful."  See International Union of Operating Engineers Local 139 , v. Schimel, 2016 WL 5376197 (E.D. Wis. 2016).

The FSASE asserts that as the statewide association consisting of sixty-six county Supervisors of Elections (and all 32 of the putative Supervisors of Election-Defendants in this case), the FSASE is uniquely positioned to provide timely and useful information to the Court concerning the matters raised in this case.

Accordingly, the FSASE requests the opportunity to appear as amicus curiae to assist the Court in its consideration of the complex issues raised herein.

WHEREFORE, based on the foregoing and for good cause shown, the Florida State Association of Supervisors of Elections, Inc., requests this Court grant its Motion to Appear as Amicus Curiae in this case.

Respectfully submitted this 23th day of August, 2018.

/s/ Ronald A. Labasky

Ronald A. Labasky, Esquire
Florida Bar No.: 206326
Brewton Plante, P.A.
215 S. Monroe St., STE 825
Tallahassee, FL  32301
Telephone: (850) 222-7718
Facsimile:   (850) 222-8222
Primary email:  rlabasky@blawfirm.net
Secondary email:  fsase@bplawfirm.net

John T. LaVia, III
Florida Bar No.: 853666
Gardner, Bist, Bowden, Bust, Dee, Lavia & Wright, P.A.
1300 Thomaswood Drive
Tallahassee, Florida  32308
Primary email:  jlavia@gbwlegal.com
Secondary email: rhonda@gbwlegal.com
*Attorneys for the FSASE*

## CERTIFICATION OF CONFERRAL

Pursuant to N.D. Fla. Local Rule 7.1(B), I certify that, prior to the filing of this motion, I conferred with counsel for all served parties in a good faith attempt to resolve the matters raised herein, with the following results:

1. Counsel for the Plaintiffs has indicated that Plaintiffs do not oppose this motion.

2. Counsel for Defendant Ken Detzner indicated that Defendant Detzner does not oppose this motion.

3. Counsel for Defendant Kim Barton indicated that Defendant Barton does not oppose the motion.

/s/ Ronald A. Labasky
Ronald A. Labasky, Esquire

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 23, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I ALSO CERTIFY that the foregoing documents are being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by

CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

<u>/s/ Ronald A. Labasky</u><br>
Ronald A. Labasky, Esquire

## SERVICE LIST

**CORINNE F JOHNSON**
**STEPHEN PAUL BERZON**
**MATTHEW JOHN MURRAY**
**STACEY MONICA LEYTON**
**MEGAN CLAIRE WACHSPRESS**
ALTSHULER BERZON LLP
SAN FRANCISCO CA
177 POST STREET
SUITE 300
SAN FRANCISCO, CA 94108
415-421-7151
Fax: 415-362-8064
Email: cjohnson@altber.com
 sberzon@altber.com
mmurray@altber.com
sleyton@altber.com
mwachspress@altber.com

*Attorney for Plaintiffs: Medera, Faith In Florida, Hispanic Federation, Mi Familia Vota Education Fund, UNIDOSUS and VAMOS4PR.*

**STUART C NAIFEH**
DEMOS - NEW YORK NY
80 BROAD STREET
4TH FLOOR
NEW YORK, NY 10004
212-485-6055
Email: snaifeh@demos.org
*Attorney for Plaintiffs: Medera, Faith In Florida, Hispanic Federation, Mi Familia Vota Education Fund, UNIDOSUS and VAMOS4PR.*

**CORBIN FREDERICK HANSON**
ALACHUA COUNTY ATTORNEYS
OFFICE - GAINESVILLE FL
12 SE 1ST STREET
2nd Floor
GAINESVILLE, FL 32601
352-374-5218
Email: corbin.hanson@fldoe.org
 *LEAD ATTORNEY*
*Attorney for Defendant Barton*

**ROBERT CHARLES SWAIN**
ALACHUA COUNTY ATTORNEY'S
OFFICE
12 SE FIRST ST
PO BOX 2877
GAINESVILLE, FL 32602
352-374-5218
Email: bswain@alachuacounty.us
*Attorney for Defendant Barton*

**NICOLE GINA BERNER**
SERVICE EMPLOYEES INTERNATIONAL
UNION
1800 MASSACHUSETTS AVENUE NW
WASHINGTON, DC 20036
202-730-7383
Email: nicole.berner@seiu.org
Attorneys for Plaintiffs: Mi Familia Vota
Education Fund and VAMOS4PR

| | |
|---|---|
| **KIRA ROMERO-CRAFT**<br>LATINO JUSTICE PRLDEF - ORLANDO FL<br>523 WEST COLONIAL DRIVE<br>ORLANDO, FL 32804<br>321-418-6354<br>Email: kromero@latinojustice.org<br>*Attorney for Plaintiffs: Medera, Faith In Florida, Hispanic Federation, Mi Familia Vota Education Fund, UNIDOSUS and VAMOS4PR.* | **MOHAMMAD OMAR JAZIL**<br>HOPPING GREEN & SAMS PA<br>TALLAHASSEE FL<br>119 S MONROE ST STE 300<br>TALLAHASSEE, FL 32301<br>850-222-7500<br>Fax: 850-521-2733<br>Email: mohammadj@hgslaw.com<br>Attorney for Defendant Detzner |