# EXHIBIT 2

| | |
|---|---|
| MARTA VALENTINA RIVERA MADERA, on behalf of herself and all others similarly situated; FAITH IN FLORIDA, HISPANIC FEDERATION, MI FAMILIA VOTA EDUCATION FUND, UNIDOSUS, and VAMOS4PR,<br><br>PLAINTIFFS,<br><br>v.<br><br>KEN DETZNER, in his official capacity as Secretary of State for the State of Florida; and KIM A. BARTON, in her official capacity as Alachua County Supervisor of Elections, on behalf of herself and similarly-situated County Supervisors of Elections,<br><br>DEFENDANTS. | Case No. 1:18-cv-00152-MW-GRJ |

## DECLARATION OF MARK ANDERSEN,

## SUPERVISOR OF ELECTIONS OF BAY COUNTY

I, Mark Andersen, according to 28 U.S.C. § 1746, hereby state:

1.     My name is Mark Andersen.  I am over 18 years of age, am competent to testify, and declare the following facts based on my own personal knowledge.

2.     I have served as Bay Supervisor of Elections for over 17 years.  As Supervisor, my duties include preparation of ballots, administering all aspects of voting, including vote-by-mail voting, early voting, and Election Day voting,

hiring and training election workers, voter registration activities, voter education, and maintaining election equipment. In Bay County, we have 44 voting precincts throughout the County, which is an area that covers over 1,000 square miles and has a population of over 180,000, with approximately 120,000 registered voters.

3.     I have been advised of the relief that the Plaintiffs in this case are seeking, which includes injunctive relief ordering thirty-two of the State's Supervisors of Elections, including myself, to provide several forms of aide to non-English speaking Puerto Rican voters. As detailed further below, it would be impossible for my office to comply with these items in time for the General Election.

4.     Currently, this office is:

   a. In the process of additional security upgrades and security requirements to ensure that the integrity of the election process is successful in this office and in the eyes of the public. In an office the size of my office, this in itself is extremely tasking and requires multi-tasking of staff with specific expertise.

   b. Involved in Vote By Mail Processing and Early Voting as well as Election Day Prep requirements for the August 28th 2018 Primary Election. This involves communication and management of over 500

Precinct Election Officials (poll workers) and Polling Location access validation/delivery planning.

    c.  Finishing and validating the final equipment and material preparation by August 30th for the November 6th election.

5.      Once we conclude the August 28th Primary Election, we have a short window of time to report and certify the Primary Election results and meet other deadlines for the General Election. Those include the following items or deadlines:

    a.  August 31st – report unofficial returns of Primary Election to the Department of State;

    b.  September 4th – deadline to certify results of Primary Election to the Department of State;

    c.  September 7th – Ballot Certification is expected from the Division of Elections;

    d.  September 10th to 11th – Ballot Coding;

    e.  September 12th – Vote By Mail Test Deck must be printed and created;

    f.  September 14th – Vote By Mail testing;

    g.  September 17th – first Vote By Mail ballots are mailed out.

6. As indicated above, there is a short period of time (13 days) between certifying the Primary Election results and sending out the first set of Vote By Mail ballots. During this period of time, we need to have the General Election ballots finalized, approved and printed and test our systems for the Vote By Mail ballots. We also need to have supplies on hand to print the ballots and prepare envelopes for mailing. At this point, we have already ordered the supplies (paper, envelopes, printer supplies and other materials) based on the format of the ballots we anticipate using and have templates done for the General Election ballots.

7. In the event we are required to prepare bi-lingual ballots, especially those for Vote By Mail, it would double the size of the ballot (from the current 2 sheet, 4 page ballot to a 4 sheet, 8 page ballot), which would impact the necessary supplies and materials and envelope sizes (which we currently do not have on hand) and the ballot template. Without regard to other supervisors of elections that could similarly be impacted, it would be difficult to obtain the additional supplies needed in short order to meet such a change. However, since Plaintiffs' lawsuit affects 32 counties in Florida, it would be impossible to obtain the necessary additional supplies in a matter of a few days. This is just one example of the logistical impossibility of meeting the requirements of what the Plaintiffs are seeking in terms of injunctive relief in this case.

8.     When it comes to the Early and Election Day voting for the General

Election, a smaller county like Bay County is also unable to meet the requests the

Plaintiffs seek in this case.  For instance, Plaintiffs' request for bilingual assistance

with Early and Election Day voting and absentee voting would require:

a.  Training of bilingual poll workers, which has never been performed in
    Bay County and would require development of written procedures and
    a training program.

b.  At least 88 bi-lingual Poll Workers to cover 44 precincts (1 bilingual
    Democratic poll worker and 1 bilingual Republican poll worker for
    each precinct) which is currently not available.  In addition,
    independent or other third-parties could request bi-lingual Poll
    Workers, thereby increasing this number.

c.  A bi-lingual ballot (going from the current 2 sheet, 4 page ballot to a 4
    sheet, 8 page ballot) creates recording, storage and transportation
    logistical issues that have never been performed in the history of Bay
    County and would be extremely problematic.  This would essentially
    double the amount of materials in terms of ballots that would need to
    be transported to and from each precinct and stored thereafter.  Our
    office has not anticipated or planned for such requirements for the
    2018 General Election.

9. Finally, I understand that Plaintiffs want each Supervisor to provide Spanish-language election materials, voting guides, registration materials and sample ballots. In my opinion and based upon my experience, I do not think this is necessary and any cost to provide such would be outweighed by any benefit that this would provide:

    a. Bay County has not had this request in the past.

    b. Some Spanish language materials are available on the Florida Secretary of State Website, which include information of voting guides and registration materials.

    c. The limited amount of time available and the need for creation of new materials, training programs and testing within the time period for the relief requested by the Plaintiffs is not realistic.

    d. Complete documentation overhaul to include the Spanish language materials creates an additional unplanned task on this office.

10. To date, my office has not been notified of any need for or problems with assistance to non-English speaking Puerto Rican voters in Bay County. In the past, we have always met the needs of our voters while I have been serving as Supervisor of Elections, and I am not aware of any instances where non-English speaking Puerto Rican voters' needs have not been met.

11.    Due to the fact that Plaintiffs waited until this date to file their lawsuit

and seek the injunctive relief requested in this case, it is fiscally impossible for my

office.  Our budgeting for the current year has already been completed, and our

budget did not include allocations to accommodate the additional material and

labor requirements (detailed above) to meet the injunctive requests made by the

Plaintiffs.  A budget request and approval would be required prior to being able to

meet the unfunded proposed relief requested.

12.    As I understand it, Plaintiffs' expert has identified 380 registered

voters in Bay County who were born in Puerto Rico and 573 adults in Bay County

who are 18 and over, who speak Spanish at home, and who speak English less than

"very well."[1]  These statistics are not the equivalent of there being 573 non-English

speaking Puerto Rican voters in Bay County who would need assistance as

requested by Plaintiffs in this case.  Even taking the higher 573 adult number, this

is less than 0.45% of the total registered voters in Bay County.  To completely redo

the ballot, election materials, voting guides, registration materials, sample ballots

and Vote By Mail materials and add bi-lingual Poll Workers is not only fiscally

and logistically impossible at this date, it appears such would be a strain on

resources based on even the potential (yet unproven) claim that there are affected

---

[1] These statistics are cited as Plaintiffs' "best case scenario" and not an admission
that such demonstrate any affected voters.  Further, exception is taken with regard
to individuals who speak English "less than well" as being voters who would
require assistance.

7

voters in Bay County. Plaintiffs' requests in this case are not tailored toward the needs (if any) of any non-English speaking Puerto Rican voters in Bay County who might need assistance. In the event any injunctive relief should be entered which would affect my office and Bay County, Plaintiffs should be required to address and prove whether there are any voters actually affected, and such relief should be tailored to address our specific needs. As stated above, I have been in office for over 17 years and am unaware of any unaddressed needs in Bay County.

13. Despite this fact, Plaintiffs seek injunctive relief which would affect the other 99.55+% of the 120,000 voters in Bay County, whom have never seen before or are familiar with a multi-language ballot. Due to the limited amount of time available, it would not allow our office to adequately educate the Bay County voters and I anticipate it would cause confusion to most voters.

14. Based on my experience and the specific circumstances here in Bay County, I have no confidence that we would be able to comply with any of the requested relief in time for the November 6, 2018 General Election based on the fiscal, logistical and other issues described above.

15. In summary, the focus during this critical election time is to provide secure, fair, and accurate elections free from confusion and errors while also maintaining voter confidence. Months of preparation and planning have gone into the Primary and General Elections, and the current planned election timeline and

budget simply do not allow for the massive amount of changes and considerations that would be required in order to successfully provide the relief the Plaintiffs are requesting. These changes would put great strain on our available resources and are potentially physically and logistically impossible to pull off in the requested timeline.

On August 24, 2018, pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct:

Mark Andersen

Bay County Supervisor of Elections.

# EXHIBIT 3

MARTA VALENTINA RIVERA
MADERA, on behalf of herself and all
others similarly situated; FAITH IN
FLORIDA, HISPANIC FEDERATION,
MI FAMILIA VOTA EDUCATION
FUND, UNIDOSUS, and VAMOS4PR,

Case No. 1:18-cv-00152-MW-GRJ

      Plaintiffs,

v.

KEN DETZNER, in his official
capacity as Secretary of State for the
State of Florida; and KIM A. BARTON,
in her official capacity as Alachua
County Supervisor of Elections, on
behalf of herself and similarly-situated
County Supervisors of Elections,

      Defendants.

_____/

## DECLARATION OF SUSAN GILL,
## CITRUS COUNTY SUPERVISOR OF ELECTIONS

In accordance with 28 U.S.C. § 1746, I hereby state:

1.     My name is Susan Gill. I am over 18 years old, competent to testify, and declare the following based on my personal knowledge.

2.     I have served as the Citrus County Supervisor of Elections since 1997. My office is located at 120 N. Apopka Ave., Inverness, FL 34450. I oversee a staff of nine (9) full-time employees.

3.    As Supervisor of Elections, my duties include preparation of ballots, administering all aspects of voting, including vote-by-mail voting, early voting, and election day voting, hiring and training election workers, voter registration activities, voter education, and maintaining election equipment.

4.    The Supervisor of Elections is an elected, constitutional office established under Article 8, Section 1 of the Florida Constitution. The duties and responsibilities of the office are described under section 98.015, Fla. Stat., among other statutes.

5.    Under Florida law and the Citrus County Code of Ordinances, the Citrus County Board of County Commissioners ("BOCC") funds the Citrus County Supervisor of Elections. This is accomplished through the County's annual budgetary process, which culminates with the issuance of a fiscal year budget on or about October 1 of each year. The budgetary and funding process generally involves submitting a budgetary request to the Department of Management & Budget ("DMB") each year, which is analyzed by DMB along with the County's other budgetary concerns and responsibilities. DMB, through County Administration, then makes a recommendation to the BOCC, who has budgetary decision-making authority, including the amount allocated to the Supervisor.

6.    At this time, I have submitted my budgetary request for fiscal year 2019, which begins on October 1, 2018.

7.     My office is currently administering the November 2018 general election in Citrus County.  Preparation for this (and any) election is a year-round process, which involves considerable advance planning, coordination, and careful budgetary allocations.

8.     The primary election will be held on August 28, 2018.  We are in the process of conducting early voting, and preparing for the primary by setting up polling places, receiving and canvassing absentee ballots, and addressing voter concerns.  My staff and I are all working late nights and weekends as necessitated by the busy election schedule.  Immediately after primary election voting closes, we will commence the handing of election night reporting, and begin reconciling ballots and results the next day.  Provisional ballots will also have to be researched and canvassed.  And, it is always possible that there will be a need for a recount.

9.     Immediately after certification of the primary election results, we will begin preparing for the general election.  The deadline to mail overseas ballots for the general election is September 22, 2018.  Before that, we have to prepare the ballot with the certified candidates for the general election, as well as monitor the results of any pending lawsuits concerning amendments which may be struck from the ballot.  Notably, security sleeves for vote-by-mail ballots have already been printed.

10. On September 18, 2018, we will begin equipment training for the general election, for poll workers, who have already been hired and vetted. For this election, we have a new voting system and new electronic poll books that poll workers and staff are using for the first time.

11. The voter registration books close on October 9, 2018. There is always increased registration activity in the run up to the closing of the registration books.

12. We are actively setting schedules for polling places, and scheduling equipment drop-offs and pick-ups. Precinct supplies have to be replenished for the general election, after the primary election. And, equipment must be reprogrammed and tested for the general election. The equipment "logic and accuracy test" will occur on October 19, 2018. Early voting will begin October 26, 2018, and the canvassing of ballots and preparation for election night activities for the general election will proceed in earnest.

13. We are also actively working with candidates on various reports as they request, and respond to public records requests on a regular basis.

14. There are numerous statutory, constitutionally and federally-mandated, deadlines which apply to the conduct of any election. I have attached as <u>Exhibit 1</u> a copy of the Florida Department of State's Election Dates and Activities Calendar for the 2018 election cycle. The Calendar provides a summary of the dozens of key dates and deadlines. Among other imminent deadlines, I would again note: the

primary election is set to take place on August 28, 2018 (see section 100.061, Fla. Stat.); September 6, 2018 is the deadline to certify the primary election results (see section 102.111, Fla. Stat.); and September 22, 2018 is the deadline to send vote-by-mail ballots to absent stateside uniformed and overseas voters for the general election (see section 101.62, Fla. Stat.).

15.     My office works year-round to comply with these various key dates and deadlines.  It is fair to say that, as of the preparation of this declaration, we are in "crunch time" as to the 2018 general election, and any delay or disruption of my office's long-planned and carefully-coordinated activities will send the 2018 election in Citrus County into chaos and disarray.

16.     I understand a lawsuit titled *Rivera Madera, et al., v. Ken Detzner, et al.*, was recently filed in the United States District Court for the Northern District of Florida, Gainesville Division, under case no. 1:18-cv-00152-MW-GRJ.  I have reviewed the case filings as are available on the "pacer" website.  It appears I am identified in the complaint as a member of the proposed defendant class, along with several other Supervisors of Elections.  It appears the Alachua County Supervisor has been named by the plaintiffs as the proposed defendant class representative.  To date, I have not been served process, and do not understand myself to be a party in the above matter.

17.     I understand the plaintiffs in the case seek an injunction ordering thirty-two of the State's Supervisors, including myself, to provide several forms of aid to non-English speaking Puerto Rican voters within coverage of Section 4(e) of the Voting Rights Act ("VRA").

18.     As a general and preliminary matter, the allegations in the complaint, and claims as asserted through the various, voluminous documents attached to complaint, and the accompanying motions for class certification and preliminary injunction, are incomplete and misleading with regard to my office, and my office's efforts and practices as to assisting and accommodating voters or potential voters with limited or no English proficiency.

19.     During my tenure, I have counselled my employees and volunteers to apprise me of any inquires, requests, complaints, or concerns received from voters or potential voters with limited English proficiency, namely Spanish-speaking voters or potential voters, in terms of requests for assistance or accommodation.  During my tenure, notwithstanding any alleged presuit communications from the plaintiffs as referenced in the various court filings, my office has not received any inquiries, requests, complaints, or concerns in this respect.  I can recall one instance where an individual requested a Spanish-language voter registration form, and we provided the same over the counter.

20.     I am not aware of any electors, including but not limited to voters educated in Puerto Rico, covered by Section 4(e) of the VRA, in Citrus County who have requested language assistance and have not been provided with the same.

21.     I should note, via a declaration filed in *Rivera Madera, et al., v. Ken Detzner, et al.*, a litigation assistant of one of plaintiffs' law firms claims he called my office on August 1, 2018, at "(941) 833-5400," and spoke to "Luke." (Dk. 2-3, p. 7). The above number is not my office's number, and I do not employ anyone named "Luke." It appears the above number is the number for the Charlotte County Supervisor of Elections. (Id., p. 6).

22.     I have reviewed the "[Proposed] Order Granting Plaintiffs' Motion for a Preliminary Injunction" (dk. 2-10) submitted by the plaintiffs, which includes a list of thirteen (13) actions they seemingly wish to have the Court order the Supervisors to undertake before the November 6, 2018 general election.

23.     I have reviewed these actions in detail, and discussed the same with my staff. Notwithstanding whether the claims asserted in the above lawsuit have or lack merit, I am of the considered opinion that it would be impractical and impossible for my office to implement such actions before the November 6, 2018 general election. Against the backdrop of the above, present activities of my office, below I provide brief explanations as to such impracticability and impossibility, as to each action (many of which overlap):

- REQUESTED ACTION NO. 1: *"Provide information in Spanish about all stages of the electoral process pertaining to the issuance of notifications, announcements, and other informational materials concerning the opportunity to register, voter registration deadlines, the times, places, and subject matters or elections, and the absentee and early voting processes."*

  As a basic matter, various "stages" of the upcoming primary and general elections have already passed. Further, my office does not have certified translators on staff to translate all documents relating to Citrus County elections. As of this writing, I do not know where in or near Citrus County I might locate certified Spanish translators, or how long it would take to translate and reprint all of the involved election materials. There is currently no funding budgeted for the hiring and training of translators. The BOCC approved the budget for our current operations last year, and the budget did not consider the demanded activities of plaintiffs. Our proposed budget for fiscal year 2019 (which begins October 1, 2018) has already been submitted to DMB, and likewise does not consider the demanded activities.

  Given the short timeframe, it is not possible to acquire funding for, and hire and train, certified translators to translate all materials before the election, and then print and place the materials, and further, train all of my employees and poll workers as to such revised materials, which would add additional, unbudgeted costs.

- REQUESTED ACTION NO. 2: *"Provide, in English and Spanish, the following election-related materials: a) the official ballot: b) sample ballots: c) absentee and early voting applications and ballots: d) provisional ballots: e) voter registration cards and applications: f) voting instructions: g) any voter information guides or pamphlets: h) notification of elections and polling place changes: and i) polling place signage."*

8

Please see my concerns discussed above. Of additional concern, our new computer voting system is programmed for English. Our vendor, Election Systems and Software, has advised it would take well over a month to change the system to a bi-lingual system, which would involve ordering Spanish language software, sending it to the State Division of Elections for verification/certification, and finally installation and testing. Of course, there would be considerable unbudgeted expense associated with such reprogramming and modification.

Moreover, the deadline to mail overseas ballots is September 22, 2018. The window for mailing stateside vote-by-mail ballots is October 2-9, 2018. We do not have certified translators on staff to translate the ballot, which will not be available until after the primary election results are certified. The Division has provided a Spanish translation of the 13 amendments on the ballot. But, there would be the unbudgeted costs to re-print the ballot in English and Spanish. Re-printing in English and Spanish would at least double the size of the ballot, adding additional, unbudgeted cost with regard to the printing and mailing of the ballots. Again, the demanded timeframe makes this impossible to accomplish, along with the other election-related activities. We do have Spanish voter registration applications in our office, with directions available in Spanish.

Finally, there are a very limited number of vendors state-wide who are capable of, and have been certified to, print and prepare ballots and related materials, bearing in mind the considerable security and quality concerns. Like the numerous other Supervisors, my office works with the printing vendors as to the design and preparation of election materials far in advance of the primary and general elections, so that candidate names and referendum items can simply be "plugged into" the materials. Not only would any emergency basis modification of such

materials result in significant unbudgeted expenses and likely lead to mistakes and missed statutory deadlines, but assuming all of the proposed defendant class Supervisors were required to modify their elections materials at the same time on an emergency basis, there would not be enough vendors to accomplish the same before the election.

- REQUESTED ACTION NO. 3: *"Provide Spanish translations of election-related materials, offices up for election, candidates who have qualified, and local issues or referenda and announcements applicable to elections in the Counties, including materials and announcements provided by the State of Florida."*

    Please see my concerns discussed above.

- REQUESTED ACTION NO. 4: *"Provide the Spanish-English Election Terms Glossary prepared by the United States Election Assistance Commission at each polling place."*

    We have downloaded the aforementioned glossary. We would need to have the 62-page document printed for the 31 polling places, and 4 early vote sites. This is an unbudgeted expense, and would require a reallocation of work time for employees already committed to other, time-sensitive election activities.

- REQUESTED ACTION NO. 5: *"Utilize a certified translator to prepare translated materials. The translator shall ensure that bilingual and Spanish-language material are complete, accurate, and accessible for the Counties' Spanish-speaking voters educated in Puerto Rico."*

    Please see my concerns discussed above.

- REQUESTED ACTION NO. 6: *"Ensure that English-language election information and services available on the County's website are available in equivalent and accurate form in Spanish, including, but not limited to, information concerning a)*

*polling place location: b) voter information: c) absentee voting: and d) poll workers. Spanish-language information and materials shall be readily accessible through easily visible and identifiable Spanish-language links on each County's website in font comparable to that of English-language sections of the website.*"

Please see my concerns discussed above. Additionally, the expense to essentially create a new website, which would likely require the hiring of an outside vendor with certified translators, is unbudgeted. Such a redesign of our website, on an emergency basis in the midst of the run-up to the election, would also disrupt and interfere with our office's already-busy workload as to the upcoming primary and general elections. I do not know how long it would take to create a new website, which allows full Spanish-language translation of all text and materials available through our current website. I should note, our website does provide real-time results in multiple languages, via Google Translate, by clicking on the "Click Here for more information of Live Turnout View" link on the main page of the website.

- REQUESTED ACTION NO. 7: "*Provide information in Spanish on the County's website and at polling places that any voter who requires assistance to vote in English may bring a helper to assist them in reading the ballot.*"

Please see my concerns discussed above. Further, even if time and funding were available for new signs to be made, or obtained from the State Division of Elections, or for our website to be designed, there is no formulated plan as to how to serve the voters needing language assistance, other than simply allowing them bring a helper to assist them in reading the ballot. This represents an unbudgeted expense, and any such system could not be designed and implemented before the general election.

- **REQUESTED ACTION NO. 8:** *"Recruit, hire, train, and assign bilingual poll workers who are able to understand, speak, write, and read English and Spanish fluently and can provide effective translation assistance to Spanish-speaking voters at the polls on election days and at early voting locations."*

  Please see my concerns discussed above. Additionally, I have already hired poll workers for the general election. At this point, I do not know how many of them may be fluent in Spanish. Recruiting additional workers who are fluent in Spanish, during the limited time before the general election, would not be possible considering the various time constraints discussed, along with the lack of budgeted funding for additional workers.

- **REQUESTED ACTION NO. 9:** *"Provide a) at least one bilingual poll worker at any election precinct in which there are between 100 and 249 registered voters with Spanish surnames: b) at least two bilingual poll workers at any election precinct in which there are between 250 and 500 registered voters with Spanish surnames: c) at least three bilingual poll workers at any election precinct in which there are between 250 and 500 registered voters with Spanish surnames: d) at least two bilingual election officials at each early voting location: and e) bilingual personnel, trained in Spanish-language election terminology, on call and available by telephone during all early voting hours and all hours when the polls are open to provide assistance to any Spanish-speaking voters."*

  Please see my concerns discussed above. Additionally, I have no way of reasonably determining or identifying "Spanish surnames," and have no knowledge as to whether a "Spanish surname" would accurately identify Puerto Rican voters with limited English language ability covered by Section 4(e) of the VRA, which I understand to be the supposed basis for the above lawsuit. At a minimum, I would need to have a list of surnames provided to me, and then my office would have to individually identify voters with the identified names. This is impractical, subjective,

and time consuming. We do know there are Citrus County voters who have self-identified as Hispanic on their voter registration forms, but these are not necessarily voters with "Spanish surnames," Puerto Rican voters, voters with limited English proficiency, or voters covered by Section 4(e) of the VRA.

- REQUESTED ACTION NO. 10: *"Prominently post at each polling place signs in English and Spanish explaining how voters can obtain Spanish-language assistance."*

  Please see my concerns discussed above.

- REQUESTED ACTION NO. 11: *"Recruit, hire, train, and assign bilingual personnel who are able to understand, speak, write, and read English and Spanish fluently and can provide effective translation assistance to Spanish-speaking voters, including those who are seeking to register to vote in the Counties or seeking to vote by absentee ballot."*

  Please see my concerns discussed above. There is simply not enough time, or available funding, to accomplish this before the November 6, 2018 general election.

- REQUESTED ACTION NO. 12: *"Train all poll officials and other election personnel regarding the requirements of Section 4(e) of the federal Voting Rights Act, 52 U.S.C. §10303(e), including the legal obligation and means to make effective Spanish-language assistance and materials available to voters."*

  Please see my concerns discussed above. Further, such training might require the retention of legal consultants, which would cause additional, unbudgeted expense.

- REQUESTED ACTION NO. 13: *"In addition to the above general training, include in the training of bilingual poll officials the following election-related materials: the official ballot: sample ballots: absentee and early voting applications and ballots: provisional envelopes: voter registration cards and*

*applications: voting instructions: any voter information or pamphlets, notification of elections and polling place changes, and polling place signage: Spanish translations of election-related information, materials and announcements applicable to elections in the Counties that are provided by the State of Florida: and a copy of the Spanish-English Election Terms Glossary prepared by the United States Election Assistance Commission.*"

Please see my concerns discussed above.

24.     By addressing above the actions as requested by the plaintiffs in *Rivera Madera, et al., v. Ken Detzner, et al.*, I am in no way conceding or agreeing their claims are valid, or warrant any relief.  I am simply addressing whether it might be hypothetically possible to implement the relief they seek before the November 6, 2018 general election.  Again, I am of the considered opinion that it would be impractical and impossible for my office to implement such actions before November 6, 2018, and any effort to do so would send the 2018 election in Citrus County into chaos and disarray.

25.     I respectfully submit the Court should be cognizant of the fact that Florida elections officials and staff work tirelessly for successful elections.  We are dedicated to conducting fair, honest, and accurate elections.  But, when we are asked to accomplish last-minute, major changes to plans we have spent months and years implementing, the integrity of the entire process can be jeopardized.

26. Another consideration, especially recently, is cybersecurity. In addition to the tasks outlined above, we respond to daily questions and concerns over cybersecurity. At the end of July 2018, the various Supervisors received federal grant money, through the State, to be used on election security. We were/are, however, required to use the monies toward new security measures, including the purchase and implementation of security equipment and software, for the November 6, 2018 general election. While grant monies are certainly welcome, the sudden receipt of such monies, coupled with the requirement that it must be used toward the November 6, 2018 general election, has placed an additional time and workload strain upon my staff.

27. Also, we are in the process of planning for a new office, and remodeling is scheduled to begin on October 1, 2018, which will cause a further strain on staff time and productivity, while construction activities are taking place.

28. Finally, I note again the Alachua County Supervisor has been named as the putative defendant class representative, based on plaintiffs' claims that: there are common issues of law and fact which relate to the proposed defendant class; the "class members have all engaged in and intend to engage in the same course of conduct against Plaintiffs;" the Alachua County Supervisor's defenses "are typical of the claims or defenses of the proposed defendant class;" and the Alachua County Supervisor "can fairly and adequately protect the interests of the Defendant class of

Supervisors." Contrary to plaintiffs' assertions, each of the potential defendant class member Supervisors is a separately-elected constitutional officer, which operates independent of other Supervisors. For example, I do not coordinate my efforts as the Citrus County Supervisor, with the Alachua County Supervisor (or any other Supervisor). And, each Supervisors, including myself, implements local, state, and federal elections law in accordance with the circumstances of his or her respective county, including circumstances as to budgetary constraints, and relevant demographics and population characteristics and distribution.

29.     It is inaccurate to surmise the factual and legal issues are all the "same" for each of the proposed defendant class member Supervisors, so as to justify any conclusion that the Alachua County Supervisor—or any other Supervisor—may be deemed a reasonable proxy for myself with regard to the above lawsuit.

I, on this 24th day of August, 2018, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ _Susan Gill_

SUSAN GILL
Supervisor of Elections,
Citrus County, Florida

# EXHIBIT 1



# Election Dates and Activities Calendar

**Updated July 2018**
**Florida Department of State**

EXHIBIT 1

# 2018 Highlights

| Candidate Qualifying Period | |
|---|---|
| U.S. Senator, U.S. Representative, Judicial, State Attorney (20th Circuit Only) and Public Defender (20th Circuit Only) | Noon, April 30 - Noon, May 4, 2018 |
| Governor and Cabinet, State Senator, State Representative, County Office and Special Districts | Noon, June 18 - Noon, June 22, 2018 |

| Voter Registration "Book Closing" Deadline | |
|---|---|
| Primary Election | July 30, 2018 |
| General Election | October 9, 2018 |

| Vote-by-Mail Ballot "Send" Deadline | |
|---|---|
| *For absent stateside and overseas uniformed and civilian voters ("UOCAVA voters")* *(45-day deadline before election):* | |
| Primary Election | July 14, 2018 |
| General Election | September 22, 2018 |
| *For domestic voters (7-day mailing window):* | |
| Primary Election | July 24 - July 31, 2018 |
| General Election | October 2 - October 9, 2018 |

| Early Voting Period | |
|---|---|
| *A minimum of 8 days of early voting must be held beginning on the 10th day and ending on the 3rd day before Election Day. Each county Supervisor of Elections may offer additional days of early voting on any or more of the following days: the 15th, 14th, 13th, 12th or 11th day and the last Sunday before Election Day.* | |
| Primary Election | August 18 - 25, 2018 |
| General Election | October 27 - November 3, 2018 |

| Election Day | |
|---|---|
| *For information about county or municipal election dates, please contact the county Supervisor of Elections office or the city clerk's office, respectively.* | |
| Primary Election | August 28, 2018 |
| General Election | November 6, 2018 |

Unless otherwise expressly stated in law or rules, a deadline that falls on a weekend or a legal holiday does not move to the next business day.
Page 1

EXHIBIT 1

# 2017 Election Dates

| Date | Event | Legal Reference |
|---|---|---|
| January 1 (Sun) | Deadline for voting systems vendors to file a written disclosure with the Department of State identifying any known defect in their voting systems or the fact there is no known defect, the effect of any known defect on the operation and use of the system, and any known corrective measures to cure the defect. | Section 101.56065, F.S. – On January 1 of every odd-numbered year. |
| January 6 (Fri) | Deadline for Department of State to report to the Florida Legislature updated voting and voter information history information for the General Election. | Section 98.0981, F.S.; Rule 1S-2.041, F.A.C. – Within 45 days after certification of election results for General Election. |
| January 31 (Tue) | Deadline for Supervisors of Elections to certify to the Division of Elections address and registration list maintenance activities for prior six months. | Sections 98.065 and 98.075, F.S.; Rule 1S-2.041, F.A.C. – No later than January 31 of each year. |
| January 31 (Tue) | Deadline for Department of State to submit to the Governor, President of the Senate, and Speaker of the House of Representatives a report regarding overvotes and undervotes cast in the "President and Vice President" race. | Section 101.595, F.S. – On January 31 of each year following a General Election. |
| February 1 (Wed) | Deadline for Department of State and Supervisors of Elections to submit initial responses to U.S. Election Assistance Commission's 2016 Election Administration and Voting Survey. | National Voter Registration Act (NVRA) (52 U.S.C. § 20508), Uniformed and Overseas Citizens Absentee Voting Act (UOCAVA) (52 U.S.C. § 20302), and Help America Vote Act (HAVA) (42 U.S.C. §§ 15301-15545). |
| February 5 (Sun) - March 7(Tue) | Period in which the Constitution Revision Commission is established. | Art. XI, §2(a), Fla. Const. (Every 20 years). |
| March 1 (Wed) | Deadline for Department of State and Supervisors of Elections to submit final responses to U.S. Election Assistance Commission's 2016 Election Administration and Voting Survey. | National Voter Registration Act (NVRA) (52 U.S.C. § 20508), Uniformed and Overseas Citizens Absentee Voting Act (UOCAVA) (52 U.S.C. § 20302), and Help America Vote Act (HAVA) (42 U.S.C. §§ 15301-15545). |
| March 7 (Tue) | First day of regular Legislative Session. | Art. III, §3(b), Fla. Const. |
| April 30 (Sun) | Deadline for U.S. Senator, U.S. Representative, State Attorney, and Public Defender candidates to change party affiliation. | Section 99.021, F.S. – 365 days before the beginning of applicable qualifying preceding the General Election (Qualifying begins noon, Monday, April 30, 2018). |

Unless otherwise expressly stated in law or rules, a deadline that falls on a weekend or a legal holiday does not move to the next business day.

EXHIBIT 1

# 2017 Election Dates

| Date | Event | Legal Reference |
|---|---|---|
| May 5 (Fri) | Last day of regular Legislative Session. | Art III, Sec 3(d), Fla. Const. – Regular session not to extend beyond 60 days. |
| June 18 (Sun) | Deadline for Governor and Cabinet, State Senator, State Representative, County Office and Special District candidates to change party affiliation. | Section 99.021, F.S. – 365 days before the beginning of applicable qualifying preceding the General Election (Qualifying begins noon, Monday, June 18, 2018). |
| July 1 (Sat) | Deadline for Secretary of State to submit report containing the recommendations of the Military and Overseas Voting Assistance Task Force. | Chapter 2016-242, Section 9, Laws of Florida. |
| July 31 (Mon) | Deadline for Supervisor of Elections to submit HAVA "Balance" Report (i.e., remaining balance of HAVA funds as of June 30, 2017). | Help America Vote Act (HAVA)(U.S.C. §§ 15301-15545) |
| July 31 (Mon) | Deadline for Supervisor of Elections to certify to the Division of Elections address and registration list maintenance activities for prior six months. | Sections 98.065 and 98.075, F.S.; Rule 1S-2.041, F.A.C. – No later than July 31 of each year. |
| July 31 (Mon) | Deadline for Division of Elections to certify the total number of registered voters in Florida as of June 30, 2017 for purposes of the State Public Campaign Match Funds Program for 2018 election cycle. | Section 106.34(3), F.S. |
| October 1 (Sun) | Deadline to implement Online Voter Registration System (RegisterToVoteFlorida.gov). | Section 97.0525, F.S. |
| December 31 (Sun) | Deadline for Supervisors of Elections to submit to the Department of State their HAVA Funds Expenditure Reports for use of funds relating to voter education, poll worker training, federal election activities, voting systems assistance, optical scan and ballot-on-demand for the reporting period October 1, 2016 through September 30, 2017. | Help America Vote Act, 42 U.S.C. §§ 15301-15545. |
| December 31 (Sun) | Election administrators to review records against Records Retention Schedule for Election Records (GS-3) and internal office retention schedule, and identify and schedule disposition of records that have met retention. | Florida Public Records Law. |

Unless otherwise expressly stated in law or rules, a deadline that falls on a weekend or a legal holiday does not move to the next business day.

