IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MARTA VALENTINA RIVERA
MADERA, on behalf of herself and all
others similarly situated, FAITH IN
FLORIDA, HISPANIC FEDERATION,
MI FAMILIA VOTA EDUCATION
FUND, UNIDOSUS, and VAMOS4PR,

            Plaintiffs,

v.

LAUREL M. LEE, in her official
capacity as Secretary of State for the
State of Florida, and KIM A. BARTON,
in her official capacity as Alachua
County Supervisor of Elections, on
behalf of herself and similarly-situated
County Supervisor of Elections,

            Defendants.

Case No. 1:18-cv-152-MW/GRJ

_____/

## ANSWER AND DEFENSES OF KIM A. BARTON, SUPERVISOR OF ELECTIONS OF ALACHUA COUNTY, FLORIDA

Defendant, Kim Barton, as Supervisor of Elections of Alachua County Florida, files her Answer and Defenses to the Class Complaint for Injunctive and Declaratory Relief (ECF #1), and in response to each consecutively numbered paragraph states as follows:

1.    Admitted that jurisdiction has been raised as to Alachua County, otherwise denied.

2.    Admitted that the provision of law cited requires certain assistance be provided to the class alleged.

3.    Admitted that there are members of the alleged class in Alachua County. As the Court has already dealt with the 2018 election this allegation is moot.

4.    Admitted that this is the relief sought.

5.    Admitted that this is the relief sought.

6.    Admitted that this is the relief sought.

7.    Admitted that this is the relief sought.

8.    Admitted that this is the action presented.

9.    Admitted only for jurisdictional purposes.

10.   Admitted.

11.   Admitted.

12.   Admitted.

13.   Admitted.

14.   Without knowledge.

15.   Without knowledge.

16.   Without knowledge.

17.   Without knowledge.

18.   Without knowledge.

19.   Without knowledge.

20.  Denied.

21.  Denied, as this has been ruled on and is therefore moot.

22.  Denied, as this has been ruled on and is therefore moot.

23.  Denied, as this has been ruled on and is therefore moot.

24.  Denied, as this has been ruled on and is therefore moot.

25.  Denied, as this has been ruled on and is therefore moot.

26.  Denied, as this has been ruled on and is therefore moot.

27.  Denied, and is otherwise moot.

28.  Admitted to the extent it states current law, otherwise denied.

29.  Admitted that Supervisor Barton is responsible for certain elections which take place within Alachua County and that her responsibilities are set by statute, administrative code as interpreted in light of the appropriate Federal laws. She has the same authority as all County Supervisors within her own jurisdiction.

