UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MARTA VALENTIA RIVERA
MADERA, *et al.*,

      Plaintiffs,                    Case No. 1:18-cv-00152-MW-GRJ

v.

MICHAEL ERTEL, *et al.*,

      Defendants.

_____/

## NOTICE OF COMPLIANCE

On May 10, 2019, this Court entered an Order granting Plaintiffs Preliminary Injunction in part and requiring: "On or before August 1, 2019, and on the first of every month thereafter, the Secretary shall file a notice of compliance in this Court documenting all actions taken pursuant to this Order." *See* ECF 131 at 15. Accordingly, the Secretary conducted a survey amongst the Supervisors of Elections to ascertain what action has been taken pursuant to this Court's May 10, 2019, Order. All supervisors responded, with the exception of Bay County.  Of the 32 counties, 8 have held or facilitated an election since May 10, 2019.  Based on the responses of the Supervisors, it appears that all of the elections held since May 10, 2019, have complied with this Court's requirements.  The Secretary has attached a summary of the responses for this Court's convenience.  *See* **Exhibit 1**.  Additionally, the

Secretary has compiled the supervisors' responses in a single book-marked and bate-

stamped PDF together with an index.[1]  *See* **Exhibit 2**.

Bradley R McVay (FBN 79034)
  *General Counsel*
  brad.mcvay@dos.myflorida.com
Ashley E. Davis (FBN 48032)
  *Deputy General Counsel*
  ashley.davis@dos.myflorida.com
Florida Department of State
R.A. Gray Building Suite, 100
500 South Bronough Street
Tallahassee, Florida 32399-0250
(850) 245-6536 /   (850) 245-6127 (fax)

*/s/ Mohammad O. Jazil*
Mohammad O. Jazil (FBN 72556)
  mjazil@hgslaw.com
Gary V. Perko (FBN 855898)
  gperko@hgslaw.com
Joseph A. Brown (FBN 25765)
  josephb@hgslaw.com
Hopping Green & Sams, P.A.
119 South Monroe Street, Suite 300
Tallahassee, Florida 32301
(850) 222-7500 / (850) 224-8551 (fax)

Dated:  August 1, 2019            ***Counsel for the Secretary of State***

---

[1] These counties are Alachua, Bay, Brevard, Charlotte, Citrus, Clay, Columbia, Duval, Escambia, Flagler, Hernando, Highlands, Indian River, Jackson, Lake, Leon, Levy, Manatee, Marion, Martin, Monroe, Okaloosa, Okeechobee, Pasco, Putnam, St. Johns, St. Lucie, Santa Rosa, Sarasota, Sumter, Taylor, and Wakulla.

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via transmission of a Notice of Electronic Filing through the Court's CM/ECF system on this 1st day of August 2019.

*/s/ Mohammad O. Jazil*
Attorney

## ACTIONS TAKEN IN RESPONSE TO COURT'S ORDER SINCE MAY 10, 2019

| County | Election since May 10, 2019? | Elections | | Requests | | | Website | Other Information |
|---|---|---|---|---|---|---|---|---|
| | | Spanish Sample Ballot | Spanish Language Signage/Translator | Ballot | In Person Assistance | Telephonic Assistance | | |
| **Alachua** | Yes | Yes | Yes | 0 | 0 | 0 | Unable to Track | * |
| **Bay** | N/A[1] | * | * | * | * | * | * | * |
| **Brevard** | No | * | * | * | * | * | * | * |
| **Charlotte** | No | * | * | * | * | * | * | * |
| **Citrus** | No | * | * | * | * | * | * | * |
| **Clay** | No | * | * | * | * | * | * | * |
| **Columbia** | No | * | * | * | * | * | * | * |
| **Duval** | Yes | Yes | Yes | 0 | < 50 | 3 | Unable to Track | Continuously working to recruit bilingual pollworkers |
| **Escambia** | No | * | * | * | * | * | * | * |
| **Flagler** | No | * | * | * | * | * | * | * |
| **Hernando** | No | * | * | * | * | * | 88 | * |
| **Highlands** | No | * | * | * | * | * | * | * |
| **Indian River** | No | | | | | | | |
| **Jackson** | No | * | * | * | * | * | * | * |
| **Lake** | No | * | * | * | * | * | * | * |
| **Leon** | Yes | Yes | Yes | 0 | 1 | 1 | 32 (unique) 64 (total) | * |
| **Levy** | No | * | * | * | * | * | * | * |
| **Manatee** | No | * | * | * | * | * | * | * |
| **Marion** | No | * | * | * | * | * | * | * |

[1] Did Not Respond, but according to the County Supervisor of Elections' website, has not held any elections since May 10, 2019.
* No Answer Provided

EXHIBIT 1

ACTIONS TAKEN IN RESPONSE TO COURT'S ORDER SINCE MAY 10, 2019

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Martin** | Yes | Yes | Yes | 0 | 0 | 0 | 1 | * |
| **Monroe** | No | * | * | * | * | * | * | * |
| **Okaloosa** | No | * | * | * | * | * | * | * |
| **Okeechobee** | No | * | * | * | * | * | * | * |
| **Pasco** | Yes | Yes | Yes | 1 | 0 | 5 | Unable to Track | * |
| **Putnam** | No | * | * | * | * | * | * | * |
| **St. Johns** | No | * | * | * | * | * | * | * |
| **St. Lucie** | No | * | * | * | * | * | 0 | Actively working toward compliance with Court's order |
| **Santa Rosa** | No | * | * | * | * | * | * | * |
| **Sarasota** | No | * | * | * | * | * | * | * |
| **Sumter** | Yes | Yes | Yes | 0 | 0 | 0 | 0 | * |
| **Taylor** | Yes | Yes | Yes | 0 | 0 | 0 | Unable to Track | * |
| **Wakulla** | Yes | Yes | Yes | 0 | 0 | 0 | 0 | Complying but no Spanish Requests |

