UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MARTA VALENTIA RIVERA
MADERA, *et al.*,

      Plaintiffs,                            Case No. 1:18-cv-00152-MW-GRJ

v.

MICHAEL ERTEL, *et al.*,

      Defendants.

_____/

## NOTICE OF COMPLIANCE

On May 10, 2019, this Court entered an Order granting Plaintiffs Preliminary Injunction in part and requiring: "On or before August 1, 2019, and on the first of every month thereafter, the Secretary shall file a notice of compliance in this Court documenting all actions taken pursuant to this Order." *See* ECF 131 at 15. Accordingly, the Secretary conducted a survey amongst the Supervisors of Elections to ascertain what action has been taken since August 1, 2019, pursuant to this Court's May 10, 2019, Order.  All supervisors responded, with the exceptions of Bay, Charlotte, Highlands, Levy, and Manatee Counties.[1]  Of the 32 counties, 2 have held or facilitated an election since the August Compliance report.  Based on the

_____

[1] Based on the Supervisor of Elections' websites, it does not appear that any elections have been conducted in these counties since August 1, 2019.

1

responses of the Supervisors, it appears that the elections held complied with this Court's requirements.  The Secretary has attached a summary of the responses for this Court's convenience.  *See* **Exhibit 1**.  Additionally, the Secretary has compiled the supervisors' responses in a single book-marked and bate-stamped PDF together with an index.[2]  *See* **Exhibit 2**.

<div align="right">

Bradley R McVay (FBN 79034)
  *General Counsel*
  brad.mcvay@dos.myflorida.com
Ashley E. Davis (FBN 48032)
  *Deputy General Counsel*
  ashley.davis@dos.myflorida.com
Florida Department of State
R.A. Gray Building Suite, 100
500 South Bronough Street
Tallahassee, Florida 32399-0250
(850) 245-6536 /   (850) 245-6127 (fax)

*/s/ Mohammad O. Jazil*
Mohammad O. Jazil (FBN 72556)
  mjazil@hgslaw.com
Gary V. Perko (FBN 855898)
  gperko@hgslaw.com
Joseph A. Brown (FBN 25765)
  josephb@hgslaw.com
Hopping Green & Sams, P.A.
119 South Monroe Street, Suite 300
Tallahassee, Florida 32301
(850) 222-7500 / (850) 224-8551 (fax)

</div>

Dated:  September 3, 2019      **Counsel for the Secretary of State**

---

[2] These counties are Alachua, Bay, Brevard, Charlotte, Citrus, Clay, Columbia, Duval, Escambia, Flagler, Hernando, Highlands, Indian River, Jackson, Lake, Leon, Levy, Manatee, Marion, Martin, Monroe, Okaloosa, Okeechobee, Pasco, Putnam, St. Johns, St. Lucie, Santa Rosa, Sarasota, Sumter, Taylor, and Wakulla.

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via transmission of a Notice of Electronic Filing through the Court's CM/ECF system on this 3d day of September 2019.

<p style="text-align: right;"><em>/s/ Mohammad O. Jazil</em><br>Attorney</p>

## ACTIONS TAKEN IN RESPONSE TO COURT'S ORDER SINCE AUGUST 1, 2019

| County | Election since August 1, 2019? | Elections | | Requests | | | Website | Other Information |
|---|---|---|---|---|---|---|---|---|
| | | Spanish Sample Ballot | Spanish Language Signage/Translator | Ballot | In Person Assistance | Telephonic Assistance | | |
| **Alachua** | No | - | - | - | - | - | - | - |
| **Bay**[*] | - | - | - | - | - | - | - | - |
| **Brevard** | No | - | - | - | - | - | - | - |
| **Charlotte**[*] | - | - | - | - | - | - | - | - |
| **Citrus** | No | | - | - | - | - | - | Contacted companies to hire bilingual workers, translation, updating website, signage, and vote by mail translation |
| **Clay** | No | - | - | - | - | - | - | - |
| **Columbia** | No | - | - | - | - | - | - | - |
| **Duval** | No | - | - | - | - | - | - | - |
| **Escambia** | No | - | - | - | - | 1 | 3 | Signed contract for telephone and written translation, provided Spanish voting registration materials |
| **Flagler** | No | - | - | 0 | 1 | 6 | 0 | |
| **Hernando** | No | - | - | 0 | 0 | 0 | 17 | Hired bi-lingual worker, and recruited bi-lingual elections worker, translated signs, working on voter correspondence, community outreach, posted job opening |

* Did not respond to requests for update, however, based on review of Supervisor of Elections website, it appears no elections have been conducted since August 1, 2019.

