UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MARTA VALENTIA RIVERA
MADERA, *et al.*,

       Plaintiffs,               Case No. 1:18-cv-00152-MW-GRJ

v.

MICHAEL ERTEL, *et al.*,

       Defendants.

_____/

## NOTICE OF COMPLIANCE

On May 10, 2019, this Court entered an Order granting Plaintiffs Preliminary

Injunction in part and requiring: "On or before August 1, 2019, and on the first of

every month thereafter, the Secretary shall file a notice of compliance in this Court

documenting all actions taken pursuant to this Order." *See* ECF 131 at 15.

Accordingly, the Secretary conducted a survey amongst the Supervisors of Elections

to ascertain what action has been taken since September 1, 2019, pursuant to this

Court's May 10, 2019, Order.  All supervisors responded, with the exceptions of

Bay, Charlotte, Citrus, Jackson, Lake, and Martin Counties.[1]  Of the 32 counties, 3

(Levy, Marion, and Pasco) have held or facilitated an election since the September

---

[1] Based on the Supervisor of Elections' websites, it does not appear that any
elections have been conducted in these counties since September 1, 2019.

Compliance report.  Based on the responses of the Supervisors, it appears that the elections held complied with this Court's requirements.  The Secretary has attached a summary of the responses for this Court's convenience.   *See* **Exhibit 1**. Additionally, the Secretary has compiled the supervisors' responses in a single book-marked and bate-stamped PDF together with an index.[2]  *See* **Exhibit 2**.

Bradley R McVay (FBN 79034)
  *General Counsel*
  brad.mcvay@dos.myflorida.com
Ashley E. Davis (FBN 48032)
  *Deputy General Counsel*
  ashley.davis@dos.myflorida.com
Florida Department of State
R.A. Gray Building Suite, 100
500 South Bronough Street
Tallahassee, Florida 32399-0250
(850) 245-6536 /   (850) 245-6127 (fax)


*/s/ Mohammad O. Jazil*
Mohammad O. Jazil (FBN 72556)
  mjazil@hgslaw.com
Gary V. Perko (FBN 855898)
  gperko@hgslaw.com
Joseph A. Brown (FBN 25765)
  josephb@hgslaw.com
Hopping Green & Sams, P.A.
119 South Monroe Street, Suite 300
Tallahassee, Florida 32301
(850) 222-7500 / (850) 224-8551 (fax)

 Dated:  October 1, 2019          ***Counsel for the Secretary of State***

---

[2] These counties are Alachua, Bay, Brevard, Charlotte, Citrus, Clay, Columbia, Duval, Escambia, Flagler, Hernando, Highlands, Indian River, Jackson, Lake, Leon, Levy, Manatee, Marion, Martin, Monroe, Okaloosa, Okeechobee, Pasco, Putnam, St. Johns, St. Lucie, Santa Rosa, Sarasota, Sumter, Taylor, and Wakulla.

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via transmission of a Notice of Electronic Filing through the Court's CM/ECF system on this 1st day of October 2019.

*/s/ Mohammad O. Jazil*
Attorney

EXHIBIT 1

ACTIONS TAKEN IN RESPONSE TO COURT'S ORDER SINCE SEPTEMBER 1, 2019

| County | Election since August 1, 2019? | Elections | | Requests | | | Website | Other Information |
|---|---|---|---|---|---|---|---|---|
| | | Spanish Sample Ballot | Spanish Language Signage/Translator | Ballot | In Person Assistance | Telephonic Assistance | | |
| **Alachua** | No | - | - | - | - | - | - | - |
| **Bay**[*] | - | - | - | - | - | - | - | - |
| **Brevard** | No | - | - | - | - | - | - | - |
| **Charlotte**[*] | - | - | - | - | - | - | - | - |
| **Citrus**[*] | - | | - | - | - | - | - | - |
| **Clay** | No | - | - | - | - | - | - | - |
| **Columbia** | No | - | - | - | - | - | - | - |
| **Duval** | No | - | - | - | - | - | - | - |
| **Escambia** | No | - | - | - | 0 | 0 | 13 | Interpretation account with Language Line to provide live telephone interpretation active/effective as of August 30, 2019. The interpretation phone number is 1-866-874-3972.  Escambia County Voter Guide has been translated and proofed. Production date will be provided in next month's report  Began evaluation of vote-by-mail materials. A progress update will be provided in next month's report |
| **Flagler** | No | - | - | 0 | 1 | 6 | 0 | - |

* Did  not respond to requests for update, however, based on review of Supervisor of Elections website, it appears no elections have been conducted since September 1, 2019.

ACTIONS TAKEN IN RESPONSE TO COURT'S ORDER SINCE SEPTEMBER 1, 2019

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Hernando** | No | - | - | 0 | 0 | 0 | 8 | Hired a full-time bi-lingual elections specialist (9/15/2019) Conducted voter outreach at an annual local Hispanic festival Translated outreach materials Received 5 Spanish applications Recruited 4 potential Election Workers |
| **Highlands** | No | - | - | - | - | - | - | - |
| **Indian River** | No | - | - | - | - | - | - | |
| **Jackson**\* | - | - | - | - | - | - | - | - |
| **Lake**\* | - | - | - | - | - | - | - | - |
| **Leon** | No | - | - | - | - | - | - | |
| **Levy** | Yes | Yes | Yes | 0 | 0 | 0 | 0 | To my knowledge I'm unaware of any request for Spanish language material in this election. I don't fully conduct the election and mainly help with poll worker training and provide equipment and materials for the poll workers. The municipality provides vote-by-mail ballots, qualifies the candidates and hires the poll workers. |

\* Did  not respond to requests for update, however, based on review of Supervisor of Elections website, it appears no elections have been conducted since September 1, 2019.

