UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MARTA VALENTIA RIVERA
MADERA, *et al.*,

      Plaintiffs,                    Case No. 1:18-cv-00152-MW-GRJ

v.

MICHAEL ERTEL, *et al.*,

      Defendants.

_____/

## NOTICE OF COMPLIANCE

On May 10, 2019, this Court entered an Order granting Plaintiffs Preliminary Injunction in part and requiring: "On or before August 1, 2019, and on the first of every month thereafter, the Secretary shall file a notice of compliance in this Court documenting all actions taken pursuant to this Order." *See* ECF 131 at 15. Accordingly, the Secretary conducted a survey amongst the Supervisors of Elections to ascertain what action has been taken since October 1, 2019, pursuant to this Court's May 10, 2019, Order.  All supervisors responded, with the exceptions of Alachua, Bay, Duval, Lake, Leon, Levy, Monroe, St. Johns, Sarasota, and Taylor.[1] Of the 32 counties, two (Santa Rosa and Sumter) have held or facilitated an election

---

[1] Based on the Supervisor of Elections' websites, it does not appear that any elections have been conducted in these counties since October 1, 2019.

1

since the October 1st Compliance report.  Based on the responses of the Supervisors,

it appears that the elections held complied with this Court's requirements.   The

Secretary has attached a summary of the responses for this Court's convenience.  *See*

**Exhibit 1**.  Additionally, the Secretary has compiled the supervisors' responses in a

single book-marked and bate-stamped PDF together with an index.[2]  *See* **Exhibit 2**.

Bradley R McVay (FBN 79034)
  *General Counsel*
  brad.mcvay@dos.myflorida.com
Ashley E. Davis (FBN 48032)
  *Deputy General Counsel*
  ashley.davis@dos.myflorida.com
Florida Department of State
R.A. Gray Building Suite, 100
500 South Bronough Street
Tallahassee, Florida 32399-0250
(850) 245-6536 /   (850) 245-6127 (fax)


*/s/ Mohammad O. Jazil*
Mohammad O. Jazil (FBN 72556)
  mjazil@hgslaw.com
Gary V. Perko (FBN 855898)
  gperko@hgslaw.com
Joseph A. Brown (FBN 25765)
  josephb@hgslaw.com
Hopping Green & Sams, P.A.
119 South Monroe Street, Suite 300
Tallahassee, Florida 32301
(850) 222-7500 / (850) 224-8551 (fax)

 Dated:  November1, 2019          ***Counsel for the Secretary of State***

---

[2] These counties are Alachua, Bay, Brevard, Charlotte, Citrus, Clay, Columbia, Duval, Escambia, Flagler, Hernando, Highlands, Indian River, Jackson, Lake, Leon, Levy, Manatee, Marion, Martin, Monroe, Okaloosa, Okeechobee, Pasco, Putnam, St. Johns, St. Lucie, Santa Rosa, Sarasota, Sumter, Taylor, and Wakulla.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via transmission of a Notice of Electronic Filing through the Court's CM/ECF system on this 1st day of November 2019.

*/s/ Mohammad O. Jazil*
Attorney

ACTIONS TAKEN IN RESPONSE TO COURT'S ORDER SINCE OCTOBER 1, 2019

| County | Election since August 1, 2019? | Elections | | Requests | | | Website | Other Information |
|---|---|---|---|---|---|---|---|---|
| | | Spanish Sample Ballot | Spanish Language Signage/Translator | Ballot | In Person Assistance | Telephonic Assistance | | |
| **Alachua**[*] | - | - | - | - | - | - | - | - |
| **Bay**[*] | - | - | - | - | - | - | - | - |
| **Brevard** | No | - | - | - | - | - | - | - |
| **Charlotte** | No | - | - | - | - | - | - | - |
| **Citrus** | No | | - | - | - | - | - | Updated and translated multiple documents, including Spanish language instructions. |
| **Clay** | No | - | - | - | - | - | - | - |
| **Columbia** | No | - | - | - | - | - | - | - |
| **Duval**[*] | - | - | - | - | - | - | - | - |
| **Escambia** | No | - | - | - | 0 | 0 | 21 | Translating various documents, Spanish voter guides are available to public |
| **Flagler** | No | - | - | - | - | - | - | - |
| **Hernando** | No | - | - | 0 | 1 | 0 | 20 | Translated voter materials-Received 3 Bilingual pollworker applications |
| **Highlands** | No | - | - | - | - | - | - | - |
| **Indian River** | No | - | - | - | - | - | - | - |
| **Jackson** | No | - | - | - | - | - | - | - |
| **Lake**[*] | - | - | - | - | - | - | - | - |
| **Leon**[*] | - | - | - | - | - | - | - | - |
| **Levy**[*] | - | - | - | - | - | - | - | - |
| **Manatee**[*] | - | - | - | - | - | - | - | - |

* Did  not respond to requests for update, however, based on review of Supervisor of Elections website, it appears no elections have been conducted since October 1, 2019.

