UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MARTA VALENTIA RIVERA
MADERA, *et al.*,

      Plaintiffs,                        Case No. 1:18-cv-00152-MW-GRJ

v.

LAUREL M. LEE, *et al.*,

      Defendants.

_____/

## NOTICE OF COMPLIANCE

On May 10, 2019, this Court entered an Order granting Plaintiffs Preliminary Injunction in part and requiring: "On or before August 1, 2019, and on the first of every month thereafter, the Secretary shall file a notice of compliance in this Court documenting all actions taken pursuant to this Order." *See* ECF 131 at 15. Accordingly, the Secretary conducted a survey amongst the Supervisors of Elections to ascertain what action has been taken since November 1, 2019, pursuant to this Court's May 10, 2019, Order. The following supervisors responded: Clay, Columbia, Duval, Escambia, Flagler, Hernando, Indian River, Lake, Leon, Marion, Martin, Okaloosa, Okeechobee, Pasco, Putnam, Santa Rosa, Sarasota, St. Johns,

1

Taylor, and Wakulla Counties.[1]  Of the counties that responded, five (Indian River, Lake, Marion, Martin, and Sarasota) have held or facilitated an election since the November 1st Compliance report.  Based on the responses of the Supervisors, it appears that the elections held complied with this Court's requirements.[2]  The Secretary has attached a summary of the responses for this Court's convenience.  *See* **Exhibit 1**.  Additionally, the Secretary has compiled the supervisors' responses in a single book-marked and bate-stamped PDF together with an index.[3]  *See* **Exhibit 2**.

***

[1] Based on the Supervisor of Elections' websites, it does not appear that any elections have been conducted in Alachua, Bay, Citrus, Highlands, Jackson, Levy, St. Lucy, and Sumter counties since November 1, 2019. It appears that Brevard County, Charlotte County, Manatee County, and Monroe County conducted municipal elections on November 5, 2019, but did not respond, despite the Secretary's attempt to elicit a response. Should the counties respond at a later date, the Secretary will file an updated Notice with this Court including the response.

[2] It is unclear whether the Martin County election included a Spanish sample ballot or bilingual signage, as the response received was vague.

[3] These counties are Alachua, Bay, Brevard, Charlotte, Citrus, Clay, Columbia, Duval, Escambia, Flagler, Hernando, Highlands, Indian River, Jackson, Lake, Leon, Levy, Manatee, Marion, Martin, Monroe, Okaloosa, Okeechobee, Pasco, Putnam, St. Johns, St. Lucie, Santa Rosa, Sarasota, Sumter, Taylor, and Wakulla.

Bradley R McVay (FBN 79034)
 *General Counsel*
 brad.mcvay@dos.myflorida.com
Ashley E. Davis (FBN 48032)
 *Deputy General Counsel*
 ashley.davis@dos.myflorida.com
Florida Department of State
R.A. Gray Building Suite, 100
500 South Bronough Street
Tallahassee, Florida 32399-0250
(850) 245-6536 /(850) 245-6127 (fax)

*/s/ Mohammad O. Jazil*
Mohammad O. Jazil (FBN 72556)
 mjazil@hgslaw.com
Gary V. Perko (FBN 855898)
 gperko@hgslaw.com
Joseph A. Brown (FBN 25765)
 josephb@hgslaw.com
Hopping Green & Sams, P.A.
119 South Monroe Street, Suite 300
Tallahassee, Florida 32301
(850) 222-7500 / (850) 224-8551 (fax)

Dated:  December 2, 2019          ***Counsel for the Secretary of State***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via transmission of a Notice of Electronic Filing through the Court's CM/ECF system on this 2nd day of December 2019.

