IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**MARTA VALENTINA RIVERA
MADERA,** *et al.***,**

    *Plaintiffs***,**

**v.**                                                               **Case No. 1:18cv152-MW/GRJ**

**LAUREL M. LEE,** *et al.***,**

    *Defendants***.**
_____/

## **SUPPLEMENTAL ORDER**

This Court has considered, without hearing, the parties' Joint Report pursuant to this Court's March 24, March 31, April 21, 2020 Orders. ECF No. 161. While the joint report highlights numerous issues pending before this Court, this Court must first, as a threshold matter, decide the jurisdictional issue of standing in light of the Eleventh Circuit's decision in *Jacobson v. Fla. Sec'y of State*, No. 19-14552, 2020 WL 2049076 (11th Cir. Apr. 29, 2020). Defendants do not appear to argue that the Alachua County Supervisor of Elections, Kim Barton, is not a proper party under *Jacobson*. Therefore, the only issue the parties must brief is whether Plaintiffs have standing to bring their claims against the Secretary in light of *Jacobson*.

Accordingly, Defendant Lee is directed to file a memorandum of law briefing the narrow issue of standing under *Jacobson* **on or before May 25, 2020.**[1] Plaintiffs shall file a response **on or before June 1, 2020**.

**SO ORDERED on May 11, 2020.**

<u>**s/ MARK E. WALKER**</u>
**Chief United States District Judge**

---

[1] This Court recognizes that the Secretary indicated that she can file her motion to dismiss on or before June 1, 2020. ECF No. 161, at 17. However, this Court finds it prudent to resolve the jurisdictional issue as soon as possible.

2