UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MARTA VALENTINA RIVERA       Case No. 1:18-cv-152-MW-GRJ
MADERA, et al.,

    Plaintiffs,
v.

KIM A. BARTON,

    Defendant.
_____/

## AMICUS CURIAE BRIEF OF LORI SCOTT, KAITI LENHART, AND PENNY OGG

Pursuant to the Court's Order Requiring Supplemental Briefing (Doc. 72 at 3, 5), Lori Scott, in her official capacity as Supervisor of Elections for Brevard County; Kaiti Lenhart, in her official capacity as Supervisor of Elections for Flagler County; and Penny Ogg, in her official capacity as Supervisor of Elections for Highlands County ("Amici"), hereby file and serve their Amicus Curiae Brief. For efficiency, the Amici hereby incorporate by reference and join:

    1.    Amicus Curiae Brief of the Florida Supervisors of Elections, Inc. (Doc. 178),

    2.    Eight Supervisors of Elections' Amicus Curiae Brief in Opposition to Class Certification (Doc. 179), and

1

3.     Hernando County Supervisor of Elections' Amicus Curiae Brief in Opposition to Class Certification (Doc. 181).

Respectfully submitted,

*/s/ Frank Mari*
Frank M. Mari
Florida Bar No. 93243
fmari@bellroperlaw.com
Secondary: ihaines@bellroperlaw.com
Bell & Roper, P.A.
2707 E. Jefferson Street
Orlando, FL 32803
Telephone: (407) 897-5150
Facsimile: (407) 897-3332
Attorney for Amici Curiae Lori Scott, Kaiti Lenhart, and Penny Ogg

## CERTIFICATES OF COMPLIANCE AND SERVICE

I hereby certify that this amicus curiae brief complies with the size, font, and formatting requirements of Local Rule 5.1(C) and complies with the word limit in Local Rule 7.1(F).  This amicus curiae brief contains 119 words, excluding case style, signature block, and certificates.

I hereby certify that on September 30, 2020, the undersigned electronically filed a true and correct copy of the foregoing with the Clerk of the Court by using CM/ECF.

*/s/ Frank Mari*
Frank M. Mari
Florida Bar No. 93243
fmari@bellroperlaw.com
Secondary: ihaines@bellroperlaw.com

Bell & Roper, P.A.
2707 E. Jefferson Street
Orlando, FL 32803
Telephone: (407) 897-5150
Facsimile: (407) 897-3332
Attorney for Amici Curiae Lori Scott, Kaiti Lenhart, and Penny Ogg

3