UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MARTA VALENTIA RIVERA
MADERA, *et al.*,

    Plaintiffs,

Case No. 1:18-cv-00152-MW-GRJ

v.

LAUREL M. LEE, *et al.*,

    Defendants.
_____/

## CITRUS COUNTY SUPERVISOR OF ELECTIONS SUSAN GILL'S AMICUS CURIAE BRIEF

Pursuant to the Court's Order Requiring Supplemental Briefing, dk. 72, Citrus County Supervisor of Elections Susan Gill hereby files and serves her Amicus Curiae Brief. For efficiency, Supervisor Gill incorporates by reference and joins: 1) Amicus Curiae Brief of the Florida Supervisors of Elections, Inc., dk. 178; 2) Eight Supervisors of Elections' Amicus Curiae Brief in Opposition to Class Certification, dk. 179; and 3) Hernando County Supervisor of Elections' Amicus Curiae Brief in Opposition to Class Certification, dk. 181.

Respectfully submitted this 30th day of September, 2020.

                BELL & ROPER, P.A.

By: /s/ Dale A. Scott
Michael J. Roper, Esq.
Fla. Bar No. 0473227
Dale A. Scott, Esq.
Fla. Bar No. 0568821
dscott@bellroperlaw.com
ehemphill@bellroperlaw.com
2707 East Jefferson Street
Orlando, FL 32803
Tel: 407-897-5150
Fax: 407-897-3332
Counsel Citrus County Supervisor of Elections Susan Gill

## CERTIFICATES OF COMPLIANCE AND SERVICE

I certify that this document complies with the size, font, and formatting requirements of Local Rule 5.1(C) and complies with the word limit in Local Rule 7.1(F). This document contains 79 words, excluding case style, signature block, and certificates.

I certify that on September 30, 2020, the undersigned electronically filed a true and correct copy of the foregoing with the Clerk of the Court by using CM/ECF.

By: /s/ Dale A. Scott
Dale A. Scott, Esq.