Page 3

EXHIBIT 1

# 2018 Election Dates

| Date | Event | Legal Reference |
|---|---|---|
| January 9 (Tue) | First day of regular Legislative Session. | Ch. 2016-218, Laws of Florida. |
| January 31 (Wed) | Deadline for Supervisors of Elections to certify to the Division of Elections address and registration list maintenance activities for prior six months. | Sections 98.065 and 98.075, F.S.; Rule 1S-2.041 F.A.C – No later than January 31 of each year. |
| February 1 (Thu) | Initiative petition signature certification deadline. | Art. XI, §5, Fla. Const. – No later than February 1 of the General Election year; Section 100.371(1), F.S. |
| March 9 (Fri) | Last day of regular Legislative Session. | Art III, Sec 3(d), Fla. Const. – Regular session not to extend beyond 60 days. |
| March 31 (Sat) | Department of State to publish Notice of General Election in a newspaper of general circulation in each county twice before beginning of the specified qualifying period. | Section 100.021, F.S. – During the 30 days prior to the first day of qualifying (Qualifying begins April 30, 2018). |
| April 2 (Mon) | Deadline for candidates for U.S. Senator, U.S. Representative, judge, state attorney, and public defender seeking to qualify by the petition method to submit signed petitions to Supervisors of Elections. | Section 99.095, F.S. - Before noon of the 28th day preceding the first day of the qualifying period. |
| April 16 (Mon) | 14-day period begins allowing qualifying officers to accept and hold qualifying papers for U.S. Senator, U.S. Representative, judicial, state attorney and public defender candidates to be processed and filed during the qualifying period. | Sections 99.061 and 105.031, F.S. – No earlier than 14 days prior to the first day of the applicable qualifying period. |
| April 20 (Fri) | Written resignations due for officers qualifying as a candidate for judicial, state attorney or public defender office if the terms of the offices, or any part thereof, run concurrently with each other. | Section 99.012, F.S. – At least 10 days prior to the first day of qualifying. |
| April 23 (Mon) | Deadline for Supervisors of Elections to certify the number of valid signatures for U.S. Senator, U.S. Representative, judicial, state attorney and public defender candidates seeking to qualify by the petition method. | Sections 99.095, 105.035, and 105.035 (4) (b) F.S.– No later than the seventh day before the first day of qualifying. |
| April 30 (Mon) | Qualifying period begins for U.S. Senator, U.S. Representative, judicial, state attorney and public defender candidates. | Sections 99.061 and 105.031, F.S. – At any time after noon of the 120th day prior to the Primary Election. |
| May 4 (Fri) | Qualifying period ends for U.S. Senator, U.S. Representative, judicial, state attorney and public defender candidates. | Sections 99.061 and 105.031, F.S. – No later than noon of the 116th day prior to the date of the Primary Election. |

Unless otherwise expressly stated in law or rules, a deadline that falls on a weekend or a legal holiday does not move to the next business day.

Page 4

EXHIBIT 1

# 2018 Election Dates

| Date | Event | Legal Reference |
|---|---|---|
| May 10 (Thu) | First day state write-in absentee ballots made available to overseas voters. | Section 101.6951, F.S. – 180 days prior to the General Election. |
| May 10 (Thu) | Deadline for Constitution Revision Commission to file with the Secretary of State its proposed revisions to the Florida Constitution. | Art. XI, §2(c), Fla. Const. |
| May 11 (Fri) | Deadline for Department of State to certify to the Supervisors of Elections the names of all duly qualified U.S. Senator, U.S. Representative, judicial, state attorney and public defender candidates who have qualified with the Department. | Section 99.061, F.S. – Within seven days after close of qualifying. |
| May 21 (Mon) | Deadline for statewide, multi-county, county and district candidates (other than judicial, state attorney or public defender candidates) seeking to qualify by the petition method to submit their signed petitions to Supervisors of Elections. | Section 99.095, F.S. – Before noon of the 28th day preceding the first day of the qualifying period for the office sought. |
| May 24 (Thu) | Department of State to remit to the respective state executive committees of political parties, 95% of their entitled filing fees and party assessments from U.S. Senator, U.S. Representative, state attorney, and public defender candidates. | Section 99.103, F.S. – No later than 20 days after the close of qualifying. |
| May 30 (Wed) | Deadline for Supervisors of Elections to notify overseas voters of upcoming Primary Election. | Section 100.025, F.S. – At least 90 days prior to regular primary and general elections. |
| May 30 (Wed) | Last day for Supervisors of Elections to complete any address list maintenance program activities including removal of "inactive" registered voters who have not voted, requested a vote-by-mail ballot, or updated their voter registration records after two general federal elections since the voters were first made inactive. | Section: 98.065, F.S.; National Voter Registration Act (NVRA) (52 U.S.C. B20507) (Note: 90-day moratorium on removal does not apply to voters ineligible for reasons such as felony conviction, mental incapacity, death, etc.). |
| June 4 (Mon) | 14-day period begins for qualifying officers to accept qualifying papers for statewide, multi-county, county, and district candidates (other than judicial, state attorney, and public defender candidates) to be processed and filed during the qualifying period. | Section 99.061, F.S. – No earlier than 14 days prior to the first day of qualifying. |

Unless otherwise expressly stated in law or rules, a deadline that falls on a weekend or a legal holiday does not move to the next business day.
Page 5

EXHIBIT 1

# 2018 Election Dates

| Date | Event | Legal Reference |
|---|---|---|
| June 8 (Fri) | Written resignations due for officers qualifying as a candidate for statewide, multi-county, county, or district office (other than judicial, state attorney, and public defender candidates) if the terms of the offices, or any part thereof, run concurrently with each other. | Section 99.012, F.S. – At least 10 days prior to the first day of qualifying. |
| June 11 (Mon) | Deadline for Supervisors of Elections to certify the number of valid signatures for statewide, multi-county, county and district candidates seeking to qualify by the petition method. | Section 99.095, F.S. – No later than the seventh day before the first day of qualifying. |
| June 18 (Mon) | Qualifying begins for all statewide, multi-county, county, and district candidates (other than judicial, state attorney, and public defender candidates). | Section 99.061, F.S. – Noon of the 71st day prior to the Primary Election. |
| June 22 (Fri) | Qualifying ends for all statewide, multi-county, county, and district candidates (other than, judicial, state attorney, and public defender candidates). | Section 99.061, F.S. – No later than noon of the 67th day prior to the Primary Election. |
| June 23 (Sat) | Supervisors of Elections to submit to the Department of State a list containing the names, party affiliations, and addresses of all candidates who have qualified with them, and the offices for which persons qualified. | Section 99.092, F.S. – Immediately after the last day for qualifying. |
| June 29 (Fri) | First day for Supervisors of Elections to prepare and upload daily electronic files of vote-by-mail ballot request information and to the Department of State for the Primary Election and General Election. | Section 101.62, F.S.; Rule 1S-2.043, F.A.C. – 60 days prior to the Primary Election on a daily basis by 8 a.m. and continuously until 15 days after the General Election. |
| June 29 (Fri) | Deadline for Department of State to certify to the Supervisors of Elections the names of all duly qualified statewide, multi-county, county, and district candidates who have qualified with the Department. | Section 99.061, F.S. – Within seven days after the closing date for qualifying. |
| June 29 (Fri) - July 4 (Wed) | Deadline for Supervisors of Elections to submit any revisions to county security procedures to the Department of State. | Section 101.015, F.S.; Rule 1S-2.015, F.A.C. – At least 45 days before early voting begins, specific date will depend on when county will begin conducting early voting. |
| July 12 (Thu) | Department of State to remit to the respective state executive committees of political parties, 95% of their entitled filing fees and party assessments from statewide, multicounty, county, and district candidates. | Section 99.103, F.S. – No later than 20 days after the close of qualifying. |

Unless otherwise expressly stated in law or rules, a deadline that falls on a weekend or a legal holiday does not move to the next business day.

EXHIBIT 1

# 2018 Election Dates

| Date | Event | Legal Reference |
|------|-------|-----------------|
| July 14 (Sat) | Deadline for Supervisors of Elections to send vote-by-mail ballots to absent stateside uniformed and overseas voters (UOCAVA) for the Primary Election. | Section 101.62, F.S. – No fewer than 45 days before the Primary Election. |
| July 16 (Mon) | Division of Elections to submit to the U.S. Department of Justice information on county compliance with 45-day UOCAVA vote-by-mail ballot send-out for the Primary Election. | 43 days before the Primary Election. |
| July 22 (Sun) | Deadline for Supervisors of Elections to remit filing fees to the state executive committee of the political party of the candidates. | Section 99.061, F.S. – Within 30 days after the close of qualifying. |
| July 24 (Tue) – July 31 (Tue) | Mandatory seven day window for Supervisors of Elections to mail vote-by-mail ballots to all domestic (non-UOCAVA) voters who requested vote-by-mail ballots. | Section 101.62, F.S. – Between 35th and 28th day before the election. |
| July 29 (Sun) | Deadline for Supervisors of Elections to designate early voting sites for the Primary Election and to provide the Division of Elections with addresses, dates and hours for early voting sites. | Section 101.657, F.S. – No later than the 30th day prior to the election. |
| July 29 (Sun) | First day a registered voter or poll watcher may file a voter challenge in the same county for the Primary Election. | Section 101.111, F.S. – No sooner than 30 days before an election. |
| July 29 (Sun) - August 3 (Fri) | Deadline for Supervisors of Elections to mail notice of time and location of logic and accuracy test (L&A test) to county party chairs and candidates who did not receive notice at qualifying. | Section 101.5612, F.S. – At least 15 days prior to the beginning of early voting, specific date will depend on when county will begin conducting early voting. |
| July 30 (Mon) | Deadline to register to vote (book closing) for the Primary Election. | Section 97.055, F.S. – On the 29th day before each election. If the 29th day falls on a Sunday or a legal holiday, the registration books must be closed on the next day that is not a Sunday or a legal holiday. |
| July 30 (Mon) - August 4 (Sat) | Deadline to submit poll watcher designations for early voting sites for Primary Election. | Section 101.131, F.S. – Before noon at least 14 days before early voting begins, specific date will depend on when county will begin conducting early voting. |
| July 31 (Tue) | Deadline to submit HAVA "Balance" Report (i.e., remaining balance of HAVA funds as of June 30, 2018). | Help America Vote Act (HAVA)(U.S.C. §§ 15301-15545) |

Unless otherwise expressly stated in law or rules, a deadline that falls on a weekend or a legal holiday does not move to the next business day.

Page 7

EXHIBIT 1

# 2018 Election Dates

| Date | Event | Legal Reference |
|---|---|---|
| July 31 (Tue) | Deadline for Supervisors of Elections to certify to the Division of Elections address and registration list maintenance activities for the prior six months. | Sections 98.065 and 98.075, F.S.; Rule 1S-2.041, F.A.C. – No later than July 31 of each year. |
| August 3 (Fri) – August 17 (Fri) | Period in which logic and accuracy (L&A) test for Primary Election may be conducted  (Specific L&A date during this period will depend on when each county begins early voting). | Section 101.5612, F.S – Not more than 10 days prior to beginning of early voting. |
| August 6 (Mon) | Deadline for Supervisors of Elections to post election preparation report on official website. | Section 100.032, F.S. – At least three months before a General Election. |
| August 6 (Mon) – August 11 (Sat) | Deadline for Supervisors of Elections to approve poll watchers and provide poll watcher identification badges for early voting sites for the Primary Election. | Section 101.131, F.S. – No later than seven days before early voting begins, specific date will depend on when county will begin conducting early voting. |
| August 8 (Wed) | Deadline for Supervisors of Elections to appoint poll workers for the Primary Election. | Section 102.012, F.S. – At least 20 days prior to any election. |
| August 8 (Wed) | Last day state write-in ballot is made available to overseas voters. | Section 101.6951, F.S. – 90 days prior to a General Election. |
| August 8 (Wed) | Deadline for Supervisors of Elections to notify overseas voters of upcoming General Election. | Section 100.025, F.S. – At least 90 days prior to regular Primary and General Elections. |
| August 13 (Mon) | Canvassing board may begin canvassing vote-by-mail ballots for the Primary Election (the earliest start date). | Section 101.68, F.S. – 7 a.m. on the 15th day before the election. |
| August 13 (Mon) | Early voting may begin prior to the mandatory early voting period, at the discretion of the Supervisor of Elections. | Section 101.657, F.S. – Early voting may be offered at the discretion of the Supervisor of Elections on the 15th, 14th, 13th, 12th, 11th, and/or 2nd day before an election. |
| August 14 (Tue) | Deadline to submit poll watcher designations for election day for the Primary Election. | Section 101.131, F.S. – Prior to noon of the second Tuesday preceding the election. |
| August 14 (Tue) | If early voting begins on August 13, first day for Supervisors of Elections to prepare and upload daily electronic files of early voting summary and early voting details to the Department of State. | Section 101.657, F.S.; Rule 1S-2.043, F.A.C. – No later than noon of each day for the previous day's activities. |

Unless otherwise expressly stated in law or rules, a deadline that falls on a weekend or a legal holiday does not move to the next business day.

EXHIBIT 1

# 2018 Election Dates

| Date | Event | Legal Reference |
|---|---|---|
| August 18 (Sat) | Mandatory early voting begins for the Primary Election. | Section 101.657, F.S.– Early voting shall begin on the 10th day before an election. |
| August 19 (Sun) | First day after start of mandatory early voting period for Supervisors of Elections to prepare and upload daily electronic files of early voting summary and early voting details to the Division of Elections. | Section 101.657, F.S.; Rule 1S-2.043, F.A.C. – No later than noon of each day for the previous day's activities. |
| August 21 (Tue) | Deadline for Supervisors of Elections to approve poll watchers and provide poll watcher identification badges for the Primary Election. | Section 101.131, F.S. – On or before the Tuesday before the election. |
| August 21 (Tue) | Deadline for Supervisors of Elections to mail or email sample ballots to voters for the Primary Election. | Section 101.20, F.S. – At least seven days prior to any election. |
| August 22 (Wed) | Deadline for Supervisors of Elections to receive requests for vote-by-mail ballots to be mailed to voters for the Primary Election. | Section 101.62, F.S. – No later than 5 p.m. on the sixth day before the election. |
| August 23 (Thu) | First day that a voter designee can pick-up a vote-by-mail ballot for the Primary Election. | Section 101.62, F.S. – Up to five days prior to the election. |
| August 24 (Fri) | Deadline for Supervisors of Elections to mail vote-by-mail ballots requested for the Primary Election. | Section 101.62, F.S. – No later than four days before the election. |
| August 24 (Fri) | Deadline for late registration for specified subcategory of UOCAVA individuals: any uniformed services or Merchant Marine member discharged or separated, or returned from military deployment or activation after 29-day registration deadline; or for any overseas U.S. citizen who left employment after 29-day registration deadline, and any family member accompanying them. | Section 97.0555, F.S. |
| August 25 (Sat) | Mandatory early voting period ends for the Primary Election. | Section 101.657, F.S. – Mandatory early voting shall end on the third day before an election. |
| August 26 (Sun) | Optional extension of early voting period ends for the Primary Election. | Section 101.657, F.S. – Early voting may also be offered at the discretion of the supervisor of elections on the second day before an election. |

Unless otherwise expressly stated in law or rules, a deadline that falls on a weekend or a legal holiday does not move to the next business day.

Page 9

EXHIBIT 1

# 2018 Election Dates

| Date | Event | Legal Reference |
|------|-------|-----------------|
| August 26 (Sun) - September 1 (Sat) | First period in which proposed constitutional amendments are advertised in a newspaper of general circulation in each county. | Art XI, Sec 5(d), Fla. Const. - Once in the tenth week, and once in the sixth week immediately preceding the week in which the election is held, the proposed amendment shall be published in one newspaper of general circulation in each county. |
| August 27 (Mon) | Deadline for voter to submit vote-by-mail ballot cure affidavit for the Primary Election. | Section 101.68(4), F.S. – Until 5 p.m. on the day before the election |
| August 27 (Mon) | Last day for Supervisors of Elections to prepare and upload daily electronic files of early voting summary and early voting details to the Department of State. | Section 101.657, F.S.; Rule 1S-2.043, F.A.C.– No later than noon of each day for the previous day's activities. |
| August 27 (Mon) | Last day to publish sample ballot in newspaper of general circulation in the county for the Primary Election. | Section 101.20, F.S. – Prior to the day of the election. |
| August 27 (Mon) | Last day for Supervisor of Elections to deliver "no excuse" vote-by-mail ballot to voter or for designee to pick up "no excuse" vote-by-mail ballot. | Section 101.62, F.S. |
| August 27 (Mon) | Deadline for Supervisors of Elections to upload into county election management system the results of all early voting and vote-by-mail ballots that have been canvassed and tabulated by the end of the early voting period. | Section 102.141 (4)(a), F.S. – By 7 p.m. on the day before the election. |
| **August 28 (Tue)** | **PRIMARY ELECTION** | **Section 100.061, F.S. – On the Tuesday 10 weeks prior to the General Election.** |
| August 28 (Tue) | "Emergency excuse" affidavit required for delivery of vote-by-mail ballot on election day. Supervisors of Elections may not deliver vote-by-mail ballots to electors or electors' immediate family members on election day unless voters affirm in an affidavit that an emergency that keeps them from being able to go to their polling places. | Section 101.62, F.S.; Rule 1S-2.052, F.A.C. - Exception exists for supervised voting in assisted living facilities as provided in s. 101.655. |
| August 28 (Tue) | Deadline for receipt of vote-by-mail ballots for the Primary Election. | Section 101.67, F.S. – All vote-by-mail ballots must be received by 7 p.m. election day. |

Unless otherwise expressly stated in law or rules, a deadline that falls on a weekend or a legal holiday does not move to the next business day.

EXHIBIT 1

# 2018 Election Dates

| Date | Event | Legal Reference |
|------|-------|-----------------|
| August 28 (Tue) | County canvassing boards to file preliminary election results with the Department of State within 30 minutes after polls close and report updates in 45-minute increments thereafter until all results for election day ballots, early voting ballots, and vote-by-mail ballots are completely reported. | Section 102.141, F.S. – All election day ballots cast, early voting ballots, and for vote-by-mail ballots, those that are canvassed and tabulated by each reporting increment. |
| August 28 (Tue) | Department of State to remit remainder of filing fees and party assessments to the respective political parties. | Section 99.103, F.S. – No later than the date of the Primary Election. |
| August 29 (Wed) | Deadline for all polling place returns to be submitted to county canvassing boards. | Section 102.141, F.S. – On or before 2 a.m. of the day following any election. |
| August 30 (Thu) | Deadline for persons voting a provisional ballot to provide evidence of eligibility to Supervisors of Elections. | Section 101.048, F.S.; Rule 1S-2.037, F.A.C.– No later than 5 p.m. on the second day following the election. |
| August 31 (Fri) | Deadline for county canvassing boards to file First Unofficial Results of the Primary Election with the Department of State. | Section 102.141, F.S. – No later than noon of the third day after a Primary Election. |
| September 2 (Sun) | Deadline for county canvassing boards to file Second Unofficial Results for the Primary Election, only if recount was conducted. | Section 102.141, F.S. – No later than 3 p.m. of the fifth day after a Primary Election. |
| September 4 (Tue) | Deadline for county canvassing boards to submit Official Results to the Department of State for the Primary Election. | Section 102.112, F.S. – 5 p.m. on the seventh day following a primary. |
| September 4 (Tue) | Deadline for county canvassing boards to submit Conduct of Election reports on Primary Election to the Division of Elections. | Section 102.141, F.S. – At the same time that the results of an election are certified. |
| September 5 (Wed) | County canvassing boards to begin publicly noticed audit of the voting system for the Primary Election. | Section 101.591, F.S.; Rule 1S-5.026, F.A.C. – Immediately following the certification of the election by the county canvassing board. |
| September 6 (Thu) | Elections Canvassing Commission meets to certify Official Results for federal, state, and multicounty offices. | Section 102.111, F.S. – 9 a.m. on the ninth day after a Primary Election. |
| September 7 (Fri) - September 12 (Wed) | Deadline for Supervisors of Elections to submit any revisions to county security procedures to the Department of State. | Section 101.015, F.S.; Rule 1S-2.015. F.A.C. – At least 45 days before early voting begins, specific date will depend on when county will begin conducting early voting. |

Unless otherwise expressly stated in law or rules, a deadline that falls on a weekend or a legal holiday does not move to the next business day.

Page 11

EXHIBIT 1

# 2018 Election Dates

| Date | Event | Legal Reference |
|---|---|---|
| September 11 (Tue) | Deadline for county canvassing boards to complete the voting system audit and for the results to be made public. | Section 101.591, F.S.; Rule 1S-5.026, F.A.C. – No later than 11:59 p.m. on the seventh day following certification of the election by the county canvassing board. |
| September 22 (Sat) | Deadline for Supervisors of Elections to send vote-by-mail ballots to absent stateside uniformed and overseas voters (UOCAVA) for the General Election. | Section 101.62, F.S. – Not less than 45 days before the General Election. |
| September 23 (Sun) - September 29 (Sat) | Second period in which proposed constitutional amendments are advertised in a newspaper of general circulation in each county. | Art XI, Sec 5(d), Fla. Const. - Once in the tenth week, and once in the sixth week immediately preceding the week in which the election is held, the proposed amendment shall be published in one newspaper of general circulation in each county. |
| September 24 (Mon) | Division of Elections to submit to the U.S. Department of Justice information on county compliance with 45-day UOCAVA vote-by-mail ballot send-out for the General Election. | 43 days before General Election. |
| September 26 (Wed) | Deadline for Supervisors of Elections to submit reports on post-election certification voting system audit to Division of Elections. | Section 101.591, F.S.; Rule 1S-5.026, F.A.C. – Within 15 days after completion of the audit. |
| September 27 (Thu) | Last day by when Supervisor of Elections must make information about provisional ballot available to individual voters on free access system for the Primary Election. | Section 101.048, F.S. – No later than 30 days following the election. |
| October 2 (Tue) - October 9 (Tue) | Mandatory seven-day window for Supervisors of Elections to mail vote-by-mail ballots to all domestic (non-UOCAVA) voters who requested vote-by-mail ballots. | Section 101.62, F.S. – Between 35th and 28th day before the election. |
| October 6 (Sat) | Deadline for Supervisors of Elections to update official voting history for Primary Election. | Section 98.0981, F.S.; Rule 1S-2.043, F.A.C. – Within 30 days after certification of election results by Elections Canvassing Commission for Primary Election. |

Unless otherwise expressly stated in law or rules, a deadline that falls on a weekend or a legal holiday does not move to the next business day.

EXHIBIT 1

# 2018 Election Dates

| Date | Event | Legal Reference |
|------|-------|-----------------|
| October 6 (Sat) | Deadline for Supervisors of Elections to file with the Division of Elections precinct-level election results of the Primary Election and a reconciliation of voting history and precinct-level election results. | Section 98.0981, F.S.; Rule 1S-2.043, F.A.C. – Within 30 days after certification of election results by Elections Canvassing Commission for Primary Election. |
| October 7 (Sun) | First day a registered voter or poll watcher may file a voter challenge in the same county for the General Election. | Section 101.111, F.S. – No sooner than 30 days before an election. |
| October 7 (Sun) - October 12 (Fri) | Deadline for Supervisors of Elections to mail notice of time and location of logic and accuracy (L&A) test to county party chairs and candidates, who did not receive notice at qualifying. | Section 101.5612, F.S. – At least 15 days prior to the beginning of early voting, specific date will depend on when county will begin conducting early voting. |
| October 8 (Mon) | Deadline for Supervisors of Elections to designate early voting sites for the General Election and to provide the Division of Elections with addresses, dates and hours for early voting sites. | Section 101.657, F.S. – No later than the 30th day prior to the election. |
| October 8 (Mon) - October 13 (Sat) | Deadline to submit poll watcher designations for early voting sites for General Election. | Section 101.131, F.S. – Before noon at least 14 days before early voting begins, specific date will depend on when county will begin conducting early voting. |
| October 9 (Tue) | Deadline to register to vote (book closing) for the General Election. | Section 97.055, F.S. – On the 29th day before each election. If the 29th day falls on a Sunday or a legal holiday, the registration books must be closed on the next day that is not a Sunday or a legal holiday. |
| October 12 (Fri) - October 26 (Fri) | Period in which logic and accuracy (L&A) test for General Election may be conducted. (Specific L&A date during this period will depend on when the county begins early voting). | Section 101.5612, F.S. – Not more than 10 days prior to beginning of early voting. |
| October 15 (Mon) - October 20 (Sat) | Deadline for Supervisors of Elections to approve poll watchers and provide poll watcher identification badges for early voting sites for the General Election. | Section 101.131, F.S. – No later than seven days before early voting begins, specific date will depend on when county will begin conducting early voting. |
| October 17 (Wed) | Deadline for Supervisors of Elections to appoint poll workers for the General Election. | Section 102.012, F.S. – At least 20 days prior to any election. |

Unless otherwise expressly stated in law or rules, a deadline that falls on a weekend or a legal holiday does not move to the next business day.

EXHIBIT 1

# 2018 Election Dates

| Date | Event | Legal Reference |
|---|---|---|
| October 21 (Sun) | Deadline for Department of State to report to the Florida Legislature voter registration and voting history information for the Primary Election. | Section 98.0981, F.S.; Rule 1S-2.053, F.A.C. – Within 45 days after certification of election results for Primary Election. |
| October 22 (Mon) | County canvassing board may begin canvassing vote-by-mail ballots for the General Election (the earliest start date). | Section 101.68, F.S. – 7 a.m. on the 15th day before the election. |
| October 22 (Mon) | Early voting may begin prior to the mandatory early voting period, at the discretion of the Supervisor of Elections. | Section 101.657, F.S. – Early voting may be offered at the discretion of the supervisor of elections on the 15th, 14th, 13th, 12th, 11th, and/or 2nd day before an election. |
| October 23 (Tue) | Deadline to submit poll watcher designations for election day for the General Election. | Section 101.131, F.S. – Prior to noon of the second Tuesday preceding the election. |
| October 23 (Tue) | If early voting begins on October 22, first day for Supervisors of Elections to prepare and upload daily electronic files of early voting summary and early voting details to the Department of State. | Section 101.657, F.S.; Rule 1S-2.043, F.A.C. – No later than noon of each day for the previous day's activities. |
| October 27 (Sat) | Mandatory early voting period begins for the General Election. | Section 101.657, F.S. – Early voting shall begin on the 10th day before an election. |
| October 28 (Sun) | First day after mandatory early voting period begins for Supervisors of Elections to prepare and upload daily electronic files of early voting summary and early voting details to the Department of State. | Section 101.657, F.S.; Rule 1S-2.043, F.A.C.– No later than noon of each day for the previous day's activities. |
| October 30 (Tue) | Deadline for Supervisors of Elections to approve poll watchers and provide poll watcher identification and badges for the General Election. | Section 101.131, F.S. – On or before the Tuesday before the election. |
| October 30 (Tue) | Deadline to mail or email sample ballots to voters for the General Election. | Section 101.20, F.S. – At least seven days prior to any election. |
| October 31 (Wed) | Deadline for Supervisors of Elections to receive requests for vote-by-mail ballots to be mailed to voters for the General Election. | Section 101.62, F.S. – No later than 5 p.m. on the sixth day before the election. |
| November 1 (Thu) | First day that a voter designee can pick up a vote-by-mail ballot for the General Election. | Section 101.62, F.S. – Up to five days prior to the election. |
| November 2 (Fri) | Deadline for Supervisors of Elections to mail vote-by-mail ballots requested for the General Election. | Section 101.62, F.S. – No later than four days before the election. |

Unless otherwise expressly stated in law or rules, a deadline that falls on a weekend or a legal holiday does not move to the next business day.

EXHIBIT 1

# 2018 Election Dates

| Date | Event | Legal Reference |
|---|---|---|
| November 2 (Fri) | Deadline for late registration for specified subcategory of UOCAVA individuals: any uniformed services or Merchant Marine member discharged or separated, or returned from military deployment or activation after 29-day registration deadline; or for any overseas U.S. citizen who left employment after 29-day registration deadline, and any family member accompanying them. | Section 97.0555, F.S. – 5 p.m. on the Friday before the election. |
| November 3 (Sat) | Mandatory early voting period ends for the General Election. | Section 101.657, F.S. – Early voting shall end on the third day before an election. |
| November 4 (Sun) | Optional extension of early voting period ends for the General Election. | Section 101.657, F.S. – Early voting may also be offered at the discretion of the supervisor of elections on the second day before an election. |
| November 5 (Mon) | Deadline for voter to submit vote-by-mail ballot cure affidavit for the General Election. | Section 101.68(4), F.S. – Until 5 p.m. on the day before the election. |
| November 5 (Mon) | Last day for Supervisors of Elections to prepare and upload daily electronic files of early voting summary and early voting details to the Department of State. | Section 101.657, F.S.; Rule 1S-2.043, F.A.C. – No later than noon of each day for the previous day's activities. |
| November 5 (Mon) | Last day for Supervisors of Elections to publish sample ballot in newspaper of general circulation in the county for the General Election. | Section 101.20, F.S. – Prior to the day of the election. |
| November 5 (Mon) | Deadline for Supervisors of Elections to upload into county election management system the results of all early voting and vote-by-mail ballots that have been canvassed and tabulated by the end of the early voting period. | Section 102.141 (4)(a) - By 7 p.m. on the day before the election. |
| November 5 (Mon) | Last day for Supervisor of Elections to deliver 'no excuse' vote-by-mail ballot to voter or designee to pick up vote-by-mail ballot. | Section 101.62, F.S. |
| **November 6 (Tue)** | **GENERAL ELECTION** | **Section 100.031, F.S. – On the first Tuesday after the first Monday in November of each even numbered year.** |

Unless otherwise expressly stated in law or rules, a deadline that falls on a weekend or a legal holiday does not move to the next business day.

EXHIBIT 1

# 2018 Election Dates

| Date | Event | Legal Reference |
|------|-------|-----------------|
| November 6 (Tue) | "Emergency excuse" affidavit required for delivery of vote-by-mail ballot on election day. Supervisors of Elections may not deliver vote-by-mail ballots to electors or electors' immediate family members on election day unless voters affirm in an affidavit that an emergency that keeps them from being able to go to their polling places. | Section 101.62, F.S.; Rule 1S-2.052, F.A.C. - Exception exists for supervised voting in assisted living facilities as provided in s. 101.655. |
| November 6 (Tue) | Deadline for receipt of vote-by-mail ballots for the General Election. | Section 101.67, F.S. – Except for 10-day extension for overseas vote-by-mail ballots as provided in s. 101.6952, F.S., all vote-by-mail ballots must be received by 7 p.m. on election day. |
| November 6 (Tue) | County canvassing boards to file preliminary election results with the Department of State within 30 minutes after polls close and report updates in 45-minute increments thereafter until all results for election day ballots, early voting ballots, and vote-by-mail ballots (except for overseas ballots) are completely reported. | Section 102.141, F.S. – All election day ballots cast, early voting ballots, and for vote-by-mail ballots, those that are canvassed and tabulated by each reporting increment. |
| November 7 (Wed) | Deadline for all polling place returns to be submitted to county canvassing boards. | Section 102.141, F.S. – On or before 2 a.m. of the day following any election. |
| November 8 (Thu) | Deadline for persons voting a provisional ballot to provide evidence of eligibility to Supervisors of Elections. | Section 101.048, F.S.; Rule 1S-2.037, F.A.C. – No later than 5 p.m. on the second day following the election. |
| November 10 (Sat) | Deadline for county canvassing boards to file First Unofficial Results of General Election with the Department of State. | Section 102.141, F.S. – No later than noon of the fourth day after a General Election. |
| November 15 (Thu) | Deadline for county canvassing boards to file Second Unofficial Results of General Election with the Department of State, only if recount was conducted. | Section 102.141, F.S. – No later than 3 p.m. of the ninth day after the election. |
| November 16 (Fri) | Deadline for receipt of overseas ballots for General Election. Ballot must be postmarked or signed and dated no later than the date of the election and received no later than 10 days from the date of the General Election. | Section 101.6952(5), F.S. |
| November 18 (Sun) | Deadline for county canvassing boards to submit Official Results to the Department of State for the General Election. | Section 102.112, F.S. – Noon on the 12th day following the election. |

Unless otherwise expressly stated in law or rules, a deadline that falls on a weekend or a legal holiday does not move to the next business day.

EXHIBIT 1

# 2018 Election Dates

| Date | Event | Legal Reference |
|------|-------|-----------------|
| November 18 (Sun) | Deadline for county canvassing boards to submit Conduct of Election reports on General Election to the Division of Elections. | Section 102.141, F.S. – At the same time that the results of an election are certified. |
| November 19 (Mon) | County canvassing boards to begin publicly noticed audit of the voting system for the General Election. | Section 101.591, F.S.; Rule 1S-5.026, F.A.C. – Immediately following the certification of the election by the county canvassing board. |
| November 20 (Tue) | Elections Canvassing Commission meets to certify Official Results for federal, state, and multicounty offices. | Section 102.111, F.S. – 9 a.m. on the 14th day after a General Election. |
| November 21 (Wed) | Last day for Supervisors of Elections to prepare and upload daily electronic files of vote-by-mail ballot request information to the Department of State for the Primary Election and General Election. | Section 101.62, F.S.; Rule 1S-2.043, F.A.C. – Beginning 60 days prior to the Primary Election on a daily basis by 8 a.m. until 15 days after the General Election. |
| November 25 (Sun) | Deadline for county canvassing boards to complete the voting system audit and for the results to be made public. | Section 101.591, F.S.; Rule 1S-5.026, F.A.C. – No later than 11:59 p.m. on the seventh day following certification of the election by the county canvassing board. |
| December 1 (Sat) | Deadline for Supervisors of Elections to submit request to Chief Financial Officer for reimbursement regarding petition signatures verified at no charge to a candidate or committee based on undue burden affidavit. | Section 99.097, F.S. – No later than December 1 of the General Election year. |
| December 6 (Thu) | Last day by when Supervisor of Elections must make information about provisional ballots available to individual voters on free access system for the General Election. | Section 101.048, F.S. – No later than 30 days following the election. |
| December 10 (Mon) | Deadline for Supervisors of Elections to submit reports on post-election certification voting system audit to Division of Elections. | Section 101.591, F.S.; Rule 1S-5.026 F.A.C – Within 15 days after completion of the audit. |
| December 15 (Sat) | Deadline for Supervisors of Elections to submit reports on voter education programs to the Department of State. | Section 98.255, F.S.; Rule 1S-2.033, F.A.C. – By December 15 of each General Election year. |
| December 15 (Sat) | Deadline for Supervisors of Elections to submit reports on the total number of overvotes and undervotes in the Governor and Lieutenant Governor race to the Department of State. | Section 101.595, F.S. – No later than December 15 of each General Election year. |

Unless otherwise expressly stated in law or rules, a deadline that falls on a weekend or a legal holiday does not move to the next business day.