30.  Denied, as this has been ruled upon and is currently moot.

31.  Denied, as this has been ruled upon and is currently moot.

32.  Denied, as this has been ruled upon and is currently moot.

33.  Denied, as this has been ruled upon and is currently moot.

34.  Denied, as this has been ruled upon and is currently moot.

35.  Denied, as this has been ruled upon and is currently moot.

36.     Denied, as this has been ruled upon and is currently moot.

37.     Denied, as this has been ruled upon and is currently moot.

38.     Denied, as this has been ruled upon and is currently moot.

39.     Admitted to the extent this is an accurate statement of the law.

40.     Admitted.

41.     Case law speaks for itself.

42.     Admitted.

43.     Admitted.

44.     Without knowledge, therefore denied.

45.     Without knowledge, therefore denied.

46.     Without knowledge.

47.     Admitted as to Plaintiff Rivera, otherwise without knowledge.

48.     To the extent this alleges insufficient materials are provided in Alachua County, it is denied.

49.     Admitted that sufficient numbers of potential voters are in Alachua County.

50.     The census statistics speak for themselves, otherwise denied.

51.     The census statistics speak for themselves, otherwise denied.

52.     Admitted.

53.     Denied.

54.     Without knowledge as to Supervisor Barton.

55.     Without knowledge as to Supervisor Barton.

56.     Admitted.

57.     Denied as to Supervisor Barton, and the materials which are available.

58.     Supervisor Barton provides such material.

59.     Denied.

60.     Denied as to Supervisor Barton

61.     Denied as to Supervisor Barton.

62.     Denied as to Supervisor Barton.

63.     Admitted that letters were sent.

64.     Denied as moot in that facsimile ballots were provided.

65.     Denied.

66.     Denied as to Supervisor Barton.

67.     Denied, but the Court's prior ruling rendered this issue moot.

68.     Denied as moot.

69.     Denied as to Supervisor Barton based upon its efforts to date.

70.     Denied as to Supervisor Barton, as this has been rendered moot.

71.     Defendant Barton repeats and incorporates herein by reference her responses
        to the preceding paragraphs.

72.     The law speaks for itself.

73.     Admitted as to Plaintiff Rivera, otherwise denied as to Alachua County

74.   Defendant Secretary of State provides a number of Spanish Language resources for local jurisdictions, but prior to the 2018 General Election had not dictated to Alachua County how to structure its ballots.

75.   Denied as to Supervisor Barton given the Court's prior order and efforts she is making.

76.   Denied as to Supervisor Barton.

77.   Denied as to Supervisor Barton.

78.   Denied as to Supervisor Barton to the extent she has not already agreed to provide necessary accommodations, and to that extent that no permanent injunction is necessary.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed with the U.S. District Court, Northern District of Florida, via the CM/ECF portal, and a copy has been served to the following Service List this _14th_ day of _March_ , 2019.

ALACHUA COUNTY ATTORNEY'S OFFICE

By:    _/s/ Robert C. Swain_
       Robert C. Swain
       Senior Assistant County Attorney
       Florida Bar No. 366961
       _/s/ Corbin F. Hanson_
       Corbin F. Hanson

Assistant County Attorney
Florida Bar No. 99435
12 Southeast 1st Street
Gainesville, Florida 32601
Phone: (352) 374-5218/Fax: 374-5216
bswain@alachuacounty.us
cfhanson@alachuacounty.us
CAO@alachuacounty.us
Counsel for Kim A. Barton, in her official
capacity as Alachua County Supervisor of
Elections

## Service List

Counsel for Plaintiffs Marta Valentina Rivera Madera, Faith in Florida, Hispanic Federation, Mi Familia Vota Education Fund, UnidosUS, and Vamos4PR:

| | |
|---|---|
| CORINNE F. JOHNSON | KIRA ROMERO-CRAFT |
| cjohnson@altber.com | kromero@latinojustice.org |
| MATTHEW JOHN MURRAY | ESPERANZA SEGARRA |
| mmurray@altber.com | esegarra@latinojustice.org |
| MEGAN CLAIRE WACHSPRESS | STUART NAIFEH |
| mwachspress@altber.com | snaifeh@demos.org |
| STACEY MONICA LEYTON | CHIRAAG BAINS |
| sleyton@altber.com | cbains@demos.org |
| STEPHEN PAUL BERZON | MIRANDA GALINDO |
| sberzon@altber.com | mgalindo@demos.org |

Counsel for Plaintiffs Mi Familia Vota Education Fund and VAMOS4PR:

| | |
|---|---|
| NICOLE GINA BERNER | KATHERINE ROBERSON-YOUNG |
| nicole.berner@seiu.org | katherine.roberson-young@seiu.org |

Counsel for Defendant Laurel M. Lee:

| | |
|---|---|
| JOSEPH A. BROWN | GARY V. PERKO |
| jbrown@hgslaw.com | gperko@hgslaw.com |
| MOHAMMAD O. JAZIL | BRADLEY R. MCVAY |
| mjazil@hgslaw.com | ASHLEY E. DAVIS |
| brad.mcvay@dos.myflorida.com | ashley.davis@dos.myflorida.com |

Amicus Curiae for FL State Assoc. of Supervisor of Elections:

| | |
|---|---|
| RONALD A. LABASKY | JOHN T. LAVIA, III |

rlabasky@blawfirm.net                    jlavia@gbwlegal.com
fsase@bplawfirm.net                      rhonda@gbwlegal.com