**EXHIBIT 2**

| INDEX | |
|---|---|
| **County** | **Bates Number** |
| Alachua | 001 |
| Brevard | 002 |
| Charlotte | 003 |
| Citrus | 004 |
| Clay | 005 |
| Columbia | 006 |
| Duval | 007 |
| Escambia | 008 |
| Flagler | 009 |
| Hernando | 010-011 |
| Highlands | 012 |
| Indian River | 013 |
| Jackson | 014 |
| Lake | 015 |
| Leon | 016-017 |
| Levy | 018 |
| Manatee | 019 |
| Marion | 020 |
| Martin | 021 |
| Monroe | 022 |
| Okeechobee | 023 |
| Pasco | 024-027 |
| Putnam | 028 |
| Santa Rosa | 029 |
| Sarasota | 030 |
| St. Johns | 031 |
| St. Lucie | 032-033 |
| Sumter | 034-035 |
| Taylor | 036 |
| Wakulla | 037 |

**EXHIBIT 2**

Alachua County Response
Report Due to the State by July 26, 2019

Please disclose the following *for each election* you've held or assisted a municipality with *since May 10, 2019*:

I.   Election Information: Please provide information regarding the election you held or assisted with

   A.  Date:   June 11, 2019

   B.  Offices/Issues on Ballot:        City Commission Seat 3

   C.  Jurisdiction (county or municipality (name)): City of Hawthorne, Florida

II.  Compliance Actions Taken: Please describe what specific steps you took to comply with Section 4(e) of the Voting Rights Act and the Court's Order:

   .
   1. Translator was available during all hours of the election.
   2. Spanish language sample ballots were provided on the website and posted at the polling place.
   3. All signage was in English and Spanish.
   4. Poll workers were trained on the procedures to follow for voters needing assistance in Spanish.
   5. A copy of the Spanish-English Election Terms Glossary prepared by the U.S. Election Assistance Commission was provided at the polling place and review in poll worker training.

III. List the number of individuals requesting Spanish-language assistance: 0

   A.  Requests for Spanish-language sample ballot: 0

   B.  Requests for in-person Spanish-language assistance: 0

   C.  Requests for Spanish-language assistance over the phone/hotline: 0

   D.  Other requests for Spanish-language assistance: 0

IV.  List the number of individuals who accessed Spanish-language website: Unable to determine at this time.

V.   Please describe any other information regarding Spanish-language assistance: 0

**EXHIBIT 2**

Please disclose the following *for each election* you've held or assisted a municipality with *since May 10, 2019*:

I.     Election Information: Please provide information regarding the election you held or assisted with

      A.  Date: Brevard County has not conducted an election since the 2018 General Election

      B.  Offices/Issues on Ballot: N/A

      C.  Jurisdiction (county or municipality (name)): Brevard County

II.    Compliance Actions Taken: Please describe what specific steps you took to comply with Section 4(e) of the Voting Rights Act and the Court's Order: N/A

III.   List the number of individuals requesting Spanish-language assistance:

      A.  Requests for Spanish-language sample ballot: N/A

      B.  Requests for in-person Spanish-language assistance: N/A

      C.  Requests for Spanish-language assistance over the phone/hotline: N/A

      D.  Other requests for Spanish-language assistance: N/A

IV.    List the number of individuals who accessed Spanish-language website: N/A

V.     Please describe any other information regarding Spanish-language assistance: N/A

**002**

**EXHIBIT 2**

**CHARLOTTE COUNTY**                                                       **July 25, 2019**

**We haven't had any elections since May 10th, 2019.**

Please disclose the following *for each election* you've held or assisted a municipality with *since May 10, 2019*:

I.     Election Information: Please provide information regarding the election you held or assisted with

    A.  Date:

    B.  Offices/Issues on Ballot:

    C.  Jurisdiction (county or municipality (name)):

II.    Compliance Actions Taken: Please describe what specific steps you took to comply with Section 4(e) of the Voting Rights Act and the Court's Order:

III.   List the number of individuals requesting Spanish-language assistance:

    A.  Requests for Spanish-language sample ballot:

    B.  Requests for in-person Spanish-language assistance:

    C.  Requests for Spanish-language assistance over the phone/hotline:

    D.  Other requests for Spanish-language assistance:

IV.    List the number of individuals who accessed Spanish-language website:

V.     Please describe any other information regarding Spanish-language assistance:

**003**

**EXHIBIT 2**

Please disclose the following *for each election* you've held or assisted a municipality with *since May 10, 2019*:

I.  Election Information: Please provide information regarding the election you held or assisted with

   A. Date: 0

   B. Offices/Issues on Ballot: 0

   C. Jurisdiction (county or municipality (name)): Citrus

II.  Compliance Actions Taken: Please describe what specific steps you took to comply with Section 4(e) of the Voting Rights Act and the Court's Order:

III.  List the number of individuals requesting Spanish-language assistance: 0

   A. Requests for Spanish-language sample ballot: 0

   B. Requests for in-person Spanish-language assistance: 0

   C. Requests for Spanish-language assistance over the phone/hotline:0

   D. Other requests for Spanish-language assistance:0

IV.  List the number of individuals who accessed Spanish-language website: 0

V.  Please describe any other information regarding Spanish-language assistance: 0

**Citrus county did not have any elections since May 10, 2019.**

**EXHIBIT 2**

Please disclose the following *for each election* you've held or assisted a municipality with *since May 10, 2019*: N/A Clay County has not conducted an election in the period requested. Currently, we do not anticipate an election until the PPP, March 17, 2020.