ACTIONS TAKEN IN RESPONSE TO COURT'S ORDER SINCE AUGUST 1, 2019

| Highlands* | | - | - | - | - | - | - | - |
|---|---|---|---|---|---|---|---|---|
| Indian River | No | - | - | | | | | - |
| Jackson | No | - | - | - | - | - | - | - |
| Lake* | - | - | - | - | - | - | - | - |
| Leon | No | - | - | - | - | - | - | - |
| Levy* | - | - | - | - | - | - | - | - |
| Manatee* | - | - | - | - | - | - | - | - |
| Marion | No | - | - | 0 | 0 | 3 | Will be able to track September 1 | Informed elections workers of resource availability, updated and translated polling place materials |
| Martin | No | - | - | - | - | - | - | - |
| Monroe | No | - | - | - | - | - | - | - |
| Okaloosa | No | - | - | - | - | - | - | - |
| Okeechobee | No | - | - | - | - | - | - | - |
| Pasco | No | - | - | - | - | - | - | - |
| Putnam | No | - | - | - | - | - | - | - |
| St. Johns | No | - | - | - | - | - | - | - |
| St. Lucie | No | - | - | 0 | 0 | 0 | 1 | Community outreach, working on translation services, Log to document assistance requests, training, active recruitment of workers, updating voting software for Spanish, working on Spanish website and tracking |

* Did  not respond to requests for update, however, based on review of Supervisor of Elections website, it appears no elections have been conducted since August 1, 2019.

**EXHIBIT 1**

ACTIONS TAKEN IN RESPONSE TO COURT'S ORDER SINCE AUGUST 1, 2019

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Santa Rosa** | No | - | - | - | - | - | - | - |
| **Sarasota** | Upcoming Nov. 5th | Yes | Yes | - | - | - | - | - |
| **Sumter** | Yes | Yes | Yes | 0 | 0 | 2 | 0 | Translation, bi-lingual ballot, bi-lingual poll workers, free bi-lingual telephone, voter education |
| **Taylor** | No | - | - | - | - | - | - | - |
| **Wakulla** | Yes | Yes | Yes | 0 | 0 | 0 | 0 | - |

* Did  not respond to requests for update, however, based on review of Supervisor of Elections website, it appears no elections have been conducted since August 1, 2019.

**EXHIBIT 2**

| COUNTY | BATES STAMP |
|---|---|
| Alachua | 1 |
| Brevard | 2 |
| Citrus | 3 |
| Clay | 4 |
| Columbia | 5 |
| Duval | 6 |
| Escambia | 7 |
| Flagler | 8 |
| Hernando | 9 |
| Indian River | 10 |
| Jackson | 11 |
| Leon | 12 |
| Marion | 13 |
| Martin | 14 |
| Monroe | 15 |
| Okaloosa | 16 |
| Okeechobee | 17 |
| Pasco | 18 |
| Putnam | 19 |
| Santa Rosa | 20 |
| Sarasota | 21 |
| St. Johns | 22 |
| St. Lucie | 23-24 |
| Sumter | 25-27 |
| Taylor | 28 |
| Wakulla | 29 |

**EXHIBIT 2**

Alachua County Response
Report Due to the State by August 29, 2019

Please disclose the following *for each election* you've held or assisted a municipality with *since May 10, 2019*:  **None**

I.      Election Information: Please provide information regarding the election you held or assisted with

    A.  Date:

    B.  Offices/Issues on Ballot:

    C.  Jurisdiction (county or municipality (name)):

II.     Compliance Actions Taken: Please describe what specific steps you took to comply with Section 4(e) of the Voting Rights Act and the Court's Order:

III.    List the number of individuals requesting Spanish-language assistance: 0

    A.  Requests for Spanish-language sample ballot: 0

    B.  Requests for in-person Spanish-language assistance: 0

    C.  Requests for Spanish-language assistance over the phone/hotline: 0

    D.  Other requests for Spanish-language assistance: 0

IV.     List the number of individuals who accessed Spanish-language website:  Unable to determine at this time.

V.      Please describe any other information regarding Spanish-language assistance: 0

**001**

**EXHIBIT 2**

Please disclose the following *for each election* you've held or assisted a municipality with *in August 2019*:

I.     Election Information: Please provide information regarding the election you held or assisted with

    A.  Date: Brevard County has not conducted an election since the 2018 General Election

    B.  Offices/Issues on Ballot: N/A

    C.  Jurisdiction (county or municipality (name)): Brevard County

II.    Compliance Actions Taken: Please describe what specific steps you took to comply with Section 4(e) of the Voting Rights Act and the Court's Order: N/A

III.   List the number of individuals requesting Spanish-language assistance:

    A.  Requests for Spanish-language sample ballot: N/A

    B.  Requests for in-person Spanish-language assistance: N/A

    C.  Requests for Spanish-language assistance over the phone/hotline: N/A

    D.  Other requests for Spanish-language assistance: N/A

IV.    List the number of individuals who accessed Spanish-language website: N/A

V.     Please describe any other information regarding Spanish-language assistance: N/A

**EXHIBIT 2**

Please disclose the following *for each election* you've held or assisted a municipality with *in August 2019*:

I.      Election Information: Please provide information regarding the election you held or assisted with

    A.  Date: 0

    B.  Offices/Issues on Ballot: 0

    C.  Jurisdiction (county or municipality (name)): 0

II.     Compliance Actions Taken: Please describe what specific steps you took to comply with Section 4(e) of the Voting Rights Act and the Court's Order:

III.    List the number of individuals requesting Spanish-language assistance:

    A.  Requests for Spanish-language sample ballot: 0

    B.  Requests for in-person Spanish-language assistance: 0

    C.  Requests for Spanish-language assistance over the phone/hotline: 0

    D.  Other requests for Spanish-language assistance: 0

IV.    List the number of individuals who accessed Spanish-language website: 0

Please describe any other information regarding Spanish-language assistance:
- Contacted Spherion to hire bilingual part time workers for the phone bank during the election cycles.
- Contracted with LanguageLine to set up service for translation and interpretation services.
- Finalizing Statement of Work from AdvantPage for translation services.
- Contacted Silvia Vergez @ Interamerican Consulting Services, Inc regarding translation services.
- Running press releases for bilingual election workers.
- Creating website changes in Spanish.
- Creating artwork for VBM envelopes and secrecy sleeves.
- Quote received from vendor polling place and early vote signage.

**EXHIBIT 2**

Please disclose the following *for each election* you've held or assisted a municipality with *since May 10, 2019*: N/A <span style="color:red">Clay County has not conducted an election in the period requested. Currently, we do not anticipate an election until the PPP, March 17, 2020.</span>

I.   Election Information: Please provide information regarding the election you held or assisted with

   A.  Date: <span style="color:red">N/A</span>

   B.  Offices/Issues on Ballot: <span style="color:red">N/A</span>

   C.  Jurisdiction (county or municipality (name)): <span style="color:red">N/A</span>

II.  Compliance Actions Taken: Please describe what specific steps you took to comply with Section 4(e) of the Voting Rights Act and the Court's Order: <span style="color:red">N/A</span>

III. List the number of individuals requesting Spanish-language assistance: <span style="color:red">N/A</span>

   A.  Requests for Spanish-language sample ballot: <span style="color:red">N/A</span>

   B.  Requests for in-person Spanish-language assistance: <span style="color:red">N/A</span>

   C.  Requests for Spanish-language assistance over the phone/hotline: <span style="color:red">N/A</span>

   D.  Other requests for Spanish-language assistance: <span style="color:red">N/A</span>

IV.  List the number of individuals who accessed Spanish-language website: <span style="color:red">N/A</span>

V.   Please describe any other information regarding Spanish-language assistance: <span style="color:red">N/A</span>

Date Submitted: _____08/26/2019_____

*Chris H. Chambless*

Chris H. Chambless
Supervisor of Elections, Clay County

**EXHIBIT 2**

Please disclose the following *for each election* you've held or assisted a municipality with *in August 2019*:

# COLUMBIA COUNTY HAS NOT CONDUCTED ANY ELECTIONS SINCE MAY 10, 2019.

I.      Election Information: Please provide information regarding the election you held or assisted with

    A.  Date: **NONE**

    B.  Offices/Issues on Ballot:  **NONE**

    C.  Jurisdiction (county or municipality (name)):  **NONE**

II.     Compliance Actions Taken: Please describe what specific steps you took to comply with Section 4(e) of the Voting Rights Act and the Court's Order:

III.    List the number of individuals requesting Spanish-language assistance:

    A.  Requests for Spanish-language sample ballot:

    B.  Requests for in-person Spanish-language assistance:

    C.  Requests for Spanish-language assistance over the phone/hotline:

    D.  Other requests for Spanish-language assistance:

IV.     List the number of individuals who accessed Spanish-language website:

V.      Please describe any other information regarding Spanish-language assistance:

**EXHIBIT 2**

## Kristen Diot

| | |
|---|---|
| **From:** | Hogan, Mike <mhogan@coj.net> |
| **Sent:** | Tuesday, August 27, 2019 2:10 PM |
| **To:** | Davis, Ashley E. |
| **Subject:** | RE: Spanish-Language Assistance Information |

<div style="background-color:#1a3a5c; color:white; text-align:center">EMAIL RECEIVED FROM EXTERNAL SOURCE</div>

No Elections in August



*Mike Hogan*

Duval County Supervisor of Elections
105 E. Monroe St. Jacksonville, FL 32202
(904) 630-7757    www.DuvalElections.com

*Nobody will ever deprive the American people of the right to vote except the American people themselves and the only way they could do this is by not voting. Franklin D. Roosevelt*



**006**

**EXHIBIT 2**

Please disclose the following *for each election* you've held or assisted a municipality with *in August 2019*:

I.    Election Information: Please provide information regarding the election you held or assisted with

    A.  Date: N/A

    B.  Offices/Issues on Ballot: N/A

    C.  Jurisdiction (county or municipality (name)): Escambia County

II.    Compliance Actions Taken: Please describe what specific steps you took to comply with Section 4(e) of the Voting Rights Act and the Court's Order:

    1.  Signed a contract with Language Line to provide live telephone interpretation. Account should be fully active by September 4, 2019 (confirmation of the activation date will be included in next month's report).
    2.  Signed a contract with Language Link to begin translation of written documents. The first publication submitted was the 2020 Voter Guide.