EXHIBIT 1

ACTIONS TAKEN IN RESPONSE TO COURT'S ORDER SINCE SEPTEMBER 1, 2019

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Manatee** | No | - | - | - | - | - | - | - |
| **Marion** | Yes | Yes | Yes | 0 | 3 | 1 | 2 | All signage, FVRA forms, sample ballots, and official ballots were provided in English and Spanish to all polling locations. |
| **Martin** | No | - | - | - | - | - | - | - |
| **Monroe** | No | - | - | - | - | - | - | - |
| **Okaloosa** | No | - | - | - | - | - | - | - |
| **Okeechobee** | No | - | - | - | - | - | - | - |
| **Pasco** | Yes | Yes | Yes | 0 | 5 | 7 | Unknown | We are in the process of developing an estimate of the anticipated expenditures to comply with the Court's order and Governor DeSantis directive. We attended an FSE multi-county workshop for guidance on converting to a bi-lingual jurisdiction. Two individuals were also assisted in person that were customers from other government agencies that needed directions (although not applicable to an SOE function, we went above and beyond to |

* Did  not respond to requests for update, however, based on review of Supervisor of Elections website, it appears no elections have been conducted since September 1, 2019.

EXHIBIT 1

ACTIONS TAKEN IN RESPONSE TO COURT'S ORDER SINCE SEPTEMBER 1, 2019

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | assist Pasco County Citizens. |
| **Putnam** | No | - | - | - | - | - | - | - |
| **St. Johns** | No | - | - | - | - | - | - | - |
| **St. Lucie** | No | - | - | 0 | 0 | 0 | 5 | • Completed software upgrades with Dominion Voting Systems to ensure our voting equipment was updated for Spanish translation on September 17th.<br>• Completed training session which will be held on September 19th at Columbia County.<br>• Contracted with AT&T for a toll free number to replace our current Spanish Hotline<br>• Active recruitment of Spanish speaking Poll Workers<br>o Placed ads in local Spanish Newspapers –LaVoz & El Hispano<br>o Coordinated with Raul Irizarry, Puerto Rican Day Parade Event Promoter to communicate need |

\* Did not respond to requests for update, however, based on review of Supervisor of Elections website, it appears no elections have been conducted since September 1, 2019.

EXHIBIT 1

ACTIONS TAKEN IN RESPONSE TO COURT'S ORDER SINCE SEPTEMBER 1, 2019

|  |  |  |  |  |  |  |  |  | |
|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  | for Bilingual Election Workers during the event<br>o     Sent Letter to San Juan Festival promoters to communicate need for Bilingual Election Worker during the event<br>o     Placed ads in the Tribune<br>•     Scheduled automated monthly reporting for website requests<br><br>•     7 staff members attended a recent Spanish Language Workshop, held in Tampa<br>o     Each department is reviewing their area to determine what documentation will need to be translated and which templates can be utilized based on data forwarded from other counties. |
| **Santa Rosa** | No | - | - | - | - | - | - | - | - |

* Did  not respond to requests for update, however, based on review of Supervisor of Elections website, it appears no elections have been conducted since September 1, 2019.

EXHIBIT 1

ACTIONS TAKEN IN RESPONSE TO COURT'S ORDER SINCE SEPTEMBER 1, 2019

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Sarasota** | Upcoming Nov. 5th | Yes | Yes | - | - | - | - | For 11/5- We have created English and Spanish language sample ballots, which will be mailed to voter households and are available on our office website. The bilingual sample ballots will be made available during early voting and at polling locations on election day. Signage will be placed during early voting and at polling locations to alert voters that bilingual sample ballots are available. |
| **Sumter** | No | - | - | - | - | - | - | - |
| **Taylor** | No | - | - | - | - | - | - | - |
| **Wakulla** | No | - | - | - | - | - | - | - |

* Did  not respond to requests for update, however, based on review of Supervisor of Elections website, it appears no elections have been conducted since September 1, 2019.

| COUNTY | BATES STAMP |
|--------|-------------|
| Alachua | 1 |
| Brevard | 2 |
| Clay | 3 |
| Columbia | 4 |
| Duval | 5 |
| Escambia | 6 |
| Flagler | 7 |
| Hernando | 8 |
| Highlands | 9 |
| Indian River | 10 |
| Leon | 11 |
| Levy | 12-13 |
| Manatee | 14 |
| Marion | 15 |
| Martin | 16 |
| Monroe | 17 |
| Okaloosa | 18 |
| Okeechobee | 19 |
| Pasco | 20-24 |
| Putnam | 25 |
| Santa Rosa | 26 |
| Sarasota | 27 |
| St. Johns | 28 |
| St. Lucie | 29-30 |
| Sumter | 31 |
| Taylor | 32-33 |
| Wakulla | 34 |

**EXHIBIT 2**

Alachua County Response
Report Due to the State by September 30, 2019

County: **Alachua**

Please disclose the following *for each election* you've held or assisted a municipality with *since your last report*

Check here if NONE:  **X**  **None**

Filled out by: **Kim A. Barton, Supervisor of Elections**      Submitted on **September 27, 2019**

    I.      Election Information: Please provide information regarding the election you held or assisted with

        A.  Date:

        B.  Offices/Issues on Ballot:

        C.  Jurisdiction (county or municipality (name)):

    II.     Compliance Actions Taken: Please describe what specific steps you took to comply with Section 4(e) of the Voting Rights Act and the Court's Order:

    **III.**   List the number of individuals requesting Spanish-language assistance: **None**

        A.  Requests for Spanish-language sample ballot: **None**

        B.  Requests for in-person Spanish-language assistance:  **None**

        C.  Requests for Spanish-language assistance over the phone/hotline:  **None**

        D.  Other requests for Spanish-language assistance: **None**

    IV.    List the number of individuals who accessed Spanish-language website: **None**

    V.    Please describe any other information regarding Spanish-language assistance: **None**

1

**EXHIBIT 2**

Please disclose the following *for each election* you've held or assisted a municipality with *since May 10, 2019*:

I.      Election Information: Please provide information regarding the election you held or assisted with

      A.  Date: Brevard County has not conducted an election since the 2018 General Election

      B.  Offices/Issues on Ballot: N/A

      C.  Jurisdiction (county or municipality (name)): Brevard County

II.     Compliance Actions Taken: Please describe what specific steps you took to comply with Section 4(e) of the Voting Rights Act and the Court's Order: N/A

III.    List the number of individuals requesting Spanish-language assistance:

      A.  Requests for Spanish-language sample ballot: N/A

      B.  Requests for in-person Spanish-language assistance: N/A

      C.  Requests for Spanish-language assistance over the phone/hotline: N/A

      D.  Other requests for Spanish-language assistance: N/A

IV.     List the number of individuals who accessed Spanish-language website: N/A

V.      Please describe any other information regarding Spanish-language assistance: N/A

**2**

**EXHIBIT 2**

## October 1 Report

County __**Clay**_____

Please disclose the following *for each election* you've held or assisted a municipality with *since your last report*

Check here if NONE__✔____

Filled out by:__**Chris H. Chambless**_____          Submitted on September 30, 2019

I.      Election Information: Please provide information regarding the election you held or assisted with

      A.  Date:

      B.  Offices/Issues on Ballot:

      C.  Jurisdiction (county or municipality (name)):

II.     Compliance Actions Taken: Please describe what specific steps you took to comply with Section 4(e) of the Voting Rights Act and the Court's Order:

III.    List the number of individuals requesting Spanish-language assistance:

      A.  Requests for Spanish-language sample ballot:

      B.  Requests for in-person Spanish-language assistance:

      C.  Requests for Spanish-language assistance over the phone/hotline:

      D.  Other requests for Spanish-language assistance:

IV.     List the number of individuals who accessed Spanish-language website:

V.      Please describe any other information regarding Spanish-language assistance:

3

**EXHIBIT 2**

## October 1 Report

County __Columbia__

Please disclose the following *for each election* you've held or assisted a municipality with *since your last report*

Check here if NONE__X__

Filled out by:__Melinda Fryman_____      Submitted on September 30, 2019

    I.       Election Information: Please provide information regarding the election you held or assisted with

          A.  Date:

          B.  Offices/Issues on Ballot:

          C.  Jurisdiction (county or municipality (name)):

    II.      Compliance Actions Taken: Please describe what specific steps you took to comply with Section 4(e) of the Voting Rights Act and the Court's Order:

    III.     List the number of individuals requesting Spanish-language assistance:

          A.  Requests for Spanish-language sample ballot:

          B.  Requests for in-person Spanish-language assistance:

          C.  Requests for Spanish-language assistance over the phone/hotline:

          D.  Other requests for Spanish-language assistance:

    IV.     List the number of individuals who accessed Spanish-language website:

    V.      Please describe any other information regarding Spanish-language assistance:

4

**EXHIBIT 2**

County _DUVAL_                           **October 1 Report**

Please disclose the following *for each election* you've held or assisted a municipality with *since your last report*

Check here if NONE  ✓

Filled out by:_____        Submitted on September __, 2019

    I.      Election Information: Please provide information regarding the election you held or assisted with

         A.  Date:

         B.  Offices/Issues on Ballot:

         C.  Jurisdiction (county or municipality (name)):

    II.     Compliance Actions Taken: Please describe what specific steps you took to comply with Section 4(e) of the Voting Rights Act and the Court's Order:

    III.    List the number of individuals requesting Spanish-language assistance:

         A.  Requests for Spanish-language sample ballot:

         B.  Requests for in-person Spanish-language assistance:

         C.  Requests for Spanish-language assistance over the phone/hotline:

         D.  Other requests for Spanish-language assistance:

    IV.    List the number of individuals who accessed Spanish-language website:

    V.     Please describe any other information regarding Spanish-language assistance:

*Mike Hogan*
*Supervisor of Elections*
*9/27/2019*

5

EXHIBIT 2

## October 1 Report

County <u>Escambia</u>

Please disclose the following *for each election* you've held or assisted a municipality with *since your last report*

Check here if NONE_____

Filled out by:  Liz Carew          Submitted on September 27, 2019

I.      Election Information: Please provide information regarding the election you held or assisted with

      A.  Date:

      B.  Offices/Issues on Ballot:

      C.  Jurisdiction (county or municipality (name)):

II.     Compliance Actions Taken: Please describe what specific steps you took to comply with Section 4(e) of the Voting Rights Act and the Court's Order:

- Interpretation account with Language Line to provide live telephone interpretation active/effective as of August 30, 2019.  The interpretation phone number is 1-866-874-3972.
- Escambia County Voter Guide has been translated and proofed.  Production date will be provided in next month's report
- Began evaluation of vote-by-mail materials.  A progress update will be provided in next month's report

III.    List the number of individuals requesting Spanish-language assistance:

      A.  Requests for Spanish-language sample ballot: None

      B.  Requests for in-person Spanish-language assistance:  None

      C.  Requests for Spanish-language assistance over the phone/hotline:  None

      D.  Other requests for Spanish-language assistance:  None

IV.     List the number of individuals who accessed Spanish-language website: Thirteen (13)

V.      Please describe any other information regarding Spanish-language assistance:  None.

**EXHIBIT 2**

## October 1 Report

County <u>FLAGLER</u>

Please disclose the following *for each election* you've held or assisted a municipality with *since your last report*

Check here if NONE__X__

Filled out by: Joseph DeVita          Submitted on September 27, 2019

I.   Election Information: Please provide information regarding the election you held or assisted with

    A.  Date:

    B.  Offices/Issues on Ballot:

    C.  Jurisdiction (county or municipality (name)):

II.  Compliance Actions Taken: Please describe what specific steps you took to comply with Section 4(e) of the Voting Rights Act and the Court's Order:

III. List the number of individuals requesting Spanish-language assistance:

    A.  Requests for Spanish-language sample ballot:

    B.  Requests for in-person Spanish-language assistance:

    C.  Requests for Spanish-language assistance over the phone/hotline:

    D.  Other requests for Spanish-language assistance:

IV.  List the number of individuals who accessed Spanish-language website:

V.   Please describe any other information regarding Spanish-language assistance:

7

**EXHIBIT 2**

## October 1 Report

County **Hernando**

Please disclose the following *for each election* you've held or assisted a municipality with *since your last report*

Check here if NONE___X_

Filled out by: Shirley Anderson          Submitted on September 27, 2019

I.   Election Information: Please provide information regarding the election you held or assisted with

    A.  Date: None

    B.  Offices/Issues on Ballot: None

    C.  Jurisdiction (county or municipality (name)): Hernando County, FL

II.  Compliance Actions Taken: Please describe what specific steps you took to comply with Section 4(e) of the Voting Rights Act and the Court's Order: See Section V

III. List the number of individuals requesting Spanish-language assistance:

    A.  Requests for Spanish-language sample ballot: None

    B.  Requests for in-person Spanish-language assistance: None

    C.  Requests for Spanish-language assistance over the phone/hotline: One

    D.  Other requests for Spanish-language assistance: None

IV.  List the number of individuals who accessed Spanish-language website: 8 of which 4 were SOE staff

V.   Please describe any other information regarding Spanish-language assistance:

    Hired a full-time bi-lingual elections specialist (9/15/2019)
    Conducted voter outreach at an annual local Hispanic festival
    Translated outreach materials
    Received 5 Spanish applications
    Recruited 4 potential Election Workers

**8**

**EXHIBIT 2**

**October 1 Report**

County __Highlands_____

Please disclose the following *for each election* you've held or assisted a municipality with *since your last report*

Check here if NONE_X___

Filled out by:__Penny Ogg_____ Submitted on September 30_, 2019

I.      Election Information: Please provide information regarding the election you held or assisted with

      A.  Date:

      B.  Offices/Issues on Ballot:

      C.  Jurisdiction (county or municipality (name)):

II.     Compliance Actions Taken: Please describe what specific steps you took to comply with Section 4(e) of the Voting Rights Act and the Court's Order:

III.    List the number of individuals requesting Spanish-language assistance:

      A.  Requests for Spanish-language sample ballot:

      B.  Requests for in-person Spanish-language assistance:

      C.  Requests for Spanish-language assistance over the phone/hotline:

      D.  Other requests for Spanish-language assistance:

IV.    List the number of individuals who accessed Spanish-language website:

V.     Please describe any other information regarding Spanish-language assistance:

**9**

**EXHIBIT 2**

## October 1 Report

County  _Indian River_

Please disclose the following *for each election* you've held or assisted a municipality with *since your last report*

Check here if NONE  _X_

Filled out by:  _Leslie Swan_          Submitted on September _27_, 2019

I.     Election Information: Please provide information regarding the election you held or assisted with

     A. Date:

     B. Offices/Issues on Ballot:

     C. Jurisdiction (county or municipality (name)):

II.    Compliance Actions Taken: Please describe what specific steps you took to comply with Section 4(e) of the Voting Rights Act and the Court's Order:

III.   List the number of individuals requesting Spanish-language assistance:

     A. Requests for Spanish-language sample ballot:

     B. Requests for in-person Spanish-language assistance:

     C. Requests for Spanish-language assistance over the phone/hotline:

     D. Other requests for Spanish-language assistance:

IV.   List the number of individuals who accessed Spanish-language website:

V.    Please describe any other information regarding Spanish-language assistance:

**10**

**EXHIBIT 2**

### October 1 Report

County __Leon_____

Please disclose the following *for each election* you've held or assisted a municipality with *since your last report*

Check here if NONE_ X___

Filled out by:_Chris Moore, Deputy Supervisor Submitted on September 27, 2019

I.   Election Information: Please provide information regarding the election you held or assisted with

   A.  Date:

   B.  Offices/Issues on Ballot:

   C.  Jurisdiction (county or municipality (name)):

II.  Compliance Actions Taken: Please describe what specific steps you took to comply with Section 4(e) of the Voting Rights Act and the Court's Order:

III. List the number of individuals requesting Spanish-language assistance:

   A.  Requests for Spanish-language sample ballot:

   B.  Requests for in-person Spanish-language assistance:

   C.  Requests for Spanish-language assistance over the phone/hotline:

   D.  Other requests for Spanish-language assistance:

IV.  List the number of individuals who accessed Spanish-language website:

V.   Please describe any other information regarding Spanish-language assistance:

11

EXHIBIT 2

## October 1 Report

County __Levy__

Please disclose the following *for each election* you've held or assisted a municipality with *since your last report: 1*

Check here if NONE_____

Filled out by: Tammy Jones   Submitted on September 30, 2019

I.    Election Information: Please provide information regarding the election you held or assisted with

    A.  Date: September 10, 2019

    B.  Offices/Issues on Ballot: Bronson Town Commissioner / Seats 2, 4 & 5

    C.  Jurisdiction (county or municipality (name)): Town of Bronson

II.   Compliance Actions Taken: Please describe what specific steps you took to comply with Section 4(e) of the Voting Rights Act and the Court's Order:  Sample Spanish Ballots were provided for advertisement and at the polling place. In addition signage was available in Spanish with voter instructions and information making voters aware of such sample ballots at the polling place as required in the court order.