**EXHIBIT 1**

ACTIONS TAKEN IN RESPONSE TO COURT'S ORDER SINCE OCTOBER 1, 2019

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Marion** | No | - | - | 0 | 3 | 0 | 0 | We have been preparing for two November elections, a town election and a run-off election. Election workers returned for training, as mandated by F.S. 102.014, and bilingual materials were reviewed. Workers were reminded of the different types of assistance available to Spanish-speaking voters and that any voter may bring someone to assist them at the polls. |
| **Martin** | No | - | - | - | - | - | - | - |
| **Monroe**[*] | - | - | - | - | - | - | - | - |
| **Okaloosa** | No | - | - | - | - | - | - | - |
| **Okeechobee** | No | - | - | - | - | - | - | - |
| **Pasco** | No | - | - | - | - | - | - | - |
| **Putnam** | No | - | - | - | - | - | - | - |
| **St. Johns**[*] | - | - | - | - | - | - | - | - |
| **St. Lucie** | No | - | - | 0 | 0 | 0 | 1 | •Completed software upgrades with Dominion Voting Systems to ensure our voting equipment was updated for Spanish translation on September 17th. •Completed training session which will be |

* Did  not respond to requests for update, however, based on review of Supervisor of Elections website, it appears no elections have been conducted since October 1, 2019.

**EXHIBIT 1**

ACTIONS TAKEN IN RESPONSE TO COURT'S ORDER SINCE OCTOBER 1, 2019

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | held on September 19th at Columbia County.<br>•Contracted with AT&T for a toll free number to replace our current Spanish Hotline<br>•Active recruitment of Spanish speaking Poll Workers<br>•Scheduled automated monthly reporting for website requests<br>•7 staff members attended a recent Spanish Language Workshop, held in Tampa<br>Hired additional bilingual pollworkers<br>Updating absentee Ballot instructions and envelopes. |
| **Santa Rosa** | Yes | Yes | Yes | 0 | 0 | 0 | 0 | Hired one bilingual employee<br>Provided sample ballots in Spanish and English<br>Posted information regarding Spanish sample ballots at each polling place on election day |
| **Sarasota*** | - | - | - | - | - | - | - | - |

* Did not respond to requests for update, however, based on review of Supervisor of Elections website, it appears no elections have been conducted since October 1, 2019.

**EXHIBIT 1**

ACTIONS TAKEN IN RESPONSE TO COURT'S ORDER SINCE OCTOBER 1, 2019

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Sumter** | Yes | N/A | Yes | 0 | 0 | 0 | 0 | All the previous changes are still in place as previously reported. A bi-lingual mailed ballot was sent to 100% of the voters for The City of Wildwood. |
| **Taylor** | No* | - | - | - | - | - | - | - |
| **Wakulla** | No | - | - | - | - | - | - | - |

* Did  not respond to requests for update, however, based on review of Supervisor of Elections website, it appears no elections have been conducted since October 1, 2019.

**EXHIBIT 1**

| COUNTY | BATES STAMP |
|---|---|
| Brevard | 001 |
| Charlotte | 002 |
| Citrus | 003-004 |
| Clay | 005 |
| Columbia | 006 |
| Escambia | 007 |
| Flagler | 008 |
| Hernando | 009 |
| Highlands | 010 |
| Indian River | 011 |
| Jackson | 012 |
| Marion | 013 |
| Martin | 014 |
| Okaloosa | 015 |
| Okeechobee | 016 |
| Pasco | 017 |
| Putnam | 018 |
| Santa Rosa | 019-020 |
| St. Lucie | 021-022 |
| Sumter | 023-024 |
| Wakulla | 025 |

**EXHIBIT 2**

Please disclose the following *for each election* you've held or assisted a municipality with *since May 10, 2019*:

I.      Election Information: Please provide information regarding the election you held or assisted with

      A.   Date: Brevard County has not conducted an election since the 2018 General Election

      B.   Offices/Issues on Ballot: N/A

      C.   Jurisdiction (county or municipality (name)): Brevard County

II.     Compliance Actions Taken: Please describe what specific steps you took to comply with Section 4(e) of the Voting Rights Act and the Court's Order: N/A