*/s/ Mohammad O. Jazil*
Attorney

ACTIONS TAKEN IN RESPONSE TO COURT'S ORDER SINCE NOVEMBER 1, 2019

| County | Election since August 1, 2019? | Elections | | Requests | | | Website | Other Information |
|---|---|---|---|---|---|---|---|---|
| | | Spanish Sample Ballot | Spanish Language Signage/Translator | Ballot | In Person Assistance | Telephonic Assistance | | |
| **Alachua**[*] | No | - | - | - | - | - | - | - |
| **Bay**[*] | No | - | - | - | - | - | - | - |
| **Brevard**[*] | Yes | - | - | - | - | - | - | - |
| **Charlotte**[*] | Yes | - | - | - | - | - | - | - |
| **Citrus**[*] | No | | - | - | - | - | - | Contacted companies to hire bilingual workers, translation, updating website, signage, and vote by mail translation |
| **Clay** | No | - | - | - | - | - | - | - |
| **Columbia** | No | - | - | - | - | - | - | - |
| **Duval** | No | - | - | - | - | - | - | - |
| **Escambia** | No | - | - | - | - | - | 14 | Provided 200 Spanish-language guides for the Latino festival |
| **Flagler** | No | - | - | -` | - | - | - | - |
| **Hernando** | No | - | - | 0 | 0 | 1 | 21 | Translated voter materials Received two Spanish applications Three people brought their own assistors in office |
| **Highlands**[*] | No | - | - | - | - | - | - | - |
| **Indian River** | Yes | Yes | Yes | 0 | 0 | 0 | 6 | - |
| **Jackson**[*] | No | - | - | - | - | - | - | - |
| **Lake** | Yes | Yes | Yes | 10 | 2 | 0 | 14 | Provided all polling place signage in |

* Did not respond

**EXHIBIT A**

## ACTIONS TAKEN IN RESPONSE TO COURT'S ORDER SINCE NOVEMBER 1, 2019

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Spanish, as well as; all election related documentation (Secrecy Sleeves, Voting Instructions, Provisional Certificates, Declaration to Secure and Provide Assistance, signage at Vote By Mail drop box, Election Day Notices), bi-lingual Election workers at 13 of 25 precincts, and hired a bi-lingual office employee to provide assistance throughout the workday |
| **Leon** | No | - | - | - | - | - | - | - |
| **Levy**[*] | No | - | - | - | - | - | - | - |
| **Manatee**[*] | Yes | - | - | - | - | - | - | - |
| **Marion** | Yes | Yes | Yes | 0 | 0 | 1 | 0 | All inside and outside signage, forms, and sample ballots were provided in English and Spanish to the McIntosh polling location and to all Ocala polling locations. |
| **Martin** | Yes | Unknown | Unknown | 0 | 0 | 0 | 0 | - |
| **Monroe**[*] | Yes | - | - | - | - | - | - | - |
| **Okaloosa** | No | - | - | - | - | - | - | - |

* Did not respond

**EXHIBIT A**

ACTIONS TAKEN IN RESPONSE TO COURT'S ORDER SINCE NOVEMBER 1, 2019

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Okeechobee** | No | - | - | - | - | - | - | - |
| **Pasco** | No | - | - | - | - | - | - | - |
| **Putnam** | No | - | - | - | - | - | - | - |
| **St. Johns** | No | - | - | - | - | - | - | - |
| **St. Lucie**[*] | No | - | - | - | - | - | - | - |
| **Santa Rosa** | No | - | - | - | - | - | - | - |
| **Sarasota** | Yes | Yes | Yes | 0 | 0 | 0 | n/a | We created English and Spanish language sample ballots, which were mailed to voter households and were available on our office website. The bilingual sample ballots were made available during early voting and at polling locations on election day. Signage was placed during early voting and at polling locations to alert voters that bilingual sample ballots were available. |
| **Sumter**[*] | Yes | - | - | - | - | - | - | - |
| **Taylor** | No | - | - | - | - | - | - | - |
| **Wakulla** | No | - | - | - | - | - | - | - |

* Did not respond

**EXHIBIT A**

| County | Page Number |
|---|---|
| Clay | 1 |
| Columbia | 2 |
| Duval | 3 |
| Escambia | 4 |
| Flagler | 5 |
| Hernando | 6 |
| Indian River | 7 |
| Lake | 8 |
| Leon | 9 |
| Martin | 10 |
| Marion | 11 |
| Okaloosa | 12 |
| Okeechobee | 13 |
| Pasco | 14 |
| Putnam | 15 |
| Santa Rosa | 16 |
| Sarasota | 17 |
| St. Johns | 18 |
| Taylor | 19 |
| Wakulla | 20 |

**December 1 Report**

County ____Clay_____

Please disclose the following *for each election* you've held or assisted a municipality with *since your last report*

Check here if NONE__x__

Filled out by:_ Chris Chambless_____        Submitted on November 27_ , 2019

    I.       Election Information: Please provide information regarding the election you held or assisted with

          A.  Date:

          B.  Offices/Issues on Ballot:

          C.  Jurisdiction (county or municipality (name)):

    II.     Compliance Actions Taken: Please describe what specific steps you took to comply with Section 4(e) of the Voting Rights Act and the Court's Order:

    III.    List the number of individuals requesting Spanish-language assistance:

          A.  Requests for Spanish-language sample ballot:

          B.  Requests for in-person Spanish-language assistance:

          C.  Requests for Spanish-language assistance over the phone/hotline:

          D.  Other requests for Spanish-language assistance:

    IV.    List the number of individuals who accessed Spanish-language website:

    V.     Please describe any other information regarding Spanish-language assistance:

**EXHIBIT B**

**December 1 Report**

County Columbia

Please disclose the following *for each election* you've held or assisted a municipality with *since your last report*

Check here if NONE  X

Filled out by:  Melinda Fryman          Submitted on December 2, 2019

I.  Election Information: Please provide information regarding the election you held or assisted with

    A. Date:

    B. Offices/Issues on Ballot:

    C. Jurisdiction (county or municipality (name)):

II.  Compliance Actions Taken: Please describe what specific steps you took to comply with Section 4(e) of the Voting Rights Act and the Court's Order:

III.  List the number of individuals requesting Spanish-language assistance:

    A. Requests for Spanish-language sample ballot:

    B. Requests for in-person Spanish-language assistance:

    C. Requests for Spanish-language assistance over the phone/hotline:

    D. Other requests for Spanish-language assistance:

IV.  List the number of individuals who accessed Spanish-language website:

V.  Please describe any other information regarding Spanish-language assistance:

**EXHIBIT B**

**December 1 Report**

County __DUVAL

Please disclose the following *for each election* you've held or assisted a municipality with *since your last report*

Check here if NONE   √

Filled out by  Mike Hogan  Submitted on November 27, 2019

   I.      Election Information: Please provide information regarding the election you held or
           assisted with

           A. Date:

           B. Offices/Issues on Ballot:

           C. Jurisdiction (county or municipality (name)):

   II.     Compliance Actions Taken: Please describe what specific steps you took to comply
           with Section 4(e) of the Voting Rights Act and the Court's Order:

   III.    List the number of individuals requesting Spanish-language assistance:

           A. Requests for Spanish-language sample ballot:

           B. Requests for in-person Spanish-language assistance:

           C. Requests for Spanish-language assistance over the phone/hotline:

           D. Other requests for Spanish-language assistance:

   IV.     List the number of individuals who accessed Spanish-language website:

   V.      Please describe any other information regarding Spanish-language assistance:

**EXHIBIT B**

**December 1 Report**

County <u>Escambia</u>

Please disclose the following *for each election* you've held or assisted a municipality with *since your last report*

Check here if NONE <u>x</u>

Filled out by: <u>Liz Carew</u>          Submitted on November 27, 2019

I.      Election Information: Please provide information regarding the election you held or assisted with

     A.  Date:

     B.  Offices/Issues on Ballot:

     C.  Jurisdiction (county or municipality (name)):

II.     Compliance Actions Taken: Please describe what specific steps you took to comply with Section 4(e) of the Voting Rights Act and the Court's Order:

     1.  The following documents have been translated and are in the design and approval phase:
- Vote-By-Mail (VBM) postcard acknowledging receipt of VBM request
- VBM Cure Affidavit in-house letter
- 2020 Notice of Elections
- VBM Request Form
- VBM UOCAVA Certificate

III.    List the number of individuals requesting Spanish-language assistance:

     A.  Requests for Spanish-language sample ballot:  None

     B.  Requests for in-person Spanish-language assistance:  None

     C.  Requests for Spanish-language assistance over the phone/hotline:  None

     1.  Other requests for Spanish-language assistance: Provided 200 Spanish-language voter guides for the Latino Festival (Grace McCaffrey)

IV.     List the number of individuals who accessed Spanish-language website:  14 (October 29, 2019 – November 26, 2019)

V.      Please describe any other information regarding Spanish-language assistance: N/A

**EXHIBIT B**

**December 1 Report**

County: Flagler

Please disclose the following *for each election* you've held or assisted a municipality with *since your last report*

Check here if NONE_X_

Filled out by:___Jospeh DeVita         Submitted on December 2, 2019

I.        Election Information: Please provide information regarding the election you held or assisted with

    A.  Date:

    B.  Offices/Issues on Ballot:

    C.  Jurisdiction (county or municipality (name)):

II.       Compliance Actions Taken: Please describe what specific steps you took to comply with Section 4(e) of the Voting Rights Act and the Court's Order:

III.      List the number of individuals requesting Spanish-language assistance:

    A.  Requests for Spanish-language sample ballot:

    B.  Requests for in-person Spanish-language assistance:

    C.  Requests for Spanish-language assistance over the phone/hotline:

    D.  Other requests for Spanish-language assistance:

IV.      List the number of individuals who accessed Spanish-language website:

V.       Please describe any other information regarding Spanish-language assistance:

**EXHIBIT B**

**December 1 Report**

County Hernando

Please disclose the following *for each election* you've held or assisted a municipality with *since your last report*

Check here if NONE____X

Filled out by: Shirley Anderson          Submitted on December 2, 2019

I.    Election Information: Please provide information regarding the election you held or assisted with

     A.  Date: None

     B.  Offices/Issues on Ballot: None

     C.  Jurisdiction (county or municipality (name)): None

II.   Compliance Actions Taken: Please describe what specific steps you took to comply with Section 4(e) of the Voting Rights Act and the Court's Order:

III.  List the number of individuals requesting Spanish-language assistance:

     A.  Requests for Spanish-language sample ballot: None

     B.  Requests for in-person Spanish-language assistance: None

     C.  Requests for Spanish-language assistance over the phone/hotline: One

     D.  Other requests for Spanish-language assistance: None

IV.   List the number of individuals who accessed Spanish-language website: 21 of which 5 were SOE staff

V.    Please describe any other information regarding Spanish-language assistance:

     Translated voter materials
     Received two Spanish applications
     Three people brought their own assistors in office

**EXHIBIT B**

**December 1 Report**

County <u>Indian River</u>

Please disclose the following *for each election* you've held or assisted a municipality with *since your last report*

Check here if NONE____

Filled out by: <u>Leslie Swan</u>      Submitted on November <u>27</u>, 2019

    I.       Election Information: Please provide information regarding the election you held or assisted with

          A.  Date: November 5, 2019

          B.  Offices/Issues on Ballot: Municipal Elections

          C.  Jurisdiction (county or municipality (name)): City of Sebastian and City of Vero Beach

    II.      Compliance Actions Taken: Please describe what specific steps you took to comply with Section 4(e) of the Voting Rights Act and the Court's Order: Spanish Language Sample Ballots, Notice of Spanish Sample Ballots posted at polling place, All Election Material and Signs available in English and Spanish.

    III.    List the number of individuals requesting Spanish-language assistance:

          A.  Requests for Spanish-language sample ballot: 0

          B.  Requests for in-person Spanish-language assistance: 0

          C.  Requests for Spanish-language assistance over the phone/hotline: 0

          D.  Other requests for Spanish-language assistance: 0

    IV.    List the number of individuals who accessed Spanish-language website: 6

    V.    Please describe any other information regarding Spanish-language assistance:

**EXHIBIT B**

**December 1 Report**

County __Lake____

Please disclose the following *for each election* you've held or assisted a municipality with *since your last report*

Check here if NONE_____

Filled out by: <u>Robert Bridgeman</u>          Submitted on November <u>27</u>, 2019

    I.        Election Information: Please provide information regarding the election you held or assisted with

           A.  Date: November 5, 2019

           B.  Offices/Issues on Ballot: Municipality Council Seats, Referenda, Charter Amendments

           C.  Jurisdiction (county or municipality (name)): Clermont, Mascotte, Minneola, Montverde, Mount Dora, Tavares

    II.       Compliance Actions Taken: Please describe what specific steps you took to comply with Section 4(e) of the Voting Rights Act and the Court's Order:

    III.      List the number of individuals requesting Spanish-language assistance:

           A.  Requests for Spanish-language sample ballot: 10

           B.  Requests for in-person Spanish-language assistance: 2

           C.  Requests for Spanish-language assistance over the phone/hotline: None

           D.  Other requests for Spanish-language assistance: None

    IV.     List the number of individuals who accessed Spanish-language website: 14

    V.      Please describe any other information regarding Spanish-language assistance:

           Provided all polling place signage in Spanish, as well as; all election related documentation (Secrecy Sleeves, Voting Instructions, Provisional Certificates, Declaration to Secure and Provide Assistance, signage at Vote By Mail drop box, Election Day Notices), bi-lingual Election workers at 13 of 25 precincts, and hired a bi-lingual office employee to provide assistance throughout the workday.