EXHIBIT 1

# 2018 Election Dates

| Date | Event | Legal Reference |
|------|-------|-----------------|
| December 20 (Thu) | Deadline for Supervisors of Elections to update official voting history for General Election. | Section 98.0981, F.S.; Rule 1S-2.053, F.A.C. – Within 30 days after certification of election results by Elections Canvassing Commission for General Election. |
| December 20 (Thu) | Deadline for Supervisors of Elections to file with the Division of Elections precinct-level election results of the General Election and a reconciliation of voting history and precinct-level election results. | Section 98.0981, F.S.; Rule 1S-2.053, F.A.C. – Within 30 days after certification of election results by Elections Canvassing Commission for General Election. |
| December 31 (Mon) | Deadline for Supervisors of Elections to submit to the Department of State HAVA Funds Expenditure Reports for use of funds relating to voter education, poll worker training, federal election activities, voting systems assistance, optical scan and ballot-on-demand for the reporting period October 1, 2017 through September 30, 2018. | Help America Vote Act of 2002 (42 U.S.C. §§ 15301-15545). |
| December 31 (Mon) | Supervisors of Elections shall remove post-election all designated inactive voters who have not voted or attempted to vote, requested a vote-by-mail ballot, or updated their voter registration record in two general elections since they were first made inactive. | Section 98.065(4)(c), F.S.; Rule 1S-2.041(2), F.A.C.; and 52 U.S.C. § 2057 National Voter Registration Act (NVRA). |
| December 31 (Mon) | All user IDs and passwords issued by the state during prior year for access to statewide vote-by-mail ballot request information expire. | Rule 1S-2.043, F.A.C. |
| December 31 (Mon) | Election administrators to review records against Records Retention Schedule for Election Records (GS-3) and internal office retention schedule and identify and schedule disposition of records that have met retention. | Florida Public Records Law. |

Unless otherwise expressly stated in law or rules, a deadline that falls on a weekend or a legal holiday does not move to the next business day.

Page 18

EXHIBIT 1

# 2019 Election Dates

| Date | Event | Legal Reference |
|------|-------|-----------------|
| January 1 (Tue) | Deadline for voting systems vendors to file a written disclosure with the Department of State identifying any known defect in their voting systems or the fact there is no known defect, the effect of any known defect on the operation and use of the system, and any known corrective measures to cure the defect. | Section 101.56065, F.S. – On January 1 of every odd-numbered year. |
| January 4 (Fri) | Deadline for Department of State to report to the Florida Legislature voter registration and voter history information for the General Election. | Section 98.0981, F.S.; Rule 1S-2.053, F.A.C. – Within 45 days after certification of election results for General Election. |
| January 31 (Thu) | Deadline for Supervisors of Elections to certify to the Division of Elections address and registration list maintenance activities for prior six months. | Sections 98.065 and 98.075, F.S.; Rule 1S-2.041, F.A.C. – No later than January 31 of each year. |
| January 31 (Tue) | Deadline for Department of State to report to the Governor, President of the Senate, and Speaker of the House of Representatives a report regarding overvotes and undervotes cast in the Governor and Lieutenant Governor race. | Section 101.595, F.S. – On January 31 of each year following a General Election. |
| February 1 (Fri) | Deadline for Department of State and Supervisors of Elections to submit initial responses to U.S. Election Assistance Commission's 2018 Election Administration and Voting Survey. | National Voter Registration Act (NVRA) (52 U.S.C. § 20508), Uniformed and Overseas Citizens Absentee Voting Act (UOCAVA) (52 U.S.C. § 20302), and Help America Vote Act (HAVA) (42 U.S.C. §§ 15301-15545). |
| March 1 (Fri) | Deadline for Department of State and Supervisors of Elections to submit final responses to U.S. Election Assistance Commission's 2018 Election Administration and Voting Survey. | National Voter Registration Act (NVRA) (52 U.S.C. § 20508), Uniformed and Overseas Citizens Absentee Voting Act (UOCAVA) (52 U.S.C. § 20302), and Help America Vote Act (HAVA) (42 U.S.C. §§ 15301-15545). |
| March 5 (Tue) | First day of regular Legislative Session. | Art. III, §3(b), Fla. Const. |
| April 28 (Sun) | Deadline for U.S. Representative, State Attorney, and Public Defender candidates to change party affiliation. | Section 99.021, F.S. – 365 days before the beginning of applicable qualifying preceding the General Election (Qualifying begins noon, April 27, 2020). |

Unless otherwise expressly stated in law or rules, a deadline that falls on a weekend or a legal holiday does not move to the next business day.

Page 19

EXHIBIT 1

## 2019 Election Dates

| Date | Event | Legal Reference |
|---|---|---|
| May 3 (Fri) | Last day of regular Legislative Session. | Art III, Sec 3(d), Fla. Const. – Regular session not to extend beyond 60 days. |
| June 16 (Sun) | Deadline for State Senator, State Representative, County Office and Special District candidates to change party affiliation. | Section 99.021, F.S. – 365 days before the beginning of applicable qualifying preceding the General Election (Qualifying begins noon, June 15, 2020). |
| July 31 (Wed) | Deadline for Supervisor of Elections to submit HAVA "Balance" Report (i.e., remaining balance of HAVA funds as of June 30, 2019). | Help America Vote Act (HAVA)(U.S.C. §§ 15301-15545) |
| July 31 (Wed) | Last day for Supervisors of Elections to certify to the Division of Elections address and registration list maintenance activities for prior six months. | Sections 98.065 and 98.075, F.S.; Rule 1S-2.041, F.A.C. – No later than July 31 of each year. |
| December 31 (Tue) | Deadline for Supervisors of Elections to submit to the Department of State their HAVA Funds Expenditure Reports for use of funds relating to voter education, poll worker training, federal election activities, voting systems assistance, optical scan and ballot-on-demand for the reporting period October 1, 2018 through September 30 2019. | Help America Vote Act (HAVA)(42 U.S.C. §§ 15301-15545). |
| December 31 (Tue) | Election administrators to review records against Records Retention Schedule for Election Records (GS-3) and internal office retention schedule and identify and schedule disposition of records that have met retention. | Florida Public Records Law. |

Unless otherwise expressly stated in law or rules, a deadline that falls on a weekend or a legal holiday does not move to the next business day.

Page 20

EXHIBIT 1

# Change Log

| Date File Amended | Action Taken | New Event Date | Event |
|---|---|---|---|
| 11/21/2017 | Added event | 7/29/2018 | Deadline for Supervisors of Elections to designate early voting sites for the Primary Election and to provide the Division of Elections with addresses, dates and hours for early voting sites. |
| 11/21/2017 | Added event | 8/14/2018 | Deadline to submit poll watcher designations for election day for the Primary Election. |
| 6/25/2018 | Moved Event | 7/31/2018 | Deadline to submit HAVA "Balance" Report (i.e., remaining balance of HAVA funds as of June 30, 2018). |
| 6/25/2018 | Changed Cover | N/A | N/A |
| 7/6/2018 | Added event | 8/27/2018 | Deadline for voter to submit vote-by-mail ballot cure affidavit for the Primary Election |
| 7/6/2018 | Added event | 11/5/2018 | Deadline for voter to submit vote-by-mail ballot cure affidavit for the General Election |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

*Denotes a Holiday – Unless otherwise expressly stated in law or rules, a deadline that falls on a weekend or a legal holiday does not move to the next business day.

EXHIBIT 1



# Florida Department of State
# Division of Elections

Room 316, R. A. Gray Building
500 S. Bronough St.
Tallahassee, Florida 32399-0250
Phone: 850-245-6200
Web Site: http://election.dos.state.fl.us

EXHIBIT 1

# EXHIBIT 4

| | |
|---|---|
| MARTA VALENTINA RIVERA MADERA, on behalf of herself and all others similarly situated; FAITH IN FLORIDA, HISPANIC FEDERATION, MI FAMILIA VOTA EDUCATION FUND, UNIDOSUS, and VAMOS4PR,<br><br>PLAINTIFFS,<br><br>v.<br><br>KEN DETZNER, in his official capacity as Secretary of State for the State of Florida; and KIM A. BARTON, in her official capacity as Alachua County Supervisor of Elections, on behalf of herself and similarly-situated County Supervisors of Elections,<br><br>DEFENDANTS. | Case No. 1:18-cv-00152-MW-GRJ |

## DECLARATION OF ELIZABETH HORNE,

## SUPERVISOR OF ELECTIONS OF COLUMBIA COUNTY

I, ELIZABETH "LIZ" P. HORNE, in my capacity as Columbia County, Florida, Supervisor of Elections, and according to 28 U.S.C. § 1746, hereby state:

1.　My name is Elizabeth "Liz" P. Horne. I am over 18 years of age, am competent to testify, and declare the following facts based on my own personal knowledge.

2.　I have served as Columbia County Supervisor of Elections since 2005. As Supervisor, my duties include preparation of ballots, administering all aspects of voting, including vote-by-mail voting, early voting, and election day voting, hiring and training election workers, voter registration activities, voter education, and maintaining election equipment.

3. At the time of making this Declaration, my office employs seven full-time and between four and six part time staff, and we are in the early voting phase of our primary election. Early voting will end on August 25th and our primary election day will be August 28, 2018. During early voting, my staff are receiving voters between 8:30 a.m. and 6 p.m. each day, and the County canvasing board is meeting regularly to ensure timely canvas of ballots.

4. My understanding is that the Plaintiffs in this case seek an injunction ordering thirty-two of the State's Supervisors of Elections, including myself, to provide several forms of aid to non-English speaking Puerto Rican voters.

5. During this election cycle this office has made provision for one Spanish-speaking voter who requested an accommodation. At no cost to the voter, my office secured an interpreter who assisted the voter with completing a ballot for the primary election. Although we do not retain an interpreter or interpreters on a full-time basis, we endeavor at all times to reasonably accommodate any voter who requests assistance due to a language barrier to effectuate each vote.

6. Based on my experience and the specific circumstances here in Columbia County, I will not be able to provide any of the requested relief in time for the November 6, 2018 general election.

7. The Plaintiffs want each Supervisor to provide information, materials, training, and personnel in English and Spanish pertaining to all stages and every facet of the electoral process, including retaining fluently bilingual fulltime staff and part-time employees on election day for polling places. These employees will have to possess fluency in both the English and Spanish languages.

a.  The relief sought by the Plaintiffs would substantially affect everything this office does. This is true not only for elections like the one we are currently working on, but the periods of time between election cycles when we are planning and training. The requested relief would require a complete revision of the budget for this office with substantial increases affecting every aspect of our operations from employment issues through the cost of printing ballots. I would likely have to terminate at least one of my employees as none of my current employees are bilingual. I am not certain I would be able to identify and hire anyone who would meet the Plaintiff's requirements for bilingual staffing. Furthermore, this office lacks the budget, manpower, and time necessary to make any of the changes requested by the Plaintiff before the 2018 General Election. I am of the opinion that most of the changes requested for the Plaintiff would be cost prohibitive even if we were not under deadline for the 2018 General Election.

8.      If the Court were to grant an injunction that would take effect before the 2018 General Election I am frankly uncertain how this office would staff or fund its response so as to comply with the requested relief. In the process of making every effort to comply with any order of the Court, I am concerned that the ability of my staff to maintain an orderly and fair election for the people of Columbia County would be adversely impacted. I am concerned that granting the relief requested by the Plaintiff at any time would be a difficult proposition, but I am more concerned about granting that relief with so little lead time for compliance.

On August 23, 2018, pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct:

3

Elizabeth "Liz" P. Horne
Columbia County Supervisor of Elections

# EXHIBIT 5

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

MARTA VALENTINA RIVERA
MADERA, on behalf of herself and all
others similarly situated; FAITH IN
FLORIDA, HISPANIC FEDERATION,
MI FAMILIA VOTA EDUCATION
FUND, UNIDOSUS, and VAMOS4PR,

PLAINTIFFS,

v.

KEN DETZNER, in his official
capacity as Secretary of State for the
State of Florida; and KIM A. BARTON,
in her official capacity as Alachua
County Supervisor of Elections, on
behalf of herself and similarly-situated
County Supervisors of Elections,

DEFENDANTS.

Case No. 1:18-cv-00152-MW-GRJ

## DECLARATION OF MIKE HOGAN,

## SUPERVISOR OF ELECTIONS OF DUVAL COUNTY

I, Mike Hogan, according to 28 U.S.C. § 1746, hereby state:

1.      My name is Mike Hogan. I am over 18 years of age, am competent to

testify, and declare the following facts based on my own personal knowledge.

2.      I have served as Duval County Supervisor of Elections since July 1,

2015. As Supervisor, my duties include preparation of ballots, administering all

aspects of voting, including vote-by-mail voting, early voting, and election-day

voting, hiring and training election workers, voter registration activities, voter education, and maintaining election equipment.

3.  On a day-to-day basis after the conclusion of the August 28, 2018 primary election, in order to prepare for and administer the general election in Duval County the Supervisor and staff will be engaged in doing the following:

> August 29 – remaining absentee ballots and provisional ballots must
>
> > be researched and tabulated / if valid.
>
> August 30 – all voting equipment that has been deployed to election
>
> > day sites must be returned to election center. All bags, items
> >
> > and supplies must be examined and replenished for distribution
> >
> > October 15 for use in the November 6 general election.
>
> August 31 – if a recount is necessary, a recount must begin and be
>
> > completed by September 2.
>
> September 4 – certification of primary election and selection of
>
> > primary race and precincts to be manually audited.
>
> September 4 – poll worker training for general election begins. Over
>
> > 1,800 poll workers must receive 3 hours of training that
> >
> > includes voting system operation, polling place procedures,
> >
> > problem solving, conflict resolution, and etiquette and

sensibility for dealing with voters with disabilities. Poll worker training will continue daily until October 13

September 7 - ballot proofs for general election sent to printer.

September 7 - vote tabulation system must be set up and programmed with proper candidates and referendum for general election. Each tabulator must be programmed individually.

September 7 until completion – 830 + EViDs must be received and cleaned from distribution to early voting sites and election day precincts and must be reset for use election day.

September 11 - deadline to complete manual audit.

September 11 – voter data, ballots and templates must be sent to vendor for print, fold, tab ad mail of sample ballots.

September 17 – ballots received by vendor for in house testing of all tabulators and auto marks.

September 17 – 22 – ballots received for vote by mail ballots. Vote by mail ballots must be prepared for mailing in advance of September 22 deadline.

September 22 – Deadline to mail ballots to overseas, absentees voters

September 23 and daily until October 31 – mail absentee ballots to overseas, absentee voters on request.

3

October 2 – mail absentee ballots to domestic civilian voters.

October 3 and daily until October 31 – mail absentee ballots to

domestic civilian voters on request.

October 9 – sample ballots delivered to postal service in Jacksonville

October 12 – Logic and Accuracy test for general election

October 15 – Individual ballots must be separated into precincts and

loaded for dispersion on election day.

October 15- Load out of equipment to early voting sites.

October 22 – Early voting begins and continues daily until November

4 at 18 early voting sites.

October 29 – Load out of equipment to all 199 election day polling

sites.

4. My understanding is that the Plaintiffs in this case seek an injunction ordering thirty-two of the State's Supervisors of Elections, including myself, to provide several forms of aid to non-English speaking Puerto Rican voters.

5. Our current efforts to provide language assistance in Duval County include:

a. Spanish translation of all posted information is available on our website.

b.     In every precinct and in every voting site, all election literature including signage, is currently available in both English and Spanish.

c.     We will have a sample ballot translated in Spanish that can be accessed via telephone call-in.

d.     We have Spanish interpreters in our call center and available by phone on election day to all precincts.

e.     Our on-site precinct ballot printer can produce a voter-marked ballot in Spanish.

f.     We provide Spanish speaking poll workers in polling precincts where we expect a concentration of Spanish voters.

g.     We have ballot audio in Spanish on the ballot marking device.

h.     We have recruited poll workers through Hispanic organizations.

i.     We advertise on Hispanic media to advertise and advise on election issues.

j.     We produce radio spots in Spanish to advertise and advise on election issues.

6.     Based on my experience and the specific circumstances here in Duval County, I will not be able to provide all of the requested relief in time for the November 6, 2018 general election.

7.     The Plaintiffs want each Supervisor to provide information in Spanish about all stages of the electoral process pertaining to the issuance of notifications, announcements and other informational materials concerning the opportunity to register, voter registration deadlines, the times, places and subject matters of elections, and the absentee and early voting processes. All of this information is available through our website, which is translatable into Spanish.

8.     The Plaintiffs want each Supervisor to provide in English and Spanish the following election-related materials:

       a.    The official ballot:  Official ballots must be sent to the printer by September 10, 2018 in order for printing to be completed and received by the Supervisor by the September 22, 2018 mailout deadline for overseas absentee voters.  Duval County is home to two large U.S. Navy bases and a correspondingly large number of citizens requiring overseas mailouts of absentee ballots.

       b.    Sample ballots:  sample ballots must be sent to the printer by September 11, 2018 in order to receive the printed sample ballots back in time to mail them out to the voters for receipt prior to the October 22, 2018 start of early voting.

c.  Absentee and early voting applications and ballots: absentee ballot return envelopes have already been sent to the printer for completion and return prior to the start of absentee voting on October 2, 2018. If the return envelopes were to be required in Spanish, it would be too late to get the envelope proof to the vendor to guarantee their return prior to the mailout date.

d.  Provisional ballots: provisional ballot envelopes have already been sent to the printer for use on election day. If provisional ballot envelopes were to be required in Spanish, the vendor requires a minimum of six weeks to produce a new batch of provisional ballot envelopes in Spanish.

e.  Voter registration cards and applications: voter registration applications are currently available in Spanish. Spanish language voter registration cards would have to be printed and distributed to all the voters. Each voter registration card would have to be reprinted in English and Spanish and reissued to each of Duval County's 592,345 currently registered voters since it would be impossible to determine which voters require a Spanish registration card.

f.  Voting instructions: these are currently available because they can be produced at each precinct.

g.  Voter information guides and pamphlets: Constitutional amendment information is produced by the State of Florida and is available in Spanish. Locally produced voter guides are printed annually and do not contain any specific information applicable to the November 6, 2018 election.

h.  Notification of elections and polling place changes: Each registered voter in the precinct subject to the polling place change would have to receive a new voter registration card. These cards would have to be produced in both Spanish and English since it would not be possible to determine which of the affected voters only communicates in Spanish.

i.  Polling place signage: these are currently available.

9.  The Plaintiffs want each Supervisor to provide Spanish translations of election-related materials, offices up for election, candidates who have qualified, and local issues or referenda and announcements applicable to elections in the Counties, including materials and announcements provided by the State of Florida: These materials are not available in Spanish. In order to produce these materials in Spanish, a vendor not otherwise encumbered by the printing work identified in

paragraph 8, above would have to be located. These materials would have to be sent to the vendor and printed and available in time to mail them out to the voters for receipt prior to the October 22, 2018 start of early voting.

10.     The Plaintiffs want each Supervisor to provide the Spanish-English Election Terms Glossary prepared by the United States Election Assistance Commission at each polling place: These materials are not currently available in Spanish. It is unclear what would be required to obtain and produce these materials in Spanish.

11.     The Plaintiffs want each Supervisor to utilize a certified translator to prepare translated materials. The translator shall ensure that bilingual and Spanish-language materials are complete, accurate, and accessible for the Counties' Spanish-speaking voters educated in Puerto Rico: This would require the Supervisor to hire a certified translator to translate the existing materials into Spanish. This currently unbudgeted translation service would have to be concluded and the translations made to meet the mailout and production deadlines noted in paragraph 8, above.

12.     The Plaintiffs want each Supervisor to ensure that English-language election information and services available on the County's website are available in equivalent and accurate form in Spanish, including, but not limited to, information concerning a) polling place location; b) voter information; c) absentee

9

voting; and d) poll workers. Spanish-language information and materials shall be readily accessible through easily visible and identifiable Spanish-language links on each County's website in font comparable to that of English-language sections of the website: These materials are currently available in Spanish.

13.     The Plaintiffs want each Supervisor to provide information in Spanish on the County's website and at polling places that any voter who requires assistance to vote in English may bring a helper to assist them in reading the ballot: This would be possible to put on the website. However, Duval County has 199 polling precincts. Producing these materials in Spanish would require preparation of the materials and locating and contracting with a vendor to produce the materials prior to the November 6, 2018 general election.

14.     The Plaintiffs want each Supervisor to recruit, hire, train, and assign bilingual poll workers who are able to understand, speak, write, and read English and Spanish fluently and can provide effective translation assistance to Spanish-speaking voters at the polls on election days and at early voting locations: Duval County does not provide this service, nor does the County employ the workforce necessary to meet this requirement of a certified translator for its 199 polling precincts.

15.     The Plaintiffs want each Supervisor to provide a) at least one bilingual poll worker at any election precinct in which there are between 100 and 249

registered voters with Spanish surnames; b) at least two bilingual poll workers at any election precinct in which there are between 250 and 500 registered voters with Spanish surnames; c) at least three bilingual poll workers at any election precinct in which there are between 250 and 500 registered voters with Spanish surnames; d) at least two bilingual election officials at each early voting location; and e) bilingual personnel, trained in Spanish-language election terminology, on call and available by telephone during all early voting hours and all hours when the polls are open to provide assistance to any Spanish speaking voters: Duval County has 592,345 registered voters. Going through the database of registered voters to identify those individuals with "Spanish surnames" would unduly overburden the staff and prevent them from performing the duties necessary to properly prepare for the general election. Additionally, this request creates troubling equal protection issues unless the Court identifies exactly what "Spanish surnames" should be considered, since a "Spanish surname" in the opinion of one supervisor might not be shared by another. Duval County currently has retained 8 bilingual poll workers.

16. The Plaintiffs want each Supervisor to prominently post at each polling place signs in English and Spanish explaining how voters can obtain Spanish-language assistance: Duval County has 199 polling precincts. Producing these materials in Spanish would require preparation of the materials and locating

and contracting with a vendor to produce the materials prior to the November 6, 2018 general election.

17.  The Plaintiffs want each Supervisor to recruit, hire, train, and assign bilingual personnel who are able to understand, speak, write, and read English and Spanish fluently and can provide effective translation assistance to Spanish-speaking voters, including those who are seeking to register to vote in the Counties or seeking to vote by absentee ballot:  Duval County does not provide this service, nor does the County employ the workforce necessary to meet this requirement of a certified translator for its 199 polling precincts.

18.  The Plaintiffs want each Supervisor to train all poll officials and other election personnel regarding the requirements of Section 4(e) of the federal Voting Rights Act, 52 U.S.C. §10303(e), including the legal obligation and means to make effective Spanish-language assistance and materials available to voters: training materials are developed by the Department of State, Division of Elections, with some local training enhancement specific to Duval County.  Once the new materials are produced by the State, the Supervisor will implement the new training materials.

19.  The Plaintiffs want each Supervisor to, in addition to the above general training, include in the training of bilingual poll officials the following election-related materials: the official ballot; sample ballots; absentee and early

12

voting applications and ballots; provisional envelopes; voter registration cards and applications; voting instructions; any voter information or pamphlets, notification of elections and polling place changes, and polling place signage; Spanish translations of election-related information, materials and announcements applicable to elections in the Counties that are provided by the State of Florida; and a copy of the Spanish-English Election Terms Glossary prepared by the United States Election Assistance Commission: training materials are developed by the Department of State, Division of Elections. Once the new materials are produced by the State, the Supervisor will implement the new training materials.

20. The Plaintiffs want each Supervisor to provide several forms of aid to non-English speaking Puerto Rican voters. The timing and logistic issues with this are:

      a.    The August election will not be completed until September 4 unless there is a recount required. That would take perhaps up to one week additional time.

      b.    The ballots for the November election need to be at the printer by September 10.

      c.    We will have already started poll worker training on September 4, and depending on the decision made that would hinder us from getting the new training information to the poll workers.

d. The overseas and military ballots must be mailed on September 22.

e. Domestic civilian ballots must be mailed on October 2.

f. Early voting starts October 22.

g. Vote by mail envelope and literature inside would need to be re-printed and that process would take 6-8 weeks to present to the printer and get it back. Also, all of this work must be done right away, and they are in the middle of elections and working on election assignments.

21. The Plaintiffs request Spanish language ballots, registration and other election materials and assistance for the November 6, 2018 election and all future elections. That would require us to train and hire an estimated additional 225 bilingual poll workers based on the census data the plaintiffs provided. Nothing on our voter rolls indicates whether a voter can or cannot speak Spanish, regardless of whether their surname appears to be Spanish.

22. The Supervisor of Elections is the Florida Constitutional officer responsible for registering electors and conducting elections in Duval County. The Plaintiffs' requests in this lawsuit for production of various materials in Spanish in time for the November 6, 2018 impossibly strain the limited resources available for

adequately completing the current election and preparing for the November 6, 2018 general election.

On August 24, 2018, pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct:

/s/ Mike Hogan

Mike Hogan

# EXHIBIT 6

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF FLORIDA

# GAINESVILLE DIVISION

|  |  |
|---|---|
| MARTA VALENTINA RIVERA MADERA, on behalf of herself and all others similarly situated; FAITH IN FLORIDA, HISPANIC FEDERATION, MI FAMILIA VOTA EDUCATION FUND, UNIDOSUS, and VAMOS4PR, <br><br> PLAINTIFFS, <br><br> v. <br><br> KEN DETZNER, in his official capacity as Secretary of State for the State of Florida; and KIM A. BARTON, | Case No. 1:18-cv-00152-MW-GRJ |

in her official capacity as Alachua County Supervisor of Elections, on behalf of herself and similarly-situated County Supervisors of Elections,

DEFENDANTS.

## <u>DECLARATION OF KAITLYN (KAITI) LENHART,</u>
## <u>SUPERVISOR OF ELECTIONS OF FLAGLER COUNTY</u>

I, Kaitlyn (Kaiti) Lenhart, according to 28 U.S.C. § 1746, hereby state:

1.      My name is Kaiti Lenhart.  I am over 18 years of age, am competent to testify, and declare the following facts based on my own personal knowledge.

2.      I have served as Flagler County Supervisor of Elections for three years and eight months. My experience also includes five years of service as Deputy Supervisor of Elections in Flagler County.  As Supervisor, my duties include preparation of ballots, administering all aspects of voting, including vote-by-mail voting, early voting, and Election Day voting, hiring and training election workers, voter registration activities, voter education, and maintaining election equipment.

3.      Election cycles are a marathon, Primary Election Day is only half of the race. Florida's late primary means we must prepare for two elections at one

2

time. While we are in the midst of early voting and Election Day preparations for the Primary Election, we are ready to swing into action for the General Election directly following August 28 and the certification of the results in order meet the deadline to mail ballots for our overseas voters by September 21, 2018. Active voting for the General Election begins in less than one month from the date of this Declaration.

4.     The current primary election is our first countywide election using our new voting system which was installed in April 2017 to replace 19-year-old precinct-level tabulators. Our equipment testing period began in February of this year to prepare and finalize our security protocols and election procedures to be used with this new equipment. After receipt of Federal grant funding to upgrade our e-poll book technology, we had a total of five working days to train, test and deploy the equipment at our early voting sites. My staff of six full-time employees and I have been working 12-14 hour days for almost two weeks straight because this is what it takes to serve our community of over 81,000 registered voters. We plan, train and test equipment and procedures for months in advance because we know that anything can happen at the last minute. Our deployment of the new e-poll books was a success, and early voting is going smoothly. Our turnout today has already exceeded the total 2014 Primary Election early voting turnout with 6,163 ballots cast. One day of early voting remains, combined with Election Day turnout in a midterm Primary Election that is on track to continue to exceed our

expectations for voter turnout. Delivery trucks have been picked up and our voting equipment and precinct supplies are packed and ready for delivery to polling locations this morning. We are on schedule to meet deadlines even after installing new hardware and software at the last minute, training staff and poll workers in record time to further secure the elections process. I fear granting the Plaintiffs in this case the requested relief *en toto* would greatly undermine the efficiency of this election cycle that we have worked so hard to ensure. In fact, it may not be humanly possible.

5. My understanding is that the Plaintiffs in this case seek an injunction ordering thirty-two of the State's Supervisors of Elections, including myself, to provide several forms of aid to non-English speaking Puerto Rican voters.

6. We currently have Spanish-speaking poll workers scheduled to work in the General Election. Provisions of election law already allow voters to receive assistance from a person of their choice or from workers at the polls during in-person voting. Our website (FlaglerElections.com) offers a translation tool which can be used to translate the content of the site into many languages, including Spanish. On the website, we link to many forms, guides and the 2018 Constitutional Amendment ballot language which is available in Spanish. To my knowledge, the requested relief has not been made by a voter in Flagler County during this election cycle and the number of affected Puerto Rican citizens displaced by Hurricane Maria who currently reside in Flagler County is unknown.

However, I am willing to recruit and hire a Spanish-speaking temporary office staff member to provide translation services for voters who may request assistance in their native Spanish language during the 2018 General Election. This staff member must be immediately trained during the month of September to be available for voter registration, early voting and Election Day needs of citizens who may request assistance in Spanish.

7.    Based on my experience and the specific circumstances here in Flagler County, I will not be able to provide some of the requested relief in time for the November 6, 2018 General Election.

8.    The Plaintiffs have requested that each Supervisor Provide, in English and Spanish, the following election-related materials: a) the official ballot; b) sample ballots; c) absentee and early voting applications and ballots; d) provisional ballots; e) voter registration cards and applications; f) voting instructions; g) any voter information guides or pamphlets; h) notification of elections and polling place changes; and i) polling place signage.

   a.    Our absentee (Vote By Mail) ballot envelope design deadline was August 8, 2018. The materials for our ballot packages (exterior and interior envelopes, secrecy sleeves) are in production and likely near completion. Our vendor must have live data from us on September 10 in order to meet our deadline to mail overseas ballots by the deadline of September 21, 2018 for the General Election. This data includes

our final ballot styles in electronic format and specific quantities per precinct split. Our ballot layout and design for the General Election is ready for final adjustments after the ballot certification (list of Federal and state candidates) from the Secretary of State following this Primary. If this injunction to require a Spanish ballot were ordered on September 5, we simply would not have enough time to hit reset and start our election preparations over again to produce a dual-language ballot in time to meet upcoming deadlines. Likewise, the balloting materials required in order to mail the official ballot could not be reproduced in time for voters who have requested to Vote By Mail.

 It should be noted by the Court that a dual-language requirement would impact our page size and paper estimate for the 2018 General Election, resulting in a potential delay for paper to become available to print our ballots. With the Constitutional Revision Commission's measures included, this is to be one of the longest ballots in Florida history.  Even if meeting the deadline were possible, there may not be enough paper in stock from our vendor. When speaking with our vendor earlier this year, I know they ordered extra paper in anticipation of a long ballot, however, with the closing of paper mills across the country and the potential of several customer counties now exceeding their current estimates to produce a dual-language ballot,

there is a possibility of a paper shortage. Our ballot design and layout has been created by measuring all possible races and proposed Constitutional amendments for a 8.5 x 17" one-page, double-sided ballot for Flagler County in this General Election. All estimates for our ballot order and budget preparation has been based upon a one-page ballot of this size. A dual-language requirement would push content to a second page and essentially double our ballot order. There is a potential wait time involved as other counties may be impacted in a similar fashion. My office would likely need a budget amendment, which would have to be provided for and approved by the Board of County Commissioners at a time when that Board is closing out its fiscal year. While the consideration of the paper ballot is of upmost importance, we are also required to produce an audio ballot. Our county population Census estimates do not meet the threshold to require a Spanish ballot, and therefore we do not currently have software to produce the Spanish audio ballot translation for persons with disabilities. If a dual-language ballot were required, I would need to purchase a software license, receive the software from the vendor and through the Department of State (which could take 2-3 weeks for delivery), install the software and receive staff training to use the software in order to produce an audio ballot for use on our

ExpressVote ballot marking devices. We have trained and tested our new voting system for months in preparation of this election cycle, and I believe there is simply no time for us to receive and effectively use this software in time for the 2018 General Election.

b.  Voter registration cards may be produced in Spanish, however it is unlikely that our vendor who is currently inundated with the printing of ballots and balloting materials would be able to reproduce the quantities of voter registration cards needed in Flagler County for the 2018 General Election if it were needed on a mass scale.

9.  The Plaintiffs request that each Supervisor provide:  a) at least one bilingual poll worker at any election precinct in which there are between 100 and 249 registered voters with Spanish surnames; b) at least two bilingual poll workers at any election precinct in which there are between 250 and 500 registered voters with Spanish surnames; c) at least three bilingual poll workers at any election precinct in which there are between 250 and 500 registered voters with Spanish surnames; d) at least two bilingual election officials at each early voting location; and e) bilingual personnel, trained in Spanish-language election terminology, on call and available by telephone during all early voting hours and all hours when the polls are open to provide assistance to any Spanish speaking voters.

a.  While we have Spanish-speaking poll workers currently scheduled to work the 2018 General Election, we do not have enough to staff each

polling place on Election Day. Our first poll worker training class begins on September 5, 2018, and there is simply no time to recruit Spanish-speaking workers who are available to attend a 3-4 hour training class during the month of September and work a 13-16 hour day on November 6, 2018. Additionally, there may not be enough bilingual workers available within the county to fulfill this request.

10. The formula used to request bilingual poll workers has little relation to the number of individuals who attended American flag schools in Puerto Rico, who are less than proficient in English, and who are registered to vote in Flagler County. According to the declaration of the Plaintiff's expert, Dr. Smith, as of July of this year, there are 497 individuals in Flagler County who were born in Puerto Rico that are registered to vote. It is unknown how many of those 497 are proficient in English, but even if all 497 were not proficient in English (an implausible assumption), it would not justify the number of bilingual poll workers requested. The plaintiffs formula frankly makes unwarranted assumptions about individuals with Hispanic surnames.