I.    Election Information: Please provide information regarding the election you held or assisted with

    A.  Date: N/A

    B.  Offices/Issues on Ballot: N/A

    C.  Jurisdiction (county or municipality (name)):  N/A

II.    Compliance Actions Taken: Please describe what specific steps you took to comply with Section 4(e) of the Voting Rights Act and the Court's Order: N/A

III.    List the number of individuals requesting Spanish-language assistance:  N/A

    A.  Requests for Spanish-language sample ballot: N/A

    B.  Requests for in-person Spanish-language assistance: N/A

    C.  Requests for Spanish-language assistance over the phone/hotline: N/A

    D.  Other requests for Spanish-language assistance: N/A

IV.    List the number of individuals who accessed Spanish-language website: N/A

V.    Please describe any other information regarding Spanish-language assistance: N/A

Date Submitted:     07/22/2019

Chris H. Chambless
Supervisor of Elections, Clay County

**005**

**EXHIBIT 2**

Please disclose the following *for each election* you've held or assisted a municipality with *since May 10, 2019*:

I.  Election Information: Please provide information regarding the election you held or assisted with

    **A.** Date: **COLUMBIA COUNTY HAS NOT HAD AN ELECTION SINCE MAY 20, 2019**

    B.  Offices/Issues on Ballot:  N/A

    C.  Jurisdiction (county or municipality (name)): N/A

II.  Compliance Actions Taken: Please describe what specific steps you took to comply with Section 4(e) of the Voting Rights Act and the Court's Order:

III.  List the number of individuals requesting Spanish-language assistance:

    A.  Requests for Spanish-language sample ballot: N/A

    B.  Requests for in-person Spanish-language assistance: N/A

    C.  Requests for Spanish-language assistance over the phone/hotline: N/A

    D.  Other requests for Spanish-language assistance:  N/A

IV.  List the number of individuals who accessed Spanish-language website:

V.  Please describe any other information regarding Spanish-language assistance: N/A

**006**

**EXHIBIT 2**

Please disclose the following *for each election* you've held or assisted a municipality with *since May 10, 2019*: Duval

I.  Election Information: Please provide information regarding the election you held or assisted with

    A.  Date: **May 14, 2019**
    B.  Offices/Issues on Ballot: **Five (5) City Council offices – two (2) At Large City Council seats - Districts 1 and 3 and three (3) District City Council seats – Districts 8, 10 and 14**
    C.  Jurisdiction (county or municipality (name)): **City of Jacksonville**

II.  Compliance Actions Taken: Please describe what specific steps you took to comply with Section 4(e) of the Voting Rights Act and the Court's Order: **All required statutes and notices were printed in both English and Spanish and displayed at every Early Voting location and Election Day Polling Place.  A bilingual English/Spanish sample ballot was mailed to each registered voters household.  A Bilingual sample ballot was published in a newspaper of general distribution as well as Hispanic targeted newspapers. A bilingual English/Spanish sample ballot was posted on our website. Our website provides direct access to Google Translate.  A Bilingual ballot was provided to every vote by mail voter, every Early Voting voter, and Election Day precinct voter.  A Spanish version of the ballot was available on the auto mark for audio or visual assistance in all Early Voting sites (19) and all  Election Day Precincts (199) .  A Spanish speaking operator was available at our Call Center two weeks prior to and during voting hours for assistance.**

III.  List the number of individuals requesting Spanish-language assistance:
    A.  Requests for Spanish-language sample ballot: **None**
    B.  Requests for in-person Spanish-language assistance: **Although we have no method of accurately capturing that data, estimates are we had fewer than 50 voters that requested language assistance.**
    C.  Requests for Spanish-language assistance over the phone/hotline: **Three (3)**
    D.  Other requests for Spanish-language assistance: **None that we are aware of.**

IV.  List the number of individuals who accessed Spanish-language website: **That information is currently not available. We are working on a solution to be able to track this number in the near future.**

V.  Please describe any other information regarding Spanish-language assistance: **We continually recruit Bilingual Poll Workers. We actively reach out to several Hispanic Civic groups for help in this matter including the: Hispanic Chamber of Commerce, UNF Spanish Club, Puerto Rican Chamber of Commerce, several Spanish radio and television stations (public announcements and interviews) and the North Florida Hispanic Leadership Alliance.**

**EXHIBIT 2**

Please disclose the following *for each election* you've held or assisted a municipality with *since May 10, 2019*:

I. Election Information: Please provide information regarding the election you held or assisted with

  A. Date: N/A

  B. Offices/Issues on Ballot: N/A

  C. Jurisdiction (county or municipality (name)): Escambia County

II. Compliance Actions Taken: Please describe what specific steps you took to comply with Section 4(e) of the Voting Rights Act and the Court's Order: No elections in the time period indicated.

III. List the number of individuals requesting Spanish-language assistance:

  A. Requests for Spanish-language sample ballot: N/A

  B. Requests for in-person Spanish-language assistance: N/A

  C. Requests for Spanish-language assistance over the phone/hotline: N/A

  D. Other requests for Spanish-language assistance: N/A

IV. List the number of individuals who accessed Spanish-language website: N/A

V. Please describe any other information regarding Spanish-language assistance: N/A

**EXHIBIT 2**

Please disclose the following *for each election* you've held or assisted a municipality with *since May 10, 2019*: Flagler County

I.     Election Information: Please provide information regarding the election you held or assisted with

     A.  Date: **N/A**

     B.  Offices/Issues on Ballot: **N/A**

     C.  Jurisdiction (county or municipality (name)): **N/A**

II.    Compliance Actions Taken: Please describe what specific steps you took to comply with Section 4(e) of the Voting Rights Act and the Court's Order: **N/A**

III.   List the number of individuals requesting Spanish-language assistance: **N/A**

     A.  Requests for Spanish-language sample ballot: **N/A**

     B.  Requests for in-person Spanish-language assistance: **N/A**

     C.  Requests for Spanish-language assistance over the phone/hotline: **N/A**

     D.  Other requests for Spanish-language assistance: **N/A**

IV.   List the number of individuals who accessed Spanish-language website: **N/A**

V.    Please describe any other information regarding Spanish-language assistance: **N/A**

**009**

**EXHIBIT 2**

Please disclose the following *for each election* you've held or assisted a municipality with *since May 10, 2019*:

I.      Election Information: Please provide information regarding the election you held or assisted with

      A.  Date: None

      B.  Offices/Issues on Ballot: None

      C.  Jurisdiction (county or municipality (name)): Hernando County, FL

II.     Compliance Actions Taken: Please describe what specific steps you took to comply with Section 4(e) of the Voting Rights Act and the Court's Order: We are currently working on all aspects of our office in order to comply for Presidential Preference Primary on March 17, 2020.