III.    List the number of individuals requesting Spanish-language assistance:

    A.  Requests for Spanish-language sample ballot: None

    B.  Requests for in-person Spanish-language assistance: None

    C.  Requests for Spanish-language assistance over the phone/hotline: 1

    D.  Other requests for Spanish-language assistance: None

IV.    List the number of individuals who accessed Spanish-language website: 3

V.    Please describe any other information regarding Spanish-language assistance:

    1.  Provided Spanish-language Voter Registration Applications to the following Third-Party Voter Organizations:
      o  Democratic Women's Club – 100
      o  Florida Democratic Party - 50
    2.  Provided 1 Spanish-language written communication to voter who requested, via telephone, information concerning his precinct [assistance was provided through a partnership with our Legal Office, who has a Spanish-speaking employee]

**007**

**EXHIBIT 2**

Please disclose the following *for each election* you've held or assisted a municipality with *since August, 2019*:

I.        Election Information: Please provide information regarding the election you held or assisted with

A.   Date: NONE

B.   Offices/Issues on Ballot: NONE

C.   Jurisdiction (county or municipality (name)): NONE

II.         Compliance Actions Taken: Please describe what specific steps you took to comply with Section 4(e) of the Voting Rights Act and the Court's Order:

III.        List the number of individuals requesting Spanish-language assistance:

A.   Requests for Spanish-language sample ballot: NONE

B.   Requests for in-person Spanish-language assistance: 1

C.   Requests for Spanish-language assistance over the phone/hotline: 6

D.   Other requests for Spanish-language assistance: 0

IV.        List the number of individuals who accessed Spanish-language website: 0

V.         Please describe any other information regarding Spanish-language assistance:

**008**

EXHIBIT 2

Please disclose the following *for each election* you've held or assisted a municipality with *since May 10, 2019*:

 I.  Election Information: Please provide information regarding the election you held or assisted with

    A. Date: None

    B. Offices/Issues on Ballot: none

    C. Jurisdiction (county or municipality (name)): Hernando County, Florida

 II.  Compliance Actions Taken: Please describe what specific steps you took to comply with Section 4(e) of the Voting Rights Act and the Court's Order:

 III. List the number of individuals requesting Spanish-language assistance:

    A. Requests for Spanish-language sample ballot: None

    B. Requests for in-person Spanish-language assistance: None

    C. Requests for Spanish-language assistance over the phone/hotline: None

    D. Other requests for Spanish-language assistance: None

 IV. List the number of individuals who accessed Spanish-language website:  17 of which 7 were staff.

 V.  Please describe any other information regarding Spanish-language assistance:

    Hired a part- time bi-lingual elections specialist. (8/19/2019)
    Recruited 4 potential bi-lingual election workers
    Precinct signs have been translated and produced.
    In the process of creating and translating voter correspondence.
    SOE appeared on a FB Live program *Hola Hernando* which was viewed over 300 times.
    Posted a job opening for a bi-lingual Elections Specialist (August, 2019)
     Conducted 2 interviews for applicants who are bi-lingual (August 29, 2019)
    Received one Spanish Application USPS.

**009**

**EXHIBIT 2**

Please disclose the following *for each election* you've held or assisted a municipality with *August 2019*:

I.      Election Information: Please provide information regarding the election you held or assisted with

      A.  Date:

      B.  Offices/Issues on Ballot:

      C.  Jurisdiction (county or municipality (name)):

II.     Compliance Actions Taken: Please describe what specific steps you took to comply with Section 4(e) of the Voting Rights Act and the Court's Order:

III.    List the number of individuals requesting Spanish-language assistance:

      A.  Requests for Spanish-language sample ballot:

      B.  Requests for in-person Spanish-language assistance:

      C.  Requests for Spanish-language assistance over the phone/hotline:

      D.  Other requests for Spanish-language assistance:

IV.    List the number of individuals who accessed Spanish-language website:

V.     Please describe any other information regarding Spanish-language assistance:

Indian River County has not held an election or assisted a municipality since May 10, 2019.

Leslie Rossway Swan
Indian River County
Supervisor of Elections

**010**

**EXHIBIT 2**

Please disclose the following *for each election* you've held or assisted a municipality with *in August, 2019*:

I.      Election Information: Please provide information regarding the election you held or assisted with

        A.  Date:         Jackson County has not had or assisted with any elections in August.

        B.  Offices/Issues on Ballot:

        C.  Jurisdiction (county or municipality (name)):

II.     Compliance Actions Taken: Please describe what specific steps you took to comply with Section 4(e) of the Voting Rights Act and the Court's Order:

III.    List the number of individuals requesting Spanish-language assistance:

        A.  Requests for Spanish-language sample ballot:

        B.  Requests for in-person Spanish-language assistance:

        C.  Requests for Spanish-language assistance over the phone/hotline:

        D.  Other requests for Spanish-language assistance:

IV.    List the number of individuals who accessed Spanish-language website:

V.     Please describe any other information regarding Spanish-language assistance:

**011**

## Kristen Diot

| | |
|---|---|
| **From:** | Christopher Moore <MOORECHR@LEONCOUNTYFL.GOV> |
| **Sent:** | Monday, August 26, 2019 5:08 PM |
| **To:** | Davis, Ashley E. |
| **Cc:** | Earley, Mark |
| **Subject:** | RE: Spanish-Language Assistance Information |

<div style="background:#1a3a5a;color:white;text-align:center">EMAIL RECEIVED FROM EXTERNAL SOURCE</div>

Ashley, Leon County has nothing to report for August, nor anytime on the horizon. Our next scheduled election is not until the PPP.