III.  List the number of individuals requesting Spanish-language assistance:

    A.  Requests for Spanish-language sample ballot: 0

    B.  Requests for in-person Spanish-language assistance: 0

    C.  Requests for Spanish-language assistance over the phone/hotline: 0

    D.  Other requests for Spanish-language assistance: 0

IV.   List the number of individuals who accessed Spanish-language website:
    Not Known

V.    Please describe any other information regarding Spanish-language assistance: To my knowledge I'm unaware of any request for Spanish language material in this election. I don't fully conduct the election and mainly help with poll worker training and provide equipment and materials for the poll workers.  The municipality provides vote-by-mail ballots, qualifies the candidates and hires the poll workers.

12

**EXHIBIT 2**

EXHIBIT 2

## October 1 Report

County:  **Manatee**

Please disclose the following *for each election* you've held or assisted a municipality with *since your last report*

Check here if NONE__X__

Filled out by:  Scott Farrington          Submitted on **September 30, 2019**

I.      Election Information: Please provide information regarding the election you held or assisted with

    A.  Date:

    B.  Offices/Issues on Ballot:

    C.  Jurisdiction (county or municipality (name)):

II.     Compliance Actions Taken: Please describe what specific steps you took to comply with Section 4(e) of the Voting Rights Act and the Court's Order:

III.    List the number of individuals requesting Spanish-language assistance:

    A.  Requests for Spanish-language sample ballot:

    B.  Requests for in-person Spanish-language assistance:

    C.  Requests for Spanish-language assistance over the phone/hotline:

    D.  Other requests for Spanish-language assistance:

IV.     List the number of individuals who accessed Spanish-language website:

V.      Please describe any other information regarding Spanish-language assistance:

**14**

EXHIBIT 2

**October 1 Report**

Marion County

Please disclose the following *for each election* you've held or assisted a municipality with *since your last report*

Check here if NONE_____

Filled out by: C Nichols          Submitted on September 30, 2019

    I.       Election Information: Please provide information regarding the election you held or assisted with:

          A.  Date: 9/17/2019

          B.  Offices/Issues on Ballot: Two contests, Mayor and City Council District 2

          C.  Jurisdiction (county or municipality (name)): City of Ocala

    II.      Compliance Actions Taken: Please describe what specific steps you took to comply with Section 4(e) of the Voting Rights Act and the Court's Order:

          Election workers were notified in training of Marion County's full change to bilingual. At all polling places: a copy of the EAC Spanish-English Election Terms Glossary was provided; information that voters may bring a helper was posted in Spanish and English; information on Spanish hotline was posted in Spanish and English; any materials that may affect voters, such as affidavits, were also provided in Spanish.

    III.    List the number of individuals requesting Spanish-language assistance:

          A.  Requests for Spanish-language sample ballot: 0

          B.  Requests for in-person Spanish-language assistance: 3

          C.  Requests for Spanish-language assistance over the phone/hotline: 1

          D.  Other requests for Spanish-language assistance: 0

    IV.    List the number of individuals who accessed Spanish-language website: 2

    V.    Please describe any other information regarding Spanish-language assistance:

          All signage, FVRA forms, sample ballots, and official ballots were provided in English and Spanish to all polling locations.

**15**

EXHIBIT 2

## October 1 Report

County **Martin**

Please disclose the following *for each election* you've held or assisted a municipality with *since your last report*

Check here if NONE **X**

Filled out by:  Debbie Dent    Submitted on September 27,  2019

I.      Election Information: Please provide information regarding the election you held or assisted with

      A.  Date:

      B.  Offices/Issues on Ballot:

      C.  Jurisdiction (county or municipality (name)):

II.     Compliance Actions Taken: Please describe what specific steps you took to comply with Section 4(e) of the Voting Rights Act and the Court's Order:

III.    List the number of individuals requesting Spanish-language assistance:

      A.  Requests for Spanish-language sample ballot:

      B.  Requests for in-person Spanish-language assistance:

      C.  Requests for Spanish-language assistance over the phone/hotline:

      D.  Other requests for Spanish-language assistance:

IV.     List the number of individuals who accessed Spanish-language website:

V.      Please describe any other information regarding Spanish-language assistance:

16

**EXHIBIT 2**

**October 1 Report**

County _____ M̲O̲N̲R̲O̲E̲

Please disclose the following *for each election* you've held or assisted a municipality with *since your last report*

Check here if NONE _____

Filled out by:_____     Submitted on September _, 2019

I.   Election Information: Please provide information regarding the election you held or assisted with

   A.  Date:

   B.  Offices/Issues on Ballot:

   C.  Jurisdiction (county or municipality (name)):

II.  Compliance Actions Taken: Please describe what specific steps you took to comply with Section 4(e) of the Voting Rights Act and the Court's Order:

III. List the number of individuals requesting Spanish-language assistance:

   A.  Requests for Spanish-language sample ballot:

   B.  Requests for in-person Spanish-language assistance:

   C.  Requests for Spanish-language assistance over the phone/hotline:

   D.  Other requests for Spanish-language assistance:

IV.  List the number of individuals who accessed Spanish-language website:

V.   Please describe any other information regarding Spanish-language assistance:

City of Marathon will
be held Nov. 5, 2019

**17**

**EXHIBIT 2**

## October 1 Report

County OKALOOSA

Please disclose the following *for each election* you've held or assisted a municipality with *since your last report*

Check here if NONE __X__

Filled out by: Paul Lux, SOE Submitted on September 30, 2019

I.   Election Information: Please provide information regarding the election you held or assisted with

    A.  Date:

    B.  Offices/Issues on Ballot:

    C.  Jurisdiction (county or municipality (name)):

II.  Compliance Actions Taken: Please describe what specific steps you took to comply with Section 4(e) of the Voting Rights Act and the Court's Order:

III. List the number of individuals requesting Spanish-language assistance:

    A.  Requests for Spanish-language sample ballot:

    B.  Requests for in-person Spanish-language assistance:

    C.  Requests for Spanish-language assistance over the phone/hotline:

    D.  Other requests for Spanish-language assistance:

IV.  List the number of individuals who accessed Spanish-language website:

V.   Please describe any other information regarding Spanish-language assistance:

**18**

**EXHIBIT 2**

**October 1 Report**

County Okeechobee

Please disclose the following *for each election* you've held or assisted a municipality with *since your last report*

Check here if NONE__X__

Filled out by:__Diane Hagan_____          Submitted on September 27, 2019

    I.      Election Information: Please provide information regarding the election you held or assisted with   N/A

        A.  Date:

        B.  Offices/Issues on Ballot:

        C.  Jurisdiction (county or municipality (name)):

    II.     Compliance Actions Taken: Please describe what specific steps you took to comply with Section 4(e) of the Voting Rights Act and the Court's Order: N/A

    III.    List the number of individuals requesting Spanish-language assistance: N/A

        A.  Requests for Spanish-language sample ballot:

        B.  Requests for in-person Spanish-language assistance:

        C.  Requests for Spanish-language assistance over the phone/hotline:

        D.  Other requests for Spanish-language assistance:

    IV.    List the number of individuals who accessed Spanish-language website: N/A

    V.    Please describe any other information regarding Spanish-language assistance: N/A

**19**

**EXHIBIT 2**

# October 1 Report

County **Pasco**

Please disclose the following *for each election* you've held or assisted a municipality with *since your last report*

Check here if NONE_____

Filled out by:  Brian Corley           Submitted on September 30, 2019

I.  Election Information: Please provide information regarding the election you held or assisted with

    A.  Date: **September 10, 2019**

    **B.**  Offices/Issues on Ballot: **Special Election: City of Port Richey Councilperson (2 seats)**

    C.  Jurisdiction (county or municipality (name)): **City of Port Richey**

II.  Compliance Actions Taken: Please describe what specific steps you took to comply with Section 4(e) of the Voting Rights Act and the Court's Order:
    *We have no direct knowledge whether any of the Spanish-Speaking voters provided with assistance in Pasco County, Florida were covered under Section 4(e) of the Voting Rights Act however, in compliance with the Court's Order, we have done the following:*

    I.  Provide official Spanish language ballots on a:
        1.  unilingual ballot;
        2.  bi or multilingual ballot; and or
        3.  electronic Voter Assistance Terminal
        **Currently reviewing the various ballot types to make the ultimate decision after considering the economic and logistical impact.  We have purchased the license to produce the ballots in Spanish from our vendor. This will commence with the Presidential Preference Primary on March 17, 2019.**

    II.  Create toll free, county specific Spanish language hotline with:

        1.  At least one bilingual employee who:
            a.  Translates or assists during
                •  early voting hours
                •  when polls are open

**20**

**EXHIBIT 2**

- during cure period
- all business hours on other days

**We have established a toll-free Spanish-language hotline (833-828-3224)**

**We augmented our Bilingual staff and created three Language Assistance Officers (LAO) to assist ALL Spanish-language voters with translation, assisting Spanish-language voters not only during early voting, election day but EVERY day.**

**Worked with our BOCC to develop a Civic Leave Program for county employees to serve as pollworkers (includes a reference for bilingual pollworkers)**

**Outreach for bilingual pollworkers-The following persons/ organizations were provided a notice for bilingual pollworkers and requested they distribute to their membership:**
- o **Club Libertad Organization (Supervisor Corley spoke at their monthly meeting)**
- o **Margarita Romo-Executive Director for Farmworkers Self Help Organization.**
- o **Chairmen of the Pasco County DEC/REC**
- o **Partnered with our Tax Collector to provide bilingual pollworkers**

2. Display at each polling place the availability of Spanish hotline assistance, with both county and state's number (Columbia, Jackson, Okeechobee, Taylor and Wakulla may refer directly to state) **(Completed)**

Ill. Provide in Spanish all official election related written and electronic materials including (must be made known at polling places and SOE office these are available):

1. ballots **(In accordance with the Court's Order, will be done before 2020 PPP)**
2. vote-by-mail and early voting materials **(In process and in accordance with the Court's Order, will be done before the 2020 PPP)**
3. provisional ballot materials **(Completed)**
4. voter registration materials **(Partially completed and in**

**21**

**EXHIBIT 2**

> accordance with the Court's Order, will be done before the 2020 PPP; Spanish voter registration have been available for some time)

5. voter information materials and guides (**Partially completed and in accordance with the Court's Order, will be done before the 2020 PPP**)

6. notification of elections and polling places (**Partially completed and in accordance with the Court's Order, will be done before the 2020 PPP**)

7. polling place signage (**in process and in accordance with the Court's Order, will be done before the 2020 PPP**)

8. all information on SOE website (**We utilize Google Translator and we have made available Spanish versions of all forms in PDF**)

**Note: Our office had already begun to translate many of our forms and voting materials into Spanish. This included ensuring each early voting site and each election day polling place had Spanish-language resources available to voters.**

IV. All information provided to the public must likewise be provided in Spanish. (**In process and in accordance with the Court's Order, will be done before the 2020 PPP**).