III.    List the number of individuals requesting Spanish-language assistance:

      A.   Requests for Spanish-language sample ballot: N/A

      B.   Requests for in-person Spanish-language assistance: N/A

      C.   Requests for Spanish-language assistance over the phone/hotline: N/A

      D.   Other requests for Spanish-language assistance: N/A

IV.     List the number of individuals who accessed Spanish-language website: N/A

V.      Please describe any other information regarding Spanish-language assistance: N/A

**EXHIBIT 2**

**November 1 Report**

County Charlotte

Please disclose the following *for each election* you've held or assisted a municipality with *since your last report*

Check here if NONE:   **X**

Filled out by: Diane R. Verdon            Submitted on October 29, 2019

I.      Election Information: Please provide information regarding the election you held or assisted with

    A.  Date:

    B.  Offices/Issues on Ballot:

    C.  Jurisdiction (county or municipality (name)):

II.     Compliance Actions Taken: Please describe what specific steps you took to comply with Section 4(e) of the Voting Rights Act and the Court's Order:

III.    List the number of individuals requesting Spanish-language assistance:

    A.  Requests for Spanish-language sample ballot:

    B.  Requests for in-person Spanish-language assistance:

    C.  Requests for Spanish-language assistance over the phone/hotline:

    D.  Other requests for Spanish-language assistance:

IV.     List the number of individuals who accessed Spanish-language website:

V.      Please describe any other information regarding Spanish-language assistance:

**EXHIBIT 2**

**November 1 Report**

County Citrus_

Please disclose the following *for each election* you've held or assisted a municipality with *since your last report*

Check here if NONE__X__

Filled out by Maureen Baird  Submitted on October 31, 2019

I.     Election Information: Please provide information regarding the election you held or assisted with

    A.  Date: 0

    B.  Offices/Issues on Ballot: 0

    C.  Jurisdiction (county or municipality (name)): 0

II.    Compliance Actions Taken: Please describe what specific steps you took to comply with Section 4(e) of the Voting Rights Act and the Court's Order:

III.    List the number of individuals requesting Spanish-language assistance:

    A.  Requests for Spanish-language sample ballot:  0

    B.  Requests for in-person Spanish-language assistance:0

    C.  Requests for Spanish-language assistance over the phone/hotline:0

    D.  Other requests for Spanish-language assistance:0

IV.    List the number of individuals who accessed Spanish-language website:0

V.    Please describe any other information regarding Spanish-language assistance:

| Date | Description |
|---|---|
| October 1, 2019 | Updated Voter Instructions sheet with translation from Avantpage. SB |
| October 3, 2019 | Updated spanish language on multi-purpose affidavit and declaration to provide assistance from Avantpage translation services. SB |
| October 5, 2019 | Sent multi-purpose affidavit and declaration to provide assistance to the printer. SB |
| October 8, 2019 | Invoice 42895 Sent MARGE Secrecy Sleeve to Avantpage for proofing Spanish. SB |
| October 11, 2019 | Updated MARGE Secrecy Sleeve with translation from Avantpage. SB |
| October 22, 2019 | Lamination of Voting Booth Instructions Spanish/English |
| October 22, 2019 | Voting Booth Instructions Printed Spanish/English |
| October 22, 2019 | CIT-114 ACON (09-19.pdf, CIT-115 ACHG (09-19).pdf, CIT-116 FN (09-19).pdf Translation for the Confirmation Cards |
| October 22, 2019 | Printing of the Confirmation cards Spanish (Dale Woodruff) |
| October 2, 2019 | Invoice from AVANTPAGE  #42515 |

**003**

**EXHIBIT 2**

| | |
|---|---|
| October 2, 2019 | Invoice from AVANTPAGE  #42514 2016 MPA-Referral Form_.doc, CC-011-DSA DECLARATION TO PROVIDE & SECURE ASSISTANC |
| October 11, 2019 | Printing of the Multipurpose Affidavits - Hannie Printing |
| October 11, 2019 | Printing the Declaration to Secure assistance - Hannie Printing |
| October 22, 2019 | Sent Voter Certificate, Voting Certificate Affirmation, and List of Acceptable ID documents to Avantpage for Spanish translation. SB |
| October 22 2019 | Vote Here Signs in Spanish Inclusion Solutions and Buttons english and spanish Inclusion Solutions |
| October 22 2019 | I voted Stickers  InTab |
| October 22 2019 | Voter Certificate Spanish Translation sent to Advant |
| October 22, 2019 | Voer Certificate Affirmation spanish translation Sent to Advant |
| October 22, 2019 | Excel Spreadsheet of all precicnt Signs sent to Advant |
| October 22, 2019 | Ben Cruz Left message Latino club of citrus hills phone call |
| October 22, 2019 | Resume for bilingual worker - EA |
| October 24, 2019 | Received proofed Precinct Signs Excel spreadsheet from Avantpage. Invoice IN-X-43467. SB |
| October 28, 2019 | Received Spanish translated Voter Certificate, Voting Cert. Affirmation, and List of Acceptable ID from Avantpage. Invoice IN-X-43523 SB |