**EXHIBIT B**

**December 1 Report**

County **Leon**

Please disclose the following *for each election* you've held or assisted a municipality with *since your last report*

Check here if NONE **X**

Filled out by: **Chris Moore, Deputy Supervisor**      Submitted on **November 27, 2019**

I.      Election Information: Please provide information regarding the election you held or assisted with

    A.  Date:

    B.  Offices/Issues on Ballot:

    C.  Jurisdiction (county or municipality (name)):

II.     Compliance Actions Taken: Please describe what specific steps you took to comply with Section 4(e) of the Voting Rights Act and the Court's Order:

III.    List the number of individuals requesting Spanish-language assistance:

    A.  Requests for Spanish-language sample ballot:

    B.  Requests for in-person Spanish-language assistance:

    C.  Requests for Spanish-language assistance over the phone/hotline:

    D.  Other requests for Spanish-language assistance:

IV.     List the number of individuals who accessed Spanish-language website:

V.      Please describe any other information regarding Spanish-language assistance:

**EXHIBIT B**

**December 1 Report**

County Martin

Please disclose the following *for each election* you've held or assisted a municipality with *since your last report*

Check here if NONE_____

Filled out by: Debbie Dent      Submitted on December 2, 2019

    I.       Election Information: Please provide information regarding the election you held or assisted with

          A.  Date: November 5, 2019

          B.  Offices/Issues on Ballot: Council Member

          C.  Jurisdiction (county or municipality (name)): Town of Ocean Breeze

    II.      Compliance Actions Taken: Please describe what specific steps you took to comply with Section 4(e) of the Voting Rights Act and the Court's Order:

    III.    List the number of individuals requesting Spanish-language assistance:

          A.  Requests for Spanish-language sample ballot: 0

          B.  Requests for in-person Spanish-language assistance: 0

          C.  Requests for Spanish-language assistance over the phone/hotline: 0

          D.  Other requests for Spanish-language assistance: 0

    IV.    List the number of individuals who accessed Spanish-language website: 0

    V.    Please describe any other information regarding Spanish-language assistance:

**EXHIBIT B**

**December 1 Report**

County Marion

Please disclose the following *for each election* you've held or assisted a municipality with *since your last report*

Check here if NONE

Filled out by: Charlee Nichols          Submitted on December 2, 2019

I.      Election Information: Please provide information regarding the election you held or assisted with

      A.  Date: McIntosh 11/5/2019; Ocala 11/19/2019

      B.  Offices/Issues on Ballot: McIntosh – Town Council, Filling a Vacancy, and Forfeiture of Office; Ocala – City Council District 2.

      C.  Jurisdiction (county or municipality (name)): Town of McIntosh; City of Ocala

II.     Compliance Actions Taken: Please describe what specific steps you took to comply with Section 4(e) of the Voting Rights Act and the Court's Order:

Sample and official bilingual ballots were created for both the McIntosh and Ocala elections. All voter information was provided in English and Spanish at the polls (e.g. Spanish hotline number; availability of assistance, etc.).

III.    List the number of individuals requesting Spanish-language assistance:

      A.  Requests for Spanish-language sample ballot: 0

      B.  Requests for in-person Spanish-language assistance: 0

      C.  Requests for Spanish-language assistance over the phone/hotline: 1

      D.  Other requests for Spanish-language assistance: 0

IV.    List the number of individuals who accessed Spanish-language website: 0

V.     Please describe any other information regarding Spanish-language assistance:

All inside and outside signage, forms, and sample ballots were provided in English and Spanish to the McIntosh polling location and to all Ocala polling locations.

**EXHIBIT B**

**December 1 Report**

County Okaloosa

Please disclose the following *for each election* you've held or assisted a municipality with *since your last report*

Check here if NONE__X__

Filled out by:_ Paul Lux___        Submitted on December 2, 2019

    I.       Election Information: Please provide information regarding the election you held or assisted with

          A.  Date:

          B.  Offices/Issues on Ballot:

          C.  Jurisdiction (county or municipality (name)):

    II.      Compliance Actions Taken: Please describe what specific steps you took to comply with Section 4(e) of the Voting Rights Act and the Court's Order:

    III.    List the number of individuals requesting Spanish-language assistance:

          A.  Requests for Spanish-language sample ballot:

          B.  Requests for in-person Spanish-language assistance:

          C.  Requests for Spanish-language assistance over the phone/hotline:

          D.  Other requests for Spanish-language assistance:

    IV.    List the number of individuals who accessed Spanish-language website:

    V.     Please describe any other information regarding Spanish-language assistance:

**EXHIBIT B**

**December 1 Report**

County <u>Okeechobee</u>

Please disclose the following *for each election* you've held or assisted a municipality with *since your last report*

Check here if NONE___X___

Filled out by:__Diane Hagan___          Submitted on November 27, 2019

    I.      Election Information: Please provide information regarding the election you held or assisted with

          A.  Date:

          B.  Offices/Issues on Ballot:

          C.  Jurisdiction (county or municipality (name)):

    II.     Compliance Actions Taken: Please describe what specific steps you took to comply with Section 4(e) of the Voting Rights Act and the Court's Order:

    III.    List the number of individuals requesting Spanish-language assistance:

          A.  Requests for Spanish-language sample ballot:

          B.  Requests for in-person Spanish-language assistance:

          C.  Requests for Spanish-language assistance over the phone/hotline:

          D.  Other requests for Spanish-language assistance:

    IV.    List the number of individuals who accessed Spanish-language website:

    V.    Please describe any other information regarding Spanish-language assistance:

**EXHIBIT B**

**December 1 Report**

County ___Pasco_____

Please disclose the following *for each election* you've held or assisted a municipality with *since your last report*

Check here if NONE__x__

Filled out by:_Brian Corley_____       Submitted on November 27_, 2019

I.   Election Information: Please provide information regarding the election you held or assisted with

    A.  Date:

    B.  Offices/Issues on Ballot:

    C.  Jurisdiction (county or municipality (name)):

II.  Compliance Actions Taken: Please describe what specific steps you took to comply with Section 4(e) of the Voting Rights Act and the Court's Order:

III. List the number of individuals requesting Spanish-language assistance:

    A.  Requests for Spanish-language sample ballot:

    B.  Requests for in-person Spanish-language assistance:

    C.  Requests for Spanish-language assistance over the phone/hotline:

    D.  Other requests for Spanish-language assistance:

IV.  List the number of individuals who accessed Spanish-language website:

V.   Please describe any other information regarding Spanish-language assistance:

**EXHIBIT B**

**December 1 Report**

County Putnam

Please disclose the following *for each election* you've held or assisted a municipality with *since your last report*

Check here if NONE X

Filled out by: Charles L. Overturf III              Submitted on November 27, 2019

    I.       Election Information: Please provide information regarding the election you held or assisted with

          A.  Date:

          B.  Offices/Issues on Ballot:

          C.  Jurisdiction (county or municipality (name)):

    II.      Compliance Actions Taken: Please describe what specific steps you took to comply with Section 4(e) of the Voting Rights Act and the Court's Order:

    III.     List the number of individuals requesting Spanish-language assistance:

          A.  Requests for Spanish-language sample ballot:

          B.  Requests for in-person Spanish-language assistance:

          C.  Requests for Spanish-language assistance over the phone/hotline:

          D.  Other requests for Spanish-language assistance:

    IV.     List the number of individuals who accessed Spanish-language website:

    V.      Please describe any other information regarding Spanish-language assistance:

**EXHIBIT B**

**December 1 Report**

County **Santa Rosa**

Please disclose the following *for each election* you've held or assisted a municipality with *since your last report*

Check here if NONE **X**

Filled out by: **Tappie A. Villane**          Submitted on November 27, 2019

I.      Election Information: Please provide information regarding the election you held or assisted with

    A.  Date:

    B.  Offices/Issues on Ballot:

    C.  Jurisdiction (county or municipality (name)):

II.     Compliance Actions Taken: Please describe what specific steps you took to comply with Section 4(e) of the Voting Rights Act and the Court's Order:

III.    List the number of individuals requesting Spanish-language assistance:

    A.  Requests for Spanish-language sample ballot:

    B.  Requests for in-person Spanish-language assistance:

    C.  Requests for Spanish-language assistance over the phone/hotline:

    D.  Other requests for Spanish-language assistance:

IV.     List the number of individuals who accessed Spanish-language website:

V.      Please describe any other information regarding Spanish-language assistance:

**EXHIBIT B**

**December 1 Report**

Sarasota County

Please disclose the following *for each election* you've held or assisted a municipality with *since your last report*