11. The mission of the Supervisor of Elections is to enhance public confidence, encourage citizen participation and increase voter awareness. Unfortunately, the relief requested by the plaintiffs in this case is impractical, and in some ways impossible, given the time constraints described above. I wish to

implement every aspect of the Voting Rights Act and am willing to make

reasonable accommodations for the 2018 General Election.

On August 24, 2018, pursuant to 28 U.S.C. § 1746, I declare under penalty of

perjury that the foregoing is true and correct:

/s/ _____

Kaiti Lenhart

# EXHIBIT 7

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MARTA VALENTINA RIVERA
MADERA, on behalf of herself and all
others similarly situated; FAITH IN
FLORIDA, HISPANIC FEDERATION,
MI FAMILIA VOTA EDUCATION
FUND, UNIDOSUS, and VAMOS4PR,

       Plaintiffs,

v.                                                              Case No.: 1:18-cv-00152-MW-GRJ

KEN DETZNER, in his official
capacity as Secretary of State for the
State of Florida; and KIM A. BARTON,
in her official capacity as Alachua
County Supervisor of Elections, on
behalf of herself and similarly-situated
County Supervisors of Elections,

       Defendants.

_____/

**DECLARATION OF SHIRLEY ANDERSON**
**SUPERVISOR OF ELECTIONS OF HERNANDO COUNTY, FLORIDA**

I, SHIRLEY ANDERSON, according to 28 U.S.C. § 1746, hereby state:

1.    My name is SHIRLEY ANDERSON. I am over 18 years of age, am competent to

testify, and declare the following facts based on my own personal knowledge.

2.    I have served as the Hernando County Supervisor of Elections since I was elected to

that position in 2012.

3.    As Supervisor, I am responsible for the conduct of federal, state and county elections

in Hernando County. My duties include preparation of ballots, administering all aspects of voting,

Page 1 of 7

including vote-by-mail voting, early voting, and election day voting, hiring and training election workers, voter registration activities, voter education, and maintaining election equipment.

4. As Supervisor I am responsible for ensuring the accuracy and reliability of the November 6, 2018 General Election in Hernando County.

5. The November 6, 2018 General Election ballot will not be a single ballot. There will be 4 styles of that ballot for electors depending on where the elector may live.

6. The master ballots for all of the races for the November 6, 2018 General Election must be finalized as soon as possible so that the referendum issues and candidate races can be programmed into the optical scan ballot readers and properly tested prior to printing. Accordingly, I anticipate that my office will send the master ballots out to be printed as soon as my office formally receives the ballot certification from the state on September 6, 2018.

7. Before the ballots can be printed, each ballot style must be formatted, programmed, tested and proofed for accuracy.

8. The preparation and testing of the electronic voting machines and the printing, sorting, and mailing of ballots requires a significant amount of preparation, planning and effort and must be done on a strict timetable in advance of the election.

9. The master ballots are currently being coded by a vendor.

10. In accordance with Fla. Stat. § 101.62(4)(a), vote-by-mail ballots for overseas and absentee military voters must be sent out on September 21, 2018.

11. To meet this deadline, all ballot styles must be formatted, programmed, tested, proofed for accuracy so that they may be sent to the vendor by September 14, 2018.

12.     In order to comfortably prepare the November election ballot, I must begin the ballot preparation process no later than the morning of September 6, 2018.

13.     Every hour of every day that I delay the preparation of the ballot, the built in time to correct any errors in the ballot preparation process is reduced and the chance of error in the ballot preparation process and thereby the election, however remote, is increased.

14.     While it is logistically possible to fully program the November 6, 2018 General Election by September 14, 2018 at the latest, waiting until that date will present a level of unnecessary risk to the federal, state, county, municipal races and issues on the ballot.

15.     My understanding is that the Plaintiffs in this case seek an injunction ordering thirty-two of the State's Supervisors of Elections, including myself, to provide several forms of aid to non-English-speaking Puerto Rican-born voters.

16.     Based on my experience and the specific circumstances here in Hernando County, I will not be able to provide some of the requested forms of relief in time for the November 6, 2018 general election.

17.     For example, it is my understanding that the Plaintiffs are asking this Court to order each Supervisor to print the official ballots in Spanish, with the translation to be performed by a certified translator.

18.     Respectfully, my office would not be able to provide that relief. At this point, my office does not have sufficient time to complete all of the necessary steps required to produce an official, Spanish language ballot prior to the September 21, 2018 deadline by which I must send out vote-by-mail ballots for overseas and absent military voters. Those steps include, but are not limited

to, retaining a certified translator, having the master ballots translated, retaining a vendor to code the translated ballots, and having the ballots printed.

19. The translation of the ballot would need to include all ballot headers. This would include, but not be limited to, the translation of the election title, jurisdiction name, instructions, precinct information, any other instruction information such as "Vote Both Sides." "Turn Card Over,", etc. Further, the contest headers, choices (Yes/No, For/Against, etc.), and any propositions or ballot questions would have to be translated into Spanish. The secrecy sleeves and absentee ballot envelopes would also need to be translated.

20. If the Court requires my office to utilize a bilingual ballot, as opposed to separate English and Spanish ballots, the ballot size will likely double. This will increase my office's ballot paper, printing, envelope, and postage expenses.

21. To accommodate Hernando County's blind and visually-impaired voters, the Supervisor's office has contracted with its election systems vendor, Dominion Voting Systems ("Dominion"), to provide precinct-level voting devices with audio ballot capability. Due to the requirements of Fla. Stat. Ch. 101, Rule 1S-5.001, F.A.C., and the Florida Department of State's Florida Voting System Standards (Form DS-DE 101), it would be impossible for my office to add Spanish language capability to those voting devices in time for the 2018 General Election, to wit:

A. Dominion would need to obtain an additional user license agreement from Cepstral, the company that provides the text-to-speech software that is utilized by the audio-capable voting devices.

B. Once Dominion obtains the license from Cepstral, Dominion would then need to prepare the "bronze disk" containing the installation programs, the software, and the manual.

C.	Dominion would then send the bronze disk to the Florida Bureau of Voting Systems Certification.

D.	The Florida Bureau of Voting Systems Certification Florida Bureau of Voting Systems Certification will then compare Dominion's software packages to Cepstral's previously-approved Spanish language text-to-voice software.

E.	If the comparison does not reveal any changes, the Bureau of Voting Systems Certification will send Dominion's software packages to the Supervisor's office. Florida law does not allow a vendor to send election system software directly to supervisors' offices.

F.	Dominion's representative, Cheryl Holmes, has recommended that my office allow for at least 3 weeks the company to obtain the license from Cepstral, prepare the bronze disk, and then Express Mail it to the Florida Bureau of Voting Systems Certification.

G.	According to Ms. Holmes, "the State said that the turnaround time for review of the Bronze Disk will depend on the number of requests submitted and when."

H.	Ms. Holmes has further advised me that Dominion should be able to assist my technology staff install Cepstral's software by telephone. If the installation requires Dominion to send an onsite technician, however, Dominion would charge my office $2,000 for each day of the technician's site visit. That being said, Ms. Holmes has advised me that Dominion could not guarantee that a technician would be available to install the software, as scheduling depends on the technician's availability.

22.	Given the time frames and the difficulty of reprogramming an election, the relief requested by the Plaintiffs in this matter at this late stage in the process may significantly harm the accuracy and reliability of the entire election and effect every race and referendum appearing on the

ballot, depending on when an order in this case is received and when any appellate remedies are exhausted.

23. For example, the failure of my office to send out the mail ballots on or before September 21, 2018, would render the State of Florida unable to fully comply with 52 U.S.C. Chapter 203, "Registration and Voting by Absent Uniformed Services Voters and Overseas Voters in Elections for Federal Office," and the required reporting to the United States Department of Justice regarding such compliance.

24. All of that being said, please note that I have already taken the following actions to ensure my office's compliance with 52 U.S.C. § 10303(e):

A. The Supervisor's website has a Spanish-language page that provides (1) instructions on how to register to vote, (2) instructions on how a voter can verify that he or she is currently registered, (3) translated sample ballots, (4) the form to request a mail ballot, (5) the form affidavit required to correct a mail ballot, (6) the Florida voter guide, (7) the voter's declaration of rights, (8) the statement of a voter's responsibilities, and (9) the instruction for voters.[1]

B. My office has hired 29 bilingual election workers, each of whom will be assigned to work at a precinct pending their successful completion of the requisite poll-worker training.

C. Each precinct will have a Spanish-language sample ballot, Spanish-language instructional material (e.g., how to mark and cast a ballot, etc.), and a copy of the Spanish Election Terms Glossary that is prepared by the United States Elections Assistance Commission.

FURTHER, AFFIANT SAYETH NAUGHT.

---

[1]https://www.hernandovotes.com/InformacionElectoral.

## VERIFICATION

On this 24 day of August, 2018, pursuant to 28 U.S.C. § 1746, I declare under penalty

of perjury that the foregoing is true and correct:

_____

**PRINT NAME:** Shirley Anderson

**(AFFIANT)**


**SWORN TO** and subscribed before me on this 24 day of Aug. 2018 by

Shirley Anderson (Affiant) who is personally known to me or has produced _____

as identification.

PAMELA R. HARE
MY COMMISSION # GG 114867
EXPIRES: October 14, 2021
Bonded Thru Notary Public Underwriters

_____
**NOTARY PUBLIC**

# EXHIBIT 8

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

| | |
|---|---|
| MARTA VALENTINA RIVERA MADERA, on behalf of herself and all others similarly situated; FAITH IN FLORIDA, HISPANIC FEDERATION, MI FAMILIA VOTA EDUCATION FUND, UNIDOSUS, and VAMOS4PR,<br><br>PLAINTIFFS,<br><br>v.<br><br>KEN DETZNER, in his official capacity as Secretary of State for the State of Florida; and KIM A. BARTON, in her official capacity as Alachua County Supervisor of Elections, on behalf of herself and similarly-situated County Supervisors of Elections,<br><br>DEFENDANTS. | Case No. 1:18-cv-00152-MW-GRJ |

**DECLARATION OF Penny Ogg,**

**SUPERVISOR OF ELECTIONS OF HIGHLANDS COUNTY**

I, Penny Ogg, according to 28 U.S.C. § 1746, hereby state:

1.      My name is Penny Ogg. I am over 18 years of age, am competent to testify, and declare the following facts based on my own personal knowledge.

2.      I have served as Highlands Supervisor of Elections for five (5) years. As Supervisor, my duties include preparation of ballots, administering all aspects of voting, including vote-by-mail voting, early voting, and election day voting, hiring and training election workers, voter registration activities, voter education, and maintaining election equipment.

3.      Currently I am actively working and/or overseeing the canvassing and tabulating our Vote by Mail Ballots, assisting voters, organizing, packing and delivering equipment and

supplies to our precincts in preparation for Election Day, organizing, packing and coordinating delivery of supplies to Precinct Clerks in preparation of Election Day, conducting Early Voting, providing data in response to public records request, collecting financial reports from Candidates, performing canvassing board duties as per Florida Statute, monitoring security under our new critical infrastructure protocols.

4. My understanding is that the Plaintiffs in this case seek an injunction ordering thirty-two of the State's Supervisors of Elections, including myself, to provide several forms of aid to non-English speaking Puerto Rican voters.

5. As in many previous elections and with the current elections our County has provided a bilingual election worker in all or nearly all of our twenty-five (25) precincts, all of our three (3) early voting locations and we have a bilingual on full time staff in the elections office.

6. In preparation for the elections of 2018, our Elections' Office continues to have a full-time bilingual staff member and I also added a telephone interpretation service. This service is available for all our precincts, early voting locations and office staff to access if necessary. Our office has available both English and Spanish voter registration applications on our front counter. Additionally, these forms are available at all our voter outreach activities. Our voting guide is also printed in both languages. The Elections' Office website is translatable into Spanish as is our face book page. I have also updated signage and voter forms in the precinct and early voting location to include both English and Spanish as provided by the Division of Elections or by a professional translator. Upon request, I have Spanish vote by mail return envelopes with secrecy sleeve instructions and if needed Provisional ballot envelopes including the mandated free access instructions.

7.     Based on my experience and the specific circumstances here in Highlands County, I will not be able to provide some of the requested relief in time for the November 6, 2018 general election.

8.     The Plaintiffs want each Supervisor to provide voter registration cards and other listed specific Election Office printed items.

    a.  Each print item that is office and/or voter specific requires a layout of information that must be produced by a vendor printer. Print shops require preparation of a description or sample layout prior to accepting an order. Then, the print shop may take several days or weeks to layout, send proofs and print quantities necessary.

    b.  The cost for Spanish language voter registration cards and other listed specific Election Office printed items would also be a cost that has not been budgeted for this year.

9.     The Plaintiffs want each Supervisor to provide information in Spanish on the County's website:

    a.  I have no authority to revise the Highlands County website nor do I have access to Highlands County's website; neither is any election related materials already listed there.

    b.  As mentioned above, the Elections' Office website is translatable into Spanish.

10.    The Plaintiffs request that I recruit, hire, train, and assign bilingual election workers or specific multiples of bi-lingual election workers for precincts:

    a.  As mentioned above, I have hired bilingual election workers as they are available to work.

b. Election workers are not full time and as such recruiting and retention of all election workers are varied from election to election.

c. I am not always successful in finding enough bilingual election workers as they must also agree to be an election worker.

d. I have no authority to demand a bilingual election worker to apply or assist in the polling or early voting location.

11. The Plaintiffs request that I provide graduated numbers of bilingual election workers at any election precinct in which certain numbers of registered voters have Spanish surnames:

a. Plaintiffs seek surnames as a basis for bilingual election workers but it is impossible to know who would be in that category as there is no known source of Spanish surname lists available.

b. Additionally, if such list were available it would take many hours of research to inspect our voter registration database to locate these voters.

12. The following factors also impact my inability to comply with the requested relief of the Plaintiffs:

a. Inflexible time line: Elections have a hard time line; it is not moveable or flexible.

b. Statutory mandates: The hours that it takes to conduct a successful election are already filled with Statute driven mandates.

c. Retired and elderly workers. Implementation of complete changes in procedures are time consuming, expensive to begin and often confusing or

4

overwhelming to my current election workers, many of which are retired and elderly.

d.      Compliance with new security protocols. Changes in security protocols have already produced and continue to produce changes to our voting process and threatens our ability to retain seasoned election workers.

12.      The language assistance that we currently have in place has always been sufficient to meet the needs of any voter who has a language barrier. We have never turned a voter away nor had a complaint that a voter has not been successful at casting their ballot through either our election worker assistance or by bringing their own translator assistance to the polling location. On August 27, 2018, pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct:



STATE OF FLORIDA
COUNTY OF HIGHLANDS

The foregoing was sworn to before me on this __27TH__ day of August, 2018, by Penny Ogg, who is personally known to me ☑ or who produced _____ as identification ☐ and who signed the foregoing Affidavit in my presence.

KAREN C. KENSINGER
Commission # GG 054030
Expires January 10, 2021
Bonded Thru Troy Fain Insurance 800-385-7019

Print Name: __KAREN C. KENSINGER__
Notary Public, State of Florida
My Commission Expires:_____

# EXHIBIT 9

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
### GAINESVILLE DIVISION

| | |
|---|---|
| MARTA VALENTINA RIVERA MADERA, on behalf of herself and all others similarly situated; FAITH IN FLORIDA, HISPANIC FEDERATION, MI FAMILIA VOTA EDUCATION FUND, UNIDOSUS, and VAMOS4PR, <br><br> PLAINTIFFS, <br><br> v. <br><br> KEN DETZNER, in his official capacity as Secretary of State for the State of Florida; and KIM A. BARTON, in her official capacity as Alachua County Supervisor of Elections, on behalf of herself and similarly-situated County Supervisors of Elections, <br><br> DEFENDANTS. | Case No. 1:18-cv-00152-MW-GRJ |

## DECLARATION OF SYLVIA D. STEPHENS,

## SUPERVISOR OF ELECTIONS OF JACKSON COUNTY

I, Sylvia D. Stephens, according to 28 U.S.C. § 1746, hereby state:

1.     My name is Sylvia D. Stephens.  I am over 18 years of age, am competent to testify, and declare the following facts based on my own personal knowledge.

2.     I have served as Jackson Supervisor of Elections for over 29 years. As Supervisor, my duties include preparation of ballots, administering all aspects

of voting, including vote-by-mail voting, early voting, and Election Day voting, hiring and training election workers, voter registration activities, voter education, and maintaining election equipment. In Jackson County, we have 14 voting precincts throughout the County, which is an area that covers over 950 square miles and has a population of approximately 48,330, with 27,741 registered voters.

3. I have been advised of the relief that the Plaintiffs in this case are seeking, which includes injunctive relief ordering thirty-two of the State's Supervisors of Elections, including myself, to provide several forms of aide to non-English speaking Puerto Rican voters. As detailed further below, it would be impossible for my office to comply with these items in time for the General Election.

4. Currently, this office is:

   a. In the process of additional security upgrades and security requirements to ensure that the integrity of the election process is successful in this office and in the eyes of the public. In an office the size of my office, this in itself is extremely tasking and requires multi-tasking of staff with specific expertise.

   b. Involved in Vote By Mail Processing and Early Voting as well as Election Day Prep requirements for the August 28th 2018 Primary Election. This involves communication and management of over ___

2

Precinct Election Officials (poll workers) and Polling Location access validation/delivery planning.

c. Finishing and validating the final equipment and material preparation by August 30th for the November 6th election.

5. Once we conclude the August 28th Primary Election, we have a short window of time to report and certify the Primary Election results and meet other deadlines for the General Election. Those include the following items or deadlines:

a. August 31st – report unofficial returns of Primary Election to the Department of State;

b. September 4th – deadline to certify results of Primary Election to the Department of State;

c. September 7th – Ballot Certification is expected from the Division of Elections;

d. September 10th to 11th – Ballot Coding;

e. September 12th – Vote By Mail Test Deck must be printed and created;

f. September 14th – Vote By Mail testing;

g. September 17th – first Vote By Mail ballots are mailed out.

6.     As indicated above, there is a short period of time (13 days) between certifying the Primary Election results and sending out the first set of Vote By Mail ballots. During this period of time, we need to have the General Election ballots finalized, approved and printed and test our systems for the Vote By Mail ballots. We also need to have supplies on hand to print the ballots and prepare envelopes for mailing. At this point, we have already ordered the supplies (paper, envelopes, printer supplies and other materials) based on the format of the ballots we anticipate using and have templates done for the General Election ballots.

7.     In the event we are required to prepare bi-lingual ballots, especially those for Vote By Mail, it would double the size of the ballot (from the current 2 sheet, 4 page ballot to a 4 sheet, 8 page ballot), which would impact the necessary supplies and materials and envelope sizes (which we currently do not have on hand) and the ballot template. Without regard to other supervisors of elections that could similarly be impacted, it would be difficult to obtain the additional supplies needed in short order to meet such a change. However, since Plaintiffs' lawsuit affects 32 counties in Florida, it would be impossible to obtain the necessary additional supplies in a matter of a few days. This is just one example of the logistical impossibility of meeting the requirements of what the Plaintiffs are seeking in terms of injunctive relief in this case.

8.     When it comes to the Early and Election Day voting for the General

Election, a smaller county like Jackson County is also unable to meet the requests

the Plaintiffs seek in this case.  For instance, Plaintiffs' request for bilingual

assistance with Early and Election Day voting and absentee voting would require:

    a.  Training of bilingual poll workers, which has never been performed in

        Jackson County and would require development of written procedures

        and a training program.

    b.  At least 28 bi-lingual Poll Workers to cover 14 precincts (1 bilingual

        Democratic poll worker and 1 bilingual Republican poll worker for

        each precinct) which is currently not available.  In addition,

        independent or other third-parties could request bi-lingual Poll

        Workers, thereby increasing this number.

    c.  A bi-lingual ballot (going from the current 2 sheet, 4 page ballot to a 4

        sheet, 8 page ballot) creates recording, storage and transportation

        logistical issues that have never been performed in the history of

        Jackson County and would be extremely problematic.  This would

        essentially double the amount of materials in terms of ballots that

        would need to be transported to and from each precinct and stored

        thereafter.  Our office has not anticipated or planned for such

        requirements for the 2018 General Election.

9.      Finally, I understand that Plaintiffs want each Supervisor to provide Spanish-language election materials, voting guides, registration materials and sample ballots. In my opinion and based upon my experience, I do not think this is necessary and any cost to provide such would be outweighed by any benefit that this would provide:

   a. Jackson County has not had this request in the past.

   b. Some Spanish language materials are available on the Florida Secretary of State Website, which include information of voting guides and registration materials.

   c. The limited amount of time available and the need for creation of new materials, training programs and testing within the time period for the relief requested by the Plaintiffs is not realistic.

   d. Complete documentation overhaul to include the Spanish language materials creates an additional unplanned task on this office.

10.      To date, my office has not been notified of any need for or problems with assistance to non-English speaking Puerto Rican voters in Jackson County. In the past, we have always met the needs of our voters while I have been serving as Supervisor of Elections, and I am not aware of any instances where non-English speaking Puerto Rican voters' needs have not been met.

11.     Due to the fact that Plaintiffs waited until this date to file their lawsuit and seek the injunctive relief requested in this case, it is fiscally impossible for my office. Our budgeting for the current year has already been completed, and our budget did not include allocations to accommodate the additional material and labor requirements (detailed above) to meet the injunctive requests made by the Plaintiffs. A budget request and approval would be required prior to being able to meet the unfunded proposed relief requested.

12.     As I understand it, Plaintiffs' expert has identified 36 registered voters in Jackson County who were born in Puerto Rico and 123 adults in Jackson County who are 18 and over, who speak Spanish at home, and who speak English less than "very well."[1] These statistics are not the equivalent of there being 123 non-English speaking Puerto Rican voters in Jackson County who would need assistance as requested by Plaintiffs in this case. Even taking the higher 123 adult number, this is less than 0.45% of the total registered voters in Jackson County. To completely redo the ballot, election materials, voting guides, registration materials, sample ballots and Vote By Mail materials and add bi-lingual Poll Workers is not only fiscally and logistically impossible at this date, it appears such would be a strain on resources based on even the potential (yet unproven) claim that there are affected

---

[1] These statistics are cited as Plaintiffs' "best case scenario" and not an admission that such demonstrate any affected voters. Further, exception is taken with regard to individuals who speak English "less than well" as being voters who would require assistance.

voters in Jackson County. Plaintiffs' requests in this case are not tailored toward the needs (if any) of any non-English speaking Puerto Rican voters in Jackson County who might need assistance. In the event any injunctive relief should be entered which would affect my office and Jackson County, Plaintiffs should be required to address and prove whether there are any voters actually affected, and such relief should be tailored to address our specific needs. As stated above, I have been in office for over 29 years and am unaware of any unaddressed needs in Jackson County.

13. Despite this fact, Plaintiffs seek injunctive relief which would affect the other 99.55+% of the 120,000 voters in Jackson County, whom have never seen before or are familiar with a multi-language ballot. Due to the limited amount of time available, it would not allow our office to adequately educate the Jackson County voters and I anticipate it would cause confusion to most voters.

14. Based on my experience and the specific circumstances here in Jackson County, I have no confidence that we would be able to comply with any of the requested relief in time for the November 6, 2018 General Election based on the fiscal, logistical and other issues described above.

15. In summary, the focus during this critical election time is to provide secure, fair, and accurate elections free from confusion and errors while also maintaining voter confidence. Months of preparation and planning have gone into

the Primary and General Elections, and the current planned election timeline and budget simply do not allow for the massive amount of changes and considerations that would be required in order to successfully provide the relief the Plaintiffs are requesting. These changes would put great strain on our available resources and are potentially physically and logistically impossible to pull off in the requested timeline.

On August 24, 2018, pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct:

Sylvia D. Stephens

Jackson County Supervisor of Elections.

8-24-18

CARA CRIPES
Commission # FF 931270
My Commission Expires
January 18, 2020

# EXHIBIT 10

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

| | |
|---|---|
| MARTA VALENTINA RIVERA MADERA, on behalf of herself and all others similarly situated; FAITH IN FLORIDA, HISPANIC FEDERATION, MI FAMILIA VOTA EDUCATION FUND, UNIDOSUS, and VAMOS4PR, <br><br> PLAINTIFFS, <br><br> v. <br><br> KEN DETZNER, in his official capacity as Secretary of State for the State of Florida; and KIM A. BARTON, in her official capacity as Alachua County Supervisor of Elections, on behalf of herself and similarly-situated County Supervisors of Elections, <br><br> DEFENDANTS. | Case No. 1:18-cv-00152-MW-GRJ |

## DECLARATION OF ALAN HAYS,
## SUPERVISOR OF ELECTIONS OF LAKE COUNTY

I, Alan Hays, according to 28 U.S.C. § 1746, hereby state:

1.     My name is Alan Hays. I am over 18 years of age, am competent to testify, and declare the following facts based on my own personal knowledge.

2.     I have served in the capacity of the Supervisor of Elections for Lake County, Florida since January 3, 2017. As Supervisor, my duties include preparation of ballots, administering all aspects of voting, including vote-by-mail voting, early voting, and election day voting, hiring and training election workers, voter registration activities, voter education, and maintaining election equipment.

3.     Currently, the following activities are being undertaken for the Primary Election, and will also take place for the November General Election, all of which is being done by the 13 full-time employees retained by the Supervisor of Elections:

a.     Updating voter records;

b.     Providing responses to voter inquiries regarding voting location/times, etc.;

c.     Receiving and properly inventorying Vote-By-Mail Ballots;

d.     Sending Cure Affidavit requests to voters with deficient Vote-By-Mail Ballots;

e.     Analyzing Vote-By-Mail Ballots for Canvassing Board review;

f.     Processing mailing lists for overseas Vote-By-Mail Ballots;

g.     Receiving and properly inventorying Early Voting Ballots;

h.     Providing technical and administrative support to the 10 Early Voting sites;

i.     Mailing out updated voter information cards (due to voter changes in address/name changes/precinct changes);

j.     Contacting precinct host facilities to coordinate equipment deliveries;

k.     Contacting precinct clerks to review worker lists and voting preparation including monitoring worker status and updating team lists;

l.     Training clerks, assistant clerks, inspectors, technicians, and poll deputies to be election workers;

m.     Preparing voting equipment for use on Election Day;

n.     Preparing data/coding for ballots to be used in the General Election;

o.     Planning and preparing for restaging equipment and supplies for the General Election;

2

p.    Proofing ballots for General Election;

q.    Testing election equipment for General Election.

4.    My understanding is that the Plaintiffs in this case seek an injunction ordering thirty-two of the State's Supervisors of Elections, including myself, to provide several forms of aid to non-English speaking Puerto Rican voters.

5.    My office already provides the following services to aid non-English speaking voters:

a.    Bilingual poll workers will be stationed at 20 precincts throughout Lake County on election day.  For the November General Election, there will a total of 10 early voting sites, with 5 bilingual poll workers available to serve at those early voting sites.

b.    There are 102 voting precincts within Lake County.  At a minimum, each precinct will have six sample ballots in Spanish for each ballot style.   For those precincts with a larger demographic of Spanish speaking voters, there will be 12 sample ballots in Spanish for each ballot style.  There are 338 ballot styles which equates to 19 different ballot faces.   Copies of three Primary Election Sample Spanish ballots are shown in **Exhibit A** to represent the services already offered. **Exhibit A** is attached hereto and incorporated herein by reference.

c.    At each polling place, there will be four signs posted in Spanish explaining various aspects of the voting process.  Copies of these signs are shown in **Exhibit B**, attached hereto and incorporated herein by reference.

d.    A Spanish interpreter has been retained and will be available by phone from the opening of the polls to the closing of the polls to assist poll workers or Spanish

speaking voters. This service is being offered for early voting and on election day. The interpreter will be stationed in the Elections Office located in Tavares, Florida.

e. There are signs posted at each early voting site and election day precinct notifying voters to contact a poll worker if language assistance is needed. A copy of this notice is provided in **Exhibit C**, attached hereto and incorporated herein by reference.

f. The elections website (www.lakevotes.com) incorporates a translation service offered by Google, which provides, at a touch of a button, translation of every page on the website into 12 different languages, including Spanish.

6. Based on my experience and the specific circumstances here in Lake County, I will not be able to provide some of the requested relief in time for the November 6, 2018 General Election.

7. From my understanding of the relief that has been requested, the Plaintiffs want each Supervisor to provide information in Spanish about all stages of the electoral process pertaining to the issuance of notifications, announcements, and other informational materials concerning the opportunity to register, voter registration deadlines, the times, places and subject matters of elections, and the absentee and early voting processes. This cannot be accomplished prior to the November 6, 2018 General Election for the following reasons:

a. The Lake County Supervisor of Elections Office has a total staff of 13 employees, all of whom are currently engaged in assisting with the functions related to carrying out a Primary Election. The function of carrying out a Primary Election does not end on August 28, 2018, with the closing of the polls.

4

b.    After the closing of the polls on August 28, 2018, the Supervisor of Elections Office is required to assist the Canvassing Board with reviewing provisional ballots, certifying the Primary Election results, and conducting the post-election audit. In Lake County, the canvassing of provisional ballots by the Canvassing Board is scheduled for August 31, 2018, and the post-election audit is scheduled for September 5, 2018.

c.    Ballots for the November 6, 2018 General Election must be submitted to the commercial printer no later than September 7, 2018. Based on the Canvassing Board's schedule, Elections' staff has less than 2 days from the conclusion of the Primary Election to prepare the final ballot for submission to the commercial printer.

d.    Diverting Elections' staff to the task of overseeing the translation of this volume of instructional materials into hard copies is not feasible prior to the November General Election.

e.    This information is already available on the County's website (www.lakevotes.com) and can be translated into 12 different languages through the use of Google Translate.

8.    From my understanding of the relief that has been requested, the Plaintiffs want each Supervisor to provide, in English and Spanish, the following materials: (a) the official ballot; (b) sample ballots; (c) absentee and early voting applications and ballots; (d) provisional ballots; (e) voter registration cards and applications; (f) voting instructions; (g) any voter information guides or pamphlets; (h) notification of elections and polling place changes; and (i) polling place signage.

S:\DOCUMENT\2018\SUPERVISOR OF ELECTIONS\Bilingual Ballot Requirement\Lake County SOE_Declaration_8-27-18.docx

a. As indicated above, the November General Election ballots must be delivered to the commercial printer on September 7, 2018. There is not sufficient time in which to hire a certified translator to prepare the ballot for submittal to the printer by September 7, 2018. This applies to absentee, early voting and provisional ballots as well.

b. Sample ballots in Spanish will be available for the General Election, and are available now for the August primary, as described in Paragraph 5(b) above.

c. Voter registration cards and applications are currently available in Spanish.

d. Notification of polling place changes and voting instructions are available online (www.lakevotes.com ) and can be translated into 12 different languages via Google Translate.

c. As indicated above, polling place signage is in both English and Spanish.

9. From my understanding of the relief that has been requested, the Plaintiffs want each Supervisor to provide Spanish translation of election-related materials, offices up for election, candidates who have qualified, and local issues or referenda and announcements applicable to elections in the counties, including materials and announcements provided by the State of Florida.

a. This information is already available online. See www.lakevotes.com.

10. From my understanding of the relief that has been requested, the Plaintiffs want each Supervisor to provide Spanish-English Election Terms Glossary prepared by the United States Election Assistance Commission at each polling place.

a. Nothing within federal law requires the provision of a Spanish-English Election Terms Glossary.

6

b.    In order to provide this document at 102 polling precincts, it would be an additional budgetary impact of approximately $1,000.

11.    From my understanding of the relief that has been requested, the Plaintiffs want each Supervisor to utilize a certified translator to prepare translated materials. The translator is to ensure that bilingual and Spanish-language materials are complete, accurate, and accessible for the Counties' Spanish-speaking voters educated in Puerto Rico.

a.    The Lake County Board of County Commissioners previously utilized the State contract for translation services. However, the State contract for translation services expired on May 18, 2018. Therefore, in order to retain a certified translator, a Request for Statement of Qualifications (RSQ) would need to be prepared and notices of the RSQ would need to be sent to available vendors. This process would take approximately 90 days.

b.    As indicated above, the ballots for the November General Election must be provided to the commercial printer on September 7, 2018, in order to have them printed and returned in time for the early voting and absentee processes. There is insufficient time in which to accomplish this task prior to the November 6, 2018, General Election.

12.    From my understanding of the relief that has been requested, the Plaintiffs want each Supervisor to ensure that English-language election information and services available on the County's website are available in equivalent and accurate form in Spanish, including, but not limited to, information concerning (a) polling place locations; (b) voter information; (c) absentee voting; and (d) poll workers. Spanish language information and materials shall be readily

7

accessible through easily visible and identifiable Spanish language links on each County's website in font comparable to that of English language sections of the website.

   a.    The Lake County Supervisor of Elections' website (www.lakevotes.com) is available in Spanish through the use of Google Translate. The Google Translate button is prominently displayed on the home page of the website, and on each subsequent page of the website. The Google Translate service does translate the website in a format that maintains the same font size as the English version.

   b.    Polling place locations, voter information, and absentee voting information are all available on the website.

13.    From my understanding of the relief that has been requested, the Plaintiffs want each Supervisor to provide information in Spanish on the County's website and at polling places so that any voter who requires assistance to vote in English may bring a helper to assist them in reading the ballot.

   a.    This is already being done in the early vote sites and polling places. See **Exhibit C**.

   b.    This information is already available on the website (www.lakevotes.com). A screen shot of the website in both English and Spanish is attached hereto as **Exhibit D**, and incorporated herein by reference.