III.    List the number of individuals requesting Spanish-language assistance:

      A.  Requests for Spanish-language sample ballot: None

      B.  Requests for in-person Spanish-language assistance: None

      C.  Requests for Spanish-language assistance over the phone/hotline: None

      D.  Other requests for Spanish-language assistance: None

IV.     List the number of individuals who accessed Spanish-language website: 88- over sixty of these have been staff checking work and making edits.

V.      Please describe any other information regarding Spanish-language assistance: We have had zero requests for anything in Spanish.


Shirley Anderson
Hernando County Supervisor of Elections
20 N Main St. Room 165
Brooksville, FL 34601
352-754-4125

**EXHIBIT 2**

**EXHIBIT 2**

**Kristen Diot**

| | |
|---|---|
| **From:** | Ogg, Penny <pogg@votehighlands.com> |
| **Sent:** | Tuesday, July 23, 2019 4:28 PM |
| **To:** | Davis, Ashley E. |
| **Subject:** | Re: Spanish-Language Assistance Information |

EMAIL RECEIVED FROM EXTERNAL SOURCE

Good Afternoon Ashley,
Highlands has not conducted nor assisted with any elections since May 10, 2019.
If I still need to write in N/A on the chart I will do so, please advise if this email is not sufficent.
Thank you so much!  Have a wonderful day!


Sincerely,

**Penny Ogg,** MFCEP
Supervisor of Elections
Highlands County


*Florida has a very broad public records law. Written communications to or from county officials regarding county business constitute public records and are available to the public and media upon request unless the information is subject to a specific statutory exemption. Therefore, this email and any that you sent that generated this response may be subject to public disclosure.*



**012**

**EXHIBIT 2**

Please disclose the following *for each election* you've held or assisted a municipality with *since May 10, 2019*:

I.      Election Information: Please provide information regarding the election you held or assisted with

      A.  Date:

      B.  Offices/Issues on Ballot:

      C.  Jurisdiction (county or municipality (name)):

II.     Compliance Actions Taken: Please describe what specific steps you took to comply with Section 4(e) of the Voting Rights Act and the Court's Order:

III.    List the number of individuals requesting Spanish-language assistance:

      A.  Requests for Spanish-language sample ballot:

      B.  Requests for in-person Spanish-language assistance:

      C.  Requests for Spanish-language assistance over the phone/hotline:

      D.  Other requests for Spanish-language assistance:

IV.    List the number of individuals who accessed Spanish-language website:

V.     Please describe any other information regarding Spanish-language assistance:

<span style="color:red">Indian River County has not held or assisted a municipality with an election since May 10, 2019.</span>

<span style="color:red">N/A</span>

**013**

**EXHIBIT 2**

Please disclose the following *for each election* you've held or assisted a municipality with *since May 10, 2019*:

I.   Election Information: Please provide information regarding the election you held or assisted with

    **A.** Date:   **N/A  Jackson County did not have any.**

    B.  Offices/Issues on Ballot:

    C.  Jurisdiction (county or municipality (name)):

II.  Compliance Actions Taken: Please describe what specific steps you took to comply with Section 4(e) of the Voting Rights Act and the Court's Order:

III. List the number of individuals requesting Spanish-language assistance:

    A.  Requests for Spanish-language sample ballot:

    B.  Requests for in-person Spanish-language assistance:

    C.  Requests for Spanish-language assistance over the phone/hotline:

    D.  Other requests for Spanish-language assistance:

IV.  List the number of individuals who accessed Spanish-language website:

V.   Please describe any other information regarding Spanish-language assistance:

**014**

**EXHIBIT 2**

*Lake County Sok*

Please disclose the following *for each election* you've held or assisted a municipality with *since May 10, 2019*:

I.    Election Information: Please provide information regarding the election you held or assisted with

    A. Date: *No election Conducted*

    B. Offices/Issues on Ballot:

    C. Jurisdiction (county or municipality (name)):

II.   Compliance Actions Taken: Please describe what specific steps you took to comply with Section 4(e) of the Voting Rights Act and the Court's Order:

III.  List the number of individuals requesting Spanish-language assistance:

    A. Requests for Spanish-language sample ballot:

    B. Requests for in-person Spanish-language assistance:

    C. Requests for Spanish-language assistance over the phone/hotline:

    D. Other requests for Spanish-language assistance:

IV.   List the number of individuals who accessed Spanish-language website:

V.    Please describe any other information regarding Spanish-language assistance:

**015**

EXHIBIT 2

Please disclose the following *for each election* you've held or assisted a municipality with *since May 10, 2019*:

I.  Election Information: Please provide information regarding the election you held or assisted with

    A.  Date: June 18, 2019

    B.  Offices/Issues on Ballot: FL. House, District 7

    C.  Jurisdiction (county or municipality (name)): Leon County

II.  Compliance Actions Taken: Please describe what specific steps you took to comply with Section 4(e) of the Voting Rights Act and the Court's Order:

    a.  Precinct specific Spanish-language sample ballots available throughout Early Voting and on Election Day at voting location. This "translation tool" would be used to assist voters in completing their official English ballot.

    b.  Spanish-language Sample Ballots and Election Guides, Voter Registration forms, and voting instructions were available at all Early Voting and Election Day sites and on our website.

    c.  Full time Bi-lingual staff member hired in May 2019; available to assist voters.

    d.  English/Spanish Communication Boards available at all Early Voting and Election Day sites, including EAC glossary of terms.

III.  List the number of individuals requesting Spanish-language assistance:

    A.  Requests for Spanish-language sample ballot: We did not have any request for Spanish-language sample ballots since May 10, 2019.

    B.  Requests for in-person Spanish-language assistance:  During both our Early Voting period and on Election Day, we had 0 (zero) voters request in person Spanish-language assistance. We had 1 person visit our office that brought a family member with them to assist them. They did not request Spanish-language assistance from our staff.