Do you prefer a confirmation that we have nothing to report or should we just not reply? We are happy to do either.

Thank you.



Chris Moore, CERA
Deputy Supervisor of Elections, Leon County FL
ph :  850-606-VOTE (8683)
fax:  850-606-8601

<u>Physical Address:</u>
2990-1 Apalachee Parkway
Tallahassee FL 32301

<u>Mailing Address:</u>
PO Box 7357
Tallahassee FL 32314-7357

Connect with us on Facebook, Twitter, and Instagram @LeonVotes



**EXHIBIT 2**

Please disclose the following *for each election* you've held or assisted a municipality with *since May 10, 2019*:

I.    Election Information: Please provide information regarding the election you held or assisted with

   This office has not conducted any election since May 10, 2019.

   A.  Date:

   B.  Offices/Issues on Ballot:

   C.  Jurisdiction (county or municipality (name)): Marion

II.   Compliance Actions Taken: Please describe what specific steps you took to comply with Section 4(e) of the Voting Rights Act and the Court's Order:

   Election Workers have been informed that Marion County is bilingual. They have been advised of the Spanish hotline and that any voter requiring assistance may bring a helper to the polls.

III.  List the number of individuals requesting Spanish-language assistance:

   A.  Requests for Spanish-language sample ballot: 0

   B.  Requests for in-person Spanish-language assistance: 0

   C.  Requests for Spanish-language assistance over the phone/hotline: 3

   D.  Other requests for Spanish-language assistance: 0

IV.   List the number of individuals who accessed Spanish-language website:

   We have a tracking solution that will go live in September. This number of people accessing the Spanish version of our website will be tracked moving forward.

V.    Please describe any other information regarding Spanish-language assistance:

   Polling place materials have been updated to include:
   - Posted notification of the availability of our Spanish hotline, ballots, vote-by-mail materials, voter registration materials, voter information materials, polling place signage, that voters may bring a helper, and information on our website VoteMarion.com.
   - The EAC Spanish-English Elections Terms Glossary.
   - Bilingual Affidavits to Secure/Provide assistance.
   - Bilingual outdoor signage to direct and inform voter.

**EXHIBIT 2**

## Kristen Diot

| | |
|---|---|
| **From:** | Dent, Debbie <debbied@martinvotes.com> |
| **Sent:** | Monday, August 26, 2019 9:26 AM |
| **To:** | Davis, Ashley E. |
| **Cc:** | Davis, Vicki |
| **Subject:** | Spanish |

<div style="background-color:#1a3a5c; color:white; text-align:center;">EMAIL RECEIVED FROM EXTERNAL SOURCE</div>

Ashley,
Martin County did not have or assist with any elections in August.
Thank you and have a great day

Debbie Dent, CERA, MFCEP
Chief Deputy
Martin County Elections Center
772-288-5637 ext 8051



Under Florida law, e-mail addresses are public records.  If you do not want your e-mail address released in response to a public records request, do not send electronic mail to this entity.  Instead, contact this office by phone or in writing

**014**

**EXHIBIT 2**

Please disclose the following *for each election* you've held or assisted a municipality with *since May 10, 2019*:

I.      Election Information: Please provide information regarding the election you held or assisted with

        A. Date:

        B. Offices/Issues on Ballot:

        *None held*

        C. Jurisdiction (county or municipality (name)):

II.      Compliance Actions Taken: Please describe what specific steps you took to comply with Section 4(e) of the Voting Rights Act and the Court's Order:

III.      List the number of individuals requesting Spanish-language assistance:

        A. Requests for Spanish-language sample ballot:

        B. Requests for in-person Spanish-language assistance:

        C. Requests for Spanish-language assistance over the phone/hotline:

        D. Other requests for Spanish-language assistance:

IV.      List the number of individuals who accessed Spanish-language website:

V.      Please describe any other information regarding Spanish-language assistance:

*Monroe County*
*No Election*

**015**

**EXHIBIT 2**

## Kristen Diot

| | |
|---|---|
| **From:** | Paul Lux <plux@myokaloosa.com> |
| **Sent:** | Wednesday, August 28, 2019 11:44 AM |
| **To:** | Davis, Ashley E. |
| **Subject:** | RE: Spanish-Language Assistance Information |

<div style="background:#1b3a5c;color:white;text-align:center">EMAIL RECEIVED FROM EXTERNAL SOURCE</div>

If I have not held any election in August, do I need to respond?