V. Provide at each polling place a copy of the Spanish-English Elections Terms Glossary prepared by the EAC (**Completed**)

VI. Provide Spanish-language information on websites that is readily accessible through Spanish links. (**We utilize Google Translator**)

VII. Provide information in Spanish on websites and at polling places that voters may bring a helper. (**Completed**)

VIII. To the extent practicable, recruit, hire, train and assign bilingual pollworkers.

1. **Worked with our BOCC to develop a Civic Leave Program for county employees to serve as pollworkers (includes a reference for bilingual pollworkers)**

2. **Outreach for bilingual pollworkers-The following persons/organizations were provided a notice for bilingual pollworkers and requested they distribute to their membership:**

**22**

**EXHIBIT 2**

- **Club Libertad Organization (Supervisor Corley spoke at their monthly meeting)**
- **Margarita Romo-Executive Director for Farmworkers Self Help Organization**
- **Chairmen of the Pasco County DEC and REC**
- **Pasco County Tax Collector**

IX.   Train poll officials and other election personnel regarding section 4(e), including making Spanish language assistance and materials available. **(In compliance)**

X.   SOE's who run municipal elections prior to March 16, 2020, must provide Spanish facsimile sample ballots, and post the sample ballots on their website and provide notice of Spanish sample ballots at polling places. **(In compliance)**

III.   List the number of individuals requesting Spanish-language assistance:

A.   Requests for Spanish-language sample ballot: **(None)**

B.   Requests for in-person Spanish-language assistance: **(Five Voters)**

C.   Requests for Spanish-language assistance over the phone/hotline: **(Seven Voters)**

D.   Other requests for Spanish-language assistance: **(None to our knowledge)**

IV.   List the number of individuals who accessed Spanish-language website:

**We don't maintain a Spanish-language website, rather a voter can have the entire website translated into Spanish via Google Translator and most of our forms have been translated into Spanish and posted to our website as pdf's.**

V.   Please describe any other information regarding Spanish-language assistance:

**We are in the process of developing an estimate of the anticipated expenditures to comply with the Court's order and Governor DeSantis directive.**

**We attended an FSE multi-county workshop for guidance on converting to a bi-lingual jurisdiction.**

23

**EXHIBIT 2**

**Two individuals were also assisted in person that were customers from other government agencies that needed directions (although not applicable to an SOE function, we went above and beyond to assist Pasco County Citizens.**

**EXHIBIT 2**

## October 1 Report

County Putnam

Please disclose the following *for each election* you've held or assisted a municipality with *since your last report*

Check here if NONE X

Filled out by: Charles Overturf          Submitted on September 27, 2019

I.     Election Information: Please provide information regarding the election you held or assisted with

    A.  Date:

    B.  Offices/Issues on Ballot:

    C.  Jurisdiction (county or municipality (name)):

II.    Compliance Actions Taken: Please describe what specific steps you took to comply with Section 4(e) of the Voting Rights Act and the Court's Order:

III.   List the number of individuals requesting Spanish-language assistance:

    A.  Requests for Spanish-language sample ballot:

    B.  Requests for in-person Spanish-language assistance:

    C.  Requests for Spanish-language assistance over the phone/hotline:

    D.  Other requests for Spanish-language assistance:

IV.    List the number of individuals who accessed Spanish-language website:

V.     Please describe any other information regarding Spanish-language assistance:

**EXHIBIT 2**

## October 1 Report

County **Santa Rosa**

Please disclose the following *for each election* you've held or assisted a municipality with *since your last report*

Check here if NONE **X**

Filled out by: **Tappie A. Villane**          Submitted on **September 30, 2019**

I.      Election Information: Please provide information regarding the election you held or assisted with

     A.  Date:

     B.  Offices/Issues on Ballot:

     C.  Jurisdiction (county or municipality (name)):

II.     Compliance Actions Taken: Please describe what specific steps you took to comply with Section 4(e) of the Voting Rights Act and the Court's Order:

III.    List the number of individuals requesting Spanish-language assistance:

     A.  Requests for Spanish-language sample ballot:

     B.  Requests for in-person Spanish-language assistance:

     C.  Requests for Spanish-language assistance over the phone/hotline:

     D.  Other requests for Spanish-language assistance:

IV.     List the number of individuals who accessed Spanish-language website:

V.      Please describe any other information regarding Spanish-language assistance:

**26**

EXHIBIT 2

## October 1 Report

Sarasota County

Please disclose the following *for each election* you've held or assisted a municipality with *since your last report*

Check here if NONE_____

Filled out by: Ron Turner, Supervisor of Elections Submitted on September 30, 2019

- I. Election Information: Please provide information regarding the election you held or assisted with

  A. Date:  11-5-2019

  B. Offices/Issues on Ballot: City Council and Mayoral Races

  C. Jurisdiction (county or municipality (name)): City of Venice, Florida

- II. Compliance Actions Taken: Please describe what specific steps you took to comply with Section 4(e) of the Voting Rights Act and the Court's Order:

  We have created English and Spanish language sample ballots, which will be mailed to voter households and are available on our office website.  The bilingual sample ballots will be made available during early voting and at polling locations on election day.  Signage will be placed during early voting and at polling locations to alert voters that bilingual sample ballots are available.

- III. List the number of individuals requesting Spanish-language assistance:

  A. Requests for Spanish-language sample ballot: N/A

  B. Requests for in-person Spanish-language assistance: N/A

  C. Requests for Spanish-language assistance over the phone/hotline: N/A

  D. Other requests for Spanish-language assistance: N/A

- IV. List the number of individuals who accessed Spanish-language website: N/A

- V. Please describe any other information regarding Spanish-language assistance: N/A

27

**EXHIBIT 2**

### October 1 Report

St. Johns County, FL

Please disclose the following *for each election* you've held or assisted a municipality with *since August 26, 2019*

Check here if NONE ___XXX_____

Filled out by:  <u>Vicky Oakes, Supervisor of Elections</u>          Submitted:  <u>September 27, 2019</u>

I.     Election Information: Please provide information regarding the election you held or assisted with

    A. Date:

    B. Offices/Issues on Ballot:

    C. Jurisdiction (county or municipality (name)):          St. Johns County, FL

II.     Compliance Actions Taken: Please describe what specific steps you took to comply with Section 4(e) of the Voting Rights Act and the Court's Order:

III.     List the number of individuals requesting Spanish-language assistance:

    A. Requests for Spanish-language sample ballot:

    B. Requests for in-person Spanish-language assistance:

    C. Requests for Spanish-language assistance over the phone/hotline:

    D. Other requests for Spanish-language assistance:

IV.     List the number of individuals who accessed Spanish-language website:

V.     Please describe any other information regarding Spanish-language assistance:



Vicky C. Oakes
St. Johns County Supervisor of Elections

**28**

**EXHIBIT 2**

Please disclose the following *for each election* you've held or assisted a municipality with *since May 10, 2019*:

I.   Election Information: Please provide information regarding the election you held or assisted with

- Date:   No elections have been held in St Lucie County since May 10, 2019

- Offices/Issues on Ballot:      N/A

- Jurisdiction (county or municipality (name):          N/A

II.   Compliance Actions Taken: Please describe what specific steps you took to comply with Section 4(e) of the Voting Rights Act and the Court's Order:
- Completed software upgrades with Dominion Voting Systems to ensure our voting equipment was updated for Spanish translation on September 17th.
- Completed training session which will be held on September 19th at Columbia County.
- Contracted with AT&T for a toll free number to replace our current Spanish Hotline
- Active recruitment of Spanish speaking Poll Workers
  - Placed ads in local Spanish Newspapers –LaVoz & El Hispano
  - Coordinated with Raul Irizarry, Puerto Rican Day Parade Event Promoter to communicate need for Bilingual Election Workers during the event
  - Sent Letter to San Juan Festival promoters to communicate need for Bilingual Election Worker during the event
  - Placed ads in the Tribune
- Scheduled automated monthly reporting for website requests

- 7 staff members attended a recent Spanish Language Workshop, held in Tampa
  - Each department is reviewing their area to determine what documentation will need to be translated and which templates can be utilized based on data forwarded from other counties.

III.   List the number of individuals requesting Spanish-language assistance:
- Requests for Spanish-language sample ballot:  0

- Requests for in-person Spanish-language assistance: 0

- Requests for Spanish-language assistance over the phone/hotline: 0

  - Pending ATT assignment of 800 # - Local Spanish Assistance # = 0

**29**

**EXHIBIT 2**

- Other requests for Spanish-language assistance: 0

IV.   List the number of individuals who accessed Spanish-language website: 5

V.    Please describe any other information regarding Spanish-language assistance:

- PSA announcements were sent to local Spanish radio stations.
- Contracted with Language Link to complete translation of Guide to Elected and Appointed Officials.
- We have implemented a Spanish Language Assistance Log to document in-office and phone assistance

**30**

**EXHIBIT 2**

## October 1 Report

County __Sumter_____

Please disclose the following *for each election* you've held or assisted a municipality with *since your last report*

Check here if NONE__✓___
(Still working on the last one reported…Wildwood Mail Ballot Special Election)

Filled out by:__Traci Oliver_____        Submitted on September 30_, 2019

   I.     Election Information: Please provide information regarding the election you held or assisted with

       A.  Date:

       B.  Offices/Issues on Ballot:

       C.  Jurisdiction (county or municipality (name)):

   II.    Compliance Actions Taken: Please describe what specific steps you took to comply with Section 4(e) of the Voting Rights Act and the Court's Order:

  III.   List the number of individuals requesting Spanish-language assistance:

       A.  Requests for Spanish-language sample ballot:

       B.  Requests for in-person Spanish-language assistance:

       C.  Requests for Spanish-language assistance over the phone/hotline:

       D.  Other requests for Spanish-language assistance:

  IV.   List the number of individuals who accessed Spanish-language website:

   V.    Please describe any other information regarding Spanish-language assistance:

**31**

**EXHIBIT 2**

## Kristen Diot

| | |
|---|---|
| **From:** | Dana Southerland <dana@taylorelections.com> |
| **Sent:** | Friday, September 27, 2019 4:35 PM |
| **To:** | Davis, Ashley E. |
| **Subject:** | RE: Spanish-Language Assistance Information |

EMAIL RECEIVED FROM EXTERNAL SOURCE

Taylor County has conducted no elections since our last report.

*Dana Southerland*

**Dana Southerland, CERA, MFCEP**
**Supervisor of Elections**
**Taylor County, Florida**
**State Certified Supervisor of Elections**
**P O Box 1060**
**Perry, Florida 32348**
**Phone: 850.838.3515**
**Fax: 850.838.3516**
**Email: taylorelections@gtcom.net**
**Web: www.taylorelections.com**



**32**

**EXHIBIT 2**



**33**

EXHIBIT 2

## October 1 Report

County __Wakulla_____

Please disclose the following *for each election* you've held or assisted a municipality with *since your last report*

Check here if NONE____

Filled out by: _Henry F. Wells_____          Submitted on September 27, 2019

I.     Election Information: Please provide information regarding the election you held or assisted with

   A.  Date: April 9, 2019 & June 18, 2019

   B.  Offices/Issues on Ballot: House District 7 Representative

   C.  Jurisdiction (Wakulla County):

II.    Compliance Actions Taken: Please describe what specific steps you took to comply with Section 4(e) of the Voting Rights Act and the Court's Order: Created Spanish Sample Ballot & Election Ballot for both elections with no REQUEST for them!

III.   List the number of individuals requesting Spanish-language assistance:

   A.  Requests for Spanish-language sample ballot: None

   B.  Requests for in-person Spanish-language assistance: None

   C.  Requests for Spanish-language assistance over the phone/hotline: None

   D.  Other requests for Spanish-language assistance: None

IV.    List the number of individuals who accessed Spanish-language website: At this time none that I am aware of, but the website is not set up to track hits. Working to get the site up & running to track all hits and should be completed by end of Month.

V.     Please describe any other information regarding Spanish-language assistance: During the last three elections General 2018, Special Primary 2019 & Special General 2019, we had NO request for anything in Spanish! During this time frame the office had available Sample Ballots and Election Ballots in Spanish but no request for either.

34