**004**

**EXHIBIT 2**

**November 1 Report**

County __Clay_____

Please disclose the following *for each election* you've held or assisted a municipality with *since your last report*

Check here if NONE__✓____

Filled out by: Chris H. Chambless_____          Submitted on October 29_, 2019

    I.       Election Information: Please provide information regarding the election you held or assisted with

          A.  Date:

          B.  Offices/Issues on Ballot:

          C.  Jurisdiction (county or municipality (name)):

    II.      Compliance Actions Taken: Please describe what specific steps you took to comply with Section 4(e) of the Voting Rights Act and the Court's Order:

    III.     List the number of individuals requesting Spanish-language assistance:

          A.  Requests for Spanish-language sample ballot:

          B.  Requests for in-person Spanish-language assistance:

          C.  Requests for Spanish-language assistance over the phone/hotline:

          D.  Other requests for Spanish-language assistance:

    IV.     List the number of individuals who accessed Spanish-language website:

    V.      Please describe any other information regarding Spanish-language assistance:

**005**

**EXHIBIT 2**

**November 1 Report**

County Columbia

Please disclose the following *for each election* you've held or assisted a municipality with *since your last report*

Check here if NONE  X

Filled out by:  Melinda Fryman          Submitted on October 30 , 2019

I.      Election Information: Please provide information regarding the election you held or assisted with

     A.  Date:

     B.  Offices/Issues on Ballot:

     C.  Jurisdiction (county or municipality (name)):

II.     Compliance Actions Taken: Please describe what specific steps you took to comply with Section 4(e) of the Voting Rights Act and the Court's Order:

III.    List the number of individuals requesting Spanish-language assistance:

     A.  Requests for Spanish-language sample ballot:

     B.  Requests for in-person Spanish-language assistance:

     C.  Requests for Spanish-language assistance over the phone/hotline:

     D.  Other requests for Spanish-language assistance:

IV.     List the number of individuals who accessed Spanish-language website:

V.      Please describe any other information regarding Spanish-language assistance:

**006**

**EXHIBIT 2**

**November 1 Report**

County <u>Escambia</u>

Please disclose the following *for each election* you've held or assisted a municipality with *since your last report*

Check here if NONE_X__

Filled out by:  Liz Carew          Submitted on October 29, 2019

I.      Election Information: Please provide information regarding the election you held or assisted with

      A.  Date: N/A

      B.  Offices/Issues on Ballot:

      C.  Jurisdiction (county or municipality (name)):

II.     Compliance Actions Taken: Please describe what specific steps you took to comply with Section 4(e) of the Voting Rights Act and the Court's Order:

      1.  The following documents are being translated:
- Vote-By-Mail (VBM) postcard acknowledging receipt of VBM request
- VBM Cure Affidavit in-house letter
- 2020 Notice of Elections
- VBM Request Form
- VBM UOCAVA Certificate

      2.  Spanish-language Voter Guides have been printed and are available to public

III.    List the number of individuals requesting Spanish-language assistance:

      A.  Requests for Spanish-language sample ballot:  None

      B.  Requests for in-person Spanish-language assistance:  None

      C.  Requests for Spanish-language assistance over the phone/hotline:  None

      D.  Other requests for Spanish-language assistance:  None

IV.     List the number of individuals who accessed Spanish-language website: 21 (September 29-October 28, 2019)

V.      Please describe any other information regarding Spanish-language assistance: N/A

**007**

**EXHIBIT 2**

**November 1 Report**

County Flagler

Please disclose the following *for each election* you've held or assisted a municipality with *since your last report*

Check here if NONE___X___

Filled out by: Kaiti Lenhart, Supervisor of Elections          Submitted on October 31, 2019

I.    Election Information: Please provide information regarding the election you held or assisted with

    A.  Date:

    B.  Offices/Issues on Ballot:

    C.  Jurisdiction (county or municipality (name)):

II.   Compliance Actions Taken: Please describe what specific steps you took to comply with Section 4(e) of the Voting Rights Act and the Court's Order:

III.  List the number of individuals requesting Spanish-language assistance:

    A.  Requests for Spanish-language sample ballot:

    B.  Requests for in-person Spanish-language assistance:

    C.  Requests for Spanish-language assistance over the phone/hotline:

    D.  Other requests for Spanish-language assistance:

IV.   List the number of individuals who accessed Spanish-language website:

V.    Please describe any other information regarding Spanish-language assistance:

**008**

**EXHIBIT 2**

## October 1 Report

County **Hernando**

Please disclose the following *for each election* you've held or assisted a municipality with *since your last report*

Check here if NONE___X_

Filled out by: Shirley Anderson          Submitted on October 29, 2019

I.     Election Information: Please provide information regarding the election you held or assisted with

    A.  Date: None

    B.  Offices/Issues on Ballot: None

    C.  Jurisdiction (county or municipality (name)): Hernando County, FL

II.    Compliance Actions Taken: Please describe what specific steps you took to comply with Section 4(e) of the Voting Rights Act and the Court's Order: See Section V

III.   List the number of individuals requesting Spanish-language assistance:

    A.  Requests for Spanish-language sample ballot: None

    B.  Requests for in-person Spanish-language assistance: One in person at office

    C.  Requests for Spanish-language assistance over the phone/hotline: None

    D.  Other requests for Spanish-language assistance: None

IV.    List the number of individuals who accessed Spanish-language website: 20 of which 5 were SOE staff

V.     Please describe any other information regarding Spanish-language assistance:

    Translated voter materials
    Received 3 Spanish applications

**009**

**EXHIBIT 2**

## November 1 Report

County __Highlands_____

Please disclose the following *for each election* you've held or assisted a municipality with *since your last report*

Check here if NONE__X__

Filled out by:__Penny_____          Submitted on October 30_, 2019

I.     Election Information: Please provide information regarding the election you held or assisted with

    A.  Date:

    B.  Offices/Issues on Ballot:

    C.  Jurisdiction (county or municipality (name)):

II.     Compliance Actions Taken: Please describe what specific steps you took to comply with Section 4(e) of the Voting Rights Act and the Court's Order:

III.     List the number of individuals requesting Spanish-language assistance:

    A.  Requests for Spanish-language sample ballot:

    B.  Requests for in-person Spanish-language assistance:

    C.  Requests for Spanish-language assistance over the phone/hotline:

    D.  Other requests for Spanish-language assistance:

IV.     List the number of individuals who accessed Spanish-language website:

V.     Please describe any other information regarding Spanish-language assistance:

EXHIBIT 2

**November 1 Report**

County __Indian River_____

Please disclose the following *for each election* you've held or assisted a municipality with *since your last report*

Check here if NONE_X____

Filled out by:Leslie Swan_____ Submitted on October  28_, 2019

I.  Election Information: Please provide information regarding the election you held or assisted with

    A.  Date:

    B.  Offices/Issues on Ballot:

    C.  Jurisdiction (county or municipality (name)):

II.  Compliance Actions Taken: Please describe what specific steps you took to comply with Section 4(e) of the Voting Rights Act and the Court's Order:

III.  List the number of individuals requesting Spanish-language assistance:

    A.  Requests for Spanish-language sample ballot:

    B.  Requests for in-person Spanish-language assistance:

    C.  Requests for Spanish-language assistance over the phone/hotline:

    D.  Other requests for Spanish-language assistance:

IV.  List the number of individuals who accessed Spanish-language website:

V.  Please describe any other information regarding Spanish-language assistance:

**011**

**EXHIBIT 2**

**November 1 Report**

County __JACKSON_____

Please disclose the following *for each election* you've held or assisted a municipality with *since your last report*

Check here if NONE_X____

Filled out by:___Sylvia Stephens_____        Submitted on October _29__, 2019

    I.      Election Information: Please provide information regarding the election you held or assisted with

          A.  Date:

          B.  Offices/Issues on Ballot:

          C.  Jurisdiction (county or municipality (name)):

    II.     Compliance Actions Taken: Please describe what specific steps you took to comply with Section 4(e) of the Voting Rights Act and the Court's Order:

    III.    List the number of individuals requesting Spanish-language assistance:

          A.  Requests for Spanish-language sample ballot:

          B.  Requests for in-person Spanish-language assistance:

          C.  Requests for Spanish-language assistance over the phone/hotline:

          D.  Other requests for Spanish-language assistance:

    IV.    List the number of individuals who accessed Spanish-language website:

    V.     Please describe any other information regarding Spanish-language assistance:

EXHIBIT 2

**November 1 Report**

County Marion

Please disclose the following *for each election* you've held or assisted a municipality with *since your last report.*

Check here if NONE ✓

Filled out by: Charlee Nichols          Submitted on October 30, 2019

    I.      Election Information: Please provide information regarding the election you held or assisted with

        A. Date:

        B. Offices/Issues on Ballot:

        C. Jurisdiction (county or municipality (name)):

    II.    Compliance Actions Taken: Please describe what specific steps you took to comply with Section 4(e) of the Voting Rights Act and the Court's Order:

We have been preparing for two November elections, a town election and a run-off election. Election workers returned for training, as mandated by F.S. 102.014, and bilingual materials were reviewed. Workers were reminded of the different types of assistance available to Spanish-speaking voters and that any voter may bring someone to assist them at the polls.