Check here if NONE____

Filled out by: Ron Turner, Supervisor of Elections   Submitted on November 27, 2019

I.   Election Information: Please provide information regarding the election you held or assisted with

   A.  Date: 11-5-2019

   B.  Offices/Issues on Ballot: City Council Seats 5 & 6 and Mayor Seat 7

   C.  Jurisdiction (county or municipality (name)): City of Venice, Florida

II.   Compliance Actions Taken: Please describe what specific steps you took to comply with Section 4(e) of the Voting Rights Act and the Court's Order:

   We created English and Spanish language sample ballots, which were mailed to voter households and were available on our office website.  The bilingual sample ballots were made available during early voting and at polling locations on election day. Signage was placed during early voting and at polling locations to alert voters that bilingual sample ballots were available.

III.   List the number of individuals requesting Spanish-language assistance:

   A.  Requests for Spanish-language sample ballot:  None

   B.  Requests for in-person Spanish-language assistance: None

   C.  Requests for Spanish-language assistance over the phone/hotline: None

   D.  Other requests for Spanish-language assistance: None

IV.   List the number of individuals who accessed Spanish-language website: N/A

V.   Please describe any other information regarding Spanish-language assistance: N/A

**EXHIBIT B**

**December 1 Report**

St. Johns County, FL

Please disclose the following *for each election* you've held or assisted a municipality with *since my last report.*

Check here if NONE ___XXX___

Filled out by: <u>Vicky Oakes, Supervisor of Elections</u>        Submitted: <u>November 27, 2019</u>

I. Election Information: Please provide information regarding the election you held or assisted with

    A. Date:

    B. Offices/Issues on Ballot:

    C. Jurisdiction (county or municipality (name)):        St. Johns County, FL

II. Compliance Actions Taken: Please describe what specific steps you took to comply with Section 4(e) of the Voting Rights Act and the Court's Order:

III. List the number of individuals requesting Spanish-language assistance:

    A. Requests for Spanish-language sample ballot:

    B. Requests for in-person Spanish-language assistance:

    C. Requests for Spanish-language assistance over the phone/hotline:

    D. Other requests for Spanish-language assistance:

IV. List the number of individuals who accessed Spanish-language website:

V. Please describe any other information regarding Spanish-language assistance:



Vicky C. Oakes
St. Johns County Supervisor of Elections

**EXHIBIT B**

**December 1 Report**

County _Taylor_____

Please disclose the following *for each election* you've held or assisted a municipality with *since your last report*

Check here if NONE_X____

Filled out by:_____     Submitted on November _, 2019

I.     Election Information: Please provide information regarding the election you held or assisted with

     A.  Date:

     B.  Offices/Issues on Ballot:

     C.  Jurisdiction (county or municipality (name)):

II.     Compliance Actions Taken: Please describe what specific steps you took to comply with Section 4(e) of the Voting Rights Act and the Court's Order:

III.     List the number of individuals requesting Spanish-language assistance:

     A.  Requests for Spanish-language sample ballot:

     B.  Requests for in-person Spanish-language assistance:

     C.  Requests for Spanish-language assistance over the phone/hotline:

     D.  Other requests for Spanish-language assistance:

IV.     List the number of individuals who accessed Spanish-language website:

V.     Please describe any other information regarding Spanish-language assistance:

**EXHIBIT B**

**December 1 Report**

County: Wakulla

Please disclose the following *for each election* you've held or assisted a municipality with *since your last report*

Check here if NONE   X

Filled out by: Henry F. Wells "Buddy"          Submitted on November 27, 2019

    I.       Election Information: Please provide information regarding the election you held or assisted with

          A.  Date:

          B.  Offices/Issues on Ballot:

          C.  Jurisdiction (county or municipality (name)):

    II.     Compliance Actions Taken: Please describe what specific steps you took to comply with Section 4(e) of the Voting Rights Act and the Court's Order:

    III.    List the number of individuals requesting Spanish-language assistance:

          A.  Requests for Spanish-language sample ballot:

          B.  Requests for in-person Spanish-language assistance:

          C.  Requests for Spanish-language assistance over the phone/hotline:

          D.  Other requests for Spanish-language assistance:

    IV.    List the number of individuals who accessed Spanish-language website:

    V.     Please describe any other information regarding Spanish-language assistance:

**EXHIBIT B**