14.    From my understanding of the relief that has been requested, the Plaintiffs want each Supervisor to provide (a) at least one bilingual poll worker at any election precinct in which there are between 100 and 249 registered voters with Spanish surnames; (b) at least two bilingual poll workers at any election precinct in which there are between 250 and 500 registered voters with Spanish surnames; (c) at least two bilingual election officials at each early voting location;

and (e) bilingual personnel, trained in Spanish language election terminology, on call and available by telephone during all early voting hours and all hours when the polls are open to provide assistance to any Spanish speaking voters.

    a.      This demand is not feasible nor is it required by federal election law.

    b.      Neither federal law nor state law allows me, in my capacity as the Supervisor of Elections, to draft poll workers. This demand shows ignorance on the part of the plaintiff as to the election process within the State of Florida. Further, not every voter with a Spanish surname is non-English speaking, nor were they necessarily educated in an American Flag school, both of which are requirements in order to seek the protections under Section 52 U.S.C. §10303. This approach also would not capture any non-English speaking individual married to someone who did not have a Spanish surname.

    c.      Although my office routinely solicits poll workers through (a) online voter registration, (b) a link of the website (www.lakevotes.com), and (c) through monthly newsletters emailed to any person signing up for this service, there is a minimum pool of applicants from which to choose to fill poll worker positions.

    d.      Poll worker positions are temporary positions and are paid a flat, per day stipend between $150-$245 depending on what position they hold, i.e., inspector, assistant clerk, clerk, tech, poll deputy. Poll workers must meet minimum standards as required under Florida law. At a minimum, poll workers must:

        i.      be a registered voter in Lake County

        ii.      read, write and speak the English language

        iii.      be able to work a 14-hour day

        iv.      be able to lift voting equipment and supplies as needed

9

v.     have an email address and access to a computer and the internet

vi.     have reliable transportation (not public transportation)

vii.     successfully complete all training and assessment prior to each election

viii.     remain nonpartisan while at the polls

ix.     refrain from any divisive comments or discussions concerning a voter, a voter's party preference, a candidate, or issue, while working at the polls

x.     abide by a non-smoking policy on Election Day.

e.     In my experience, most individuals who apply to be poll workers will only work the poll location closest to their homes. I cannot demand, nor dictate, that any person, whether bilingual or not, work in any particular polling precinct. Such demands will always result in the poll worker terminating their position with the Elections Office.

f.     I currently have 765 poll workers available for the Primary Election (some of whom will not actually show up to the precinct as scheduled). There are 830 poll workers scheduled to work during the November General Election (again not all will actually show up as scheduled). Of those available and qualified to work the polls, only 20 are bilingual as of the date this Declaration is executed.

15.     From my understanding of the relief that has been requested, the Plaintiffs want each Supervisor to prominently display at each polling place signs in English and Spanish explaining how voters can obtain Spanish language assistance.

S:\DOCUMENT\2018\SUPERVISOR OF ELECTIONS\Bilingual Ballot Requirement\Lake County SOE_Declaration_8-27-18.docx

a. There are signs posted at each early voting site and election day precinct notifying voters to contact a poll worker if language assistance is needed. A copy of this notice is provided in **Exhibit C**, attached hereto and incorporated herein by reference.

16. From my understanding of the relief that has been requested, the Plaintiffs want each Supervisor to recruit, hire, train, and assign bilingual personnel who are able to understand, speak, write, and read English and Spanish fluently and can provide effective translation assistance to Spanish speaking voters, including those who are seeking to register to vote in the County or seeking to vote by absentee ballot.

a. As indicated above, the Lake County Supervisor of Elections Office has a total staff of 13 employees. The total budget for the Supervisor of Elections Office is approximately $3,000,000. Budget appropriation requests are submitted by Constitutional Officers to the Board of County Commissioners, but allocations are strictly dependent on the approval of the Board of County Commissioners.

b. The Lake County Board of County Commissioners set their maximum millage rates on July 10, 2018. Pursuant to Florida law, the Board of County Commissioners cannot adopt a millage rate higher than the amount established in July. Final budget hearings to establish the 2018-19 Fiscal Year allocations for each Constitutional Officer, including the Supervisor of Elections, are already set for September 11, 2018, and September 25, 2018.

c. It is not feasible and, in fact, would be completely impossible at this time to request additional funding from the Board of County Commissioners for the purposes of adding additional positions to the Elections Office.

11

17.     From my understanding of the relief that has been requested, the Plaintiffs want each Supervisor to train all poll officials and other election personnel regarding the requirements of Section 4(e) of the federal Voting Rights Act, 52 U.S.C. §10303, including the legal obligation and means to make effective Spanish language assistance and materials available to voters.

a.     All poll officials and other election personnel will be trained as required by law.

18.     The Lake County Supervisor of Elections Office has a total of 13 full time employees, and a budget of approximately $3,000,000. The demands made by the Plaintiffs are unreasonable and, more specifically, not mandated by federal law. This Elections Office provides many services to non-English speaking residents within Lake County, including voter registration applications in Spanish, and a reliable option to translate the website into 12 different languages, through the use of Google Translate. Contrary to the assertions made with the complaint, Google Translate works well on all web pages, and has been duly tested to ensure its accuracy.

19.     At no point in time has this Elections Office been contacted by any resident within Lake County asserting a complaint that they have not been adequately accommodated, or indicating that they have been denied the opportunity to vote. The Plaintiffs have also not provided any affidavits from any resident of Lake County, Florida attesting to the fact that they were denied, or will be the denied to cast their ballot in the November General Election.

20.     Pursuant to records provided by the Florida Division of Emergency Management, there are approximately 313 Puerto Rican immigrants, over the age 18, within Lake County. See report in **Exhibit D**, attached hereto and incorporated herein by reference.

21.     My office, as are other Constitutional Officers within Lake County, Florida, is dependent upon the Lake County Board of County Commissioners for funding. The Board of County Commissioners duly established its maximum millage rate on July 10, 2018. Further

12

budget requests would more than likely not be approved at this late date. If approved, such budget accommodations would severely and negatively impact other Constitutional Officers within Lake County, including the Sheriff, Tax Collector, Clerk of the Court, and/or Property Appraiser, all of whom carry out important functions mandated by Florida law.

22. If forced to comply with the Plaintiff's demands, at a minimum, the fiscal impact would be approximately $45,600. This fiscal impact would only cover the printing of the November General Election ballots in Spanish and English. This estimated fiscal impact would not cover any additional costs such as (a) the forced hiring of bilingual poll workers (assuming any were actually available to serve in that capacity); (b) the hiring of a certified translator (which could not be accomplished between the hearing set for September 5, 2018 and the deadline for providing the ballots to the commercial printer of September 7, 2018); (c) the translation of voter informational materials; (d) the reconfiguring of the website to provide information in Spanish without the use of Google Translate. None of these expenses have been budgeted for the 2018-2019 Fiscal Year.


Respectfully Submitted this 24th day of August, 2018. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct:


Alan Hays
Lake County Supervisor of Elections

# EXHIBIT A:  PRIMARY ELECTION SAMPLE BALLOTS IN SPANISH

| D001 | EJEMPLO DE PAPELETA OFICIAL | PRECINTO 1 |
|---|---|---|

**28 de agosto de 2018**

**Partido Demócrata**

**Condado de Lake, Florida**

| **REPRESENTANTE ANTE EL CONGRESO DISTRITO 6** (Vote por Uno) | | **SECRETARIO DEL TRIBUNAL DE CIRCUITO Y CONTRALOR PRIMARIA UNIVERSAL** (Vote por Uno) | | Contribuciones "Ad Valorem" para Distrito Escolar |
|---|---|---|---|---|
| ○ Stephen Sevigny | DEM | | | **APROBACIÓN DE IMPUESTOS ADICIONALES DE TRES CUARTOS AD VALOREM PARA LA SEGURIDAD ESCOLAR Y LOS SERVICIOS DE SALUD MENTAL** |
| ○ Nancy Soderberg | DEM | ○ Gary J. Cooney | REP | |
| ○ John Upchurch | DEM | ○ Jason D. Paynter | REP | |
| **GOBERNADOR Y VICE-GOBERNADOR** (Vote por Uno) | | **JUNTA DE COMISIONADOS DEL CONDADO DISTRITO 2 PRIMARIA UNIVERSAL** (Vote por Uno) | | ¿Se debe aprobar un impuesto adicional de tres cuartos (0.75) del impuesto de millaje ad valorem del Distrito Escolar, que comienza el 1 de julio de 2019 y finaliza el 30 de |
| ○ Andrew Gillum Aun no Designado | DEM | ○ Sean M. Parks | REP | junio de 2023 para la implementación de la Ley de Seguridad Pública Marjory Stoneman Douglas High |
| ○ Gwen Graham Aun no Designado | DEM | ○ Tad Schnaufer | REP | School y para las mejoras de servicios de seguridad, y salud |
| | | **JUEZ DEL 5to CIRCUITO JUDICIAL, GRUPO 4** (Vote por Uno) | | mental de la escuela, creando financiamiento sostenible que sea crítica para mejorar la seguridad de |
| ○ Jeff Greene Aun no Designado | DEM | ○ Don Barbee Jr | | nuestros niños, programas y servicios de prevención, y respuesta |
| ○ Chris King Aun no Designado | DEM | ○ Edward C. Spaight | | a emergencias? |
| | | **MIEMBRO DE LA JUNTA ESCOLAR DISTRITO 1** (Vote por Uno) | | |
| ○ Philip Levine Aun no Designado | DEM | ○ Perry Berkowitz | | ○ Sí |
| | | ○ Bill Mathias | | ○ No |
| ○ Alex "Lundy" Lundmark Aun no Designado | DEM | ○ Mike Sykes | | |
| | | **MIEMBRO DE LA JUNTA ESCOLAR DISTRITO 5** (Vote por Uno) | | |
| ○ John Wetherbee Aun no Designado | DEM | ○ Stephanie Luke | | |
| **PROCURADOR GENERAL** (Vote por Uno) | | ○ Peter E. Tarby | | |
| ○ Sean Shaw | DEM | | | |
| ○ Ryan Torrens | DEM | | | |
| **COMISIONADO DE AGRICULTURA** (Vote por Uno) | | | | |
| ○ Nicole "Nikki" Fried | DEM | | | |
| ○ Jeffrey Duane Porter | DEM | | | |
| ○ Roy David Walker | DEM | | | |

# EJEMPLO DE PAPELETA OFICIAL

## 28 de agosto de 2018

## Partido Republicano

## Condado de Lake, Florida

**SENADOR DE LOS ESTADOS UNIDOS**
(Vote por Uno)

- ○ Roque "Rocky" De La Fuente  REP
- ○ Rick Scott  REP

**GOBERNADOR Y VICE-GOBERNADOR**
(Vote por Uno)

- ○ Don Baldauf  REP
  Not Yet Designated
- ○ Ron DeSantis  REP
  Not Yet Designated
- ○ Timothy M. Devine  REP
  Not Yet Designated
- ○ Bob Langford  REP
  Not Yet Designated
- ○ John Joseph Mercadante  REP
  Not Yet Designated
- ○ Bruce Nathan  REP
  Not Yet Designated
- ○ Adam H. Putnam  REP
  Not Yet Designated
- ○ Bob White  REP
  Not Yet Designated

**PROCURADOR GENERAL**
(Vote por Uno)

- ○ Ashley Moody  REP
- ○ Frank White  REP

**COMISIONADO DE AGRICULTURA**
(Vote por Uno)

- ○ Matt Caldwell  REP
- ○ Denise Grimsley  REP
- ○ Mike McCalister  REP
- ○ Baxter Troutman  REP

**SECRETARIO DEL TRIBUNAL DE CIRCUITO Y CONTRALOR PRIMARIA UNIVERSAL**
(Vote por Uno)

- ○ Gary J. Cooney  REP
- ○ Jason D. Paynter  REP

**JUNTA DE COMISIONADOS DEL CONDADO DISTRITO 2 PRIMARIA UNIVERSAL**
(Vote por Uno)

- ○ Sean M. Parks  REP
- ○ Tad Schnaufer  REP

**AUTORIDAD DE ACUEDUCTOS CONDADO DE LAKE ITINERANTE**
(Vote por Uno)

- ○ Vance L. Jochim  REP
- ○ Courtney Stokes  REP

**JUEZ DEL 5to CIRCUITO JUDICIAL, GRUPO 4**
(Vote por Uno)

- ○ Don Barbee Jr
- ○ Edward C. Spaight

**MIEMBRO DE LA JUNTA ESCOLAR DISTRITO 1**
(Vote por Uno)

- ○ Perry Berkowitz
- ○ Bill Mathias
- ○ Mike Sykes

**MIEMBRO DE LA JUNTA ESCOLAR DISTRITO 5**
(Vote por Uno)

- ○ Stephanie Luke
- ○ Peter E. Tarby

**Contribuciones "Ad Valorem" para Distrito Escolar**

**APROBACIÓN DE IMPUESTOS ADICIONALES DE TRES CUARTOS AD VALOREM PARA LA SEGURIDAD ESCOLAR Y LOS SERVICIOS DE SALUD MENTAL**

¿Se debe aprobar un impuesto adicional de tres cuartos (0.75) del impuesto de millaje ad valorem del Distrito Escolar) que comienza el 1 de julio de 2019 y finaliza el 30 de junio de 2023 para la implementación de la Ley de Seguridad Pública Marjory Stoneman Douglas High School y para las mejoras de servicios de seguridad, y salud mental de la escuela, creando financiamiento sostenible que sea crítica para mejorar la seguridad de nuestros niños, programas y servicios de prevención, y respuesta a emergencias?

- ○ Sí
- ○ No

# EJEMPLO DE PAPELETA OFICIAL

## 28 de agosto de 2018

## Partido No-Partidario

## Condado de Lake, Florida

**SECRETARIO DEL TRIBUNAL DE CIRCUITO Y CONTRALOR PRIMARIA UNIVERSAL**
(Vote por Uno)

- ○ Gary J. Cooney — REP
- ○ Jason D. Paynter — REP

**JUNTA DE COMISIONADOS DEL CONDADO DISTRITO 2 PRIMARIA UNIVERSAL**
(Vote por Uno)

- ○ Sean M. Parks — REP
- ○ Tad Schnaufer — REP

**JUEZ DEL 5to CIRCUITO JUDICIAL, GRUPO 4**
(Vote por Uno)

- ○ Don Barbee Jr
- ○ Edward C. Spaight

**MIEMBRO DE LA JUNTA ESCOLAR DISTRITO 1**
(Vote por Uno)

- ○ Perry Berkowitz
- ○ Bill Mathias
- ○ Mike Sykes

**MIEMBRO DE LA JUNTA ESCOLAR DISTRITO 5**
(Vote por Uno)

- ○ Stephanie Luke
- ○ Peter E. Tarby

**Contribuciones "Ad Valorem" para Distrito Escolar**

**APROBACIÓN DE IMPUESTOS ADICIONALES DE TRES CUARTOS AD VALOREM PARA LA SEGURIDAD ESCOLAR Y LOS SERVICIOS DE SALUD MENTAL**

¿Se debe aprobar un impuesto adicional de tres cuartos (0.75) del Impuesto de millaje ad valorem del Distrito Escolar, que comienza el 1 de Julio de 2019 y finaliza el 30 de junio de 2023 para la implementación de la Ley de Seguridad Pública Marjory Stoneman Douglas High School y para las mejoras de servicios de seguridad, y salud mental de la escuela, creando financiamiento sostenible que sea crítica para mejorar la seguridad de nuestros niños, programas y servicios de prevención, y respuesta a emergencias?

- ○ Sí
- ○ No

17

## Carta de Derechos del Elector

Todo elector inscrito en este estado tiene el derecho de:

1) Votar y que su voto sea tomado en cuenta con precisión.

2) Emitir el voto si Ud. está en la fila a la hora del cierre oficial de las urnas electorales de ese condado.

3) Solicitar y recibir ayuda para votar.

4) Recibir hasta dos papeletas de votación de reemplazo por si el elector comete un error en su voto antes de emitirlo.

5) Recibir una explicación si se cuestiona su inscripción o identidad.

6) Si se cuestiona la inscripción o identidad del elector, tiene derecho a emitir el voto en una papeleta provisional.

7) Recibir instrucciones por escrito para utilizarlas durante la votación y, si lo solicita, recibir instrucciones verbales de los funcionarios electorales.

8) Ejercer el voto de forma libre sin coerción ni intimidación de parte de los funcionarios electorales o cualquier otra persona.

9) Ser parte de en un sistema de votación que funcione correctamente y que permita que los votos sean emitidos con precisión.

Es posible que usted tenga otros derechos electorales de conformidad con las leyes estatales y federales. Si cree que se han infringido sus derechos electorales, comuníquese con la Línea Directa de Fraude Electoral del Departamento de Estado de Florida al 1.877.868.3737.

DS-DE 20 (rev. 03-2018)
(s. 101.031(2), F.S.)



## Responsabilidades del Elector

Todo elector inscrito en este estado debe:

1) Familiarizarse con los candidatos y los asuntos tratados.

2) Mantener una dirección actual con la oficina del supervisor electoral.

3) Conocer la ubicación y los horarios de operación del centro de votación.

4) Llevar consigo identificación apropiada al recinto electoral.

5) Familiarizarse con el funcionamiento del equipo de votación de su distrito electoral.

6) Tratar a los trabajadores de los distritos electorales con cortesía.

7) Respetar la privacidad de otros electores.

8) Informarle sobre cualquier problema o infracción de las leyes electorales al supervisor electoral.

9) Hacer preguntas, si fuese necesario.

10) Asegurarse de que su papeleta ha sido debidamente completada antes de retirarse de su centro de votación.

AVISO A LOS ELECTORES: El incumplimiento de cualquiera de estas responsabilidades no le impide al elector votar.

DS-DE 21 (rev. 03-2018)
(s. 101.031(2), F.S.)



# Aviso

Si alguien comete o intenta cometer cualquier fraude en conexión con la votación; vote una boleta fraudulenta, o vote o intente votar más de una vez en la misma elección, tal persona puede ser condenado de un delito grave de 3.er grado. La pena máxima en ese caso es de 5,000 dólares y/o 5 años de cárcel.

## Línea de fraude electoral
## 1.877.868.3737



FLORIDA
★ DIVISION OF ★
ELECTIONS

División de Elecciones • Departamento de Estado de la Florida
dos.myflorida.com/elections

DS-DE 35 (rev. 03-2018)

## Instrucciones para los Electores

1) Las urnas de votación abren a las 7 a.m. y cierran a las 7 p.m. el día de la elección. Todo el que esté aún en la fila de espera a las 7 p.m. podrá votar. (s. 100.011, F.S.) Véase el horario que esta por separado con las fechas y horas de cada una de las locaciones habilitadas para votar temprano.

2) Florida es un estado de primarias cerradas. Esto quiere decir que, para las elecciones primarias, usted debe ser un elector registrado en el partido para el que se están realizando las primarias. Sin embargo, todos los electores, sin importar su afiliación partidista o la ausencia de esta, pueden votar en una elección primaria si todos los candidatos de la elección tienen la misma afiliación partidista, y el ganador no contará con oposición en la elección general, y para las elecciones no-partidarias o medidas o problemas públicos. (Art. 6, s. 5(b), Fla. Const., Fla. Stat., s. 101.021, F.S.)

3) Debe presentar una identificación con foto y firma antes de votar. (s. 101.043, F.S.)

4) Si su elegibilidad es cuestionada o si no tiene una identificación con foto, se le permitirá votar con una papeleta provisional. Por favor, revise cuidadosamente y siga las instrucciones que acompañan a su papeleta provisional. Su papeleta será presentada al Comité de Escrutinio para que determine si su papeleta será contada. (s. 101.048 F.S.)

5) En la sala de votaciones encontrará papeletas de muestra disponibles para su revisión. (s. 101.20, F.S.)

6) Las instrucciones sobre cómo utilizar su equipo de votación y cómo emitir una papeleta estarán disponibles en su camino a la cabina de votación. Solicite asistencia a un trabajador electoral si no ve las instrucciones. Después de haber recibido las instrucciones, el trabajador que le ha asistido se irá del lugar para que usted pueda votar en secreto. (s. 101.5611, F.S.)

7) Al momento de votar debe estar solo en la cabina de votación, a menos de que haya solicitado asistencia al inscribirse para votar o cuando se registró en la sala de votación. (s. 97.061, 101.051, y 101.5608, F.S.)

8) Después de emitir su papeleta, debe salir de la sala de votaciones. No podrá volver a entrar. (s. 101.51, F.S.)

9) Los trabajadores de la votación cuentan con total autoridad para mantener el orden en el área de votaciones. (s. 102.031, F.S.)

DS-DE 66 (rev. 03-2018)
(s. 101.031(1), F.S.)



FLORIDA
★ DIVISION OF ★
ELECTIONS

**EXHIBIT C: "ASSISTANCE IS AVAILABLE" NOTIFICATION**



www.lakevotes.com

315 W. Main St., Suite 144   ·   P.O. Box 457   ·   Tavares, FL 32778   **P** 352-343-9734   **F** 352-343-3605   **E** hays@lakevotes.com

# LE AYUDAMOS
# EN ESPAÑOL
# PREGUNTE AL OFICIAL

**OUR COMMITMENT**
✓ Voter Confidence   ✓ Excellent Service   ✓ Accurate & Efficient Elections   ✓ Responsible Financial Stewardship

## EXHIBIT D: WEBSITE NOTIFICATION FOR ASSISTANCE

Home

Register to Vote

Voter Information

Address Change /
Replacement Card

Voter Party Change

Find My Precinct

Vote-by-Mail

Sample Ballots

**How to Vote**

Early Voting

Vote in Honor of a
Veteran

Wall of Honor



# How to Vote

Proof of identification is required when casting a ballot at the polls. Proof of identification includes:

· Florida driver's license

· Florida identification card issued by the Department of Highway Safety and Motor Vehicles

· United States passport

· Debit or credit card

· Military identification

· Student identification

· Retirement center identification

· Neighborhood association identification

· Public assistance identification (ex: Social Security)

· Health ID issued by US Department of Veterans Affairs

· Concealed Weapons Permit

· Employee ID issued by any governmental entity

Registered voters have the option during certain elections to vote prior to Election Day during Early Voting at one of the following locations, or Vote-by-Mail. If voting on Election Day, registered voters must cast their ballot at their designated precinct. Voters can view a complete lists of precincts here, or search for a polling place by his or her address.

## What to know on election day:

· Polls are open 7 a.m. until 7 p.m.

· Double-check your precinct number and location

· Bring your Photo ID with signature

· You may bring your marked sample ballot with you to assist you in making your selections

· If you require assistance in voting, you may designate a person of your choice

20

Inicio

registrarse para votar

Información para
votantes de

Cambio de Dirección /
tarjeta de reemplazo

de votantes del partido
Cambio

encontrar mi Recinto

Voto por correo

Boletas de Muestra

Como votar

Votación Temprana

Voto en honor de un
veterano

muro de honor



# Cómo votar

Se requiere una prueba de identificación al emitir su voto en las urnas. Prueba de identificación incluye:

· una licencia de conducir de la Florida

· tarjeta de identificación de la Florida emitida por el Departamento de Seguridad de Carreteras y Vehículos Motorizados

· pasaporte de los Estados Unidos

· tarjeta de débito o crédito

· identificación militar

· identificación del estudiante

· identificación del centro de Retiro

· identificación asociación Barrio

· Identificación de asistencia pública (por ejemplo la Seguridad Social)

· Identificación de salud emitido por el Departamento de Asuntos de Veteranos de EE.UU

· Permiso de las armas encubiertas

· ID de empleado emitida por cualquier entidad gubernamental

Los votantes registrados tienen la opción durante ciertas elecciones de voto antes de la elección durante la Votación Anticipada en una de las siguientes ubicaciones , o votar por correo . Si la votación el día de elección, los votantes registrados deben emitir su voto en su precinto designado. Los votantes pueden ver una lista completa de los recintos aquí , o buscar un lugar de votación por su dirección .

## Lo que debe saber sobre el día de la elección:

· Las encuestas son abierto de 7 am hasta las 7 pm

· Compruebe la cantidad y la ubicación precinto

· Traer su identidad con su foto

· Puede traer su papeleta de muestra marcada con usted para ayudarle a hacer sus selecciones

# EXHIBIT E:  REPORT REGARDING PUERTO RICAN IMMIGRANTS

| County | PR Total Household (HH) reported by FEMA as in County 7.16.18 | PR Total HH Composition reported by FEMA as in County | PR Total HH checked into TSA Hotels by County | PR Total HH Composition checked into TSA Hotels by County | Total reported PR Families in Florida | Total Reported House Hold Members in Florida | Over 18 voting age from CMA household members (32 counties highlighted) |
|---|---|---|---|---|---|---|---|
| Alachua | 50 | 100 | 0 | 0 | 50 | 100 | 75 |
| Bay | 21 | 42 | 0 | 0 | 21 | 42 | 33 |
| Bradford | 2 | 4 | 0 | 0 | 2 | 4 | 3 |
| Brevard | 133 | 302 | 1 | 4 | 134 | 306 | 218 |
| Broward | 596 | 1,097 | 13 | 34 | 609 | 1131 | 901 |
| Calhoun | 1 | 1 | 0 | 0 | 1 | 1 | 1 |
| Charlotte | 13 | 32 | 0 | 0 | 13 | 32 | 22 |
| Citrus | 12 | 31 | 0 | 0 | 12 | 31 | 22 |
| Clay | 36 | 83 | 0 | 0 | 36 | 83 | 62 |
| Collier | 29 | 63 | 2 | 8 | 31 | 71 | 53 |
| Columbia | 5 | 9 | 0 | 0 | 5 | 9 | 8 |
| DeSoto | 1 | 2 | 0 | 0 | 1 | 2 | 2 |
| Duval | 164 | 367 | 1 | 4 | 165 | 371 | 259 |
| Escambia | 7 | 12 | 0 | 0 | 7 | 12 | 11 |
| Flagler | 23 | 50 | 0 | 0 | 23 | 50 | 39 |
| Franklin | 1 | 1 | 0 | 0 | 1 | 1 | 1 |
| Gadsden | 1 | 2 | 0 | 0 | 1 | 2 | 2 |
| Gilchrist | 1 | 1 | 0 | 0 | 1 | 1 | 1 |
| Glades | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Gulf | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Hamilton | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Hardee | 4 | 5 | 0 | 0 | 4 | 5 | 5 |
| Hendry | 1 | 1 | 0 | 0 | 1 | 1 | 1 |
| Hernando | 77 | 154 | 1 | 4 | 78 | 158 | 124 |
| Highlands | 44 | 109 | 0 | 0 | 44 | 109 | 79 |
| Hillsborough | 702 | 1,496 | 25 | 80 | 727 | 1576 | 1,118 |
| Indian River | 17 | 29 | 1 | 0 | 0 | 29 | 26 |
| Jackson | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Jefferson | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Lafayette | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Lake | 191 | 412 | 3 | 5 | 194 | 417 | 313 |
| Lee | 152 | 359 | 2 | 4 | 154 | 363 | 269 |
| Leon | 8 | 21 | 0 | 0 | 8 | 21 | 13 |
| Levy | 4 | 5 | 0 | 0 | 4 | 5 | 5 |
| Manatee | 48 | 94 | 1 | 0 | 49 | 94 | 71 |
| Marion | 124 | 290 | 5 | 14 | 129 | 304 | 215 |
| Martin | 8 | 12 | 0 | 0 | 8 | 12 | 12 |
| Miami-Dade | 867 | 1,666 | 22 | 45 | 889 | 1711 | 1,351 |
| Monroe | 6 | 12 | 0 | 0 | 6 | 12 | 10 |
| Nassau | 8 | 12 | 0 | 0 | 8 | 12 | 11 |
| Okaloosa | 15 | 27 | 0 | 0 | 15 | 27 | 25 |
| Okeechobee | 1 | 1 | 0 | 0 | 1 | 1 | 1 |
| Orange | 2,241 | 4,886 | 99 | 243 | 2340 | 5129 | 3,631 |
| Osceola | 1,359 | 3,006 | 117 | 355 | 1476 | 3361 | 2,239 |
| Palm Beach | 266 | 568 | 0 | 0 | 266 | 568 | 438 |
| Pasco | 158 | 298 | 1 | 2 | 159 | 300 | 256 |
| Pinellas | 174 | 339 | 8 | 26 | 182 | 365 | 274 |
| Polk | 730 | 1,707 | 9 | 29 | 739 | 1736 | 1,244 |
| Putnam | 6 | 16 | 0 | 0 | 6 | 16 | 9 |
| St Johns | 23 | 48 | 0 | 0 | 23 | 48 | 41 |
| St Lucie | 48 | 102 | 1 | 4 | 49 | 106 | 77 |
| Santa Rosa | 3 | 4 | 0 | 0 | 3 | 4 | 4 |
| Sarasota | 27 | 53 | 1 | 1 | 28 | 54 | 42 |
| Seminole | 350 | 759 | 14 | 43 | 364 | 802 | 587 |
| Sumter | 13 | 23 | 0 | 0 | 13 | 23 | 22 |
| Suwannee | 2 | 3 | 0 | 0 | 2 | 3 | 3 |
| Taylor | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Union | 1 | 6 | 0 | 0 | 1 | 6 | 1 |
| Volusia | 240 | 478 | 2 | 2 | 242 | 480 | 373 |
| Wakulla | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Walton | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Washington | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| State Total | 9014 | 19200 | 329 | 907 | 9325 | 20107 | 14603 |

23

# EXHIBIT 11

| | |
|---|---|
| MARTA VALENTINA RIVERA MADERA, on behalf of herself and all others similarly situated; FAITH IN FLORIDA, HISPANIC FEDERATION, MI FAMILIA VOTA EDUCATION FUND, UNIDOSUS, and VAMOS4PR,<br><br>     PLAINTIFFS,<br><br>v.<br><br>KEN DETZNER, in his official capacity as Secretary of State for the State of Florida; and KIM A. BARTON, in her official capacity as Alachua County Supervisor of Elections, on behalf of herself and similarly-situated County Supervisors of Elections,<br><br>     DEFENDANTS. | Case No. 1:18-cv-00152-MW-GRJ |

## DECLARATION OF TAMMY JONES,

## SUPERVISOR OF ELECTIONS OF LEVY COUNTY

I, Tammy Jones, according to 28 U.S.C. § 1746, hereby state:

1.    My name is Tammy Jones. I am over 18 years of age, am competent to testify, and declare the following facts based on my own personal knowledge.

2.     I have served as Levy County Supervisor of Elections since 2013. I have a total of 24 years' experience with elections. As Supervisor, my duties include preparation of ballots, administering all aspects of voting, including vote-by-mail voting, early voting, and election day voting, hiring and training election workers, voter registration activities, voter education, and maintaining election equipment.

3.     My understanding is that the Plaintiffs in this case seek an injunction ordering thirty-two of the State's Supervisors of Elections, including myself, to provide several forms of aid to non-English speaking Puerto Rican voters.

4.     The two main obstacles toward providing Spanish-language ballots, election materials, and assistance are the cost which has not been budgeted and the limited timeframe to hire proper personal and vendors to accomplish this request.

5.     We have no training by our electronic voting system vendor on how to create an electronic Spanish-language ballot. A cepstral license would be needed for the language "voice". Once the license is received, a certified Bronze Disk would be generated by my vendor and submitted to the state for review and approval. The vendor has confirmed that they would need at least 3 weeks to order and receive the license, time for them to create

2

the disk and express it to the State. The State has confirmed that it would take up to two weeks to review and approve the disk and return it to my office. It is my understanding they can burn a disk for two to four counties per day depending on the size of the file. Given the lack of proficient trainers and the compressed learning curve, it would be extremely difficult to create a dual-language ballot. Our vendor has advised that it could assist in installing the license at a rate of $2,000 per day. I do not have these expenses included in my limited budget. The vendor's schedule is also subject to a limited availability and all demands from other Elections Supervisors.

6.     I would have to hire a certified translator to translate the English ballot language into Spanish. Once the ballot layout is complete with the assistance of our vendor, the certified translator would have to proof read the ballot. Next, the ballot needs to be printed. The deadline to send UOCAVA ballots is September 22nd. Ballot layout, translation into Spanish, proofing, and printing is just one small aspect of preparation for the General Election. In addition, the vendor that prints our ballot has already requested paper size and quantity estimates so they can have sufficient product in stock. Making the ballot larger or adding additional paper would pose a significant challenge since they are not prepared for the huge change in quantities.

7.     Based on my experience and the specific circumstances here in Levy County, I will not be able to provide most of the requested relief in time for the November 6, 2018 General Election. I did not receive a letter from any group or organization as mentioned in the complaint, paragraph 62 and 63, in April or June of 2018 advising me that my county was in need of Spanish-language materials and assistance under Section 4(e) for the upcoming 2018 election cycle. I believe after the November 2018 election with proper budgeting, training and preparation I can and will be able to comply with what the court believes is necessary before the 2020 elections.

On August 24, 2018, pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct:

/s/ _Tammy Jones_

Tammy Jones

# EXHIBIT 12

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
### GAINESVILLE DIVISION

| | |
|---|---|
| MARTA VALENTINA RIVERA MADERA, on behalf of herself and all others similarly situated; FAITH IN FLORIDA, HISPANIC FEDERATION, MI FAMILIA VOTA EDUCATION FUND, UNIDOSUS, and VAMOS4PR,<br><br>PLAINTIFFS,<br><br>v.<br><br>KEN DETZNER, in his official capacity as Secretary of State for the State of Florida; and KIM A. BARTON, in her official capacity as Alachua County Supervisor of Elections, on behalf of herself and similarly-situated County Supervisors of Elections,<br><br>DEFENDANTS. | Case No. 1:18-cv-00152-MW-GRJ |

## DECLARATION OF MICHAEL BENNETT,

## SUPERVISOR OF ELECTIONS OF MANATEE COUNTY

I, Michael Bennett, according to 28 U.S.C. § 1746, hereby state:

1.     My name is Michael Bennett. I am over 18 years of age, am competent to testify, and declare the following facts based on my own personal knowledge.

2.     I have served as Manatee County Supervisor of Elections for 5 years and 8 months. As Supervisor, my duties include preparation of ballots, administering all aspects of voting, including vote-by-mail voting, early voting, and election day

voting, hiring and training election workers, voter registration activities, voter education, and maintaining election equipment.

3.      My office and I are currently entrenched in the activities of the Primary election.  We are conducting early voting, processing vote by mail ballots, preparing voting equipment, training poll workers, delivering equipment along with a large list of other tasks.  The Primary Election will be our prime focus until it is certified, and the final audit conducted on September 12th. Preparations are already in place for the General Election.  We have begun printing training materials, we have ordered all the supplies and materials for the General Election and we have begun ballot preparations.

4.      My understanding is that the Plaintiffs in this case seek an injunction ordering thirty-two of the State's Supervisors of Elections, including myself, to provide several forms of aid to non-English speaking Puerto Rican voters.

5.      My office currently employs one bilingual staff member.  We have approximately 30 Spanish speaking poll workers that we place where the need is greatest.  We offer voter applications in Spanish.  We are currently in the process of implementing two of the requested items prior to the General election.

a. Provide the Spanish-English Election Terms Glossary prepared by the United States Election Assistance Commission at each polling place.

b. Provide information in Spanish on the County's website and at polling places that any voter who requires assistance to vote in English may bring a helper to assist them in reading the ballot.

6. Based on my experience and the specific circumstances here in Manatee County, I will not be able to provide most of the requested relief in time for the November 6, 2018 General Election.