    C.  Requests for Spanish-language assistance over the phone/hotline: We had 1 person call our main office and our Bi-lingual staff member assisted the voter.

    D.  Other requests for Spanish-language assistance: We did not have any other request for Spanish-language assistance.

IV.  List the number of individuals who accessed Spanish-language website: 32 unique visits and total of 46 repeat visitors. (https://www.leonvotes.org/es)

**EXHIBIT 2**

V.    Please describe any other information regarding Spanish-language assistance:  Leon County has hired 1 Full-time staff member who is bilingual, proficient in reading and writing in Spanish.  Our office attended the Spanish Language Workshop hosted by Hillsborough County on July 24th. We will continue to the process of documenting, evaluating, and translating certain election materials in anticipation of the requirements that are in the current Court Order and may be codified per upcoming Rule making meetings.

**017**

**EXHIBIT 2**

Please disclose the following *for each election* you've held or assisted a municipality with *since May 10, 2019*:

I.      Election Information: Please provide information regarding the election you held or assisted with

      A.  Date: *No Election*

      B.  Offices/Issues on Ballot: N/A

      C.  Jurisdiction (county or municipality (name)): N/A

II.     Compliance Actions Taken: Please describe what specific steps you took to comply with Section 4(e) of the Voting Rights Act and the Court's Order: N/A

III.    List the number of individuals requesting Spanish-language assistance:

      A.  Requests for Spanish-language sample ballot: N/A

      B.  Requests for in-person Spanish-language assistance: N/A

      C.  Requests for Spanish-language assistance over the phone/hotline: N/A

      D.  Other requests for Spanish-language assistance: N/A

IV.    List the number of individuals who accessed Spanish-language website:
*A redesign was done on our website and web analytics was not possible.*

V.     Please describe any other information regarding Spanish-language assistance:

**018**

**EXHIBIT 2**

Please disclose the following *for each election* you've held or assisted a municipality with *since May 10, 2019*:  **Manatee County has held or assisted in no elections between May 10, 2019 and July 22, 2019**

I.    Election Information: Please provide information regarding the election you held or assisted with

    A.  Date:  **N/A**

    B.  Offices/Issues on Ballot: **N/A**

    C.  Jurisdiction (county or municipality (name)): **N/A**

II.   Compliance Actions Taken: Please describe what specific steps you took to comply with Section 4(e) of the Voting Rights Act and the Court's Order: **N/A**

III.  List the number of individuals requesting Spanish-language assistance: **N/A**

    A.  Requests for Spanish-language sample ballot:  **N/A**

    B.  Requests for in-person Spanish-language assistance: **N/A**

    C.  Requests for Spanish-language assistance over the phone/hotline: **N/A**

    D.  Other requests for Spanish-language assistance: **N/A**

IV.   List the number of individuals who accessed Spanish-language website: **N/A**

V.    Please describe any other information regarding Spanish-language assistance: **N/A**

**019**

**EXHIBIT 2**

Please disclose the following *for each election* you've held or assisted a municipality with *since May 10, 2019*:

I.    Election Information: Please provide information regarding the election you held or assisted with

      This office has not conducted any election since May 10, 2019

      A.  Date:

      B.  Offices/Issues on Ballot:

      C.  Jurisdiction (county or municipality (name)): Marion

II.   Compliance Actions Taken: Please describe what specific steps you took to comply with Section 4(e) of the Voting Rights Act and the Court's Order:

      For the 2018 General Election a bilingual (English and Spanish) sample ballot was created. It was both mailed to all eligible registered voters and posted in all polling places.

III.  List the number of individuals requesting Spanish-language assistance:

      A.  Requests for Spanish-language sample ballot: 0

      B.  Requests for in-person Spanish-language assistance: 2

      C.  Requests for Spanish-language assistance over the phone/hotline: 1

      D.  Other requests for Spanish-language assistance: 2

IV.   List the number of individuals who accessed Spanish-language website:

      This information is currently not available. We are working on a solution to be able to track this number moving forward.

V.    Please describe any other information regarding Spanish-language assistance:

      We include Spanish-language links on our website and offer Google translate. We have also posted a notice, in both an English and Spanish, on our homepage for voters needing language assistance.

      All polling place signage, which serves to inform and direct the voter, has been replaced with bilingual signage in both English and Spanish.

      All paper materials that a voter may come in contact with, letters, affidavits, etc., are in the process of being updated to include both English and Spanish.

**020**

**EXHIBIT 2**

Please disclose the following *for each election* you've held or assisted a municipality with *since May 10, 2019*: Martin

I.   Election Information: Please provide information regarding the election you held or assisted with

    A.  Date: **June 18, 2019**

    B.  Offices/Issues on Ballot:  **Town Commissioner**

    C.  Jurisdiction (county or municipality (name)): **Town of Sewall's Point**

II.  Compliance Actions Taken: Please describe what specific steps you took to comply with Section 4(e) of the Voting Rights Act and the Court's Order:
    1.  **Facsimile Spanish sample ballots**
    2.  **Spanish voting instructions**
    3.  **Spanish assistance notice**
    4.  **Staff member available for Spanish assistance**

III. List the number of individuals requesting Spanish-language assistance:

    A.  Requests for Spanish-language sample ballot: **0**

    **B.**  Requests for in-person Spanish-language assistance: **0**

    C.  Requests for Spanish-language assistance over the phone/hotline: **0**

    D.  Other requests for Spanish-language assistance: **0**

IV.  List the number of individuals who accessed Spanish-language website: **1**

V.   Please describe any other information regarding Spanish-language assistance:

**EXHIBIT 2**

## Kristen Diot

| | |
|---|---|
| **From:** | MonroeCountySOE <info@keys-elections.org> |
| **Sent:** | Friday, July 19, 2019 3:51 PM |
| **To:** | Davis, Ashley E. |
| **Subject:** | FW: Spanish-Language Assistance Information |
| **Attachments:** | 131 Order Granting in Part Plaintiffs' Mt. for PI.pdf; 131 Compliance Chart.docx |

EMAIL RECEIVED FROM EXTERNAL SOURCE

The attachments/links in this message have been scanned by Proofpoint.