**Paul Lux, CERA**
**Supervisor of Elections**



**Okaloosa County Supervisor of Elections**
**Election Headquarters (Crestview)**:  850.689.5600
**Branch Office (Fort Walton Beach)**: 850.651.7272
**Email**: plux@myokaloosa.com
**Visit us online at** www.govote-okaloosa.com



**016**

**EXHIBIT 2**

Please disclose the following *for each election* you've held or assisted a municipality with in August, *2019*:

I.     Election Information: Please provide information regarding the election you held or assisted with

     A.  Date:  **N/A**

     B.  Offices/Issues on Ballot:

     C.  Jurisdiction (county or municipality (name)):

II.     Compliance Actions Taken: Please describe what specific steps you took to comply with Section 4(e) of the Voting Rights Act and the Court's Order:
**N/A**

III.     List the number of individuals requesting Spanish-language assistance:  **N/A**

     A.  Requests for Spanish-language sample ballot:

     B.  Requests for in-person Spanish-language assistance:

     C.  Requests for Spanish-language assistance over the phone/hotline:

     D.  Other requests for Spanish-language assistance:

IV.     List the number of individuals who accessed Spanish-language website:  **N/A**

V.     Please describe any other information regarding Spanish-language assistance:  **N/A**

**Okeechobee County has not had an election during this time period.**

EXHIBIT 2

## *SEE BELOW

Please disclose the following *for each election* you've held or assisted a municipality with *in August 2019*:

I.      Election Information: Please provide information regarding the election you held or assisted with

      A.  Date:

      B.  Offices/Issues on Ballot:

      C.  Jurisdiction (county or municipality (name)):

II.     Compliance Actions Taken: Please describe what specific steps you took to comply with Section 4(e) of the Voting Rights Act and the Court's Order:

III.    List the number of individuals requesting Spanish-language assistance:

      A.  Requests for Spanish-language sample ballot:

      B.  Requests for in-person Spanish-language assistance:

      C.  Requests for Spanish-language assistance over the phone/hotline:

      D.  Other requests for Spanish-language assistance:

IV.    List the number of individuals who accessed Spanish-language website:

V.     Please describe any other information regarding Spanish-language assistance:

## Please be advised that Pasco County has not and will not have any elections in August of  2019

**Brian Corley**
**Supervisor of Elections**
**Pasco County**

**018**

**EXHIBIT 2**

Please disclose the following *for each election* you've held or assisted a municipality with *in August, 2019*:

I.      Election Information: Please provide information regarding the election you held or assisted with

      A.  Date: <span style="color:red">No Elections</span>

      B.  Offices/Issues on Ballot:

      C.  Jurisdiction (county or municipality (name)):

II.     Compliance Actions Taken: Please describe what specific steps you took to comply with Section 4(e) of the Voting Rights Act and the Court's Order:

III.    List the number of individuals requesting Spanish-language assistance:

      A.  Requests for Spanish-language sample ballot:

      B.  Requests for in-person Spanish-language assistance:

      C.  Requests for Spanish-language assistance over the phone/hotline:

      D.  Other requests for Spanish-language assistance:

IV.    List the number of individuals who accessed Spanish-language website:

V.     Please describe any other information regarding Spanish-language assistance:

**019**

**EXHIBIT 2**

Please disclose the following *for each election* you've held or assisted a municipality with *in August 2019*:

I.    Election Information: Please provide information regarding the election you held or assisted with

    A.  Date: **N/A**

    B.  Offices/Issues on Ballot: **N/A**

    C.  Jurisdiction (county or municipality (name)): **N/A**

II.    Compliance Actions Taken: Please describe what specific steps you took to comply with Section 4(e) of the Voting Rights Act and the Court's Order:

**Santa Rosa County has not conducted or assisted with any elections since May 10, 2019**

III.    List the number of individuals requesting Spanish-language assistance:

    A.  Requests for Spanish-language sample ballot: **N/A**

    B.  Requests for in-person Spanish-language assistance: **N/A**

    C.  Requests for Spanish-language assistance over the phone/hotline: **N/A**

    D.  Other requests for Spanish-language assistance: **N/A**

IV.    List the number of individuals who accessed Spanish-language website: **N/A**

V.    Please describe any other information regarding Spanish-language assistance: **N/A**

**EXHIBIT 2**

Please disclose the following *for each election* you've held or assisted a municipality with *since May 10, 2019*:

I.    Election Information: Please provide information regarding the election you held or assisted with

    A.  Date:  11-5-2019

    B.  Offices/Issues on Ballot:  City Council and Mayoral Races

    C.  Jurisdiction (county or municipality (name)): City of Venice General Election

II.    Compliance Actions Taken: Please describe what specific steps you took to comply with Section 4(e) of the Voting Rights Act and the Court's Order:
We are creating English and Spanish language sample ballots, which will be mailed to voter households and made available on our office website and during early voting and at polling locations on election day.  Signage will be placed during early voting and at polling locations to alert voters that bilingual sample ballots are available.