    III.   List the number of individuals requesting Spanish-language assistance:

        A. Requests for Spanish-language sample ballot: 0

        B. Requests for in-person Spanish-language assistance: 3

        C. Requests for Spanish-language assistance over the phone/hotline: 0

        D. Other requests for Spanish-language assistance: 0

    IV.   List the number of individuals who accessed Spanish-language website: 0

    V.    Please describe any other information regarding Spanish-language assistance:

We have been preparing for two elections as noted above. Voting location materials have been stocked/restocked to include the required items in both English and Spanish (e.g. FVRA forms, affidavits, sample ballots) and precinct carts are being verified as having the important bilingual signage and postings.

**013**

**EXHIBIT 2**

**November 1 Report**

County:  Martin

Please disclose the following *for each election* you've held or assisted a municipality with *since your last report*

Check here if NONE:  X

Filled out by:  Vicki Davis, Martin County Supervisor of Elections
Submitted on October 29, 2019

I.   Election Information: Please provide information regarding the election you held or assisted with

    A.  Date:

    B.  Offices/Issues on Ballot:

    C.  Jurisdiction (county or municipality (name)):

II.   Compliance Actions Taken: Please describe what specific steps you took to comply with Section 4(e) of the Voting Rights Act and the Court's Order:

III.   List the number of individuals requesting Spanish-language assistance:

    A.  Requests for Spanish-language sample ballot:

    B.  Requests for in-person Spanish-language assistance:

    C.  Requests for Spanish-language assistance over the phone/hotline:

    D.  Other requests for Spanish-language assistance:

IV.   List the number of individuals who accessed Spanish-language website:

V.   Please describe any other information regarding Spanish-language assistance:

**014**

**EXHIBIT 2**

### November 1 Report

County: OKALOOSA

Please disclose the following *for each election* you've held or assisted a municipality with *since your last report*

Check here if NONE   X

Filled out by:  Paul Lux, SOE            Submitted on October 31, 2019

I.     Election Information: Please provide information regarding the election you held or assisted with

   A.  Date:

   B.  Offices/Issues on Ballot:

   C.  Jurisdiction (county or municipality (name)):

II.    Compliance Actions Taken: Please describe what specific steps you took to comply with Section 4(e) of the Voting Rights Act and the Court's Order:

III.   List the number of individuals requesting Spanish-language assistance:

   A.  Requests for Spanish-language sample ballot:

   B.  Requests for in-person Spanish-language assistance:

   C.  Requests for Spanish-language assistance over the phone/hotline:

   D.  Other requests for Spanish-language assistance:

IV.    List the number of individuals who accessed Spanish-language website:

V.     Please describe any other information regarding Spanish-language assistance:

**015**

**EXHIBIT 2**

**November 1 Report**

County _Okeechobee_

Please disclose the following *for each election* you've held or assisted a municipality with *since your last report*

Check here if NONE__X__

Filled out by:_ Diane Hagan_          Submitted on October 30, 2019

I.      Election Information: Please provide information regarding the election you held or assisted with

         A.   Date:

         B.   Offices/Issues on Ballot:

         C.   Jurisdiction (county or municipality (name)):

II.      Compliance Actions Taken: Please describe what specific steps you took to comply with Section 4(e) of the Voting Rights Act and the Court's Order:

III.      List the number of individuals requesting Spanish-language assistance:

         A.   Requests for Spanish-language sample ballot:

         B.   Requests for in-person Spanish-language assistance:

         C.   Requests for Spanish-language assistance over the phone/hotline:

         D.   Other requests for Spanish-language assistance:

IV.      List the number of individuals who accessed Spanish-language website:

V.      Please describe any other information regarding Spanish-language assistance:

**016**

**EXHIBIT 2**

**November 1 Report**

County **Pasco**

Please disclose the following *for each election* you've held or assisted a municipality with *since your last report*

Check here if NONE      **X**

Filled out by: **Tiffannie Alligood**      Submitted on **October 30, 2019**

I.      Election Information: Please provide information regarding the election you held or assisted with

     A.  Date:

     B.  Offices/Issues on Ballot:

     C.  Jurisdiction (county or municipality (name)):

II.     Compliance Actions Taken: Please describe what specific steps you took to comply with Section 4(e) of the Voting Rights Act and the Court's Order:

III.    List the number of individuals requesting Spanish-language assistance:

     A.  Requests for Spanish-language sample ballot:

     B.  Requests for in-person Spanish-language assistance:

     C.  Requests for Spanish-language assistance over the phone/hotline:

     D.  Other requests for Spanish-language assistance:

IV.     List the number of individuals who accessed Spanish-language website:

V.      Please describe any other information regarding Spanish-language assistance:

**017**

EXHIBIT 2

## November 1 Report

County Putnam

Please disclose the following *for each election* you've held or assisted a municipality with *since your last report*

Check here if NONE  X

Filled out by: Charles Overturf          Submitted on October 29, 2019

I.     Election Information: Please provide information regarding the election you held or assisted with

     A.  Date:

     B.  Offices/Issues on Ballot:

     C.  Jurisdiction (county or municipality (name)):

II.    Compliance Actions Taken: Please describe what specific steps you took to comply with Section 4(e) of the Voting Rights Act and the Court's Order:

III.   List the number of individuals requesting Spanish-language assistance:

     A.  Requests for Spanish-language sample ballot:

     B.  Requests for in-person Spanish-language assistance:

     C.  Requests for Spanish-language assistance over the phone/hotline:

     D.  Other requests for Spanish-language assistance:

IV.    List the number of individuals who accessed Spanish-language website:

V.     Please describe any other information regarding Spanish-language assistance:

EXHIBIT 2

**November 1 Report**

County: **Santa Rosa**

Please disclose the following *for each election* you've held or assisted a municipality with *since your last report*

Check here if NONE_____

Filled out by: **Tappie A. Villane**        Submitted on **October 29, 2019**

I.      Election Information: Please provide information regarding the election you held or assisted with

    A.  Date: **October 8, 2019**

    B.  Offices/Issues on Ballot:

- **Local option sales tax (County wide)**
- **Pct. 38- Navarre Beach non-binding special fire district issue**
- **Pct. 22- City of Gulf Breeze 2 ordinance questions**

    C.  Jurisdiction (county or municipality (name): **Santa Rosa County and City of Gulf Breeze**

II.     Compliance Actions Taken: Please describe what specific steps you took to comply with Section 4(e) of the Voting Rights Act and the Court's Order:

- **Hired one bilingual employee ahead of the Special Election**
- **Provided sample ballots in both English and Spanish**
- **Posted information regarding Spanish sample ballots at each polling place on Election Day (there was no Early Voting for the Special Election)**

III.    List the number of individuals requesting Spanish-language assistance:

    A.  Requests for Spanish-language sample ballot: **0**

    B.  Requests for in-person Spanish-language assistance: **0**

    C.  Requests for Spanish-language assistance over the phone/hotline: **0**

    D.  Other requests for Spanish-language assistance: **0**

IV.     List the number of individuals who accessed Spanish-language website: **0**

V.      Please describe any other information regarding Spanish-language assistance: **N/A**

**019**

**EXHIBIT 2**

**EXHIBIT 2**

Please disclose the following *for each election* you've held or assisted a municipality with *since May 10, 2019*:

I.   Election Information: Please provide information regarding the election you held or assisted with

- Date:   No elections have been held in St Lucie County since May 10, 2019

- Offices/Issues on Ballot:      N/A

- Jurisdiction (county or municipality (name):        N/A

II.   Compliance Actions Taken: Please describe what specific steps you took to comply with Section 4(e) of the Voting Rights Act and the Court's Order:
- Completed software upgrades with Dominion Voting Systems to ensure our voting equipment was updated for Spanish translation on September 17th.
- Completed training session which will be held on September 19th at Columbia County.
- Contracted with AT&T for a toll free number to replace our current Spanish Hotline
- Active recruitment of Spanish speaking Poll Workers
  - Placed ads in local Spanish Newspapers –LaVoz & El Hispano
  - Coordinated with Raul Irizarry, Puerto Rican Day Parade Event Promoter to communicate need for Bilingual Election Workers during the event
  - Sent Letter to San Juan Festival promoters to communicate need for Bilingual Election Worker during the event
  - Placed ads in the Tribune
- Scheduled automated monthly reporting for website requests

- 7 staff members attended a recent Spanish Language Workshop, held in Tampa
  - Each department is reviewing their area to determine what documentation will need to be translated and which templates can be utilized based on data forwarded from other counties.
- Hired an additional bilingual Spanish-speaking temporary staff member on 10/7/19
- Updating Absentee Ballot instructions and envelopes to include Spanish