7. According to requested relief items 1, 2, 3 and 5 the Plaintiffs want each Supervisor to [Provide information in Spanish about all stages of the electoral process pertaining to the issuance of notifications, announcements, and other informational materials concerning the opportunity to register, voter registration deadlines, the times, places, and subject matters of elections, and the absentee and early voting processes],[ Provide, in English and Spanish, the following election-related materials: a) the official ballot; b) sample ballots; c) absentee and early voting applications and ballots; d)provisional ballots; e) voter registration cards and applications; f) voting instructions; g) any voter information guides or pamphlets; h) notification of elections and polling place changes; and i) polling place signage], and [Provide Spanish translations of election-related materials, offices up for election, candidates who have qualified, and local issues or referenda and announcements applicable to elections in the Counties, including materials and announcements provided by the State of Florida], and [Utilize a certified translator to prepare translated materials. The

translator shall ensure that bilingual and Spanish-language material are complete, accurate, and accessible for the Counties' Spanish-speaking voters educated in Puerto Rico]. My issues relative to these items are similar as they all deal with producing printed materials, so I am addressing them as one instead of repeating my answer 4 times.

    a. We have never used a certified Spanish translator before. I am not familiar with the differences of the various Spanish dialects and therefore there will be a learning curve just to find appropriate certified Spanish translators. We would then be required to assemble all the required materials and get at least 2 quotes. Once the quotes have been evaluated and a translator is chosen we would have to wait on the translations. After the translations are produced we could send the materials to the appropriate printers to get the items printed in the volumes needed. This all assumes that there are any printers and translators left with capacity since 32 other counties would be following the same process. Many of these items such as signs are also specialty items that cannot be printed by just any printer. To believe all of this could be accomplished inside the 4-6 weeks that would be required in order to have the materials in time to be available for voters before the election, our staff for use, our staff for poll worker training, and to be

available to pack for delivery to the precincts, is highly unrealistic. Even double or triple that timeframe is highly unrealistic.

b. The production of the Official ballots is a challenge by itself.

    i. We are required to send out overseas ballots a minimum of 45 days prior to the election. This means we have two weeks from the time the State Certifies the candidates to create, test and print the ballots before they must be mailed. This is an incredibly tight window as it is.

    ii. Once we have created the ballot we have to get in line with every other county in the country to get their ballots printed.

    iii. We have never been trained on producing bilingual ballots. I know the system can accomplish this, however we have not been trained on it and do not feel comfortable with the process. It is much more complicated than flipping a switch.

    iv. We told our printer how many ballots and what size we would need weeks ago. This is because the printer must order special paper to print the ballots on and it is at least a month turnaround for them to get the paper. If we have bilingual ballots we will instantly go from a 1-page ballot to a 2-page ballot which will mean we will require twice as much paper. I don't think our

printer could accommodate us and could not accommodate all the counties that they print for that are included in this requested injunction.

    v.   Ballots are expensive, and this would double the cost for the ballots.

  c.  The budget required to accomplish this task at a normal pace would be quite high, but to accomplish it at this accelerated pace would be extreme and has not been accounted for. We would have to go to our County Commissioners for a budget approval to accomplish such a task. This adds additional time to the process.

8. The Plaintiffs want each Supervisor to [Item 6 - Ensure that English-language election information and services available on the County's website are available in equivalent and accurate form in Spanish, including, but not limited to, information concerning a) polling place location; b) voter information; c) absentee voting; and d) poll workers.

Spanish-language information and materials shall be readily accessible through easily visible and identifiable Spanish-language links on each County's website in font comparable to that of English-language sections of the website]

  a.  We currently utilize google translate for our website. I understand this may not be perfect but from what I've been told it is quite good.

b. The issues related to having our entire website translated are similar to those in section 7 a & b. We would have to acquire a translator and then have that translator go through our entire website. This would be quite extensive as there is a lot of information on our website.

c. Again, cost is a concern especially since it is such an unknown

9. The Plaintiffs request for items 8-13 [Recruit, hire, train, and assign bilingual poll workers who are able to understand, speak, write, and read English and Spanish fluently and can provide effective translation assistance to Spanish-speaking voters at the polls on election days and at early voting locations], [Provide a) at least one bilingual poll worker at any election precinct in which there are between 100 and 249 registered voters with Spanish surnames; b) at least two bilingual poll workers at any election precinct in which there are between 250 and 500 registered voters with Spanish surnames; c) at least three bilingual poll workers at any election precinct in which there are between 250 and 500 registered voters with Spanish surnames; d) at least two bilingual election officials at each early voting location; and e) bilingual personnel, trained in Spanish-language election terminology, on call and available by telephone during all early voting hours and all hours when the polls are open to provide assistance to any Spanish speaking voters], [Prominently post at each polling place signs in English and Spanish explaining how voters can obtain

Spanish-language assistance], [Recruit, hire, train, and assign bilingual personnel who are able to understand, speak, write, and read English and Spanish fluently and can provide effective translation assistance to Spanish-speaking voters, including those who are seeking to register to vote in the Counties or seeking to vote by absentee ballot], [Train all poll officials and other election personnel regarding the requirements of Section 4(e) of the federal Voting Rights Act, 52 U.S.C. §10303(e), including the legal obligation and means to make effective Spanish-language assistance and materials available to voters], and [In addition to the above general training, include in the training of bilingual poll officials the following election-related materials: the official ballot; sample ballots; absentee and early voting applications and ballots; provisional envelopes; voter registration cards and applications; voting instructions; any voter information or pamphlets, notification of elections and polling place changes, and polling place signage; Spanish translations of election-related information, materials and announcements applicable to elections in the Counties that are provided by the State of Florida; and a copy of the Spanish-English Election Terms Glossary prepared by the United States Election Assistance Commission.]

    a. We currently have approximately 30 bilingual poll workers. We place them where we believe the need for this is the greatest. We have one

bilingual staff member who is available throughout the office when the need arises.

b. We continue to try to recruit additional bilingual poll workers. We have a hard time getting sufficient poll workers in general and getting bilingual poll workers is a huge challenge.

c. We are unaware of what constitutes a Spanish surname. We also feel like this is a huge mis-characterization for identifying the need, especially if the focus is on voters educated in Puerto Rico.

10. Preparing and executing all the moving parts of an election is a huge task. Changes in this process require time and planning to not jeopardize one of the most sacred activities of our democracy. It would be a huge risk to try and accomplish everything asked in such a short time frame on such an important operation.

On August 24, 2018, pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct:

/s/

Michael Bennett

# EXHIBIT 13

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF FLORIDA

GAINESVILLE DIVISION

| | |
|---|---|
| MARTA VALENTINA RIVERA MADERA, on behalf of herself and all others similarly situated; FAITH IN FLORIDA, HISPANIC FEDERATION, MI FAMILIA VOTA EDUCATION FUND, UNIDOSUS, and VAMOS4PR, <br><br> PLAINTIFFS, <br><br> v. <br><br> KEN DETZNER, in his official capacity as Secretary of State for the State of Florida; and KIM A. BARTON, in her official capacity as Alachua County Supervisor of Elections, on behalf of herself and similarly-situated County Supervisors of Elections, <br><br> DEFENDANTS. | Case No. 1:18-cv-00152-MW-GRJ |

DECLARATION OF WESLEY WILCOX,

SUPERVISOR OF ELECTIONS OF MARION COUNTY

I, Wesley Wilcox, according to 28 U.S.C. § 1746, hereby state:

1.     My name is Wesley Wilcox.  I am over 18 years of age, am competent

to testify, and declare the following facts based on my own personal knowledge.

2. I have worked in the Elections Industry for almost 28 years. I have worked in the Marion County, Florida Elections Office since 2001. I currently serve as the Marion County Supervisor of Elections, a position I have held for the last five and one-half years. As Supervisor, my duties include the conduct of all Official Elections held in Marion County, register voters and issue voter information cards, voter education and outreach, ongoing voter registration list maintenance activities, maintain, prepare, program and test all tabulation equipment, preparation of ballots, administering all aspects of voting, including Vote-by-Mail, Early, and Election Day voting, hiring and training election workers, qualify candidates for county offices and maintain the candidate campaign finance system.

3. Election preparation consists of minimally the following:

a. To administer the primary election, we are currently doing or have done the following, including but not limited to: 1) Delivering equipment to the respective election day polling places; 2) Administering early voting, including providing both telephone and on-site support to sites and providing online monitoring of early voting equipment; 3) Confirming placement of election workers for election day; 4) Providing customer service to voters, processing new voter registrations and voter updates daily,

generating voter correspondences, and mailing voter information cards; 5) Providing ballots to voters by personal delivery upon presentation of appropriate ID; 6) Performing signature verification on ballots received from both USPS and on-site drop boxes; 7) Continuing canvassing of voted Mail Ballots; 8) Preparing areas for receipt of voted ballots and materials from polling places on election night; 9) Continuing general circulation newspaper ads; 10) Processing early voting returns daily during the entire early voting period, includes unpacking and organizing voted ballots, voting passes, completed forms, and provisional ballots; 11) Preparing for the closing of early voting sites and pickup of early voting equipment; 12) Preparing for election night reporting as mandated by Florida Statute; 13) Preparing for availability of telephone support to all polling places on election day; 14) Preparing and sending candidate data files daily; 15) Final preparation to office technology for election day; 16) Monitoring and projecting election-related budgetary items; 17) Monitoring of voter rolls and removal of ineligible voters.

b. To prepare for the general election, we are currently doing or have done the following, including but not limited to: 1) Scheduling Mail Ballot delivery for new requesters; 2) Moving equipment and materials into

place to prepare for Mail Ballot packet delivery; 3) Placing important reminders on internal calendars for upcoming processes; 4) Ordered blank stock of envelopes, ballot paper, voter ID forms, and extra printer supplies; 5) Scheduled and sent notices for classes to election workers, and continue to recruit and schedule prospective election workers into classes; 6) Monitoring and projecting election-related budgetary items; 7) Providing customer service to voters, processing new voter registrations and voter updates daily, generating voter correspondences, and mailing voter information cards; 8) Monitoring of voter rolls and removal of ineligible voters.

4. My understanding is that the Plaintiffs in this case seek an injunction ordering thirty-two of the State's Supervisors of Elections, including myself, to provide several forms of aid to non-English speaking Puerto Rican voters.

5. Current efforts include but are not limited to the following:

a. Providing Spanish Florida Voter Registration forms in our office and at every voting location.

b. Providing Spanish posters with voter information in those polling locations where we have higher concentrations of Hispanic population.

4

c. Recruit, hire, train, and assign bilingual Election workers who are able to understand, speak, write, and read English and Spanish fluently and can provide effective translation assistance to Spanish-speaking voters at those polling locations where we have higher concentrations of Hispanic population.

d. Our website is multi-lingual, using the Google Translate service.

e. Recruited, hired, and trained a full time bilingual staff member who is able to understand, speak, write, and read English and Spanish fluently and can provide effective translation assistance to Spanish-speaking voters for telephonic and personal translations.

6. Based on my 28 years of experience and the specific circumstances here in Marion County, I will not be able to provide all of the requested relief in time for the November 6, 2018 General Election.

7. The Plaintiffs want each Supervisor to: Provide information in Spanish about all stages of the electoral process pertaining to the issuance of notifications, announcements, and other informational materials concerning the opportunity to register, voter registration deadlines, the times, places, and subject matters or elections, and the absentee and early voting processes;

a.   To provide the aforementioned; all items must be translated to Spanish by a Certified Translator and then proofed and published.

*September 7 (Fri) Post Polling Change notice in Office, F.S. 101.001(4)(a). – 60 days before the election.*

*October 9 (Tue) Deadline to register to vote (book closing) for the General Election. Section 97.055, F.S. – On the 29th day before each election.*

*October 12 (Fri) - October 26 (Fri) Period in which logic and accuracy (L&A) test for General Election may be conducted. (Specific L&A date during this period will depend on when the county begins early voting). Section 101.5612, F.S. – Not more than 10 days prior to beginning of early voting.*

I've set forth above all the items that need to be accomplished, I have set forth the pertinent deadlines.  It is my opinion as Supervisor of Elections that the items above cannot be accomplished in compliance with the deadlines.

8.   The Plaintiffs want each Supervisor to: Provide, in English and Spanish, the following election-related materials: a) the official ballot;  b) sample ballots; c) absentee and early voting applications and ballots; d) provisional ballots; e) voter registration cards and applications; f) voting instructions; g) any voter information guides or pamphlets; h) notification of elections and polling place changes; and i) polling place signage.

a.      To provide the aforementioned; all items must be translated to Spanish by a Certified Translator.  The items must then be proofed, ordered, printed and delivered.  The majority of these items for the General Election have been purchased, therefore any additional purchases at this point are unbudgeted items.

b.      Furthermore, a timeline for preparation of vote by mail ballots for the General Election has been set: 1) 9/4/2018 begin to deliver and print voter envelopes for mail ballots; 2) 9/10/2018 UOCAVA data file released to candidates; 3) 9/13/2018 domestic data file released to candidates; 4) 9/21/2018 UOCAVA ballots mailed to voters; 5) 9/24/2018 UOCAVA 45-day report due to Division of Elections; 6) 10/2/2018 domestic ballots mailed to voters.

c.      Additionally the following tasks must be completed; to include but not limited to the following: Starting roughly nine weeks from the election date, we are (in order): 1) building the ballot, that includes the paper ballot, the ADA visual ballot, ADA audio ballot, various email ballot packets, various Vote-by-Mail ballot packets; 2) submitting the ballot for approval, making any needed corrections or adjustments, fully testing all ballot types; 3) sending the ballot to be printed, printing Vote-by-Mail

ballots; 4) generating Vote-by-Mail ballot packets, includes generating all

Vote-by-Mail ballot requests, printing all envelopes, building all packets,

postage for all packets, creating and sending all email- Vote-by-Mail

packets; 5) producing Sample Ballots, includes design of multiple types of

sample ballots, individual-specific printed, combined printed, individual-

specific for web, combined for web, combined for news print; 6) mailing the

Sample Ballots.

*September 7 (Fri) Post Polling Change notice in Office, F.S. 101.001(4)(a). – 60 days before the election.*

*September 22 (Sat) Deadline for Supervisors of Elections to send vote-by-mail ballots to absent stateside uniformed and overseas voters (UOCAVA) for the General Election. Section 101.62, F.S. – Not less than 45 days before the General Election.*

*September 24 (Mon) Division of Elections to submit to the U.S. Department of Justice information on county compliance with 45- day UOCAVA vote-by-mail ballot send-out for the General Election. 43 days before General Election.*

*October 2 (Tue) - October 9 (Tue) Mandatory seven-day window for Supervisors of Elections to mail vote-by-mail ballots to all domestic (non-UOCAVA) voters who requested vote-by-mail ballots. Section 101.62, F.S. – Between 35th and 28th day before the election.*

*October 2 (Tue) - October 9 (Tue) Mandatory seven-day window for Supervisors of Elections to mail vote-by-mail ballots to all domestic (non-UOCAVA) voters who requested vote-by-mail ballots. Section 101.62, F.S. – Between 35th and 28th day before the election.*

*October 7 (Sun) - October 12 (Fri) Deadline for Supervisors of Elections to mail notice of time and location of logic and accuracy (L&A) test to county party chairs and candidates, who did not receive notice at qualifying. Section 101.5612, F.S. – At least 15 days prior to the beginning of early voting, specific date will depend on when county will begin conducting early voting.*

*October 9 (Tue) Deadline to register to vote (book closing) for the General Election. Section 97.055, F.S. – On the 29th day before each election. If the 29th day falls on a Sunday or a legal holiday, the registration books must be closed on the next day that is not a Sunday or a legal holiday.*

*October 30 (Tue) Deadline to mail or email sample ballots to voters for the General Election. Section 101.20, F.S. – At least seven days prior to any election.*

I've set forth above all the items that need to be accomplished, I have set forth the pertinent deadlines.  It is my opinion as Supervisor of Elections that the items above cannot be accomplished in compliance with the deadlines.

9.     The Plaintiffs want each Supervisor to: Provide  Spanish translations of election-related materials, offices up for election, candidates who have qualified, and local issues or referenda and announcements applicable to elections in the Counties, including materials  and announcements provided by the State of Florida.

a.     To provide the aforementioned; all items must be translated to Spanish by a Certified Translator, proofed, ordered, printed, and delivered.

b.     Although State referenda is currently officially translated, our General Election ballot does contain local referenda that would require certified translation.

I've set forth above all the items that need to be accomplished, I have set forth the pertinent deadlines.  It is my opinion as Supervisor of Elections that the items above cannot be accomplished in compliance with the deadlines.

10.     The Plaintiffs want each Supervisor to: Provide the Spanish-English Election Terms Glossary prepared by the United States Election Assistance Commission at each polling place.

a.     To Provide the Spanish-English Election Terms Glossary prepared by the United States Election Assistance Commission at each polling place, the aforementioned must be downloaded, ordered, printed, and delivered.

b.     The proposed budget for fiscal year 2018 – 2019, was submitted prior to June 1, 2018.  The budget is due to be approved prior to September 30th, 2018.  This is an unbudgeted item.

11.     The Plaintiffs want each Supervisor to: Ensure that English-language election information and services available on the County's website are available in equivalent and accurate form in Spanish, including, but not limited to, information concerning a) polling place location; b) voter information; c) absentee voting; and d) Election workers. Spanish-language information and materials shall be readily accessible through easily visible and identifiable Spanish-language links on each County's website in font comparable to that of English-language sections of the website.

          a.     Our website currently provides Google Translate services. Any changes to this would require all items to be translated to Spanish by a Certified Translator

It is my opinion as Supervisor of Elections that the items above cannot be accomplished in compliance with the deadlines.

12.     The Plaintiffs want each Supervisor to: Recruit, hire, train, and assign bilingual Election workers who are able to understand, speak, write, and read English and Spanish fluently and can provide effective translation assistance to

Spanish-speaking voters at the polls on election days and at early voting locations.

     a.    Election workers have been assigned to voting locations. Election worker classes have been scheduled and will begin on 9/20/2018 and continue for the three weeks following.

The materials, manuals and class presentations have already been completed for the General Election, therefore wholescale changes could not be accomplished by the requested deadline.

     13.    The conduct of an Election is no longer a single day event. The preparation and planning begins months in advance. There are multiple areas with multiple deadlines. Each successive task requires the successful completion of its pre-requisite. Any disruption or delay in any of these areas will cause a ripple effect across the entire organization. Therefore the introduction of any new procedure, requirement or process has the potential to cause catastrophic failure across the entire organization. Although there have been several jurisdictions in the State of Florida who have completed a successful transition to bi-lingual status, none of them have completed the task in the proposed timeframe.

On August 24th, 2018, pursuant to 28 U.S.C. § 1746, I declare under penalty of

perjury that the foregoing is true and correct:

WESLEY WILCOX, CERA

SUPERVISOR OF ELECTIONS

Marion County, Florida

# EXHIBIT 14

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

MARTA VALENTINA RIVERA

MADERA, on behalf of herself and all

others similarly situated; FAITH IN

FLORIDA, HISPANIC FEDERATION,

MI FAMILIA VOTA EDUCATION

FUND, UNIDOSUS, and VAMOS4PR,

    PLAINTIFFS,

v.

KEN DETZNER, in his official

capacity as Secretary of State for the

State of Florida; and KIM A. BARTON,

in her official capacity as Alachua

County Supervisor of Elections, on

behalf of herself and similarly-situated

County Supervisors of Elections,

    DEFENDANTS.

Case No. 1:18-cv-00152-MW-GRJ

## DECLARATION OF R. JOYCE GRIFFIN,
## SUPERVISOR OF ELECTIONS OF MONROE COUNTY

I, **R. JOYCE GRIFFIN**, according to 28 U.S.C. § 1746, hereby state:

1.     My name is R. JOYCE GRIFFIN. I am over 18 years of age, am competent to testify, and declare the following facts based on my own personal knowledge.

2.     I have served as Monroe County Supervisor of Elections for five (5) years, after having been elected in November 2012. Prior to my election, I had worked in the Monroe County Supervisor of Elections office since April 1984, and was Assistant Supervisor of Elections since 1993 until my election as the Supervisor. As Supervisor, my duties include preparation of ballots, administering all aspects of voting, including vote-by-mail voting, early voting, and election day voting, hiring and training election workers, voter registration activities, voter education, and maintaining election equipment.

3.     I currently am overseeing the day-to-day operations to prepare for and administer the primary and general elections, which includes a myriad of duties being conducted concurrently, for both elections. Some of the current duties and activities include but are not limited to, registering voters, changing names, addresses or party affiliations, ordering and preparing supplies for polling locations, training poll workers and new office staff on procedures and use of the election equipment, conducting early voting for the primary and processing those vote by mail ballots, programming election equipment for ballot printing,

2

canvassing of the primary election vote by mail ballots, processing voter records of deceased voters as notified by the State of Florida, preparing election ads and letters for public circulation and media outreach, assisting candidates, parties and committees, processing candidate petitions and finances for municipality elections, processing any initiative Petitions, preparing manually vote by mail envelopes for the general election, preparing letters to voters who had questionable or no signature on vote by mail ballots, testing all voting equipment and completing State mandatory voting reports, along with mapping election files with the State, processing overseas ballots, oversee workers for early voting for the primary election, determining status and condition of voting precincts and operation of any required phone lines, scheduling pickup and delivery of election equipment for primary election, proofreading of the general election ballots, interacting and assisting the public or candidates in responding to questions and issues. Additionally, we are updating all security measures to comply with cyber security precautions pursuant to applicable grants or other election requirements, which include meetings with the F.B.I., Homeland Security, and local police enforcement entities, while also updating our disaster plan for hurricane season or any other disaster. Within the next week, we will also be conducting the primary election, conduct manual audits of the results, complete all post-election reports, research

3

any provisional ballots, prepare certification of the results and process with the State.

4.    My understanding is that the Plaintiffs in this case seek an injunction ordering thirty-two of the State's Supervisors of Elections, including myself, to provide several forms of aid to non-English speaking Puerto Rican voters.

5.    My office currently has on staff several employees at various locations, who are fluent in Spanish, which we utilize to communicate with any Spanish language individuals, whether from Puerto Rico or another country.  Staff will field questions or concerns whether they are by phone calls or in-person at our election offices.  We also have poll workers we utilize, who are fluent in Spanish, and able to efficiently communicate with voters for early voting and on election day.  Voters who need assistance are also provided with the proper documentation to complete, which is in English and Spanish, in order to have an individual assist them with their ballot in the voting booth.

6.    Based on my experience and the specific circumstances here in Monroe County, particularly the distance of over 150 miles for the County, I will not be able to provide some of the requested relief in time for the November 6, 2018, general election, while still conducting daily operations and preparing for both upcoming elections.    Several important factors that apply to most of the requested relief, in addition to other issues as set forth herein, would be the time

4

constraints, programming of election equipment, timely printing of election materials, and the financial and budget related constraints due to the short time period.

7.     The Plaintiffs want each Supervisor to provide information in Spanish about all stages of the electoral process pertaining to the issuance of notifications, announcements, and other informational materials concerning the opportunity to register, voter registration deadlines, the times, places, and subject matters or elections, and the absentee and early voting processes.

a. There are limited resources to employ for processing some election related materials or even programming equipment for the Spanish language on such short notice. We provide a link on our Monroe County Supervisor of Election website that directs one to the Florida Department of State, Division of Elections website for information in Spanish. Additionally, I already have bilingual staff and poll workers available for any needed assistance either in person or via the phone.

8.     The Plaintiffs want each Supervisor to provide, in English and Spanish, the following election-related materials: a) the official ballot; b) sample ballots; c) absentee and early voting applications and ballots; d) provisional ballots; e) voter registration cards and applications; f) voting instructions; g) any voter

information guides or pamphlets; h) notification of elections and polling place changes; and i) polling place signage.

     a. It would be difficult, if not impossible, to provide some information in both English and Spanish, in time for the November election, particularly the official, sample, vote-by-mail, and provisional ballots because these would first need to be translated by a certified translator, proofread, then have the ballots prepared, obtain the appropriate license for any system requirements, prepare a certified State Disk/CD for the State's review and approval, then once approved, have the appropriate license installed in the voting equipment, and confirm all is accurate. All this would be required before a ballot could even be printed. The size of the ballot has to be considered and whether it would be a separate ballot for each language or a combined ballot. The secrecy sleeve, any instructions, and ballot envelopes would need to be revised too. There are only limited printers who are authorized to prepare such election materials. The vote-by-mail ballots for the November general election must be mailed to any absent uniformed services voter or overseas voter by September 22, 2018, which would allow less than a month now, and to other voters beginning October 2, 2018. It could take as much as

three (3) weeks to even get a license, seek State approval of the disk/cd and have it installed, with none of this even being possible until you had a translated ballot. The State has until September 6, 2018, to certify the official results for the primary election, which must be done before the County would have the final ballot to even begin the process.

9.     The Plaintiffs request us to provide a) at least one bilingual poll worker at any election precinct in which there are between 100 and 249 registered voters with Spanish surnames; b) at least two bilingual poll workers at any election precinct in which there are between 250 and 500 registered voters with Spanish surnames; c) at least three bilingual poll workers at any election precinct in which there are between 250 and 500 registered voters with Spanish surnames; d) at least two bilingual election officials at each early voting location; and e) bilingual personnel, trained in Spanish-language election terminology, on call and available by telephone during all early voting hours and all hours when the polls are open to provide assistance to any Spanish speaking voters.

        a. In order to be a poll worker, one must be able to read, write, speak English, and be a registered voter in the County. With the limited population of Monroe County, it would be difficult to find poll workers, who were willing and able to work, that meet the above

7

qualifications and also be bilingual in Spanish. It has become extremely difficult since Hurricane Irma for employers to even hire workers for any job, much less ones that are bilingual and meet all of the qualifications necessary to be a poll worker or election official. Due to the current time constraints, it would be difficult to retain the ratio of people needed to meet this request. It is also difficult to determine whether the Spanish surnames are individuals that even require Spanish speaking assistance at a particular precinct. In point of fact, we already promptly provide all services we can with the current bilingual staff and poll workers without any issues, whether during early voting or at the polling sites on election day. As it stands, securing the number of workers we need when we've had all year to prepare is a daunting challenge. The 11th hour nature of this request asks the county to perform the impossible.

10.    In conclusion, there are numerous other issues that will arise if I am required to meet all of the requests of relief set forth by Plaintiffs and comply prior to the November 2018 election. Additional staff and poll workers will need to be hired and trained during a time period that is already stressful and time sensitive for all involved in the election process, which I hold very sacred, in addition to these extra requirements that will be unfamiliar to those currently employed. For a

8

small County with only 53,082 registered voters at this time, but yet a County that is wide-spread over 150 miles, it is also challenging because we have three (3) offices and 33 precincts that would need to be staffed with more bilingual individuals that may not be available in the area. We have already begun some procedures and work for the November election that may require review again. Our budget for the upcoming year, which would include the November election, is already established and to locate surplus funds for these additional costs will be extremely challenging, if even possible. We currently already ensure that bilingual staff and poll workers in greater numbers are available in the precincts that have a higher registration of Hispanics. While all of the thirteen requested items of relief in such a short time period would be challenging, this Declaration sets forth those that will be most difficult as I see it for my office.

On August 24, 2018, pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

R. JOYCE GRIFFIN
Supervisor of Elections
Monroe County, Florida

# EXHIBIT 15

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MARTA VALENTINA RIVERA
MADERA, on behalf of herself and all
others similarly situated; FAITH IN
FLORIDA, HISPANIC
FEDERATION, MI FAMILIA VOTA
EDUCATION FUND, UNIDOSUS,
and VAMOS4PR,

                Plaintiffs,

vs.

KEN DETZNER, in his official
capacity as Secretary of State for the
State of Florida; and KIM A.
BARTON, in her official capacity as
Alachua County Supervisor of
Elections, on behalf of herself and
similarly-situated County Supervisors
of Elections,

                Defendants.

Case No. 1:18-cv-00152

## DECLARATION OF PAUL LUX
## SUPERVISOR OF ELECTIONS OF OKALOOSA COUNTY

I, Paul Lux, according to 28 U.S.C. § 1746, hereby state:

1.     My name is Paul Lux. I am over 18 years of age, am competent to

testify, and declare the following facts based on my own personal knowledge.

2.      I have worked in the Okaloosa County, Florida elections office since 1999. I currently serve as the Supervisor of Elections for Okaloosa County Florida. I have served in this role for nearly 10 years.

3.      I also currently serve as President of the Florida State Association of Supervisors of Elections (FSASE), a professional membership organization representing the Supervisors of Elections of Florida's 67 counties. Our goal is to support fair, honest and accurate elections in the state of Florida.

4.      The Okaloosa County Supervisor of Elections and staff are currently engaged in the following activities in preparation for the August 28, 2018 Primary election and the November 6, 2018 General election:

a.      Daily processing of vote-by-mail ballots.   This includes intake, signature verification, and preparation for processing by the canvassing board. Additionally, ballot requests from overseas and absent military continue to be processed for email distribution.

b.      Continuation of the mandatory early voting period through Saturday, August 25th.  Upon conclusion of early voting, equipment must be recovered and supplies must be inventoried and re-stocked for the General election.  This includes cleaning every voting booth and re-staging electronic poll books for reprogramming.

c.    Preparation for the conduct of remaining canvassing board meetings. With a small staff, this requires almost all members—along with temporary staff—to participate in some fashion with the opening, removing of contents, and actual tabulation of vote-by-mail ballots.  Additionally, ballots that were emailed or faxed to overseas and absent military voters which are returned must be transcribed onto machine-readable ballot cards for tabulation—a time-consuming and detail-oriented process.

d.    Scheduling and preparing for poll worker training for those who will be working the November election.  While doing this, the task of managing the existing corps of poll workers (some 400+) assigned to work the current Primary election continues as an ongoing task.

e.    Final preparations for precinct delivery on Monday for the Tuesday Primary are being made while we continue to coordinate the scheduling of picking up those same supplies on Wednesday.  This involves scheduling temporary delivery drivers and coordinating with precinct workers for available times for pickup.

f.    Immediately upon recovery, equipment and supplies from each polling place must be inventoried and restocked in preparation for the General election.  This includes cleaning every voting booth and re-staging electronic poll books for reprogramming.

g.     Once the Primary results are certified by the Election Canvass Commission (as late as September 9th), only then can we begin finalizing ballot layout for the General election.  This task cannot be delayed as ballots for overseas and absent military voters must be ready for mail out not later than the 45th day before the General election – September 22nd.  To meet that mailing deadline, ballot design must be completed, proofed, printed, and then tested.  The actual mailing preparation (printing envelopes and then inserting ballots and voting materials into the envelopes) requires no less than a week's work prior to the mailing deadline.

h.     Making preparations for security upgrades across virtually every facet of the organization using Federal HAVA Election Security grant funds that must be completed before the 2018 General election.

5.     My understanding is that the Plaintiffs in this case seek an injunction ordering thirty-two of the State's Supervisors of Elections, including myself, to provide several forms of aid to non-English speaking Puerto Rican voters.

6.     Okaloosa County, despite having no prior notice of the need for language assistance in Spanish, has proactively taken the following actions:

a.  Outreach twice-yearly to the Northwest Florida *Boricuas Ausentes* Latin America Salsa Festival and the Hispanic Festival.  Registration materials are always provided in both English and Spanish.

b. Provide the Election Assistance Commission's English-to-Spanish Glossary and Election Phrases at a Glance to every polling place and early voting site. Copies are available electronically in each office.

c. Secure on-call translation services to provide telephonic support for precincts that do not already have a bi-lingual poll worker assigned.

d. Provide required polling place notices from the Division of Elections in Spanish to all precincts.

e. In my capacity as Supervisor of Elections in Okaloosa County, I have made every conceivable effort to include everyone, regardless of race, background, political party, or language, in our efforts to register voters and to encourage them to vote and to be able to cast a meaningful and knowledgeable ballot. We have gone to Puerto Rican events every year for more than ten (10) years to provide an opportunity for any voter to notify us of anyone who needs assistance voting in Spanish (see Exhibit "A" attached). We have attempted to register voters, we have left registration material, all in the Spanish language, and we have personally appeared and personally advertised for bilingual volunteers to assist us in every aspect of our office, including that of poll workers.

7.     To this date, we have not had one (1) person request additional assistance to vote in Spanish, or to notify us that they needed any assistance in any language other than English.

8.     This is a largely military community.  Those with Puerto Rican or Hispanic backgrounds who live here tend to be associated with the military and, in my personal experience, typically speak both English and Spanish.  If I were requested to provide assistance in the Spanish language, I would be hard pressed to determine what dialect of Spanish would best communicate with our diverse Hispanic voters.  Again, no assistance has been requested from that community.  I attach to this Affidavit an email sent to me by one of the leaders of the Puerto Rican community. This representative of the community has confirmed to me both our efforts to serve that community, and in addition, the lack of need for additional service for the Hispanic community.

9.     I am familiar with the relief requested by preliminary injunction as to Alachua County, and in general as to the State of Florida through the Secretary of State.  That list is entirely unrealistic and physically impossible for this office to accomplish for many reasons.  We did not get a letter in March or April of 2018 requesting assistance or aid to any Spanish speaking people including the Puerto Rican community.  If letters were sent to other counties, they were not sent to Okaloosa.  Had a letter been sent, we may have been able to do more; though I am

not sure in what form it would have been; and I have no evidence that it would have been needed, or used.

10.    By this time, the Court has heard that new registrations to vote mainly occur in Florida through the Department of Motor Vehicles and its driver's licensing program.  We do not control the DMV and we do not know the provisions they make for Spanish language registration.

11.    Okaloosa County ballots are printed by an outside vendor located in Orange County, Florida.  Those ballots are printed by contract pursuant to a predetermined cost.  The estimated cost for conducting an election has been presented to the Board of County Commissioners and approved by them in the budget awarded in October 2017, one year ago.  To print ballots at this late date in two (2) languages will require at least double, if not triple, the number of pages otherwise required for our ballots, and would extend the space needed to store those ballots both before and after the election.  It would also require changes in all of the software in this office.  Those software changes are again done by contract which would require two (2) to three (3) weeks' time to order and receive the new software due to the security requirements. The software, after the order is placed, must be transmitted from the vendor directly to the Secretary of State in the State of Florida, where it will be analyzed to ensure that it is the same software program and version that was previously certified for use in Florida.  After that process is complete, it

would be transmitted to each Supervisor of Elections, myself included. The cost of these and other efforts demanded by Plaintiffs in this action could not be paid by this office in our present budget. Next year's budget will be set by October 2018, and next year's budget does not include any of the amounts necessary to accommodate the relief Plaintiff demands. We would then be required to install whatever program amendments were made and train all personnel in making certain they will use it correctly. None of these changes could be instituted before ballot preparation would need to be completed for the November general election.