Good Afternoon Ashley,

Monroe County has not: *held or assisted with since May 10, 2019.*

Our next City Election will be in November 2019

R. *Joyce* Griffin
Supervisor of Elections
Monroe County, FL
(305) 292-3416 – Phone
(305) 292-3406 – Fax
www.KeysElections.org

https://registertovoteflorida.gov/en/Registration/Index  - Register to vote on line

https://www.keyselections.org/Voters/Vote-by-Mail-Request  - Request a Vote by Mail ballot

https://www.keyselections.org/Voters/My-Vote-by-Mail-Status - Check your Vote By Mail Status



**022**

**EXHIBIT 2**

Please disclose the following *for each election* you've held or assisted a municipality with *since May 10, 2019*:

I.      Election Information: Please provide information regarding the election you held or assisted with

    A.  Date: **N/A**

    B.  Offices/Issues on Ballot:  **N/A**

    **C.**  Jurisdiction (county or municipality (name)): **OKEECHOBEE**

II.     Compliance Actions Taken: Please describe what specific steps you took to comply with Section 4(e) of the Voting Rights Act and the Court's Order: **N/A**

III.    List the number of individuals requesting Spanish-language assistance:

    A.  Requests for Spanish-language sample ballot: **N/A**

    B.  Requests for in-person Spanish-language assistance: **N/A**

    **C.**  Requests for Spanish-language assistance over the phone/hotline: **N/A**

    D.  Other requests for Spanish-language assistance: **N/A**

IV.     List the number of individuals who accessed Spanish-language website: **N/A**

V.      Please describe any other information regarding Spanish-language assistance: **N/A**

**023**

**EXHIBIT 2**

Please disclose the following *for each election* you've held or assisted a municipality with *since May 10, 2019*: Pasco

I.  Election Information: Please provide information regarding the election you held or assisted with

    A.  Date: **June 18, 2019**

    B.  Offices/Issues on Ballot: **Special General Election-House District 38 & City of Port Richey, Special Mayoral Election.**

    C.  Jurisdiction (county or municipality (name)**): Special General Election-House District 38 & City of Port Richey, Special Mayoral Election.**

II. Compliance Actions Taken: Please describe what specific steps you took to comply with Section 4(e) of the Voting Rights Act and the Court's Order:
**We have no direct knowledge whether any of the Spanish-Speaking voters provided with assistance in Pasco County, Florida were covered under Section 4(e) of the Voting Rights Act however, in compliance with the Court's Order, we have done the following:**

    I.  Provide official Spanish language ballots on a:
        1.  unilingual ballot;
        2.  bi or multilingual ballot; and or
        3.  electronic Voter Assistance Terminal

    **Currently reviewing the various ballot types to make the ultimate decision after considering the economic and logistical impact.  We have made the request from our vendor to obtain the license to produce the ballots in Spanish.**

    II. Create toll free, county specific Spanish language hotline with:

        1.  At least one bilingual employee who:
            a.  Translates or assists during
                •  early voting hours
                •  when polls are open
                •  during cure period
                •  all business hours on other days

    **We have established a toll-free Spanish-language hotline (833-828-3224)**

    **We augmented our Bilingual staff and created three Language Assistance Officers (LAO) to assist ALL Spanish-language voters with translation, assisting Spanish-language voters not only during early voting, election day but EVERY day.**

024

**Worked with our BOCC to develop a Civic Leave Program for county employees to serve as pollworkers (includes a reference for bilingual pollworkers)**

**Outreach for bilingual pollworkers-The following persons/ organizations were provided a notice for bilingual pollworkers and requested they distribute to their membership:**
   o **Club Libertad Organization (Supervisor Corley spoke at their monthly meeting)**
   o **Margarita Romo-Executive Director for Farmworkers Self Help Organization.**
   o **Chairmen of the Pasco County DEC/REC**
   o **Partnered with our Tax Collector to provide bilingual pollworkers**

2. Display at each polling place the availability of Spanish hotline assistance, with both county and state's number (Columbia, Jackson, Okeechobee, Taylor and Wakulla may refer directly to state)

   **This will commence with the upcoming special municipal election for the City of Port Richey on September 10, 2019.**

Ill.   Provide in Spanish all official election related written and electronic materials including (must be made known at polling places and SOE office these are available):

1. ballots **(In accordance with the Court's Order, will be done before 2020 PPP)**
2. vote-by-mail and early voting materials **(In process and in accordance with the Court's Order, will be done before the 2020 PPP)**
3. provisional ballot materials **(Completed)**
4. voter registration materials **(Partially completed and in accordance with the Court's Order, will be done before the 2020 PPP; Spanish voter registration have been available for some time)**
5. voter information materials and guides **(Partially completed and in accordance with the Court's Order, will be done before the 2020 PPP)**
6. notification of elections and polling places **(Partially completed and in accordance with the Court's Order, will be done before the 2020 PPP)**
7. polling place signage **(in process and in accordance with the**

EXHIBIT 2

Court's Order, will be done before the 2020 PPP)

8.  all information on SOE website **(We utilize Google Translator and we have made available Spanish versions of all forms in PDF**)

**Note: Our office had already begun to translate many of our forms and voting materials into Spanish. This included ensuring each early voting site and each election day polling place had Spanish-language resources available to voters.**

IV.  All information provided to the public must likewise be provided in Spanish. **(In process and in accordance with the Court's Order, will be done before the 2020 PPP).**

V.  Provide at each polling place a copy of the Spanish-English Elections Terms Glossary prepared by the EAC (**This will commence with the upcoming special municipal election for the City of Port Richey on September 10, 2019)**

VI.  Provide Spanish-language information on websites that is readily accessible through Spanish links. **(We utilize Google Translator)**