III.    List the number of individuals requesting Spanish-language assistance:

    A.  Requests for Spanish-language sample ballot: N/A

    B.  Requests for in-person Spanish-language assistance: N/A

    C.  Requests for Spanish-language assistance over the phone/hotline: N/A

    D.  Other requests for Spanish-language assistance: N/A

IV.    List the number of individuals who accessed Spanish-language website:  N/A

V.    Please describe any other information regarding Spanish-language assistance: N/A

**EXHIBIT 2**

St. Johns County, FL                                              August 26, 2019

Please disclose the following *for each election* you've held or assisted a municipality with *since May 10, 2019*:

I.   Election Information: Please provide information regarding the election you held or assisted with

    A.   Date:   NONE. There have been no elections in St. Johns since 11/6/2018 and none are scheduled until March 17, 2020.

    B.   Offices/Issues on Ballot:   N/A

    C.   Jurisdiction (county or municipality (name)):        St. Johns, County, FL

II.   Compliance Actions Taken: Please describe what specific steps you took to comply with Section 4(e) of the Voting Rights Act and the Court's Order:  N/A

III.   List the number of individuals requesting Spanish-language assistance:   N/A

    A.   Requests for Spanish-language sample ballot: None

    B.   Requests for in-person Spanish-language assistance:  None

    C.   Requests for Spanish-language assistance over the phone/hotline:  None

    D.   Other requests for Spanish-language assistance:  None

IV.   List the number of individuals who accessed Spanish-language website:  N/A

V.    Please describe any other information regarding Spanish-language assistance:   N/A



Vicky C. Oakes
St. Johns County Supervisor of Elections
4455 Avenue A Suite 101
St. Augustine, FL 32095
(O) 904.823.2238
(C) 904.599.6645
(F) 904.823.2249

**022**

**EXHIBIT 2**

Please disclose the following *for each election* you've held or assisted a municipality with *since May 10, 2019*:

I.     Election Information: Please provide information regarding the election you held or assisted with

- Date:   No elections have been held in St Lucie County since May 10, 2019

- Offices/Issues on Ballot:       N/A

- Jurisdiction (county or municipality (name):         N/A

II.    Compliance Actions Taken: Please describe what specific steps you took to comply with Section 4(e) of the Voting Rights Act and the Court's Order:
- Scheduled software upgrades with Dominion Voting Systems to ensure our voting equipment was updated for Spanish translation.  Scheduled attendance at training session which will be held on September 19th at Columbia County.
- Contracted with AT&T for a toll free number to replace our current Spanish Hotline
- Active recruitment of Spanish speaking Poll Workers
  - Placed ads in local Spanish Newspapers –LaVoz & El Hispano
  - Coordinated with Raul Irizarry, Puerto Rican Day Parade Event Promoter to communicate need for Bilingual Election Workers during the event
  - Sent Letter to San Juan Festival promoters to communicate need for Bilingual Election Worker during the event
- Work with VR Systems to ensure our website is compliant when voters select the option for Spanish translation, this will allow us to track the number of voters requesting Spanish translation through our website

- 7 staff members attended a recent Spanish Language Workshop, held in Tampa
  - Each department is reviewing their area to determine what documentation will need to be translated and which templates can be utilized based on data forwarded from other counties.

III.   List the number of individuals requesting Spanish-language assistance:
- Requests for Spanish-language sample ballot:  0

- Requests for in-person Spanish-language assistance: 0

- Requests for Spanish-language assistance over the phone/hotline: 0

  - Pending ATT assignment of 800 # - Local Spanish Assistance # = 0

**EXHIBIT 2**

- Other requests for Spanish-language assistance: 0

IV.   List the number of individuals who accessed Spanish-language website:  1

- Reporting as/of 8/12/19 – 1 website request  made on 8/13/19 due to staff testing
- 1 website request made on 8/19/19

V.   Please describe any other information regarding Spanish-language assistance:

- PSA announcements were sent to local Spanish radio stations.
- Sent Guide to Elected Officials to Language Link and Avantpage for translation quotes
- We have implemented a Spanish Language Assistance Log to document in-office and phone assistance

**024**

**EXHIBIT 2**

Please disclose the following *for each election* you've held or assisted a municipality with *since May 10, 2019*:

RED- Webster Special Election

**BLUE- Wildwood Mail Ballot Special Election**

I.  Election Information: Please provide information regarding the election you held or assisted with

    A.  Date: **July 23rd, 2019 / Pending Mail Ballot Election-October 8th, 2019**

    B.  Offices/Issues on Ballot: **City Mayor and 3 Referendums / One Referendum Question**

    C.  Jurisdiction (county or municipality (name)): **City of Webster / City of Wildwood**

II.  Compliance Actions Taken: Please describe what specific steps you took to comply with Section 4(e) of the Voting Rights Act and the Court's Order:

    **1st Election to report:**

    **Sumter County has continued to work very hard to complete the necessary steps to comply with Section 4(e) of the Voting Rights Act/Court's Order.**