III.   List the number of individuals requesting Spanish-language assistance:
- Requests for Spanish-language sample ballot:  0

- Requests for in-person Spanish-language assistance: 0

**021**

**EXHIBIT 2**

- Requests for Spanish-language assistance over the phone/hotline:

  o Pending ATT assignment of 800 # - Local Spanish Assistance # = 1
- Other requests for Spanish-language assistance: 0

IV.   List the number of individuals who accessed Spanish-language website:  1

V.   Please describe any other information regarding Spanish-language assistance:

- PSA announcements were sent to local Spanish radio stations.
- Contracted with Language Link to complete translation of Guide to Elected and Appointed Officials.
- We have implemented a Spanish Language Assistance Log to document in-office and phone assistance

**EXHIBIT 2**

**November 1 Report**

County___Sumter___

Please disclose the following *for each election* you've held or assisted a municipality with *since your last report*

Check here if NONE ____

Filled out by:__Traci Oliver_____        Submitted on October  29_, 2019

I.      Election Information: Please provide information regarding the election you held or assisted with

      A.  Date: **Completed Special Mail Ballot Election October 8th, 2019**

      B.  Offices/Issues on Ballot: **One Referendum Question**

      C.  Jurisdiction (county or municipality (name): **City of Wildwood**

II.     Compliance Actions Taken: Please describe what specific steps you took to comply with Section 4(e) of the Voting Rights Act and the Court's Order: **All the previous changes are still in place as previously reported. A bi-lingual mailed ballot was sent to 100% of the voters for The City of Wildwood.**

III.    List the number of individuals requesting Spanish-language assistance:

      A.  Requests for Spanish-language sample ballot: **Zero**

      B.  Requests for in-person Spanish-language assistance: **Zero**

      C.  Requests for Spanish-language assistance over the phone/hotline: **Zero**

      D.  Other requests for Spanish-language assistance: **N/A**

IV.     List the number of individuals who accessed Spanish-language website: **Zero**

V.      Please describe any other information regarding Spanish-language assistance:

      **We have been working on translating all needs for future elections. See list below:**

# Completed the translation for the following forms/documents:

- **All Site/Precinct signage**
- **Challenged Voter Form(s)**

**023**

**EXHIBIT 2**

- Electors Must Vote in the Precinct They Reside In- Law
- Spoiled Ballot- Law
- Signature Differs Affirmation- Law
- How to Vote Booth Instructions
- Universal Affirmation
- Injury Accident Form
- Voter Certificate When Power Goes Down
- No Smoking Sign
- Combo Card/Voting Information Card
- VBM Emails to Voters
- Polling place, No Campaigning SIGN
- Polling place SIGN
- English/Spanish Assistant SIGN
- UOCAVA Return Label- Special Election Oct. 8
- Sworn Statement- Special Election Oct. 8
- Canvassing Board Meeting Notices- Special Election Oct. 8
- Public Notice Ad- Special Election Oct. 8
- UOCAVA Outer/Inner Envelopes
- Domestic Outer/Inner Envelopes
- UOCAVA Changes per SB 7066
- UOCAVA Email Instructions
- Secrecy Sleeves (VBM, Provo, and Precinct level)
- Cure Affidavit
- Provisional Envelope
- Acceptable Forms of ID list
- Know Your Ballot Banners (All Early Voting and Election Day locations)

## Currently Note: Still Pending

- Frequent Phrases on Ballot
- Address Change Notice
- Address Confirmation Request
- Final Notice
- Precinct Arrow Sign
- Main Office Signage

**024**

**EXHIBIT 2**

**November 1 Report**

County __Wakulla_____

Please disclose the following *for each election* you've held or assisted a municipality with *since your last report*

Check here if NONE__X__

Filled out by:_ Henry F. Wells_____        Submitted on: <u>October 29, 2019</u>

I.    Election Information: Please provide information regarding the election you held or assisted with

    A.  Date:

    B.  Offices/Issues on Ballot:

    C.  Jurisdiction (county or municipality (name)):

II.   Compliance Actions Taken: Please describe what specific steps you took to comply with Section 4(e) of the Voting Rights Act and the Court's Order:

III.  List the number of individuals requesting Spanish-language assistance:

    A.  Requests for Spanish-language sample ballot:

    B.  Requests for in-person Spanish-language assistance:

    C.  Requests for Spanish-language assistance over the phone/hotline:

    D.  Other requests for Spanish-language assistance:

IV.   List the number of individuals who accessed Spanish-language website:

V.    Please describe any other information regarding Spanish-language assistance:

**025**