12.     In addition to the above, we believe a dual language ballot prepared and intended to be used by more than 130,000 voters in this County in order to accommodate a potential voter who has not been identified and who has not ever identified himself after countless invitations to do so, would be confusing and counterproductive.

13.     We have advertised for poll workers and we have not always been able to fill the positions we have. We believe a bilingual poll worker at each poll in Okaloosa County to be unlikely and unnecessary.

14.     I plan to be present in the courtroom on September 5, 2018, in Tallahassee. If the Court has questions of me regarding any aspect of this Affidavit, regarding anything I do as a Supervisor of Elections in the State of Florida or in

Okaloosa County, Florida, or in any aspect of my job, I am happy to answer the Court's questions.

I say nothing further.

On August 27, 2018, pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct:

*/s/ Paul Lux*
Paul Lux

Paul Lux, CERA
Supervisor of Elections

Begin forwarded message:

> **From:** Jose Luis G <fwboricuas@yahoo.com>
> **Date:** August 17, 2018 at 10:24:40 AM CDT
> **To:** Paul Lux <plux@myokaloosa.com>
> **Subject: Re: Voting Materials in Spanish**
>
>
> Hello Mr. Lux!
>
> The answer to your question is "negative".
> To the contrary!
> From as long as I remember, but, especially since 2008 when your office first participated in the pre Latin Salsa Music Festival days (as my event is known today) your office has been participating and offering registration and other voters assistance information to those attending my event. And, as it is well known; since over 75% of those attending the festival are Hispanics, I have been pleased with all the information you make available not just in English but in my native Spanish language to all attending the annual event.
>
> Please let me know if I can be of further help in this matters!
>
> Take care!
>
> Respectfully,
>
> José L Garcia
> President, NWF Boricuas Ausentes, Inc
> 850-240-4417
>
>
> Sent from my iPhone
>
>
> > On Aug 16, 2018, at 10:35, Paul Lux <plux@myokaloosa.com> wrote:

Jose,

It appears that I, on behalf of Okaloosa County, am about to be enjoined in a lawsuit under the Voting Rights Act Section 4(e) which protects the voting rights of people educated in Puerto Rican schools in a language other than English.

As you well know, I have been participating in outreach with your organization for over a decade. We have always provided Spanish-language voter registration materials at every event and have not, to date, used even one of them. You and I have spoken many times about many issues and I have never received even the slightest idea that we had any problems here in Okaloosa as it relates to voting.

Are you aware of any issues that have not been brought to my attention concerning the Boriqua community here?

Warmest Regards,

Paul Lux, CERA

Supervisor of Elections

CAUTION: This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

# EXHIBIT 16

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

| | |
|---|---|
| MARTA VALENTINA RIVERA MADERA, on behalf of herself and all others similarly situated; FAITH IN FLORIDA, HISPANIC FEDERATION, MI FAMILIA VOTA EDUCATION FUND, UNIDOSUS, and VAMOS4PR,<br><br>PLAINTIFFS,<br><br>v.<br><br>KEN DETZNER, in his official capacity as Secretary of State for the State of Florida; and KIM A. BARTON, in her official capacity as Alachua County Supervisor of Elections, on behalf of herself and similarly-situated County Supervisors of Elections,<br><br>DEFENDANTS. | Case No. 1:18-cv-00152-MW-GRJ |

## DECLARATION OF DIANE HAGAN,
## SUPERVISOR OF ELECTIONS OF OKEECHOBEE COUNTY

I, Diane Hagan, according to 28 U.S.C. § 1746, hereby state:

1. My name is Diane Hagan. I am over 18 years of age, am competent to testify, and declare the following facts based on my own personal knowledge.

2. I have served as Okeechobee County Supervisor of Elections for 5 ½ years. As Supervisor, my duties include preparation of ballots, administering all aspects of voting, including vote-by-mail voting, early voting, and election day

voting, hiring and training election workers, voter registration activities, voter education, and maintaining election equipment.

3.     My understanding is that the Plaintiffs in this case seek an injunction ordering thirty-two of the State's Supervisors of Elections, including myself, to provide several forms of aid to non-English speaking Puerto Rican voters before the upcoming General Election.

4.     My office currently offers (or will offer) the following language assistance to non-English voters registered in Okeechobee County:

   a. Election information signs, provided by the State of Florida and translated in Spanish, are displayed at the entrance to each polling station. These signs offer general instructions, information on voter fraud and the voter fraud hotline, and the Florida Voter Bill of Rights.

   b. A translator function is available on the Okeechobee County website, which allows users to view the available election information in Spanish. This includes material on election sites, dates, and times.

   c. The Okeechobee County website will provide notification that any voter who requires language assistance may bring a helper to assist them in reading the ballot.

   d. A bilingual staff member is employed to assist Spanish speaking citizens with voter registration and absentee voting.

e. Signs explaining how voters can obtain Spanish-Language assistance will be displayed at each polling station.

f. The Okeechobee County website instructs voters needing language assistance to either call the main office or ask for assistance at their polling location.

g. To the extent available, bilingual poll workers will be provided to offer translation assistance.

h. Voter applications are provided in Spanish.

5. Based on my experience and the specific circumstances here in Okeechobee County, I will not be able to provide the additional relief requested by Plaintiffs in their Motion for Preliminary Injunction.

6. Plaintiffs request that each Supervisor provide information in Spanish about all stages of the electoral process, including the issuance of notifications, announcements, and other informational materials, concerning the opportunity to register, voter registration deadlines, the times, places, and subject matters of elections, and the absentee and early voting processes. Providing these materials by the proffered deadline is simply not possible. The election materials Plaintiffs reference have been prepared, vetted, and approved well in advance of the upcoming General Election. Producing Spanish translations of the same would require hiring a certified translator, producing mockups, and finally securing

vendors for production. In addition to the monumental logistical hurdles given the limited staff I have available, I also face budgetary constraints. None of the above referenced work has been budgeted, and I lack the resources on-hand to effectively double the written materials purchased by the County in preparation for the General Election. My budget has been approved and is in place for the 2018-2019 cycle and is not inclusive of this additional expense.

7.     Plaintiffs request that each Supervisor provide, in English and Spanish, the following election-related materials: a) the official ballot; b) sample ballots; c) absentee and early voting applications and ballots; d)provisional ballots; e) voter registration cards and applications; f) voting instructions; g) any voter information guides or pamphlets; h) notification of elections and polling place changes; and i) polling place signage. Providing Spanish translations of these materials is subject to the same constrains discussed above. There is neither the time nor resources available for my office to generate these materials in advance of the General Election. In addition, Okeechobee County uses an electronic balloting system. To provide the ballots in Spanish, as Plaintiffs have requested, would require securing a license from the applicable software company. In addition to that cost, which again is not budgeted, the software would need approval from the State and testing before it could be implemented. The timeline until the General Election is grossly insufficient for these tasks to be completed.

8.     Plaintiffs request that each Supervisor provide poll workers who are able to understand, speak, write, and read English and Spanish fluently and can provide translation assistance to Spanish-speaking voters at the polls on election days and at early voting locations.    There are eleven (11) polling stations in Okeechobee County.    Despite my best efforts over the last several months, my office has been able to secure only four (4) bilingual poll workers.    Okeechobee County, by population, is one of the smallest counties in the State.    Given the time commitment the position requires, it is unrealistic to expect that my office will be able to recruit the number of bilingual poll workers requested by the general election.    There is simply not the population available from which these workers can be drawn on such short notice.

9.     In preparation for the upcoming primary and general elections, and to meet the obligations provided by Florida law, my office has a tight schedule of deadlines.    A copy of the tasks to be completed is attached as Exhibit A.    Among other logistical undertakings, my office must prepare election sites, finalize delivery of voting equipment, finalize and publish sample ballots, retrieve ballots and election materials from vendors, calculate and certify primary results, certify the list of nominated officials, enter election information into the registration system, recruit and train poll workers, audit and test voting equipment, update voter history to the Department of Elections, and prepare and mail absentee ballots.

The additional duties Plaintiffs seek to impose would thwart the timely completion of these necessary tasks, and in consequence frustrate the orderly administration of the primary and general elections.

On this 24th day of August, 2018, pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct:

_____

Diane Hagan

# EXHIBIT 17

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

| | |
|---|---|
| MARTA VALENTINA RIVERA MADERA, on behalf of herself and all others similarly situated; FAITH IN FLORIDA, HISPANIC FEDERATION, MI FAMILIA VOTA EDUCATION FUND, UNIDOSUS, and VAMOS4PR, <br><br> PLAINTIFFS, <br><br> v. <br><br> KEN DETZNER, in his official capacity as Secretary of State for the State of Florida; and KIM A. BARTON, in her official capacity as Alachua County Supervisor of Elections, on behalf of herself and similarly-situated County Supervisors of Elections, <br><br> DEFENDANTS. | Case No. 1:18-cv-00152-MW-GRJ |

## DECLARATION OF HONORABLE BRIAN E. CORLEY,
## SUPERVISOR OF ELECTIONS FOR PASCO COUNTY

I, BRIAN E. CORLEY, according to 28 U.S.C. § 1746, hereby state:

1.  My name is Brian E. Corley.  I am over 18 years of age, am competent to testify, and declare the following facts based on my own personal knowledge.

2.  I have served as Pasco County Supervisor of Elections for 11 ½ years. As Supervisor, my duties include, but are not limited to, voter registration, preparation of ballots, administering all aspects of election administration, including

vote-by-mail voting, early voting, and election day voting, hiring and training election workers, voter registration activities, voter education and outreach, maintaining election equipment, and maintaining security throughout the process.

3.     As the elected Supervisor of Elections for Pasco County, Florida, I am currently involved in the 2018 Primary election scheduled on Tuesday, August 28, 2018. My duties include, but are not limited to, the following:

A.     Overseeing the entire Primary election process, which includes administering ballots by mail, maintaining election equipment, overseeing full-time staff of 22 employees and part-time employees and volunteers, totaling approximately 1,500 individuals. In addition, I am responsible for security measures over the entire election process.

B.     I am a member of the Pasco County Canvassing Board whose duties for the 2018 Primary began on August 13, 2018 and has convened to canvass ballots on August 23, 2018 and August 24, 2018. The Canvassing Board is also scheduled to convene on Election Day, August 28, 2018; August 30, 2018; September 4, 2018; and finally concluding on September 5, 2018 for the post-election statutory audit. Further, additional Canvassing Board

meetings may be required and scheduled in the event of any local or statewide recounts.

4.     My understanding is that the Plaintiffs in this case seek an injunction ordering thirty-two of the State's Supervisors of Elections, including myself, to provide several forms of aid to non-English speaking Puerto Rican voters.

5.     Contrary to the general allegation in the Plaintiffs' pleadings filed in the above-captioned matter, my General Counsel notified the Plaintiffs representatives, Kira Romero-Craft, Esquire and Stuart C. Naifeh, Esquire by letter dated June 28, 2018 the proactive efforts initiated by my office since April 12, 2018 including, but not limited to, the following:

A.     <u>For the Elections' offices:</u>

1)     Designated two staff members as Language Assistance Liaisons for the office:

a)     Designated telephone line as the Language Assistance Hotline for day to day business, Early Voting and Election Day;

b)     Postcard notices on front counters of the Land O Lakes and New Port Richey offices with the Language Assistance Hotline information; and,

c)     Will hire additional bilingual temps to work in the office on Election Day.

B. <u>For the Polling Places/Early Voting Sites:</u>

1) Recruiting Bilingual Poll Workers:

   a) Issued a Media Alert targeting Bilingual Poll Workers;

   b) Reached out to Hispanic Community Activists to assist with recruitment:

      i.) Recruiting for the polling places with high concentrations of registered Hispanic voters;

   c) Reassigning existing bilingual poll workers to the polling places with the highest concentrations of registered Hispanic voters:

      i.) Bilingual poll workers will have a badge that denotes their availability for language assistance;

2) Training of all poll workers on how to assist Hispanic voters at the polling place:

   a) Who to contact, etc.;

3) Informational Materials in Spanish:

   a) Voter Rights and Responsibilities;

   b) Voter Bill of Rights;

   c) Voter Fraud Info;

   d) Voter Information;

   e) Equipment available for Voters with Disabilities;

f) Early Voting Days/Times;

g) Notice to Voters – voting in precinct where you live;

h) Silence Phones/No Photography;

i) Optical Scan Voting Instructions;

j) Voting Booth Instructions; and,

k) Amendment Booklets when applicable.

4) Polling Place Supplies:

a) Polling Place Affirmations with all voter sections in Spanish;

b) Provisional Certificate Envelopes with all voter sections in Spanish;

c) Provisional Information Receipts;

d) Provisional Secrecy Sleeves;

e) Provisional Manual Voting Passes; and,

f) Orange Manual Voting Passes.

C. For the Website – utilized a professional Puerto Rican translator to translate items for the website and other relevant materials:

1) Language translation feature that allows visitors to the website to select a language;

2) Vote-by-Mail Request Card;

3) Voter Registration Application;

4)  Voter's Guide; and,

5)  Guide to Government Officials.

D.  <u>Voter Outreach/Education</u>:

1)  Business Cards on how to register to vote for the outreach booths – used at community events throughout Pasco County;

2)  Contacted the Pasco County School District for a list of Puerto Rican students and their parents/guardians relocated from the hurricane:

   a)  Mailed a letter (in Spanish and English) with two Voter Registration Applications (one English and one Spanish) to the parents/guardians;

3)  Sample Ballots mailed to voters designated as Hispanic on the voter file have a message in Spanish informing them how to get language assistance from the elections' office.

6.  Based on my experience and the specific circumstances here in Pasco County, I will not be able to provide some of the Plaintiffs' requested relief in time for the November 6, 2018 General Election with the exception of the proactive efforts in the last approximate four (4) month period outlined in Paragraph 5 herein.

7.  The Plaintiffs have requested each named Supervisor to provide information in Spanish about all stages of the electoral process pertaining to the issuance of notifications, announcements, and other informational materials

6

concerning the opportunity to register, voter registration deadlines, the times, places, and subject matters or elections, and the absentee and early voting processes.

With the exception of the proactive efforts outlined in Paragraph 5 herein, any directives from the Court to prepare additional materials in Spanish would require manpower and funding. A budget amendment would have to be processed by the Pasco County Board of County Commissioners, which maintains its own procedure, for constitutional officers, including a public hearing, which would certainly cause further delays.

8.   The Plaintiffs have requested each Supervisor to provide in English and Spanish, the following election-related materials: a) the official ballot; b) sample ballots; c) absentee and early voting applications and ballots; d) provisional ballots; e) voter registration cards and applications; f) voting instructions, g) any voter information guides or pamphlets; h) notification of elections and polling place changes; and i) polling place signage.

As outlined in Paragraph 5 herein, certain materials identified above have been created over the past four (4) months. In my opinion, there is not sufficient time to re-design the various ballots, order required software from the vendor and have said software be certified by the Florida Division of Elections simultaneously with the performance of other statutory and administrative duties. I have been in contact with my vendor, ES&S, and it is anticipated the process for re-design and

approval of ballots in Spanish and English would take several weeks to complete. The additional materials, software, and manpower are not currently a part of my office budget, which would require a budget amendment request through my funding source, the Pasco County Board of County Commissioners as outlined herein.

9.    The Plaintiffs have requested each Supervisor to provide Spanish translations of election-related materials, offices up for election, candidates who have qualified, and local issues or referenda and announcements applicable to elections in the Counties, including material and announcements provided by the State of Florida.

As outlined in Paragraph 5 herein, certain election-related materials have been translated in Spanish. Any additional election materials not already translated must be translated and a vendor legally selected to mass produce. Any additional election materials to be produced is not within my current budget and would require additional funding request and approval from my funding source, the Pasco County Board of County Commissioners.

10.    The Plaintiffs have requested each Supervisor to provide the Spanish-English Election Terms Glossary prepared by the United States Election Assistance Commission at each polling place.

My office has provided the Spanish-English Election Terms Glossary prepared by the United States Election Assistance Commission to our designated

hotline interpreters. To mass produce the document for 110 precincts and 11 early voting election sites is not a budgeted item. Additional funding request would have to be initiated and approved to acquire said materials prior to the General Election in 2018.

11. The Plaintiffs have requested each Supervisor to utilize a certified translator to prepare translated materials and for the translator to ensure that bilingual and Spanish-language material are complete, accurate, and accessible for the Counties' Spanish-speaking voters educated in Puerto Rico.

I have utilized the services of a professional translator who is a native of Puerto Rico to assist in the translation of the election materials as outlined in Paragraph 5 herein. I currently do not have a "certified" translator and would have to locate said individual if required by the Court. The cost associated with a "certified" translator is not within my current budget and would require additional funding from the Pasco County Board of County Commissioners to comply with any court order on same.

12. The Plaintiffs have requested each Supervisor to ensure that English-language election information and services available on the County's website are available in equivalent and accurate form in Spanish, including, but not limited to, information concerning a) polling place location; b) voter information; c) absentee voting; and d) poll workers and that Spanish-English information and materials be

readily accessible through easily visible and identifiable Spanish-language links on each County's website in font comparable to that of English-language sections of the website.

I have incorporated Google Translate, which includes Spanish on our website and includes .pdf versions of the items outlined in the Plaintiffs' above requested relief. Any additional modifications to our website to comply with the Plaintiffs' demands would require the location and hiring of an expert. The cost of said expert is not currently budgeted and would require additional funding from my funding source, the Pasco County Board of County Commissioners.

13. The Plaintiffs have requested each Supervisor to recruit, hire, train, and assign bilingual poll workers who are able to understand, speak, write, and read English and Spanish fluently and can provide effective translation assistance to Spanish-speaking voters at the polls on election days and at early voting locations.

I have made several hiring efforts of bilingual individuals including, but not limited to, recruitment through my website, media alerts, and contacting local community organizations. I have employed sixty (60) bilingual poll workers, three (3) language assistance officers, and additional bilingual telephone bank employees. I continue to seek additional bilingual poll workers for our eleven (11) early voting sites and one hundred and ten (110) election day precincts. After all the above-mentioned efforts and request for local resources available through the Plaintiffs'

corporate organizations, I cannot assure this Court a bilingual poll worker can be hired for all early voting sites and election day precincts. Additional funding would have to be acquired from my funding source, the Pasco County Board of County Commissioners, to retain said individuals if any additional were located.

14. The Plaintiffs have requested each Supervisor to provide a) at least one bilingual poll worker at any election precinct in which there are between 100 and 249 registered voters with Spanish surnames; b) at least two bilingual poll workers at any election precinct in which there are between 250 and 500 registered voters with Spanish surnames; c) at least three bilingual poll workers at any election precinct in which there are between 250 and 500 registered voters with Spanish surnames; d) at least two bilingual election officials at each early voting location; and e) bilingual personnel, trained in Spanish-language election terminology, on call and available by telephone during all early voting hours and all hours when the polls are open to provide assistance to any Spanish speaking voters.

The first issue my office would incur is to timely identify and verify electors, which have Spanish surnames in Pasco County, Florida. Secondly, the hiring of requested bilingual election employees based on the Plaintiffs' arbitrary number of voters with Spanish surnames would in all likelihood not be possible based on my concerns outlined in Paragraph 13 herein.

15. The Plaintiffs have requested each Supervisor to prominently post at each polling place signs in English and Spanish explaining how voters can obtain Spanish-language assistance.

At each election day polling precinct and early voting site in Pasco County, Florida, there is information made available to electors on how to obtain election day assistance in English and Spanish. Any additional potential court ordered materials would have to be designed and created. If the current signage is not acceptable, additional funding would be required to acquire same.

16. The Plaintiffs have requested each Supervisor to recruit, hire, train, and assign bilingual personnel who are able to understand, speak, write, and read English and Spanish fluently and can provide effective translation assistance to Spanish-speaking voters, including those who are seeking to register to vote in the Counties or seeking to vote by absentee ballot.

I currently employ two (2) full-time language assistance liaisons who are available to assist all voters. Any additional manpower that may be required by this Court would require time to recruit, train, and deploy. Additional funding to support said efforts would be required from my funding source, the Pasco County Board of County Commissioners.

17. The Plaintiffs have requested each Supervisor to train all poll officials and other election personnel regarding the requirements of Sections 4(e) of the

federal Voting Rights Act, 52 U.S.C. §10303(e), including the legal obligation and means to make effective Spanish-language assistance and materials available to voters.

The Plaintiffs' request for training and education of my full-time election staff and 1,500 part-time and volunteer poll workers would require additional time prior to the General Election. Each of my full-time staff members have pre-assigned tasks, duties, and responsibilities to successfully conduct the 2018 General Election. Any additional training would potentially take precious time from other statutory and administrative duties at this late date. The additional training is not within my current budget and is conditioned on approval from my office funding source as outlined herein.

18.     The Plaintiffs have requested each Supervisor to provide, in addition to the above general training, include in the training of bilingual poll officials the following election-related materials; the official ballot; sample ballots; absentee and early voting applications and ballots; provisional envelopes; voter registration cards and applications; voting instructions; any voter information or pamphlets, notification of elections and polling place changes, and polling place signage; Spanish translations of election-related information, materials and announcements applicable to elections in the Counties that are provided by the State of Florida; and

a copy of the Spanish-English Election Terms Glossary prepared by the United States Election Assistance Commission.

In addition to the general training outlined in Paragraph 17 herein, the Plaintiffs also seek specialized training of existing and potential new bilingual poll workers prior to the General Election, which is outlined in Paragraph 17 above, would require potentially additional personnel, training, and funds to accomplish same, which are not currently budgeted.

19.    In conclusion, during my tenure as Supervisor of Elections in Pasco County, Florida, I am not personally aware of any qualified voter in the Plaintiffs' proposed class who has been denied assistance to vote or cast a ballot in any election in the past 11 ½ years.  In my General Counsel's letter dated June 28, 2018 to the representatives of Plaintiffs/organizational class, it was specifically requested that the identification of any electors, including but not limited to voters educated in Puerto Rico, in Pasco County who have requested assistance during any phases of the election process and that have been denied.  To date, Plaintiffs have not provided or identified any specific elector in Pasco County, Florida who meets said criteria.

The timing of Plaintiffs' lawsuit and request for temporary relief as a Supervisor named in the proposed class has created and continues to create difficulties in successfully fulfilling all our duties to complete in the Primary election of 2018, while simultaneously working on our duties associated with the upcoming

2018 General Election. For example, my office is simultaneously in the process of implementing cyber security measures pursuant to the HAVA Elections Securities Grant, which must also be completed prior to the November 6, 2018 General Election. My full-time staff designated to timely accomplish said implementation are the same individuals who would have the responsibility of acquiring the software for the re-design of any ballots used in the General Election. I have taken proactive steps since April 12, 2018 as outlined herein to assist any elector that may be in the Plaintiffs' class who are eligible to vote in Pasco County, Florida. The potential of additional court ordered directives, at this late date, would certainly increase the likelihood of me and my staff not successfully fulfilling all of our statutory and administrative duties for the upcoming 2018 General Election. Simply put, the Plaintiffs request for relief as outlined in their pleadings would require at a minimum additional manpower, funding, and most importantly time. I respectfully believe the issues outlined in the Plaintiffs' lawsuit should be addressed following the 2018 General Election.

On this 24 day of August, 2018, pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct:

HONORABLE BRIAN E. CORLEY
Supervisor of Elections in and for Pasco County, Florida

# EXHIBIT 18

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

| | |
|---|---|
| MARTA VALENTINA RIVERA MADERA, on behalf of herself and all others similarly situated; FAITH IN FLORIDA, HISPANIC FEDERATION, MI FAMILIA VOTA EDUCATION FUND, UNIDOSUS, and VAMOS4PR, <br><br> PLAINTIFFS, <br><br> v. <br><br> KEN DETZNER, in his official capacity as Secretary of State for the State of Florida; and KIM A. BARTON, in her official capacity as Alachua County Supervisor of Elections, on behalf of herself and similarly-situated County Supervisors of Elections, <br><br> DEFENDANTS. | Case No. 1:18-cv-00152-MW-GRJ |

## DECLARATION OF CHARLES L. OVERTURF III,

## SUPERVISOR OF ELECTIONS OF PUTNAM COUNTY

I, Charles L. Overturf III, according to 28 U.S.C. § 1746, hereby state:

1.     My name is Charles L. Overturf III.  I am over 18 years of age, am competent to testify, and declare the following facts based on my own personal knowledge.

2.      I have served as Putnam County Supervisor of Elections for 5 ½ years.  As Supervisor, my duties include preparation of ballots, administering all aspects of voting, including vote-by-mail voting, early voting, and election day voting, hiring and training election workers, voter registration activities, voter education, and maintaining election equipment.

3.      I am currently overseeing final preparations for the primary election. This includes last minute changes to election workers, processing of the final mail ballot requests, preparing for the final canvassing board meetings, insuring all polling places have the proper equipment and supplies, conducting the final days of early voting, along with many other items that are important for a successful primary election. Preparations for the general election have already begun to include, ordering of ballot paper, materials for vote-by-mail ballots, election worker training, proofing of front page sample ballot and beginning stages of ballot programming have already been completed.

4.      My understanding is that the Plaintiffs in this case seek an injunction ordering thirty-two of the State's Supervisors of Elections, including myself, to provide several forms of aid to non-English speaking Puerto Rican voters.

5.      I currently have a bilingual election worker in the polling location where I have the largest number of Spanish speaking voters. The Elections Office

website has the capability of providing most all of the information in the Spanish language.

6.      Based on my experience and the specific circumstances here in Putnam County, I will not be able to provide most of the requested relief in time for the November 6, 2018 general election.

7.      The Plaintiffs want each Supervisor to provide information in Spanish about all stages of the electoral process pertaining to the issuance of notifications, announcements, and other informational materials concerning the opportunity to register, voter registration deadlines, the times, places, and subject matters or elections, and the absentee and early voting processes; provide, in English and Spanish, the following election-related materials: a) the official ballot; b) sample ballots; c) absentee and early voting applications and ballots; d) provisional ballots; e) voter registration cards and applications; f) voting instructions; g) any voter information guides or pamphlets; h) notification of elections and polling place changes; and i) polling place signage.

a.  First and foremost, the addition of a Spanish language ballot will add an additional 3 weeks to the programming and database design for the general election ballot, and equipment testing, as per the elections system vendor. Federal law states we must send out ballots to our UOCAVA voters by Sept. 21 so this change, if ordered, will make it

impossible for us to accomplish this. Also, this proposed order will double the cost of printing ballots, sample ballots, signage, advertisements, etc. from an already approved budget in a financially restrained county.

8.     The Plaintiffs want each Supervisor to utilize a certified translator to prepare translated materials. The translator shall ensure that bilingual and Spanish-language material are complete, accurate, and accessible for the Counties' Spanish-speaking voters educated in Puerto Rico; recruit, hire, train, and assign bilingual poll workers who are able to understand, speak, write, and read English and Spanish fluently and can provide effective translation assistance to Spanish-speaking voters at the polls on election days and at early voting locations; provide a) at least one bilingual poll worker at any election precinct in which there are between 100 and 249 registered voters with Spanish surnames; b) at least two bilingual poll workers at any election precinct in which there are between 250 and 500 registered voters with Spanish surnames; c) at least three bilingual poll workers at any election precinct in which there are between 250 and 500 registered voters with Spanish surnames; d) at least two bilingual election officials at each early voting location; and e) bilingual personnel, trained in Spanish-language election terminology, on call and available by telephone during all early voting

hours and all hours when the polls are open to provide assistance to any Spanish speaking voters.

        a. With only .03 of 1% Spanish speaking voters in the county we will have an almost impossible task of finding an additional 19 bilingual election workers who are "certified" translators to join the one worker I already have in the polling location which has the largest Spanish voter registration numbers in the county.

9.     In conclusion, the Plaintiffs request will jeopardize the orderly administration of the general election, will cause deadlines to be missed, add uncertainty and worry to an already volatile election environment, and add a substantial increase in cost to a very financially constrained county budget.

On August 24, 2018, pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct:

/s/ *Charles L. Overturf III*

Charles L. Overturf III

# EXHIBIT 19

IN THE UNITED STATES DISTRICT
COURT, FOR THE NORTHERN
DISTRICT OF FLORIDA,
GAINESVILLE DIVISION

CASE NO.: 1:18-cv-001520-MW-GRJ

MARTA VALENTINA RIVERA MADERA,
on behalf of herself and all other similarly
situated; FAITH IN FLORIDA, HISPANIC
FEDERATION, MI FAMILIA VOTA EDUCATION
FUND, UNIDOSUS, and VAMOS4PR,
     Plaintiffs,

vs.

KEN DETZNER, in his official capacity as
Secretary of State of the State of Florida;
and KIM A. BARTON, in her official
capacity as Alachua County Supervisor
of Elections, on behalf of herself and
similarly-situated County Supervisor of
Elections,
     Defendants.
_____/

## DECLARATION OF VICKY C. OAKES,
## SUPERVISOR OF ELECTIONS OF ST JOHNS COUNTY

I, Vicky C. Oakes, according to 28 U.S.C. § 1746, hereby state:

1.     My name is Vicky C. Oakes. I am over 18 years of age, am competent to testify, and declare the following facts based on my own personal knowledge.

2.     I have served as St. Johns County Supervisor of Elections for 7 years, and the Asst. Supervisor for 23 years. As Supervisor, my duties include preparation of ballots, administering all aspects of voting, including vote-by-mail voting, early voting, and Election Day voting, hiring and training election workers, voter registration activities, voter education, and maintaining election equipment.

3.     My current duties include overseeing all aspects of the registration, election and voting process including vote-by-mail, early voting and preparation of the ballots and supplies for the voting locations, training poll workers, speaking to groups to educate them on the elections process, and visiting our early voting locations. Additionally I oversee the advertising for the office, serve as a member of our Canvassing Board which meets to oversee the public logic and accuracy

1

testing and certification of the tabulating equipment, canvassing of the vote-by-mail ballots and certifying the election results. These activities are ongoing for both the August 28, 2018 Primary and November 6, 2018 General Elections as some of the planning, direction, activities and events for both elections occur simultaneously.

4.   My understanding is that the Plaintiffs in this case seek an injunction ordering thirty-two of the State's Supervisors of Elections, including myself, to provide several forms of aid to non-English speaking Puerto Rican voters (local voters from Puerto Rico).

5.   In our ongoing efforts to provide language assistance to voters, 2 of my 11 full time staff members are bilingual and fluent in Spanish, and who have the ability to assist voters in Spanish. I currently have 14 poll workers who work during early voting and at the precincts on Election Day who are bilingual and fluent in Spanish, and who have the ability to provide language assistance as needed. Spanish voter registration applications are available at our office and at any voter registration drives conducted by Elections Office Staff.

Our website www.votesjc.com has a Google translator available, so voters can choose the language they prefer, including Spanish, to use to view voter registration and election information. Constitutional amendments which appear on the General Election are available in both English and Spanish on our website.

North East Florida Supervisors of Elections for St. Johns, Duval, Clay and Nassau Counties jointly purchased an advertising package of radio ads from iHeart radio for the Primary Election. This package included radio ads in Spanish on BQIK-FM/106.9 RUMBA a Latino radio station in the Jacksonville area which reaches local St. Johns County voters. These radio ads in Spanish covered numerous subjects such as the deadline to register to vote for the Primary Election, voting processes such as vote-by-mail and early voting, and voting on Election Day. We are also planning to run ads for the General Election in Spanish on BQIK-FM/106.9 RUMBA.

Under current law, voters may bring someone with them to assist them while voting. This includes any voter who needs assistance with language.

6.   Based on my experience and the specific circumstances here in St. Johns County, I will not practically be able to provide all of the requested relief made by the Plaintiffs, in time for the November 6, 2018 General Election.

7.      The Plaintiffs want each Supervisor to provide in English and Spanish official ballots for the November 6, 2018 General Election.

    a.    Adding a new language to the ballot in St. Johns County is a new process which will contain many new procedures. This complete change in the process and procedures in how we conduct an election is problematic and in my opinion not feasible due to the tight time frames involved. Election process and procedures are established for this office approximately 18 months to a year in advance of an election. Any significant changes require the new process to be fully tested prior to an election. This includes performing a mock election to fully test the implementation of the new processes and procedures. During a test of new processes and procedures, errors are often discovered, and can be rectified prior to an election. There is not adequate time to add a new language to our ballot and the voting system, have it fully tested, implemented, and have the required changes in the new procedures in place prior to the November 6, 2018 General Election.

        Our General Election ballots are already laid out with the exception of the final candidate names that will be determined by the Primary Elections. A requirement to translate "the ballot" into Spanish entails more than translating and formatting a single ballot. Ballots differ due to districts such as congressional, Florida Senate, Florida House, County Commission and School Board, Special districts, municipalities and Community Development districts. For St. Johns County we are currently forecasting 74 different ballots for the November 6th General Election. All programming and final changes for each of the 74 ballots must be completed no later than September 11, 2018, in order to allow time for final testing of the ballots prior to the overseas and military voters' ballots being mailed no later than September 21, 2018, as required by law (45 days prior to an election).

    b.    While part of the process is automatic and done by software, the process still involves manual proof reading of each of the 74 different ballot versions.

    c.    Although the State constitutional Amendments are translated into Spanish by the state, many aspects of the ballot include Spanish

3

names for local offices and contests and would need to be translated by a Certified Translator. Spanish language requirements to our ballots would create a domino effect as many other actions must follow. Some of these actions include but are not limited to: Ordering and purchasing and installing all new signage for our polling places and early voting locations for both inside and outside the precinct, and having all voter registration, election and poll workers materials translated into Spanish. This includes items such as new voter information cards, directions to polling places, voting instructions, sample ballots, and vote by mail envelopes and instructions. In my professional opinion we do not have adequate time and resources to make the changes for the General Election. Vote by mail ballots go in the mail to overseas voters 9/21, poll worker classes begin 9/29. Vote by mail ballots mail to our domestic voters on October 2nd, Sample ballots mail October 3rd, early voting begins October 22.