VII.  Provide information in Spanish on websites and at polling places that voters may bring a helper. **(Completed)**

VIII.  To the extent practicable, recruit, hire, train and assign bilingual pollworkers.

1.  **Worked with our BOCC to develop a Civic Leave Program for county employees to serve as pollworkers (includes a reference for bilingual pollworkers)**
2.  **Outreach for bilingual pollworkers-The following persons/organizations were provided a notice for bilingual pollworkers and requested they distribute to their membership:**
    - **Club Libertad Organization (Supervisor Corley spoke at their monthly meeting)**
    - **Margarita Romo-Executive Director for Farmworkers Self Help Organization**
    - **Chairmen of the Pasco County DEC and REC**
    - **Pasco County Tax Collector**

**026**

**EXHIBIT 2**

IX.    Train poll officials and other election personnel regarding section 4(e), including making Spanish language assistance and materials available. **(This will commence with the upcoming the City of Port Richey Special Election on September 10, 2019)**

X.    SOE's who run municipal elections prior to March 16, 2020, must provide Spanish facsimile sample ballots, and post the sample ballots on their website and provide notice of Spanish sample ballots at polling places. **(In compliance)**

III.    List the number of individuals requesting Spanish-language assistance: Since May 1, 2019, seven

    A.  Requests for Spanish-language sample ballot: **(One Voter)**

    B.  Requests for in-person Spanish-language assistance: **(One Voter)**

    C.  Requests for Spanish-language assistance over the phone/hotline **(Five voters)**

    D.  Other requests for Spanish-language assistance: **(None to our knowledge)**

IV.    List the number of individuals who accessed Spanish-language website: **We don't maintain a Spanish-language website, rather a voter can have the entire website translated into Spanish via Google Translator and most of our forms have been translated into Spanish and posted to our website as pdf's.**

V.    Please describe any other information regarding Spanish-language assistance:

- **Received an email from an out of state individual requesting information**

- **We are attending an FSASE multi-county workshop on 7/24/19 to receive information on converting to a bilingual county.**

- **We are in the process of developing an estimate of the anticipated expenditures to comply with the Court's order and Governor DeSantis directive.**

4

**027**

**EXHIBIT 2**

Please disclose the following *for each election* you've held or assisted a municipality with *since May 10, 2019*: Putnam. <span style="color:red">No Elections</span>

I.      Election Information: Please provide information regarding the election you held or assisted with

    A.  Date:

    B.  Offices/Issues on Ballot:

    C.  Jurisdiction (county or municipality (name)):

II.     Compliance Actions Taken: Please describe what specific steps you took to comply with Section 4(e) of the Voting Rights Act and the Court's Order:

III.    List the number of individuals requesting Spanish-language assistance:

    A.  Requests for Spanish-language sample ballot:

    B.  Requests for in-person Spanish-language assistance:

    C.  Requests for Spanish-language assistance over the phone/hotline:

    D.  Other requests for Spanish-language assistance:

IV.     List the number of individuals who accessed Spanish-language website:

V.      Please describe any other information regarding Spanish-language assistance:

**028**

**EXHIBIT 2**

Please disclose the following *for each election* you've held or assisted a municipality with *since May 10, 2019*:

I.      Election Information: Please provide information regarding the election you held or assisted with

      A.  Date: **N/A**

      B.  Offices/Issues on Ballot: **N/A**

      C.  Jurisdiction (county or municipality (name)): **N/A**

II.     Compliance Actions Taken: Please describe what specific steps you took to comply with Section 4(e) of the Voting Rights Act and the Court's Order:

**Santa Rosa County has not had any elections since May 10, 2019**

III.    List the number of individuals requesting Spanish-language assistance:

      A.  Requests for Spanish-language sample ballot: **N/A**

      B.  Requests for in-person Spanish-language assistance: **N/A**

      C.  Requests for Spanish-language assistance over the phone/hotline: **N/A**

      D.  Other requests for Spanish-language assistance: **N/A**

IV.    List the number of individuals who accessed Spanish-language website: **N/A**

V.     Please describe any other information regarding Spanish-language assistance: **N/A**

**029**

**EXHIBIT 2**

Please disclose the following *for each election* you've held or assisted a municipality with *since May 10, 2019*:

I.      Election Information: Please provide information regarding the election you held or assisted with

     A.  Date:  **No elections held, since May 10, 2019**

     B.  Offices/Issues on Ballot:

     **C.**  Jurisdiction (county or municipality (name)): **Sarasota County**

II.     Compliance Actions Taken: Please describe what specific steps you took to comply with Section 4(e) of the Voting Rights Act and the Court's Order:

III.    List the number of individuals requesting Spanish-language assistance:

     A.  Requests for Spanish-language sample ballot:

     B.  Requests for in-person Spanish-language assistance:

     C.  Requests for Spanish-language assistance over the phone/hotline:

     D.  Other requests for Spanish-language assistance:

IV.    List the number of individuals who accessed Spanish-language website:

V.     Please describe any other information regarding Spanish-language assistance:

**EXHIBIT 2**

St. Johns County, FL                                                      July 23, 2019

Please disclose the following *for each election* you've held or assisted a municipality with *since May 10, 2019*:

I.      Election Information: Please provide information regarding the election you held or assisted with

    A. Date:   NONE. There have been no elections in St. Johns since 11/6/2018 and none are scheduled until March 17, 2020.

    B. Offices/Issues on Ballot:   N/A

    C. Jurisdiction (county or municipality (name)):         St. Johns, County, FL

II.     Compliance Actions Taken: Please describe what specific steps you took to comply with Section 4(e) of the Voting Rights Act and the Court's Order:

III.    List the number of individuals requesting Spanish-language assistance:   N/A

    A. Requests for Spanish-language sample ballot: None

    B. Requests for in-person Spanish-language assistance:  None

    C. Requests for Spanish-language assistance over the phone/hotline:  None

    D. Other requests for Spanish-language assistance:  None

IV.    List the number of individuals who accessed Spanish-language website:  N/A

V.     Please describe any other information regarding Spanish-language assistance:   N/A



Vicky C. Oakes
St. Johns County Supervisor of Elections
4455 Avenue A Suite 101
St. Augustine, FL 32095
(O) 904.823.2238
(C) 904.599.6645
(F) 904.823.2249