    **While preparing for our resent Special Election, we were able to offer a Bi- Lingual worker at our Toll Free number.**

    **Also, we created a bi-lingual ballot for Election Day, Vote By Mail, and sent out bi-lingual Sample Ballots to the voters.**

    **In addition, we had a display set up "Know Your Ballot" in, both, English/Spanish on the display cover. This display included bi-lingual Sample Ballots for the Precinct.**

    **Our totem included: Voter Bill of Rights, Voter Responsibilities, Instructions for Voters, and Notice of Fraud in, both, English and Spanish. (These items have been framed and are hanging in our office, too.) The totem, too, included, the bi- lingual Sample Ballot.**

    **Our Website has been set up to allow all information to be displayed in English/Spanish. The information provided was easily located/identified on our front page, as a link, to a full page complete with information regarding the Webster Election. (English/Spanish options)**

**EXHIBIT 2**

**Lastly, our Canvassing Board Notice(s) were posted with, both, English and Spanish languages. We are continuing to update and incorporate English/Spanish needs for our future Elections.**

**2nd Election to Report:**

Sumter County SOE is continuing to work hard to comply with Section 4€ of the Voting Rights Act/Court Order.

The pending Mail Ballot Eletion for the City of Wildwood will be given the following attention:

- We offer a Bi-Lingual, staff member to give support/assist on our Toll Free Number.
- We have enrolled and tested our Bi-Lingual, full time staff member, through the *Talevation*/IBM based software. She earned a 90% on her test.
- A Bi-lingual ballot is scheduled to be coded/created according to our State approved schedule, Tuesday, September 3rd, 2019.
- Hired a Third Party Translation Company, *Avantpage*, to translate all our needs.
- All envelopes, instructions, sample ballot (under Voter Records), Public Notices, Newspaper ads, Canvassing Announcements, internal/voter -Vote By Mail request forms, Informational Brochure, and Website have been translated in Castilian Spanish.
- Other unknowns, at this time, TBD at completion of this election

III. List the number of individuals requesting Spanish-language assistance:

A. Requests for Spanish-language sample ballot: **Zero (0) / pending schedule**

B. Requests for in-person Spanish-language assistance: **Zero (0) / Zero (0)**

C. Requests for Spanish-language assistance over the phone/hotline: **Zero (0) /Two (2), but to TBD at completion of this election**

D. Other requests for Spanish-language assistance: **Zero (0) / Zero (0)**

IV. List the number of individuals who accessed Spanish-language website: **Zero (0) per our report. / Pending data report at completion of this election**

V. Please describe any other information regarding Spanish-language assistance: **Please see section II. above / Please see section II. above**

**026**

**EXHIBIT 2**

**EXHIBIT 2**

**Kristen Diot**

| | |
|---|---|
| **From:** | Southerland, Dana <taylorelections@gtcom.net> |
| **Sent:** | Thursday, August 29, 2019 9:50 AM |
| **To:** | Davis, Ashley E. |
| **Subject:** | RE: Spanish-Language Assistance Information |

<div style="background:#1F3864;color:white;text-align:center">EMAIL RECEIVED FROM EXTERNAL SOURCE</div>

Taylor County has not conducted an election during the month of August or since our last report submission

*Dana Southerland*
**Dana Southerland, CERA, MFCEP**
**Supervisor of Elections**
**Taylor County, Florida**
**State Certified Supervisor of Elections**
**P O Box 1060**
**Perry, Florida 32348**
**Phone: 850.838.3515**
**Fax: 850.838.3516**
**Email: taylorelections@gtcom.net**
**Web: www.taylorelections.com**



**028**

**EXHIBIT 2**

Please disclose the following *for each election* you've held or assisted a municipality with *since May 10, 2019*:

I. Election Information: Please provide information regarding the election you held or assisted with

  **A.** Date: **June 18, 2019**

  B. Offices/Issues on Ballot: **House District 7 Representative, General Election 2019**

  C. Jurisdiction (**Wakulla County Special General Elections 2019**):

II. Compliance Actions Taken: Please describe what specific steps you took to comply with Section 4(e) of the Voting Rights Act and the Court's Order:
**We had available a sample ballot in Spanish, a Ballot to vote and other election information available in Spanish. We never had anyone request in any form of assistance in Spanish, during any Election conducted here in Wakulla county to current date.**

III. List the number of individuals requesting Spanish-language assistance:

  **A.** Requests for Spanish-language sample ballot: **None**

  B. Requests for in-person Spanish-language assistance: **None**

  C. Requests for Spanish-language assistance over the phone/hotline: **None**

  **D.** Other requests for Spanish-language assistance: **None**

**IV.** List the number of individuals who accessed Spanish-language website: **None that I am aware of – website has been set up to track and only one request was noted and that was during our test to ensure the site would record the information.**

V. Please describe any other information regarding Spanish-language assistance:

  **The only thing we are working to ensure all information is in both English & Spanish as well as having a sample ballot in Spanish and what ever is requested from the citizens. WE HAVE HAD NO REQUEST FOR ANYTHING IN SPANISH UP TO CURRENT DATE.**