8. It is my understanding that the Plaintiffs want each Supervisor to provide at least one bilingual poll worker at each precinct which there are between 100 and 250 registered voters with Spanish surnames; at least two bilingual poll workers at any election precinct in where there are between 250 and 500 registers voters with Spanish surnames, and further requirements.

a. St. Augustine and St. Johns County are known for our rich history as the oldest continuously occupied settlement of European origin in the United States, began in 1565 when it was founded by the Spanish Admiral, Pedro Menendez de Aviles, originating as a Spanish settlement. We have many Spanish families that have been here for centuries, and Spanish surnames are common among our residents whose primary language is English. To require any amount of poll workers simply based on a surname is a misrepresentation of current demographics.

b. I currently have 14 bilingual poll workers who work at various polling places on Election Day in St. Johns County who are able to assist voters with Spanish language assistance. They also work during our early voting period at various locations. Hiring and training poll workers is one of the most difficult tasks we face as elections administrators. Finding bilingual poll workers for each of our 38 Election Day polling places is an even greater challenge. We

4

advertise and reach out to people in different communities when we need workers, but our registered Hispanic population in St. Johns County is relatively small. In my experience recruiting bilingual poll workers has been challenging. Typically a time period of several months is required to recruit and train poll workers. For the 2018 election cycle, my office initiated poll workers recruitment and training in February 2018. It is my professional opinion that there is not sufficient time to recruit and train the additional bilingual poll workers as requested by the Plaintiffs in time for the 2018 General Election.

c.     I spoke with a St. Johns County Precinct Clerk, Jennifer Bohanan, who has been working since the 2008 election cycle in St. Johns County. Her precinct is in Hastings, in a very rural area that has a number of Hispanic voters. She has worked every election beginning in 2008, 2010, 2012, 2014, and 2016. During these years, she has had only one voter who needed language assistance, and that voter brought a person with them to assist them when voting.

d.     I have just spoken with both of the Hispanic employees on my staff who assist voters with language as needed. They informed me that a Hispanic person in St. Johns County who does not speak English today is rare. The fact of the matter is we have very few calls or inquiries for language assistance made to the Supervisor of Elections Office in St. Johns County, and we have never had a request for a ballot in Spanish. Even since Hurricane Maria and the possible influx of some Spanish speaking voters arriving from Puerto Rico, we have not had such a request to my knowledge from a voter in St. Johns County.

9.     As the Supervisor of Elections of St. Johns County, I am extremely concerned that a complete change in our processes and procedures between this primary and general election may break down our checks and balances and provide for problems unforeseen regarding the voting process.

10.     In summary, making these changes in the time frame between the Primary Election of 2018 and General Election of 2018 is a substantial concern and practically impossible for proper preparation and execution of the election process. Our office strives to assist all voters to cast their ballot regardless of demographics. Current Florida Law provides for any voter to ask for assistance

according to Florida Statues (F.S. 101.051).

On August 27, 2018, pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct:

Vicky C. Oakes

# EXHIBIT 20

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
### GAINESVILLE DIVISION

| | |
|---|---|
| MARTA VALENTINA RIVERA MADERA, on behalf of herself and all others similarly situated; FAITH IN FLORIDA, HISPANIC FEDERATION, MI FAMILIA VOTA EDUCATION FUND, UNIDOSUS, and VAMOS4PR, <br><br> PLAINTIFFS, <br><br> v. <br><br> KEN DETZNER, in his official capacity as Secretary of State for the State of Florida; and KIM A. BARTON, in her official capacity as Alachua County Supervisor of Elections, on behalf of herself and similarly-situated County Supervisors of Elections, <br><br> DEFENDANTS. | Case No. 1:18-cv-00152-MW-GRJ |

## DECLARATION OF TAPPIE A. VILLANE,
## SUPERVISOR OF ELECTIONS OF SANTA ROSA COUNTY, FLORIDA

I, Tappie A. Villane, according to 28 U.S.C. § 1746, hereby state:

1.    My name is Tappie A. Villane. I am over 18 years of age, am competent

to testify, and declare the following facts based on my own personal knowledge.

2.    I have served as Santa Rosa County Supervisor of Elections for 6 years. As Supervisor, my duties include preparation of ballots, administering all aspects of voting, including vote-by-mail voting, early voting, and Election Day voting, hiring and training election workers, voter registration activities, voter education, and maintaining election equipment.

3.    My office is currently in the second week of Early Voting for the Primary Election. Election Day is next week, August 28, 2018. The remainder of this week will be busy with canvassing board duties, loading trucks with equipment and supplies, training Election Day clerks on last minute items prior to Election Day and ensuring ballots/materials are ready to be delivered to 41 precincts. Early Voting will conclude on Saturday, August 25 at 4:30 p.m. Central Time and equipment/supplies will be delivered back to the main office where they will be stored. Once the Primary Election is certified, we then immediately turn our focus to the General Election.

4.    My understanding is the Plaintiffs in this case seek an injunction ordering thirty-two of the State's Supervisors of Elections, including myself, to provide several forms of aid to non-English speaking Puerto Rican voters.

5.    According to Fl. Statute 97.061, an elector who requires assistance is entitled to receive assistance at the polling place. The clerk will provide a declaration to secure assistance form to the voter (Fl. Statute 101.051) so it can be completed.

6. Based on my experience and the specific circumstances here in Santa Rosa County, I will not be able to provide most of the requested relief in time for the November 6, 2018 general election.

7. My understanding of the Plaintiff's request and my response to each request is as follows:

| | Relief Requested in Preliminary Injunction |
|---|---|
| 1 | Provide information in Spanish about all stages of the electoral process pertaining to the issuance of notifications, announcements, and other informational materials concerning the opportunity to register, voter registration deadlines, the times, places, and subject matters or elections, and the absentee and early voting processes; <br><br> We provide notifications, announcements and other informational materials well in advance of an election cycle. For example, the current 2018 election cycle election information was advertised in June 2018, so that would require us to re-advertise immediately. On such short notice, the cost would be considerably higher. The current budget does not have the funds to cover these costs, nor does the budget that will become effective October 1, 2018. |
| 2 | Provide, in English and Spanish, the following election-related materials: a) the official ballot; b) sample ballots; c) absentee and early voting applications and ballots; d) provisional ballots; e) voter registration cards and applications; f) voting instructions; g) any voter information guides or pamphlets; h) notification of elections and polling place changes; and i) polling place signage; <br><br> a) The official ballot would have to be translated into Spanish. Additional testing along with additional personnel for testing purposes would be required. Additional ballot stock would need to be ordered for each precinct. Santa Rosa County does not currently have a Spanish license for the ADA equipment, so one would need to be acquired by the vendor. Upon the request for the license, the vendor would need to send it to the state to be certified for our county. Timeframe on this is unknown. <br> b) Currently, sample ballots are printed in English and mailed to all households along with being published in a newspaper of general |

circulation. These ballots would need to be translated and additional costs would be incurred due to the fact there would be additional mailings and advertising requirements. The current budget does not have the funds to cover these costs, nor does the budget that will become effective October 1, 2018.

c) Absentee cards (applications) are currently printed in English and would need to be translated into Spanish. The current budget does not have the funds to cover these costs, nor does the budget that will become effective October 1, 2018. Early Voting ballots are printed from the Ballot on Demand system, so the vendor would need to be contacted to find out if providing a Spanish ballot would be possible.

d) All provisional ballot envelopes are currently printed in English and would need to be translated and printed in Spanish. The current budget does not have the funds to cover these nor does the budget that will become effective October 1, 2018.

e) Voter registration cards are currently printed in English and would need to be translated and printed into Spanish. The current budget does not have the funds to cover these costs, nor does the budget that will become effective October 1, 2018. Voter registration applications are provided in Spanish by the State and an individual also has the opportunity to register to vote online and can choose a Spanish application.

f) Voting instructions are provided in Spanish by the State and they would need to be requested prior to the beginning of Early Voting and Election Day.

g) Voter Guides are currently printed in English and would need to be translated and printed in Spanish. The current budget does not have the funds to cover these nor does the budget that will become effective October 1, 2018.

h) We provide notifications and polling place changes well in advance of an election cycle. For example, the current 2018 election cycle election information was advertised in June, so that would require us to re-advertise immediately. On such short notice, the cost would be considerably higher. The current budget does not have the funds to cover

| | |
|---|---|
| | these costs, nor does the budget that will become effective October 1, 2018.<br><br>i) Santa Rosa County has 41 precincts. Current signs are in English and they are permanent at each Polling Place location. New signs would need to be ordered and installed by the county prior to Election Day. Early Voting signs are also in English and would need to be ordered in time for Early Voting which begins on October 22, 2018. New signage would require additional funds. The current budget does not have the funds to cover these costs, nor does the budget that will become effective October 1, 2018. |
| 3 | Provide Spanish translations of election-related materials, offices up for election, candidates who have qualified, and local issues or referenda and announcements applicable to elections in the Counties, including materials and announcements provided by the State of Florida;<br><br>There is no one currently on staff to translate these election materials. A person would need to be identified, hired and trained immediately following the primary election. The current budget does not have the funds to cover these costs, nor does the budget that will become effective October 1, 2018. |
| 4 | Provide the Spanish-English Election Terms Glossary prepared by the United States Election Assistance Commission at each polling place;<br><br>The Spanish-English Election Terms Glossary would need to be printed for all 41 precincts and 4 Early Voting locations. This is an additional cost the current budget does not cover, nor does the budget that will become effective October 1, 2018. |
| 5 | Utilize a certified translator to prepare translated materials. The translator shall ensure that bilingual and Spanish-language material are complete, accurate, and accessible for the Counties' Spanish-speaking voters educated in Puerto Rico;<br><br>Would need to identify, hire and train a certified translator. This translator would also need to be educated in Florida Election Law. The current budget does not have the funds to cover these costs, nor does the budget that will become effective October 1, 2018. |
| 6 | Ensure that English-language election information and services available on the County's website are available in equivalent and accurate form in Spanish, |

| | including, but not limited to, information concerning a) polling place location; b) voter information; c) absentee voting; and d) poll workers. Spanish-language information and materials shall be readily accessible through easily visible and identifiable Spanish-language links on each County's website in font comparable to that of English-language sections of the website;<br><br>We would need to coordinate with current website vendor to see if this can be provided. We have no control over the County website and we are unsure if we would be able to make the necessary changes to the County website. |
|---|---|
| 7 | Provide information in Spanish on the County's website and at polling places that any voter who requires assistance to vote in English may bring a helper to assist them in reading the ballot.<br><br>Polling place signage is currently printed in English and would require translation and would need to be printed for all 41 Santa Rosa County precincts. We would need to contact the website vendor to see if this can be provided. According to Fl. Statute 97.061, if a voter needs assistance at the polling place they may fill out a declaration to secure assistance form and receive the assistance they need in the voting booth. |
| 8 | Recruit, hire, train, and assign bilingual poll workers who are able to understand, speak, write, and read English and Spanish fluently and can provide effective translation assistance to Spanish-speaking voters at the polls on election days and at early voting locations;<br><br>Currently we do not require our poll workers to be bilingual. It would require us to identify who among our current poll workers, if any, can provide effective translation assistance. We likely do not have enough to cover all 41 election day precincts and 4 early voting sites. Therefore, we would need to identify, hire and train additional poll workers who meet those requirements. The current budget does not have the funds to cover these costs, nor does the budget that will become effective October 1, 2018. |
| 9 | Provide a) at least one bilingual poll worker at any election precinct in which there are between 100 and 249 registered voters with Spanish surnames; b) at least two bilingual poll workers at any election precinct in which there are between 250 and 500 registered voters with Spanish surnames; c) at least three bilingual poll workers at any election precinct in which there are between 250 and 500 registered voters with Spanish surnames; d) at least two bilingual election officials at each early voting location; and e) bilingual personnel, trained in Spanish-language election terminology, on call and available by |

| | |
|---|---|
| | telephone during all early voting hours and all hours when the polls are open to provide assistance to any Spanish speaking voters;<br><br>It is not clear to us what constitutes a "Spanish surname," how this would be identified, and what relevance it has to whether or not a person needs Spanish language translation assistance. Currently we do not require our poll workers to be bilingual. It would require us to identify who among our current poll workers, if any, can provide effective translation assistance. We likely do not have enough to cover all 41 election day precincts and 4 early voting sites. Therefore, we would need to identify, hire and train additional poll workers who meet those requirements. The current budget does not have the funds to cover these costs, nor does the budget that will become effective October 1, 2018. |
| 10 | Prominently post at each polling place signs in English and Spanish explaining how voters can obtain Spanish-language assistance;<br><br>Signs would need to be created in English and Spanish and posted in all 41 precincts. The current budget does not have the funds to cover these nor does the budget that will become effective October 1, 2018. |
| 11 | Recruit, hire, train, and assign bilingual personnel who are able to understand, speak, write, and read English and Spanish fluently and can provide effective translation assistance to Spanish-speaking voters, including those who are seeking to register to vote in the Counties or seeking to vote by absentee ballot.<br><br>Would need to identify, hire and train bilingual personnel. The current budget does not have the funds to cover these costs, nor does the budget that will become effective October 1, 2018. |
| 12 | Train all poll officials and other election personnel regarding the requirements of Section 4(e) of the federal Voting Rights Act, 52 U.S.C. §10303(e), including the legal obligation and means to make effective Spanish-language assistance and materials available to voters<br><br>All poll officials and election personnel (staff) would need to be trained immediately following the Primary Election on August 28, 2018. |

| 13 | In addition to the above general training, include in the training of bilingual poll officials the following election-related materials: the official ballot; sample ballots; absentee and early voting applications and ballots; provisional envelopes; voter registration cards and applications; voting instructions; any voter information or pamphlets, notification of elections and polling place changes, and polling place signage; Spanish translations of election-related information, materials and announcements applicable to elections in the Counties that are provided by the State of Florida; and a copy of the Spanish-English Election Terms Glossary prepared by the United States Election Assistance Commission. |
| | All poll officials and election personnel (staff) would need to be trained in the above areas immediately following the Primary Election on August 28, 2018. |

8.     Election cycles are planned well in advance and many things are done months ahead of time such as training poll workers, preparing election materials, advertising, preparing ballots and educating voters regarding the upcoming elections. Once the primary election is certified, time is of the essence. UOCAVA (Uniformed and Overseas Absentee Voting Act) ballots will be mailed out on Friday, September 21, 2018 and domestic ballots will be mailed on Tuesday, October 2, 2018. If Spanish materials are required to be implemented prior to the General Election, time and money are of great concern. The current budget does not have additional funds available nor does the new budget which will be effective October 1, 2018. Identifying, hiring, and training staff and poll workers who are bilingual is also a concern. Acquiring a Spanish license from our vendor for the ADA equipment is also a concern, due to the fact the State must certify the version for our county and the timeframe for this is unknown. Since being elected in 2012 and taking office in

January 2013, I have not been approached by someone needing this assistance. It also concerns me that a person's secret ballot could be compromised in the event there is only one voter in a particular precinct that casts a Spanish ballot. It could easily be determined how that person voted. This would be a violation of Fl. Statute 101.041. There is simply not enough time prior to the General Election to implement all of the items that need to be completed.

On August 24, 2018, pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

FURTHER AFFIANT SAYETH NOT.

_Tappie A Villane_
TAPPIE A. VILLANE

STATE OF FLORIDA
COUNTY OF SANTA ROSA

SWORN TO AND SUBSCRIBED before me this 24th day of August 2018, by TAPPIE A. VILLANE, who personally appeared before me and who [ ✓ ] is personally known to me or [ ___ ] produced _____ as identification.



_Michelle R Peet_
NOTARY PUBLIC, State of Florida

Printed Name: _Michelle R Peeterse_

My Commissioner Expires: _8/11/21_





# EXHIBIT 21

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

| | |
|---|---|
| MARTA VALENTINA RIVERA MADERA, on behalf of herself and all others similarly situated; FAITH IN FLORIDA, HISPANIC FEDERATION, MI FAMILIA VOTA EDUCATION FUND, UNIDOSUS, and VAMOS4PR,<br><br>    PLAINTIFFS,<br><br>v.<br><br>KEN DETZNER, in his official capacity as Secretary of State for the State of Florida; and KIM A. BARTON,<br>in her official capacity as Alachua County Supervisor of Elections, on behalf of herself and similarly-situated County Supervisors of Elections,<br><br>    DEFENDANTS. | Case No. 1:18-cv-00152-MW-GRJ |

## DECLARATION OF WILLIAM KEEN

## SUPERVISOR OF ELECTIONS OF SUMTER COUNTY

I, William Keen, according to 28 U.S.C. § 1746, hereby state:

1.    My name is William Keen. I am over 18 years of age, am competent to testify, and declare the following facts based on my own personal knowledge.

2.    I have served as Sumter County Supervisor of Elections for since January 2017. As Supervisor, my duties include preparation of ballots, administering

all aspects of voting, including vote-by-mail voting, early voting, and election day voting, hiring and training election workers, voter registration activities, voter education, and maintaining election equipment.

3.  My understanding is that the Plaintiffs in this case seek an injunction ordering thirty-two of the State's Supervisors of Elections, including myself, to provide several forms of aid to non-English speaking Puerto Rican voters.

4.  Currently, we retain an interpreter/translator housed in the central elections office to be available to any voter, in Sumter County, upon request or call in. The translator provides language translation/interpreter services in three additional languages including Spanish, French, and Arabic. Voters at any precinct may call in to the central office, with the assistance of a poll worker, and get on the line with the translator who can then provide confidential translation services to the voter in the voter booth without violating the voter's privacy. For the general election, the Spanish-English Election Terms Glossary prepared by the United States Election Assistance Commission will be available at each polling place.

5.  Based on my experience and the specific circumstances here in Sumter, I will not be able to provide any of the requested relief in time for the November 6, 2018 general election.

6.  Sumter County Supervisor of Elections has eleven employees and has engaged 380 poll workers for this year's election cycle. The Supervisor operates

twenty-six precincts using 172 EVIDS machines, 108 DS2OO machines and 78 ADA voting machines.

7.     As of the date of this affidavit, the deadline to send vote-by-mail ballots for overseas uniformed and civilian voters is only 25 calendar days away, September 22, 2018. This means that any effort to translate and print election information materials and the various forms of ballots for each party and each precinct would have to be accomplished in less than one month which is simply not feasible at this juncture.

> a. The Supervisor would first have to undertake the public purchasing process (e.g. issuing an invitation to bid, bid review, bid award, and funding authorization or budget amendment request) to retain a translation service vendor.
>
> b. Once a vendor is selected, the vendor would need time to prepare the requested translations, and deliver its work product to the Supervisor.
>
> c. Once translations are obtained, appropriate print materials would need to be re-designed to accommodate any changes in formatting necessary to accommodate the translated language.

d. Print materials would need to be ordered in sufficient quantities to be available which would affect the time necessary to obtain the printed materials and ballots.

e. Adequate time would be needed to incorporate the translated informational materials into the Supervisor's website, which would require the use of an outside IT vendor to update the coding and design of the website accordingly.

f. All of the electronic voting machines including the special ADA equipped voting machines would have to be reprogrammed to add an additional language. To do this would require the use of an outside software vendor to design the software changes, install and implement the software changes, reprogram the equipment for the general election ballot, and then retest and recertify the equipment before deploying it to each of the precincts.

g. Furthermore, all poll workers would need to be trained on the availability of the informational materials and on the electronic voting equipment and how to access the Spanish language capabilities. Poll worker training commences twelve weeks before the primary election; to reinitiate the poll worker training process prior to the November 6, 2018 general election date is

not achievable because training could only commence after the information materials and voting equipment were available with Spanish language translations.

8. As of the date of this affidavit, the voter registration deadline for closing the voter rolls is only forty-two days away, October 9, 2018. Given the logistical requirements, as described above, necessary to implement the requested relief related to voter registration materials, there is inadequate time to make such changes in voter registration materials and have them available to eligible individuals desiring to register to vote prior to the voter registration deadline.

9. Any financial costs associated with implementing any of the requested relief measures is not accounted for in the approved FY 17-18 Budget for the Sumter County Supervisor of Elections. Therefore, it may be necessary to seek additional budget approval for any costs that would exceed the existing approved budget, and such approval would be sought from the Board of County Commissioners prior to undertaking any of the actions that would exceed current budget authority.

10. For the reasons outlined above, and the additional fact that the Supervisor is already consumed with the existing day-to-day operational requirements and challenges to conclude an accurate and timely primary election, while also undertaking ongoing preparations to carry out an accurate and timely general election, I respectfully request that the court acknowledge the impracticality

of attempting to implement the myriad provisions sought in the Plaintiffs requested relief.

On Augusts 28 2018, pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct:

William "Bill" Keen
Sumter County Supervisor of Elections

# EXHIBIT 22

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MARTA VALENTINA RIVERA
MADERA, on behalf of herself and all
others similarly situated; FAITH IN
FLORIDA, HISPANIC FEDERATION,
MI FAMILIA VOTA EDUCATION
FUND, UNIDOSUS, and VAMOS4PR,

       PLAINTIFFS,

v.

KEN DETZNER, in his official
capacity as Secretary of State for the
State of Florida; and KIM A. BARTON,
in her official capacity as Alachua
County Supervisor of Elections, on
behalf of herself and similarly-situated
County Supervisors of Elections,

       DEFENDANTS.

Case No. 1:18-cv-00152-MW-GRJ

## DECLARATION OF HENRY F. WELLS,

## SUPERVISOR OF ELECTIONS OF WAKULLA COUNTY

I, Henry F. Wells, according to 28 U.S.C. § 1746, hereby state:

1.    My name is Henry F. Wells. I am over 18 years of age, am competent to testify,

and declare the following facts based on my own personal knowledge.

2.    I have served as Wakulla County Supervisor of Elections for 9.5 years. As

Supervisor, my duties include preparation of ballots, administering all aspects of voting,

including vote-by-mail voting, early voting, and Election Day voting, hiring and training election

workers, voter registration activities, voter education, and maintaining election equipment.

3.    First and foremost we are working to educate the citizens on the voting process

and to get all eligible persons to register and then vote. Continuing to work list maintenance to

keep a working clean voter records. As with all elections we work to ensure all Election related materials are available to the citizens of Wakulla County. Once the names of al_ candidates are released for the ballot we start the coding process, we then create ballots for them to be printed in order to mail UOCAVA ballots at least 45 days before the election and all other mailed 35 – 28 days before election. While they're being processed we are getting ready to start Early Voting while mailing out mail ballots then, Election Day. Once the Primary is over the process starts over to prepare for the General Election. The time between the Primary and General is short to have everything ready (coding, ordering ballots and testing before mailing ballots) in time to mail UOCAVA ballots. The process can be very taxing to have everything ready from the primary election to the general election.

4.    My understanding is that the Plaintiffs in this case seek an injunction ordering thirty-two of the State's Supervisors of Elections, including myself, to provide several forms of aid to non-English speaking Puerto Rican voters.

5.    Currently we have had no need to supply ballots in any other language during my term in office starting January 2009 until current time August 24, 2018. As Supervisor of Elections in Wakulla County, we have had NO request for a ballot in any other language except English. As Supervisor of Elections, I believe that the citizens of this County would ask for the information needed even if in another language. As we prepare for future elections if needed we would make every effort to supply our citizens with what is needed.

6.    Based on my experience and the specific circumstances here in Wakulla County, I will not be able to provide all of the requested relief in time for the November 6, 2018 general election.

7. The Plaintiffs want each Supervisor to implement new software to enable the processing and creating Spanish Ballots, try to locate translators; then to top that off my budget for the upcoming cycle has already been approved without monies for any major change. This would be a major change to implement before the General Election and almost impossible to complete in so short a time frame.

a. Major cost increase to our current budget without any reason for things not needed at the current time and near future.

8. The Plaintiffs want each Supervisor to locate and train bilingual poll workers in a rural area where we have a few people that speak the Spanish language fluently.

a. I feel we would have a hard time finding translators plus the cost of having someone to translate, we are a small county with limited funds. This would be an additional cost we were not expecting.

b. The Plaintiffs request at least one bilingual poll worker for 100 to 250 registered voters with Spanish sir names and 2 bilingual workers for 250 to 500 registered voters with Spanish sir names ECT.

c. I am not sure that we have more than 250 within the entire County that are registered as Spanish (Hispanic). We work to make sure that all registered voters in this County are given the tools needed to cast their ballot without any major issues.

9. Remember that the time frame from the Primary Election until the General Election is only 68 days to complete all aspects of the Election, receiving the names from the state of all candidates that will be placed on the ballot, then coding the election, proofing so that all information is correct, creating the ballot layout, producing the ballots PDF to order ballots

for the General Election, and testing the systems to ensure it is ready to use for early voting and election day. This is something that would create a major increase of cost of running an election and in a small county that is a problem to find the funds to complete the request.

On August 23, 2018, pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct:

Henry F. Wells

# EXHIBIT 23

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
### GAINESVILLE DIVISION

| | |
|---|---|
| MARTA VALENTINA RIVERA MADERA, on behalf of herself and all others similarly situated; FAITH IN FLORIDA, HISPANIC FEDERATION, MI FAMILIA VOTA EDUCATION FUND, UNIDOSUS, and VAMOS4PR,<br><br>      PLAINTIFFS,<br><br>v.<br><br>KEN DETZNER, in his official capacity as Secretary of State for the State of Florida; and KIM A. BARTON, in her official capacity as Alachua County Supervisor of Elections, on behalf of herself and similarly-situated County Supervisors of Elections,<br><br>      DEFENDANTS. | Case No. 1:18-cv-00152-MW-GRJ |

## DECLARATION OF CHRIS H. CHAMBLESS,

## SUPERVISOR OF ELECTIONS OF CLAY COUNTY

I, Chris H. Chambless, according to 28 U.S.C. § 1746, hereby state:

1.     My name is Chris H. Chambless.  I am over 18 years of age, am competent to testify, and declare the following facts based on my own personal knowledge.

2.     I have served as Clay Supervisor of Elections for almost 10 years.  As Supervisor, my duties include preparation of ballots, administering all aspects of

voting, including vote-by-mail voting, supervised voting, early voting, and election day voting, hiring and training election workers, voter registration activities, voter education, and maintaining election equipment.

3.     First, I think it is important to note that our office is comprised of 12 full time employees including myself administering and conducting the duties and responsibilities given above. Currently the office is involved in the final mailing of requested vote by mail ballots, verifying the signatures of returned vote by mail ballots, notifying voters when signature is absent or differs from the signature on file, and replacing requested vote by mail ballots for a variety of reasons, which culminates in the public process of opening, accounting for, and running of vote by mail ballots deemed as legally cast in a secure environment. In tandem to this vote by mail process, early voting is held at 6 locations covering 644 square miles for a period of up to 14 days and 12 hours each day. Early voting is the most resource intensive voting method comprising of 48 temporary election professionals tasked daily with providing early voting to thousands each and every election. Preparing for Election day our office is busy delivering equipment and testing communications; which consist on connecting and downloading updated data to each of the provided electronic poll books at each of the 47 precincts. Once, the Primary Election is held, our office will certify the Primary Election, perform and report the results of the mandatory Audit, prepare all election related materials for

the prescribed retention period. Immediately, we will begin to code the General Election ballot in-house which typically takes 3 days to prepare the ballot for proofing, once proofed the ballot is then sent to the ballot printer NLT September 12, 2018 for production to be mailed to Uniform Overseas Civilian Absent Voters (UOCAVA) prior to the statutory 45 day requirement, as well as, sample ballots, ballots for in-house and precinct testing and training purposes.

4.    My understanding is that the Plaintiffs in this case seek an injunction ordering thirty-two of the State's Supervisors of Elections, including myself, to provide several forms of aid to non-English speaking Puerto Rican voters.

5.    In the months leading up to the election season our office has made numerous changes to its website to include the ability to translate the entire website to a variety of languages including Spanish via Google Translate. Additionally, to further meet the needs of voters who prefer Spanish, we have translated other documents stored on our website as a PDF which do not automatically translate when using the Google translate service, such as, Florida Voter Registration Application, Easy Voter Guide, Signature Cure Affidavit, current Constitutional/Charter Amendments. Realizing that this requirement also extends to the polling location we reached out to numerous Latino churches, organizations, Facebook, and various radio, television, and newspaper outlets in an outreach effort to attract, train and employ Election workers for polling locations with little

3

success. However, with these recruiting efforts we have added 11 bilingual Election Workers and 1 Phone Bank Operator to assist voters. Lastly, we advertised voter registration book closing, vote by mail, early voting and Election Day information on local Latino radio stations.

6.     Based on my experience and the specific circumstances here in Clay County, I will not be able to provide all of the requested relief in time for the November 6, 2018 general election.

7.  The Plaintiffs want each Supervisor to provide information in Spanish about all stages of the electoral process pertaining to the issuance of notifications, announcements, and other informational materials concerning the opportunity to register, voter registration deadlines, the times, places, and subject matters or elections, and the absentee and early voting processes;

   a. We believe we will not be able to comply with this relief by the November 6, 2018 General Election.

8.  The Plaintiffs want each Supervisor to provide, in English and Spanish, the following election-related materials: a) the official ballot; b) sample ballots; c) absentee and early voting applications and ballots; d)provisional ballots; e) voter registration cards and applications; f) voting instructions; g) any voter information guides or pamphlets; h) notification of elections and polling place changes; and i) polling place signage;

a. In order to provide a ballot in a language other than English our tabulation vendor reports that a Spanish license will be needed for the coding Toolbox in order to create Spanish Audio which require a signed contract, once signed the vendor will provide an install date which generally takes about 3 weeks to get the new install disks from the State. Once received by the state, the verified install disk will be provided to the county. We believe we will not be able to comply with this relief by the November 6, 2018 General Election.

9. The Plaintiffs want each Supervisor to provide Spanish translations of election-related materials, offices up for election, candidates who have qualified, and local issues or referenda and announcements applicable to elections in the Counties, including materials and announcements provided by the State of Florida;

   a. We believe we will not be able to comply with this relief by the November 6, 2018 General Election.

10. The Plaintiffs want each Supervisor to provide the Spanish-English Election Terms Glossary prepared by the United States Election Assistance Commission at each polling place;

   a. We are complying with this relief.

11. The Plaintiffs want each Supervisor to utilize a certified translator to prepare translated materials. The translator shall ensure that bilingual and Spanish-language material are complete, accurate, and accessible for the Counties' Spanish-speaking voters educated in Puerto Rico;

    a. We believe we will not be able to comply with this relief by the November 6, 2018 General Election.

12. The Plaintiffs want each Supervisor to ensure that English-language election information and services available on the County's website are available in equivalent and accurate form in Spanish, including, but not limited to, information concerning a) polling place location; b) voter information; c) absentee voting; and d) poll workers.

    a. We believe we will not be able to comply with this relief by the November 6, 2018 General Election.

13. The Plaintiffs want each Supervisor to ensure that Spanish-language information and materials shall be readily accessible through easily visible and identifiable Spanish-language links on each County's website in font comparable to that of English-language sections of the website;

    a. We believe we will not be able to comply with this relief by the November 6, 2018 General Election.

14. The Plaintiffs want each Supervisor to provide information in Spanish on the County's website and at polling places that any voter who requires assistance to vote in English may bring a helper to assist them in reading the ballot.

     a. We believe we will be able to comply with this relief by the November 6, 2018 General Election.

15. The Plaintiffs want each Supervisor to recruit, hire, train, and assign bilingual poll workers who are able to understand, speak, write, and read English and Spanish fluently and can provide effective translation assistance to Spanish-speaking voters at the polls on election days and at early voting locations;

     a. Despite our efforts mentioned above with respect to bilingual election worker recruitment, we believe we will not be able to comply with this relief by the November 6, 2018 General Election.

16. The Plaintiffs want each Supervisor to provide a) at least one bilingual poll worker at any election precinct in which there are between 100 and 249 registered voters with Spanish surnames; b) at least two bilingual poll workers at any election precinct in which there are between 250 and 500 registered voters with Spanish surnames; c) at least three bilingual poll workers at any election precinct in which there are between 250 and 500

registered voters with Spanish surnames; d) at least two bilingual election officials at each early voting location; and e) bilingual personnel, trained in Spanish-language election terminology, on call and available by telephone during all early voting hours and all hours when the polls are open to provide assistance to any Spanish speaking voters;

    a. Despite our efforts mentioned above with respect to bilingual election worker recruitment, we believe we will not be able to comply with this relief by the November 6, 2018 General Election.

17. The Plaintiffs want each Supervisor to prominently post at each polling place signs in English and Spanish explaining how voters can obtain Spanish-language assistance;

    a. We believe we will be able to comply with this relief by the November 6, 2018 General Election.

18. The Plaintiffs want each Supervisor to recruit, hire, train, and assign bilingual personnel who are able to understand, speak, write, and read English and Spanish fluently and can provide effective translation assistance to Spanish-speaking voters, including those who are seeking to register to vote in the Counties or seeking to vote by absentee ballot.

a. Despite our efforts mentioned above with respect to bilingual election worker recruitment, we believe we will not be able to comply with this relief by the November 6, 2018 General Election.

19. The Plaintiffs want each Supervisor to train all poll officials and other election personnel regarding the requirements of Section 4(e) of the federal Voting Rights Act, 52 U.S.C. §10303(e), including the legal obligation and means to make effective Spanish-language assistance and materials available to voters;

    a. We believe we will be able to comply with this relief by the November 6, 2018 General Election.

20. In addition to the above general training, include in the training of bilingual poll officials the following election-related materials: the official ballot; sample ballots; absentee and early voting applications and ballots; provisional envelopes; voter registration cards and applications; voting instructions; any voter information or pamphlets, notification of elections and polling place changes, and polling place signage; Spanish translations of election-related information, materials and announcements applicable to elections in the Counties that are provided by the State of Florida; and a copy of the Spanish-English Election Terms Glossary prepared by the United States Election Assistance Commission.

a. We believe we will not be able to comply with this relief by the November 6, 2018 General Election.

I think it important to note that our office, to our knowledge has never received a request for a ballot or election materials prior to the letter received by LatinoJustice PRLDEF. With the Primary Election conducted just 2 days ago and with certification and the mandatory audit to be completed tomorrow, we do not feel that we could comply with providing multi language support on a ballot in the next 12 days and comply with UOCAVA provision of mailing ballots 45 days prior to an election for all Uniform Overseas Civilian Absent Voters who have requested a ballot. Furthermore, in order for our office to produce a ballot in Spanish would require our office to contact our tabulation vendor to procure the Spanish support module, which is required to be delivered through the Florida Department of State, Voting Systems Bureau. Once provided to Clay County, the tabulation coding system would be tested, and personnel would be trained on its new capabilities and coding would begin. Again, my concern is that this process would need to be conducted, tested and completed in the next 12 days.

On August 30, 2018, pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct:

/s/ Chris H. Chambless

Chris H. Chambless