**031**

**EXHIBIT 2**

Please disclose the following *for each election* you've held or assisted a municipality with *since May 10, 2019*:

I.   Election Information: Please provide information regarding the election you held or assisted with

   A. Date:   No elections have been held in St Lucie County since May 10, 2019

   B. Offices/Issues on Ballot:   N/A

   C. Jurisdiction (county or municipality (name):   N/A

II.   Compliance Actions Taken: Please describe what specific steps you took to comply with Section 4(e) of the Voting Rights Act and the Court's Order:

   • Scheduled software upgrades with Dominion Voting Systems to ensure our voting equipment was updated for Spanish translation
   • Contracted with AT&T for a toll free number to replace our current Spanish Hotline
   • Active recruitment of Spanish speaking Poll Workers
   • Work with VR Systems to ensure our website is complaint when voters select the option for Spanish translation, this will allow us to track the number of voters requesting Spanish translation through our website
   • 7 staff members attended a recent Spanish Language Workshop, held in Tampa

III.   List the number of individuals requesting Spanish-language assistance:

   A. Requests for Spanish-language sample ballot:   0

   B. Requests for in-person Spanish-language assistance:   0

   C. Requests for Spanish-language assistance over the phone/hotline:   0

   D. Other requests for Spanish-language assistance:   0

IV.   List the number of individuals who accessed Spanish-language website:

   None, as of May 10, 2019

V.   Please describe any other information regarding Spanish-language assistance:

**032**

**EXHIBIT 2**

See question II

**EXHIBIT 2**

Please disclose the following *for each election* you've held or assisted a municipality with *since May 10, 2019*:

I.   Election Information: Please provide information regarding the election you held or assisted with

    A.  Date: **July 23rd, 2019**

    B.  Offices/Issues on Ballot: **City Mayor and 3 Referendums**

    C.  Jurisdiction (county or municipality (name)): **City of Webster**

II.  Compliance Actions Taken: Please describe what specific steps you took to comply with Section 4(e) of the Voting Rights Act and the Court's Order:

    **Sumter County has continued to work very hard to complete the necessary steps to comply with Section 4(e) of the Voting Rights Act/Court's Order.**

    **While preparing for our resent Special Election, we were able to offer a Bi-Lingual worker at our Toll Free number.**

    **Also, we created a bi-lingual ballot for Election Day, Vote By Mail, and sent out bi-lingual Sample Ballots to the voters.**

    **In addition, we had a display set up "Know Your Ballot" in, both, English/Spanish on the display cover. This display included bi-lingual Sample Ballots for the Precinct.**

    **Our totem included: Voter Bill of Rights, Voter Responsibilities, Instructions for Voters, and Notice of Fraud in, both, English and Spanish. (These items have been framed and are hanging in our office, too.) The totem, too, included, the bi-lingual Sample Ballot.**

    **Our Website has been set up to allow all information to be displayed in English/Spanish. The information provided was easily located/identified on our front page, as a link, to a full page complete with information regarding the Webster Election. (English/Spanish options)**

    **Lastly, our Canvassing Board Notice(s) were posted with, both, English and Spanish languages. We are continuing to update and incorporate English/Spanish needs for our future Elections.**

III. List the number of individuals requesting Spanish-language assistance:

    A.  Requests for Spanish-language sample ballot: **Zero (0)**

**034**

**EXHIBIT 2**

    B.  Requests for in-person Spanish-language assistance: **Zero (0)**

    C.  Requests for Spanish-language assistance over the phone/hotline: **Zero (0)**

    D.  Other requests for Spanish-language assistance: **Zero (0)**

IV.   List the number of individuals who accessed Spanish-language website: **Zero (0) per our report.**

**V.**   Please describe any other information regarding Spanish-language assistance: **See II. above**

**EXHIBIT 2**

Please disclose the following *for each election* you've held or assisted a municipality with *since May 10, 2019*:

I.      Election Information: Please provide information regarding the election you held or assisted with

      A.  Date: June 18, 2019

      B.  Offices/Issues on Ballot: State Representative – District 7

      C.  Jurisdiction (county or municipality (name)): Taylor County

II.      Compliance Actions Taken: Please describe what specific steps you took to comply with Section 4(e) of the Voting Rights Act and the Court's Order: sample ballots (mailed, published in newspaper, posted on website), polling place signage (inside polling room)

III.      List the number of individuals requesting Spanish-language assistance:

      A.  Requests for Spanish-language sample ballot: 0

      B.  Requests for in-person Spanish-language assistance: 0

      C.  Requests for Spanish-language assistance over the phone/hotline: 0

      D.  Other requests for Spanish-language assistance: 0

IV.      List the number of individuals who accessed Spanish-language website: not currently tracking this information

V.      Please describe any other information regarding Spanish-language assistance:

**036**

**EXHIBIT 2**

Please disclose the following *for each election* you've held or assisted a municipality with *since May 10, 2019*:

I.    Election Information: Please provide information regarding the election you held or assisted with

    A.  Date: **June 18, 2019 – Special General Election**

    **B.**  Offices/Issues on Ballot:
      **2019 Special General – State Representative District 7**

    C.  Jurisdiction: **Wakulla County Elections:**

II.    Compliance Actions Taken: Please describe what specific steps you took to comply with Section 4(e) of the Voting Rights Act and the Court's Order: **In the June 18, 2019 Special Elections we had both Spanish sample ballots and regular ballot in Spanish available along with other materials available in Spanish.**

III.    List the number of individuals requesting Spanish-language assistance:

    A.  Requests for Spanish-language sample ballot: **NONE**

    B.  Requests for in-person Spanish-language assistance: **NONE**

    C.  Requests for Spanish-language assistance over the phone/hotline: **NONE**

    D.  Other requests for Spanish-language assistance: **NONE**

IV.    List the number of individuals who accessed Spanish-language website: **NONE!  that I am aware of.**

V.    Please describe any other information regarding Spanish-language assistance:

    **This office has done all that could be done if any assistance would be needed, but we had NO request for anything in Spanish materials or assistance**.